

FILED

APR 15 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## OF EASTERN DISTRICT OF CALIFORNIA

Marty M Boone and Ronda Boone
    PETITIONER,

No. 2:16-cv-0660 JAM GGH PS

-vs.-

DEUTSCHE BANK NATIONAL
TRUST CO. et. al.,

"OBJECTIONS TO MAGISTRATE
JUDGES FINDINGS AND
RECOMMENDATIONS"

---

Now comes The Boone's (Hereinafter Petitioners) in objection to Magistrates Judges findings and recommendations. Petitioners filed a Title 42 1983 as a Federal questions. Cases arising under the constitution of the United States, acts of Congress or treaties, and involving their interpretations and applications and of which jurisdictions given to federal courts are commonly described as of involving "federal questions". ***Mac Allister vs. St. Louis Merchant Bridge Terminal Ry. Co. 324, Mo., 1005, 25 S.W. 2d. 791, 792.*** In which at all times relevant to the matter petitioner's rights were violated. At no time was there an answer to the complaint. At all times relevant to the loan to the subject property, it was fraud filed upon the court. Providing evidence that all procedures were in violation of Petitioners' rights. This court does have subject matter jurisdiction over this case, according to the federal question. Rooker-Feldman does not apply, as Petitioners are not asking to overrule the case. In which the power and the authority is given to this venue to for subject over the matter be heard. The subject matter has been presented for consideration. The thing in dispute the right in which one party claims as against the other to recover money to have closure. ***Flower Hospital vs. Hart. 178, Okl. 447, 62 P. 2d. 1248, 1252.*** Petitioners are not complaining of injuries caused by the state Courts proceedings for the court to overrule a decision. The Petitioners are complaining of the Violations of their Constitutional rights. At no times has **DEUTCHE BANK NATIONAL**

TRUST CO et. al. (Hereinafter Defendants) disputed the facts of the matter.  There is still a conflict of controversy of claims of rights.  Which is a right claim of demand on one side, met by contrary claims or allegations on the other.  *Keith v. Levi, C.C.Mo., 2 F. 745; Ft. Pitt Gas Co. v. Borough of Sewickley, 198 Pa. 201, 47 A. 957.*  To dismiss the case would be a blatant disregard to clearly established law.  To treat as unworthy of regard or notice; to take no notice of, to leave out of consideration to ignore, to overlook to fail to observe. *Cunningham v. Fredericks, 106 Conn. 665, 138 A. 790, 793.*  Dismissing this case would cause irreparable harm to the Petitioners.  In the law pertaining to injunctions, damages for which no certain pecuniary standard exists for measurement.  *Philadelphia Ball Club Limited v. Lajoie, 202 Pa. 210, 51 A. 973, 58 L.R.A. 227.*

WHEREFORE, at all times relevant Petitioners rights have been violated in the foregoing matter. At all time relevant Defendants have agreed with Petitioners by acquiescence.  Conduct recognizing the existence of a transaction, and intended in some extent at least to carry the transaction. *De Boe v. Prentice Packing & Storage Co. 172 Wash. 514, 20 P.2d 1107, 1110.* Giving rise to even if the procedure was wrong, the facts remain the same.

Respectfully submitted,

_Boon, M7 M(an_ April 15, 2014

Boone, Marty Marciano
All rights reserved

_Bw, Lh_ April 15, 2014

Boone, Ronda
All rights reserved

155 Ritter Court
Fairfield, CA 94534

## BRIEF IN SUPPORT

Now comes Marty M. Boone and Ronda Boone (Hereinafter Petitioners) to redress his grievances according to the 1st Amendment of the U.S. Constitution. An alteration of a note according to UCC 3- 407 is an unconscionable contract, making the note void ab nitio. At all times relevant Petitioner signed the note and without recourse, and pay to the order of was not on the original note when signed by Petitioner. Upon an astute observation of the procedure to purchase the property there was fraud in the factum. At all times relevant to this matter, Petitioner was not aware of being induced into signing the promissory note. Petitioner was not aware of the lender obtaining the promissory note, and the profit thru the mortgage back security scheme of Defendant. Which is a false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another so that he shall act upon it to his legal injury. ***Brainard Dispatch Newspaper Co. v. Crow Wing County, 196 Minn,. 194, 264 N.W. 779, 780.*** Jurisdiction of this court arises under 28 U.S.C. §§ 1331, 1337, 1343(a) (civil rights and elective franchise), and 1367(a) (supplemental jurisdiction): 42 U.S.C. §§ 1983 (civil action for deprivation of rights), 1985(3) (conspiracy to interfere civil rights), 1986, and 1988 (proceedings in vindication of civil rights); and 18 U.S.C. §§ 1341, 1511; 1961 (and statutes cited therein) through 1967. Jurisdiction of this court for the pendent claims is authorized by F.R.Civ.P. 1 and arises under the doctrine of pendent jurisdiction as set forth in ***United Mine Workers v. Gibbs, 383 U.S. 715 (1966*** can only tread only that path which is marked out by duty.*) CALIFORNIA CONSTITUTION ARTICLE 1

DECLARATION OF RIGHTS SEC. 3. (a) The people have the right to instruct their

representatives, petition government for redress of grievances, and assemble freely to consult for the common good.

(b) (1) The people have the right of access to information concerning the conduct of the people's business, and, therefore, the meetings of public bodies and the writings of public officials and agencies shall be open to public scrutiny.

(2) A statute, court rule, or other authority, including those in effect on the effective date of this subdivision, shall be broadly construed if it furthers the people's right of access, and narrowly construed if it limits the right of access. A statute, court rule, or other authority adopted after the effective date of this subdivision that limits the right of access shall be adopted with findings demonstrating the interest protected by the limitation and the need for protecting that interest.

(3) Nothing in this subdivision supersedes or modifies the right of privacy guaranteed by Section 1 or affects the construction of any statute, court rule, or other authority to the extent that It protects that right to privacy, including any statutory procedures governing discovery or disclosure of information concerning the official performance or professional qualifications of a peace officer.

(4) Nothing in this subdivision supersedes or modifies any provision of this Constitution, including the guarantees that a person may not be deprived of life, liberty, or property without *See Credit River Decision Judge Martin V. Mahoney* The Credit River Decision has never been over turned.  The right to a remedy should been enforced or the violation of a right should been prevented, redressed, or compensated. *Long Leaf Lumber, inc. v. Svolos, La. App.,* **258** So.2d 121, 124.  When exhibits are attached to a complaint the contents of the exhibits control over the allegations of the complaint. *Hunt Ridge at Tall Pines, Inc. v. Hall 766 So. 2d 399-Fla. Dist. court of Appeal, 2nd Dist. 2000.*  See the complaint filed in the lower court. *Exhibit A* relevant the document speaks for itself. At no time has the court lost subject matter jurisdiction.

Nature of cause of action and nature of relief sought. ***Moffatt vs. Cassimus, 238 Ala. 99, 190 So.***

***299, 300.*** Giving this Court the authority over subject matter jurisdiction.

Respectfully submitted,

Boone, Marty Marciano
All rights reserved

Boone, Ronda
All rights reserved

155 Ritter Court
Fairfield, CA 94534

# AFFIDAVIT OF THE FACTS

State of California    )
                  ) : ss
County of Solano    )

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

**"In deed, no more than (affidavit) is necessary to make the prima facie case."** United States v. Kis, 658 F.2nd, and 526 (7th Cir, 1981) Cert Denied, 50 U.SLW. 2169; U.S.L.W. March 22, 1982.

Affiant being of sound mind and over the age of twenty-one being first duly sworn under the penalty or perjury. Certify on unlimited commercial liability that, the contents are of affiant's own firsthand knowledge. Affiant does solemnly swear, depose say and declare; that affiant has personal knowledge and belief of the facts stated herein. That affiant is competent to state the matter set forth herein; that affiant has personal knowledge and belief of the facts stated herein; and all facts stated herein are true, correct, and complete, nor misleading, the truth, the whole truth, and noting but the truth.

1) Affiant states that all statements, exhibits, law, and facts are true and correct.

_____Autograph

## JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of California    )
                  )ss
County of ~~Solano~~ Yolo  )

SUBSCRIBED AND SWORN to (or affirmed) before me on this 5 day of April A.D. _____ 2016, by _Ronda Boone_____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)                             Signature

ALBIE MADRIGAL
COMM. # 2075370
NOTARY PUBLIC • CALIFORNIA
YOLO COUNTY
Comm. Exp. JULY 21, 2018

# CERTIFICATE OF SERVICE

I certify that the original of the foregoing Complaint was sent to all of the Defendants listed below.  Sent this day _15ᵗʰ_ of _April_, 2016.

DEUTSCHE BANK NATIONAL TRUST Co.
Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA 92606
Mike Aleali, Esq.
        Defendant,


Solana County Sheriff Dept.
530 Union Ave.  Suite 100
Fairfield, California 94533
Thomas A. Ferrara
        Defendant,


Solana County Sheriff Dept.
530 Union Ave.  Suite 100
Fairfield, California 94533
Thomas Dominici
        Defendant,


Respectfully submitted,

Marty M. Boone
Ronda Boone
155 Ritter Ct.
Fairfield, CA 94534

# ENDORSED FILED
Clerk of the Superior Court

# THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SOLANO

APR - 1 2016

**J. Abueg**

By_____
DEPUTY CLERK

Marty and Ronda Boone,
    Petitioner,

Case No. FCM148075

-vs.-

DEUTSCHE BANK NATIONAL
TRUST COMPANY et. al.
    Defendant,

NOTICE OF REMOVAL
TITLE 28 USC §1446

---

Now comes Petitioner, to give notice to all parties in this case a Notice of Removal.

The removal is to the District Court case# __2: 16 - CV - 0660__ moved on this

__30th__ date of __March__ 2016.

Respectfully submitted,

Marty M. Boone *All rights reserved*

Ronda Boone *All rights reserved*
155 Ritter Court
Fairfield California

EXHIBIT A

# UNITED STATES DISTRICT COURT
## OF EASTERN DISTRICT OF CALIFORNIA

ORIGINAL
FILED

MAR 30 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Marty M Boone and Ronda Boone
        PETITIONER,

-vs.-

DEUTSCHE BANK NATIONAL TRUST Co.
Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA 92606
Mike Aleali, Esq.,
Leslie Klott, Esq.
        Defendant,

SOLANA COUNTY SHERIFF DEPT.
530 Union Ave. Suite 100
Fairfield, CA 94533
Thomas A. Ferrara
        Defendant,

SOLANA COUNTY SHERIFF DEPT.
530 Union Ave. Suite 100
Fairfield, CA 94533
Thomas Dominici
        Defendant,

CASE    **2: 1 6 - CV - 0 6 6 0 JAM GGH PS**

COMPLAINT

CONSTITUTIONAL VIOLATIONS
TITLE 42 1983, 1985, & 1986
DENIAL OF DUE PROCESS
FRAUD
INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS

CONSPIRACY

MALICIOUS ABUSE OF
PROCESS
MAIL FRAUD

JURY TRAL DEMANDED

---

## JURISDICTION AND VENUE

1.    Jurisdiction of this court arises under 28 U.S.C. §§ 1331, 1337, 1343(a) (civil rights and elective franchise), and 1367(a) (supplemental jurisdiction): 42 U.S.C. §§ 1983 (civil action for deprivation of rights), 1985(3) (conspiracy to interfere civil rights), 1986, and 1988 (proceedings in vindication of civil rights); and 18 U.S.C. §§ 1341, 1511; 1961 (and statutes cited therein) through 1967.

2.    Jurisdiction of this court for the pendent claims is authorized by F.R.Civ.P. 1 and arises under the doctrine of pendent jurisdiction as set forth in ***United Mine Workers v. Gibbs, 383 U.S. 715 (1966).***

EXHIBIT A

## CAUSE OF ACTION

Now comes Marty M. Boone and Ronda Boone (Hereinafter Petitioners) to redress his grievances according to the 1st Amendment of the U.S. Constitution. The Petitioner resides at 155 Ritter Ct. Fairfield, State of California 94534-2998. Defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-8 MORTGAGE LOAN PASS-THROUGH CERTIFICATE, SERIES 2006-8 a corporation upon information and belief is doing business in Solano County, State of County.

On or about November 24, 2015, Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-8 MORTGAGE LOAN PASS-THROUGH CERTIFICATE, SERIES 2006-8 had agents from LAW OFFICES OF LES ZIEVE agents from filed a fraudulent foreclosure complaint for the subject property. Unbeknownst to Petitioners did sign an unconscionable contract to purchase the property located at 155 Ritter Ct. Fairfield, California 94534. ***Williams vs. Walker- Thomas Furniture 350 F.2d 445* (D.C. Cir 1965)** An alteration of a note according to UCC 3- 407 is an unconscionable contract, making the note void ab nitio. At all times relevant Petitioner signed the note and without recourse, and pay to the order of was not on the original note when signed by Petitioner. *See Exhibit A*

Upon an astute observation of the procedure to purchase the property there was fraud in the factum. At all times relevant to this matter, Petitioner was not aware of being induced into signing the promissory note. Petitioner was not aware of the lender obtaining the promissory note, and the profit thru the mortgage back security scheme of Defendant. An unknown monetary amount was acquired by Plaintiffs obtaining a blue ink signature on the promissory note. At no time was Petitioner given a reasonable

EXHIBIT A

opportunity to learn of its fraudulent character, or essential terms.  An intentional

perversion of the truth for the purpose of inducing another in reliance upon it to part with

some valuable thing belonging to him or to surrender a legal right.  Which is a false

representation of a matter of fact, whether by words or by conduct, by false or misleading

allegations, or by concealment of that which should have been disclosed, which deceives and is

intended to deceive another so that he shall act upon it to his legal injury.  ***Brainard Dispatch***

***Newspaper Co. v. Crow Wing County, 196 Minn,. 194, 264 N.W. 779, 780.***  A generic term,

embracing all multifarious means which human ingenuity can devise, and which are resorted to

by one individual to get advantage over another by false suggestions or by suppression of truth,

and includes all surprise, tricks, cunning, dissembling, and any unfair way by which another is

cheated.  ***Johnson v. McDonald, 170 Okl. 117, 39 P.2d 150.***  "Bad faith" and "fraud" are

synonymous, and also synonyms of dishonesty, infidelity, faithlessness, perfidy, unfairness, etc.

***Joiner v. Joiner, Tex.Civ.app., 87 S.W. 2d 903, 914, 915.***  As to what constitutes fraud, see **Am.**

**Jur. 2d, Fraud and Deceit §1.**  Defendants commit an additional crime of Fraud

according to Title 18 § 474, a copy of a security instrument is Fraud.  ***See Exhibit B below***

TITLE 18 > PART I > CHAPTER 25 > § 474

Prev | Next

# § 474. Plates, stones, or analog, digital, or electronic images for counterfeiting obligations or securities

(a) Whoever, having control, custody, or possession of any plate, stone, or other thing, or any part thereof, from which has been printed, or which may be prepared by direction of the Secretary of the Treasury for the purpose of printing, any obligation or other security of the United States, uses such plate, stone, or other thing, or any part thereof, or knowingly suffers the same to be used for the purpose of printing any such or similar obligation or other security, or any part thereof, except as may be printed for the use of the United States by order of the proper officer thereof; or
Whoever makes or executes any plate, stone, or other thing in the likeness of any plate designated for the printing of such obligation or other security; or

EXHIBIT A

Whoever, with intent to defraud, makes, executes, acquires, scans, captures, <u>records</u>, receives, transmits, reproduces, sells, or has in such person's control, custody, or possession, an analog, digital, or electronic image of any obligation or other security of the United States; or Whoever sells any such plate, stone, or other thing, or brings into the United States any such plate, stone, or other thing, except under the direction of the Secretary of the Treasury or other proper officer, or with any other intent, in either case, than that such plate, stone, or other thing be used for the printing of the obligations or other securities of the United States; or Whoever has in his control, custody, or possession any plate, stone, or other thing in any manner made after or in the similitude of any plate, stone, or other thing, from which any such obligation or other security has been printed, with intent to use such plate, stone, or other thing, or to suffer the same to be used in forging or counterfeiting any such obligation or other security, or any part thereof; or Whoever has in his possession or custody, except under authority from the Secretary of the Treasury or other proper officer, any obligation or other security made or executed, in whole or in part, after the similitude of any obligation or other security issued under the authority of the United States, with intent to sell or otherwise use the same; or Whoever prints, photographs, or in any other manner makes or executes any engraving, photograph, print, or impression in the likeness of any such obligation or other security, or any part thereof, or sells any such engraving, photograph, print, or impression, except to the United States, or brings into the United States, any such engraving, photograph, print, or impression, except by direction of some proper officer of the United States—

Is guilty of a class B felony.
**(b)** For purposes of this section, the <u>term</u> "analog, digital, or electronic image" includes any analog, digital, or electronic method used for the making, execution, acquisition, scanning, capturing, recording, retrieval, transmission, or reproduction of any obligation or security, unless such use is authorized by the Secretary of the Treasury. The Secretary shall establish a system (pursuant to section <u>504</u>) to ensure that the legitimate use of such electronic methods and retention of such reproductions by businesses, hobbyists, press and others shall not be unduly restricted.

Upon the looks of things Petitioners thought they had obtained a loan for the

property. When in fact the Pirates actually created funds obtained by Petitioner signature

on the promissory note. An astute observation of the procedure to file a lien on the

subject property, is a cognizable fact. The property was in Petitioner's name first before

the lien was put on the title. Upon an observation of Black's Law 5th Edition page 844, a

loan is a sum of money upon agreement. At no time of the transaction to purchase the

property was there an exchange of any sum of money to Petitioner. At the time of the

transaction, there was fraud in the inducement in connection with the underlying

transaction and not with the nature of the contract or document signed. Defendant gave

Petitioner a doctrine of unclean hands. ***Shondel v. McDermott, C.A. Ind.775 F. 2ᵈ 859,***

***868.*** At all times relevant to this matter Petitioner is entitled to a remedy. The contract

EXHIBIT A

was unconstitutional and void on its face, which is void ab initio. Which has no

legal force or binding effect; unable in law to support the purpose for which it was

intended. *Hardison v. Gledhill, 72 Ga. App. 432, 33 S.E.2D 921, 924* The contract is one

which no man in his senses, not under delusion, would make, on the one hand, and which

no fair and honest man would accept, on the other. *Hume v. U.S., 132 U.S. 406, 10 S.Ct.*

*134, 33 L.Ed. 393* A lawful consideration must exist and be tendered to support the

Note. *Anheuser –Busch Brewing Co. v. Emma Mason, 44 Minn. 318, 46. N.W. 558* The

Federal Reserve & National Banks exercise an exclusive monopoly and privilege of

creating credit and issuing their Notes at the expense of the public which does not receive

a fair equivalent. No rights can be acquired by fraud. See *Craig v. Mo. 4 Peters reports*

*912* Courts can only tread only that path which is marked out by duty. *See Credit River*

*Decision Judge Martin V. Mahoney* The Credit River Decision has never been

over turned. The right to a remedy should been enforced or the violation of a right should been

prevented, redressed, or compensated. *Long Leaf Lumber, inc. v. Svolos, La. App.,* **258 So.2d**

**121, 124.** When exhibits are attached to a complaint the contents of the exhibits control over the

allegations of the complaint. *Hunt Ridge at Tall Pines, Inc. v. Hall 766 So. 2d 399-Fla. Dist.*

*court of Appeal, 2nd Dist. 2000.* When a legal right is violated to the injury of another a

right of action is created, and the injured party may put in motion the law of the remedy

against the wrongdoer. *Vasu v. Kohlers, Inc., 145 Ohio St. 321, 30 Ohio Op, 542, 61*

*N.E.2d 707, 166 A.L.R. 855 (1945)*

 CALIFORNIA CONSTITUTION ARTICLE 1

DECLARATION OF RIGHTS

SEC. 3. (a) The people have the right to instruct their representatives, petition government for

EXHIBIT A

redress of grievances, and assemble freely to consult for the common good.

(b) (1) The people have the right of access to information concerning the conduct of the people's business, and, therefore, the meetings of public bodies and the writings of public officials and agencies shall be open to public scrutiny.

(2) A statute, court rule, or other authority, including those in effect on the effective date of this subdivision, shall be broadly construed if it furthers the people's right of access, and narrowly construed if it limits the right of access. A statute, court rule, or other authority adopted after the effective date of this subdivision that limits the right of access shall be adopted with findings demonstrating the interest protected by the limitation and the need for protecting that interest.

(3) Nothing in this subdivision supersedes or modifies the right of privacy guaranteed by Section 1 or affects the construction of any statute, court rule, or other authority to the extent that It protects that right to privacy, including any statutory procedures governing discovery or disclosure of information concerning the official performance or professional qualifications of a peace officer.

(4) Nothing in this subdivision supersedes or modifies any provision of this Constitution, including the guarantees that a person may not be deprived of life, liberty, or property without due process of law, or denied equal protection of the laws, as provided in Section 7.

**PLAINTIFF AND/OR PLAINTIFFS CANNOT HAVE ALL THREE (3).** It is repugnant in equity that then Plaintiff and/or Plaintiffs will garner all three (3) aspects of the purported "agreement" if Plaintiff and/or Plaintiffs prevail in this issue. The three material issues in this Suit are: i) the real property; ii) the Note; iii) the money. It is a material fact that the U.C.C. prohibits such an unjust enrichment windfall, as evidenced by U.C.C. § 3-501(B)(2). **Pursuant to,** *inter alia*, **U.C.C. § 3-501(B)(2), Plaintiff hereby Demands Defendant(s) i) to Exhibit for Inspection to this Court and Plaintiff the Instrument; and ii) provide this Court Reasonable Evidence of Authority to do so; and iii) Surrender the Instrument if Plaintiff's are successful in stealing Plaintiff's home.**

EXHIBIT A

redress of grievances, and assemble freely to consult for the common good.

(b) (1) The people have the right of access to information concerning the conduct of the people's business, and, therefore, the meetings of public bodies and the writings of public officials and agencies shall be open to public scrutiny.

(2) A statute, court rule, or other authority, including those in effect on the effective date of this subdivision, shall be broadly construed if it furthers the people's right of access, and narrowly construed if it limits the right of access. A statute, court rule, or other authority adopted after the effective date of this subdivision that limits the right of access shall be adopted with findings demonstrating the interest protected by the limitation and the need for protecting that interest.

(3) Nothing in this subdivision supersedes or modifies the right of privacy guaranteed by Section 1 or affects the construction of any statute, court rule, or other authority to the extent that It protects that right to privacy, including any statutory procedures governing discovery or disclosure of information concerning the official performance or professional qualifications of a peace officer.

(4) Nothing in this subdivision supersedes or modifies any provision of this Constitution, including the guarantees that a person may not be deprived of life, liberty, or property without due process of law, or denied equal protection of the laws, as provided in Section 7.

**PLAINTIFF AND/OR PLAINTIFFS CANNOT HAVE ALL THREE (3).** It is repugnant in equity that then Plaintiff and/or Plaintiffs will garner all three (3) aspects of the purported "agreement" if Plaintiff and/or Plaintiffs prevail in this issue. The three material issues in this Suit are: i) the real property; ii) the Note; iii) the money. It is a material fact that the U.C.C. prohibits such an unjust enrichment windfall, as evidenced by U.C.C. § 3-501(B)(2). **Pursuant to, *inter alia*, U.C.C. § 3-501(B)(2), Plaintiff hereby Demands Defendant(s) i) to Exhibit for Inspection to this Court and Plaintiff the Instrument; and ii) provide this Court Reasonable Evidence of Authority to do so; and iii) Surrender the Instrument if Plaintiff's are successful in stealing Plaintiff's home.**

EXHIBIT A

*See*: U.C.C. § 3-501. PRESENTMENT. (b) The following rules are subject to Article 4, agreement of the parties, and clearing-house rules and the like:

 (2) Upon demand of the person to whom <u>presentment</u> is made, the person making

presentment must (i) **exhibit** the **instrument**, (ii) give reasonable  identification and, **if presentment is made on behalf of another person, reasonable evidence of authority to do so**, and (iii) sign a receipt on the instrument for any payment made or **surrender the instrument** if full payment is made.

*(Emphasis added)*

For these reasons at all times relevant the Trustee's sale could not be taken in good faith.  As the Trustee C. Scott has conspired to commit fraud, theft, in conspiracy against Petitioners federally protected rights. Providing evidence that Trustee C. Scott  signed a fraudulent document dated October 27, 2015. ***See Exhibit C*** On March 25, 2016 under the supervision of Sheriff Thomas A. Ferrara, acting agent Thomas Dominici did conspire, and delivered an eviction notice to the above mentioned property.

## COUNTS AND CHARGES

(1) Violation of 42 U.S.C.§1983,
(2) Violation of 42 U.S.C. §1983 and 1985(3): conspiracy,
(3) Violation of 42 U.S.C. §1983: refusing or neglecting to prevent
(4) Malicious abuse of process,
(5) Title 18 U.S.C. Section 241 and 242 conspiracy,
(6) Intentional infliction of emotional distress,
(7)Mail Fraud

## COUNT 1: <u>VIOLATION OF 42 U.S.C. § 1983</u>

1.      At all times relevant herein, the conduct of all Defendants are subject to U.S.C.

        §§1983, 1985, 1986, and 1988.

2.      Acting under the color of law, Defendants conspired to deny Petitioner rights
        privileges, and immunities secured by the United States Constitution and Federal  Law.

EXHIBI T   A

3.      Defendants conspired for the purpose of impeding and hindering the due course of
        justice, with the intent to deny Petitioner equal protection of laws. *Johnson v. Zerbst, 304*
        *U.S. 458, 58 S Ct. 1019.*

WHEREFORE, Petitioner demands judgment for violation of 42 U.S.C. 1983 against

Defendants in his/her Official capacity, for actual damages in the amount of $50,000.00

and further demands judgment against each said Defendant jointly and severally, punitive

damages in the amount of $10,000.00, plus the costs of this action, and such other relief

deemed to be just and equitable.  Punitive damages are recoverable in §1983 suit where

defendant's conduct is motivated by an evil motive or intent, or where it involves reck-

less or callous indifference to plaintiff's federally protected rights).  *Smith v. Wade, 461*

*U.S. 30, 50-51(1983)*

### COUNT 2: 42 U.S.C. § 1983 and 1985 (2) (3)Conspiracy,

1.  At all times relevant, the conduct of all Defendant's was subject to U.S.C. § 1983
    and 1985. Defendants have constantly obstructed justice according to law.

    (2)     Obstructing justice; intimidating party, witness, or juror clearly justice was
    obstructed through conspiracy. Misleading the Plaintiff to believe that a valid sale
    was obtained and granted.

    (3)     Plaintiff was deprived of rights and privileges. Two or more persons did
    conspire to go in disguise to hold a Trustee's sale depriving, then Defendant of
    equal protection of the law.  Giving Plaintiff an action for the recovery of
    damages occasioned by such injury or deprivation, any one or more of the
    conspirators. Defendants are guilty of conspiracy with another person or persons
    to commit a crime if with the purpose of promoting or facilitating its commission
    he: (a) agrees with such other person or persons that they or one or more of them

EXHIBIT   A

will engage in conduct which constitutes such crime or an attempt or solicitation

to commit such crime; or (b) agrees to aid such other person or persons in the

planning or commission of such crime or of an attempt or solicitation to

commit such crime **Model Penal Code, § 5.03.** Crime of conspiracy is distinct

from the crime contemplated by the conspiracy (target crime), *Com. v. Dyer 243*

*Mass. 472, 509, 138 N.E. 296, 314* Members need not know all the details of the

plan or the operations; he must, however, know the purpose of the conspiracy and

agree to become a party to a plan to effectuate that purpose. *Craig v. U.S.,*

*C.C.A.Cal., 81 F.2d 816, 822.*

WHEREFORE, Petitioner demands judgment for violation of 42 U.S.C.

1985 against all Defendants in his/her Official capacity, for actual, general, special,

compensatory damages in the amount of $50,000 and further demands judgment against

each said Plaintiff's jointly and severally, punitive damages in the amount of $10,000.00,

plus the costs of this action, and such other relief deemed to be just and equitable.

Punitive damages are recoverable in §1985 suit where defendant's conduct is motivated

by an evil motive or intent, or where it involves reckless or callous indifference to

plaintiff's federally protected rights).

### COUNT 3: <u>VIOLATION OF 42 U.S.C. §1983:</u><br><u>REFUSING OR NEGLECTING TO PREVENT</u>

4.      At all times relevant to this Complaint Defendant's conspired against Petitioner.

(a)      Conspired to violate the rights, privileges, and immunities guaranteed to  by the Constitution and laws of the United States and the laws of the State of California; and

(b)      Otherwise depriving then defendant of her constitutional and statutory rights, privileges, and immunities.

EXHIBIT A

(c)     At all times relevant to the matter, defendants neglected to prevent an injury to Petitioner, knowing that they possessed no proper procedure.

(d)     Also not having sufficient evidence to proceed with a Trustee's sale.

(e)     The procedure was void ab nitio from the start.

(f)     The Trustee did sign a report of sale dated 10/19/2015 acknowledged on the Trustee's Deed.

WHEREFORE, Petitioner demands judgment against both Defendants for actual, general, damages in the amount of $50,000 and further demands judgment against said Official's in their personal capacity $10,000.00

## COUNT 4: MALISCIOUS ABUSE OF PROCESS

The Petitioner in this action alleges that the Defendants are liable for abuse of process. There are two basic elements necessary to sustain the cause of action of abuse of process. They are (1) that the Defendant's made an improper, illegal and perverted use of the legal procedure, that is to say, his/her resort to the legal process was neither warranted nor authorized by law, and (2) that defendant had an ulterior motive in initiating the legal process. In other words, abuse of process is the misuse or misapplication of the legal procedure in a manner not contemplated by law. Officials have intentionally, maliciously abused the legal process to damage Plaintiff. Abuse of process differs from malicious prosecution in that the gist of the tort is not commencing an action or causing process to issue without justification, but misusing, or misapplying process justified in itself for an end other than that which it was designed to accomplish. The purpose for which the process is used, once it is issued, is the only thing of importance. Consequently, in an action for abuse of process it is unnecessary for defendant to prove that the proceeding has terminated in his favor, or that the process was obtained without probable cause or in the course of a proceeding begun without probable cause. It is often said that proof of "malice" is required; but it seems well settled that, except on the issue of punitive damages, this does not mean

EXHIBIT A

spite or ill will, or anything other than the improper purpose itself for which the process is used, and that even a pure spite motive is not sufficient where process is used only to accomplish the result for which it was created.  The elements necessary to sustain that claims are the use of process in a manner improper in the regular conduct of the proceeding and the existence of an ulterior motive. *Nadeau v. State, 395 A. 2d 107, 117 (Me.1978)* Malicious prosecution is the common ingredient of an improper purpose, i.e., using court proceedings primarily to gain a private advantage, because of hostility and ill will, and without belief by the accuser in the guilt of the accused.  Defendants maliciously used the "legal abuse of process" to accomplish some ulterior purpose for which it was not designed or intended, or which was not the legitimate purpose of the particular process employed. *Caroll v. Gillispie, 14 Mass. App. Ct. 12, 26 (1982).* Defendants knew that they did have sufficient evidence to sale the property. The property was never prosecuted in the proper manner. Yet they did not give notice to Plaintiff after the first sale of the subject property. Which is a fraudulent transfer on the subject property.

WHEREFORE, Petitioner demands judgment against both Defendants and the State of California or actual, general, damages in the amount of $50,000 and further demands judgment against said Official's in their personal capacity $10,000.00.

## COUNT 5: TITLE 18 241 & 242 Conspiracy

All Defendants have conspired to deprived Plaintiff of his Constitutional rights. A private party maybe considered to have acted under color of state law, however, when he engages in a conspiracy or acts in concert with state agents to deprive a Defendant of his constitutional rights. *Tower v. Glover, 467 U.S. 914, 920 (1984); Fonda v. Gray, 707*

EXHIBIT A

*F.2d 435, 437 (9ᵗʰ Cir.1983).* Counties may be liable for damages arising from civil

rights violations if the alleged deprivation of rights resulted from an official policy,

practice, or custom. *Monell v. New York Department of Social Services, 436 U.S. 658,*

*694 (1978).* The Trustee Assistant participated in a void Trustee's sale. The

Trustee's department is not in possession of a valid sale. The Sheriff Department conspired with

 it's agents to deliver a fraudulent eviction onto the property.

WHEREFORE, Petitioner demands judgment against all Defendants for actual,

general, damages in the amount of $50,000.00 and further demands judgment against

said Official's in their personal capacity $10,000.00.

## COUNT6: INTENTION OF EMOTIONAL DISTRESS

1.    Officials acted intentionally or recklessly; and
2.    Official's conduct was extreme and outrageous; and
3.    Official's acts are the cause of the distress; and
4.    Petitioner suffers severe emotional distress as a result of Officials conduct.

Some general factors that will persuade that the conduct was extreme and outrageous: (1)

There was a pattern of conduct, not just an isolated incident; (2) the plaintiff was

vulnerable and the defendant knew it; (3) the defendant was in a position of power; (4)

the defendant. Plaintiff's intentionally maliciously, harass, defame, and emotionally

distress Defendant. *Hustler Magazine v. Falwell 485 U.S. 46 (1988)* Extending standard

to intentional infliction of emotional distress. A person may be liable for false

imprisonment not only when the person's own acts directly impose a restraint upon the

liberty of another but also when that person, by providing false information, causes such

restraint to be imposed. "Extreme and outrageous conduct is not required if the

emotional distress resulted from the commission of another tort. *American Velodur*

*Metal, Inc. v. Schinabek. 20 Mass. App. Ct. 460, 470-471 (1985).*

EXHIBIT A

WHEREFORE, Petitioner demands judgment against Defendants for actual, general, damages in the amount of $50,000.00 and further demands judgment against said Official's in their personal capacity $10,000.00.

## COUNT 7: MAIL FRAUD

Agents of the Law Offices of LES ZIEVE Mike Aleal, Esq. intentionally sent correspondence via U.S.Mail to Petitioner, when they fraudulently sent mail pertaining to a null and void Trustee's Sale. The use of the mails to defraud is a federal offense requiring the government to prove a knowing use of the mails to execute the fraudulent scheme. *U.S. Dondich (C.A.Cal.), 506 F.2d 1009*. Elements of "mail fraud" are a scheme to defraud and the mailing of a letter for the purpose of executing the scheme. *U.S. v. Scoblick, D.C.Pa., 124 F. Supp. 881, 887. See 18 U.S.C.A. §§1341, 1342* See using mail to defraud.

WHEREFORE, Petitioner demands judgment against all Defendants for actual, general, damages in the amount of $50,000 and further demands judgment against said Official's in their personal capacity $10,000.00

## COUNT 8: FRAUD

At all times relevant to this matter, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-8 MORTGAGE LOAN PASS-THROUGH CERTIFICATE, SERIES 2006-8 knew that the loan was fraudulent. Upon an astute observation of the procedure to purchase the property there was fraud in the factum. At all times relevant to this matter, Petitioner was not aware of being induced into signing the promissory note. Petitioner was not aware of the lender obtaining the promissory note, and the profit thru the mortgage back security scheme of. The DEUTSCHE BANK NATIONAL TRUST

EXHIBIT A

and Police Officers take an Oath of Office to uphold and protect the U.S. Constitution. Thereby definition federal, government, and State Officials, are to obey the U.S. Constitution, and statutes. To say otherwise, would leave out Defendants as having no responsibility to the Constitution and having no access to a Court for redress of grievances to hear violations of Plaintiff's Constitutional rights. Petitioner has a right to expect that government and court officials would do their duty to protect me and my property. Instead, the Defendant's engaged in conduct that was "arbitrary, or conscience shocking, in a constitutional sense*". *Collins v. City of Harker Heights, Texas, 503 U.S. 115, 128 (1992); Rymer v. Douglas County, 764 F..2d 796, 801 (11th Cir. 1985).* In addition to providing a remedy for deprivations of constitutional rights, section 1983 also makes actionable violations of federal "Laws." *Maine v. Thiboutot, 448 U.S. (1980).*

### All of the Officials are not entitled to Official Immunity
### For the following reasons and other issues

The actions of the Defendants violated clearly established Constitutional rights which a reasonable person would have known and recognized. The Defendants took the described actions with the malicious intent to cause injury to Plaintiff. State Official lacked jurisdiction to have a sale. All of the Officials aided and abetted in a conspiracy to commit larceny. The issue is presented is thus clearly drawn. As preliminary matter let us consider two well-established legal doctrines pertinent in this case. First the corporation is liable for the tort of its agent when committed with the scope of the agent's authority and course of employment even though did not authorize or ratify the tortuous acts. *Russell v. American Rock Crusher Co.,* **181, 894, 317 P.2d 847 (1957).** A related rule of law states a principal is responsible for the torts of its agent where the tortuous acts are incidental to and in furtherance of the principal's business, even though outside the scope of the agent's authority. *Williams v. Community Drive-In Theater, Inc., 214 Kan. 359, 520 P.2d 1296(1974).* Second punitive damages are appropriate

EXHIBIT A

COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-8

MORTGAGE LOAN PASS-THROUGH CERTIFICATE, SERIES 2006-8

fraudulent concealment or suppression of a material fact or circumstance which the party

is legally or morally bound to disclose. *Magee v. Insurance Co., 92 U.S. 93, 23*

*l.Ed.699; Small v. Graves, 7 Barb., N.Y., 578.*

Petitioner was not aware of the underlining fraudulent concealment of the procedure by

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW

MORTGAGE LOAN TRUST 2006-8 MORTGAGE LOAN PASS-THROUGH CERTIFICATE,

SERIES 2006-8 Ignorance of the law is no excuse. *Marbury v. Madison CRANCH 5 U.S. 137*

*(1803)* Providing evidence the Trustee's department has a fraudulent conversion of the subject

property. In which there has been a receiving into possession money or property of another and

fraudulently withholding, converting, or applying the same to or for one's own use and benefit,

or to use and benefit of any person other than the one to whom the money or property belongs.

*Commonwealth v. Mitchneck, 130 Pa.Super. 433, 198 A. 463, 464.*

WHEREFORE, Plaintiff demands judgment against all Defendants for actual,

general, damages in the amount of $50,000 and further demands judgment against said

Official's in their personal capacity $10,000.00

## FACTS

Defendants have violated Title 18 U.S.C. 241, 242, obstructing of Justice. This is

a violation of a Federal statute which is cognizable when the violation trammels a right

secured by federal law.

Upon the preponderance of the evidence, facts, and exhibits a reasonable mind

can determine a conspiracy against Petitioners rights. All of the Defendants are the

"moving force" behind Petitioners deprivations *Monell, 436 U.S. at 694.* State Officials

EXHIBIT A

when the elements of fraud, malice, gross negligence or oppression accompany the wrongful act. Such damages are awarded to punish the wrongdoer for his malicious, vindictive, willful or wanton invasion of the injured person's rights. They also serve as an example to restrain and deter others from the commission of such wrongs. *Augusta Bank & Trust v. Broomfield, 231 Kan. 52, 63, 643 P.2d 100(1982); Newton v. Hornblower, Inc. 224 Kan. 506, 525, 582 P.2d 1136 (1978).*

If the servant has committed a tort within the scope of his employment so as to render the Corporation liable for compensatory damages, and if the servant's act is such as to render him liable for punitive damages. *Stroud v. Denny's Restaurant, 271 Or. 430, 435, 532 P.2d 790 (1975).* For Mens Rea it is necessary to prove that the purpose of the conspirators was to cause the victim economic loss" (per Lord Diplock vs. Scott) for the test of Dishonesty, see *R v Ghosh* (1982) 2 All ER

## DAMAGES

As a direct and proximate result of the Officials conduct, Petitioner has continued to suffer, Physical and mental anguish and psychological and emotional distress, as well as injury to reputation and humiliation, and irreparable harm. Compensatory, punitive, exemplary, and financial damages are true and correct.

Because the Constitution does not directly provide for damages, Petitioner must proceed under one of the civil rights statutes that authorizes and award of damages, for alleged constitutional violations. *F.3d 1296 (6th Sanders v. Prentice-Hall Corp. Sys. 178 Cir. 1999).* Pleadings in this case are being held in Propria Persona, wherein pleadings are to be considered without regard to technicalities. Propria, pleadings are not to be held to the same high standards of perfection as practicing lawyers. *Haines v. Kerner* 92 Sct 594, also See Power 914 F.2d 1459 (11th Cir 1990)

**WHEREFORE,** Plaintiff demand judgment against the Defendants and the State

EXHIBIT A

# AFFIDAVIT OF THE FACTS

State of California )
): ss
County Solano )

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

**"In deed, no more than (affidavit) is necessary to make the prima facie case."** United States v. Kis, 658 F.2nd, and 526 (7th Cir, 1981) Cert Denied, 50 U.SLW. 2169; U.S.L.W. March 22, 1982.

Affiants being of sound mind and over the age of twenty-one being first duly sworn under the penalty or perjury. Certify on unlimited commercial liability that, the contents are of affiant's own firsthand knowledge. Affiants does solemnly swear, depose say and declare; that affiant has personal knowledge and belief of the facts stated herein. That affiant is competent to state the matter set forth herein; that affiant has personal knowledge and belief of the facts stated herein; and all facts stated herein are true, correct, and complete, nor misleading, the truth, the whole truth, and noting but the truth.

1) Affiant states that all statements, exhibit, law, and facts are true and correct.

_____Autograph

## ACKNOWLEDGEMENT

State of _____ )
) Scilicet      *see attached notary page*
County _____ )

SUBSCRIBED TO AND SWORN before me this_____day of ____A.D. _____2016. A Notary,
That_____, personally appeared and known to me to be
The named subscribed to the within instrument and acknowledge to be the same.

_____Seal;
Notary Public in and for said State My commission expires; _____

**EXHIBIT A**

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____    _____
*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____NAPA_____

SHYLEE C. MAGSANO
Commission No. 2102913
NOTARY PUBLIC-CALIFORNIA
NAPA COUNTY
My Comm. Expires MARCH 13, 2019

Subscribed and sworn to (or affirmed) before me

on this __30th__ day of __March__, 20 __16__,
        Date              Month              Year

by (1) __Marty  Marciano  Boone__

(and (2)_____ ),
                 *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____
              *Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

—————————————— **OPTIONAL** ——————————————
*Though this section is optional, completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*
**Description of Attached Document**
Title or Type of Document: __Affidavits of Facts__   Document Date: __3/30/16__
Number of Pages: __1__   Signer(s) Other Than Named Above: __0__

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

EXHIBIT A

of California exceeding the Court's jurisdictional amount to be determined as well as the costs of pursuing this action.  At all times defendants knew or should have known that they were acting in concert to violate clearly established law.  *Catz v. Chalker,* 142 F.3d 279, 293 (6th Cir. 1998); *see Tropf v. Fidelity National Title Insurance Co.,* 142 F.3d, 293 (6th Cir. 2002) If by your dishonor you fail to state a claim by which relief can be granted.  Your acquiesance equates to agreement of fraud and cause of injury to Plaintiff.  Upon your acquiesance you agree to a free and clear deed of the subject property.  The prayer amount for the injury caused to  Petitioners $400,000.00 in U.S.Currency.

Respectfully submitted,

Marty M. Boone

Ronda Boone

155 Ritter Court

Fairfield, California 94534

## CERTIFICATE OF SERVICE

I certify that the original of the foregoing Complaint was sent to all of the Defendants listed below.  Sent this day ___30ᵗʰ___ of ___March___ , 2016.

DEUTSCHE BANK NATIONAL TRUST Co.
Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA 92606
Mike Aleali, Esq.
        Defendant,


Solana County Sheriff Dept.
530 Union Ave.  Suite 100
Fairfield, California 94533
Thomas A. Ferrara
        Defendant,


Solana County Sheriff Dept.
530 Union Ave.  Suite 100
Fairfield, California 94533
Thomas Dominici
        Defendant,


Respectfully submitted,

_All rights reserved_

Marty M. Boone

Ronda Boone   All Rights reserved
155 Ritter Court
Fairfield California 94534

*736408 /13021 713-JL*

WHEN RECORDED MAIL TO:

**FIRST FEDERAL BANK OF CALIFORNIA**
401 Wilshire Boulevard / LOAN SERVICE
Santa Monica, California 90401

Loan No. 49928139
Title Order No. 06-736408-KR

| Recorded in Official Records, Solano County | | 5/10/2006 |
|---|---|---|
| **Marc C Tonnesen**<br>Acting Assessor/Recorder | | 8:00 AM<br>AR49<br>XX |
| 02 Fidelity Title Co | | |

Doc#: **200600058695**

| | Titles: 1 | Pages: 10 |
|---|---|---|
| Fees | | 36.00 |
| Taxes | | 0.00 |
| Other | | 0.00 |
| PAID | | $36.00 |

Space above this line for recorder's use

---

☐ CONSTRUCTION ☒ NON-CONSTRUCTION
Deed of Trust and Assignment of Rents
ADJUSTABLE INTEREST RATE LOAN

**THE NOTE SECURED BY THIS DEED OF TRUST PROVIDES FOR CHANGES IN THE INTEREST RATE AND MONTHLY PAYMENTS AND MAY PROVIDE FOR THE ADDITION OF UNPAID INTEREST TO PRINCIPAL (NEGATIVE AMORTIZATION). SEE THE NOTE DESCRIBED BELOW FOR FULL DESCRIPTION OF LOAN TERMS.**

THIS DEED OF TRUST IS MADE ON          May 2, 2006                              The trustor is

**Marty M. Boone and Ronda Boone, husband and wife as community property with right of survivorship**

("Borrower"). The trustee is SEASIDE FINANCIAL CORPORATION ("Trustee"). The beneficiary is FIRST FEDERAL BANK OF CALIFORNIA, a federally chartered savings bank and whose address is 401 Wilshire Boulevard, Santa Monica, California 90401 ("Lender", "Note Holder" or "Beneficiary").

Borrower owes Lender the principal sum of
**THREE HUNDRED TWENTY-EIGHT THOUSAND AND 00/100**

                                        Dollars (U.S. $ 328,000.00).

This debt is evidenced by Borrower's note dated the same date as this Deed of Trust ("Note") which provides for monthly payments, with the full debt, if not paid earlier, due and payable on 06/01/2046. This Deed of Trust secures to Lender: (a) the repayment of the debt evidenced by the Note with interest and all renewals, extensions and modifications; (b) the payment of all other sums, with interest, advanced under paragraph 6 to protect the security of this Deed of Trust; (c) the performance of Borrower's covenants and agreements under this Deed of Trust and the Note; (d) the performance, if the loan secured by this Deed of Trust is a construction loan, of Borrower's covenants and agreements contained in a construction or building loan or similar agreement; (e) the performance, if the security property is subject to a lease, of the terms and conditions of any such lease; (f) compliance with the terms of any Declaration of Covenants, Conditions and Restrictions or similar instruments pertaining to the security property; (g) the performance of any agreement of Borrower to pay fees and charges to Lender whether or not set forth in this Deed of Trust; and (h) the payment of charges allowed by law for any statement regarding the obligation secured by this Deed of Trust.
For this purpose and otherwise for valuable consideration, Borrower irrevocably grants, transfers, assigns and conveys to Trustee, in trust with power of sale, in the case of a lease, the leasehold estate in and to the property described below, and the following described property located in Solano County, California:

**AS PER LEGAL DESCRIPTION MARKED EXHIBIT 'A' ATTACHED HERETO AND MADE A PART HEREOF, CONSISTING OF 1 PAGE**

**0152-300-550**

Which has the address of    **155 Ritter Court, Fairfield, CA 94534**

                                                                    ("Property Address")

**FUTURE TAX STATEMENTS MAY BE MAILED TO BORROWER AT THE ADDRESS SHOWN ABOVE**

FUN 20101 (2004-02-18) (OS 016)

Loan No. 49928139

TOGETHER WITH all the improvements now or hereafter erected on the property and all present and future easements, rights, rights of way, appurtenances, rents, royalties, leases, mineral, oil and gas rights and profits, water rights and stock and all fixtures now or hereafter made a part of the property. The following items are added to the Property description, and shall also constitute the Property covered by this Deed of Trust: building materials, appliances and goods of every nature whatsoever now or hereafter located in, on, or used, or intended to be used in connection with the Property, including, but no limited to, those for the purposes of supplying or distributing heating, cooling, electricity, gas, water, air and light, fire prevention and extinguishing apparatus, security and access control apparatus, plumbing, bath tubs, water heaters, water closets, sinks, ranges, stoves, refrigerators, dishwashers, disposals, washers, dryers, awnings, storm windows, storm doors, screens, blinds, shades, curtains and curtain rods, attached mirrors, cabinets, paneling and attached floor coverings now or hereafter attached to the Property.  All replacements and additions are also covered by this Deed of Trust.   Borrower agrees to execute and deliver, if requested by Lender, any further instruments necessary to confirm the lien of this Deed of Trust on any equipment. All of the foregoing is referred to in this Deed of Trust as the "Property".

Borrower covenants that Borrower is lawfully seized of the estate hereby conveyed and has the right to grant, convey and assign the Property (and, if this Deed of Trust is on a leasehold, that the ground lease is in full force and effect without default on the part of either lessor or lessee thereunder), that the Property is unencumbered, except for encumbrances of record, and that Borrower will warrant and defend generally the title to the Property against all claims and demands, subject to any easements and restrictions listed in a schedule of exceptions to coverage in any title insurance policy insuring Lender's interest in the Property.

TO PROTECT THE SECURITY OF THIS DEED OF TRUST, BORROWER AGREES AS FOLLOWS:

(1) **Payment of Principal and Interest.** Borrower shall promptly pay when due the principal of and interest on the indebtedness evidenced by the Note, any other charges provided in the Note and all other sums secured by this Deed of Trust.

(2) **Construction of Improvements.** Borrower will complete in a good and workmanlike manner any building or improvement or repair which may be begun on the Property, pay any costs incurred when due, and not permit any mechanic's lien against the Property nor any stop notice against loan proceeds.

(3) **Preservation and Maintenance of Property; Nuisance; Duty to Protect; Leaseholds.** Borrower shall not destroy, damage, or substantially change the Property, allow the Property to deteriorate, or abandon the Property. Borrower shall not cause, conduct or permit any nuisance nor commit, permit, or suffer any stripping of or waste on or to the Property or any portion of the Property. Specifically without limitation, Borrower will not remove, or grant to any other party the right to remove, any timber, minerals (including oil and gas), soil, gravel or rock products without the prior written consent of Lender. Borrower agrees neither to abandon nor leave unattended the Property. Borrower shall do all other acts, in addition to those acts set forth above in this section, which from the character and use of the Property are reasonably necessary to protect and preserve the Property. If this Deed of Trust is on a leasehold, Borrower shall comply with the provisions of the lease, and if Borrower acquires fee title to the Property, the leasehold and fee title shall not merge unless Lender agrees to the merger in writing.

(4) **Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured at all times against loss by fire, hazards included within the term 'extended coverage' and any other hazards for which Lender (and, if this Deed of Trust is on a leasehold, the ground lease) requires insurance. This insurance shall be maintained in the amounts and for the periods that Lender requires, with loss payable to Lender. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's approval which shall not be unreasonably withheld.

All insurance policies and renewals shall be subject to the approval of Lender and shall include a standard mortgage clause in favor of and in form acceptable to Lender, whether or not such insurance was required by Lender. All insurance procured by or for the benefit of Borrower pertaining to the Property, whether such insurance is required by Lender or not, shall name Lender as the loss payee. Lender shall have the right to hold all policies and renewals. Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. In the event that Borrower obtains any new insurance policies or coverage pertaining to the Property, Borrower shall promptly notify Lender and promptly provide copies of said items. In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower.

At least 30 days prior to the expiration of any insurance policy, Borrower shall obtain and deliver to Lender written evidence of the payment of the renewal premium. If Borrower does not deliver such evidence to Lender or if the insurance is terminated, Lender is specifically requested by Borrower to obtain insurance and include the cost as an amount due pursuant to the Note. Lender is not obligated to obtain the insurance, but if it does so, it may obtain the insurance from any insurance agency or company acceptable to it. If the Lender does obtain such insurance, the Borrower shall reimburse all sums advanced together with interest thereon at the rate of interest due according to the Note, with such reimbursement all due and payable with the next scheduled monthly payment due on the Note. The Borrower is hereby made aware of the fact that any substitute or replacement insurance procured by the Lender will likely cost much more than the insurance which could be procured by the Borrower.

Unless Lender and Borrower otherwise agree in writing, all insurance proceeds (whether or not the policy or provision was required by Lender) shall be applied to restoration or repair of the Property damaged, if the restoration or repair is economically feasible and Lender's security is not lessened. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sum secured by this Deed of Trust, whether or not then due, with any excess paid to Borrower. If Borrower abandons the Property, or does not answer within 30 days a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may collect the insurance proceeds. Lender may use the proceeds to repair or restore the Property or to pay sums secured by this Deed of Trust, whether or not then due. The 30-day period will begin when the notice is given.

If under paragraph 14 the Property is acquired by Lender, Borrower's right to any insurance policies and proceeds resulting from damage to the Property prior to the acquisition shall pass to Lender to the extent of the sums secured by this Deed of Trust immediately prior to the acquisition. Unless Lender and Borrower otherwise agree in writing, any application of proceeds to principal shall not extend or postpone the due date of the Borrower's monthly payments or change the amount of the payments.

FUN 20102 (2003-11-12)                                    Page 2

EXHIBIT   A

(5) **Life, Health, or Accident Insurance.** If Borrower maintains life, accident or health insurance and Lender is the owner or holder of any policy of such insurance as further security hereunder. Lender may elect to pay any premiums if Borrower does not make the payment, and any amount so paid shall be secured hereby.

(6) **Taxes and Other Sums Due; Liens.** Borrower shall timely pay all taxes, assessments, charges, fines and impositions attributable to the Property which may attain priority over this Deed of Trust, and leasehold payments or ground rents, if any. Borrower shall pay these obligations in the manner provided in paragraph 7, or if not paid in that manner, Borrower shall pay them on time directly to the person owed payment. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this paragraph. If Borrower makes these payments directly, Borrower shall promptly furnish to Lender receipts evidencing the payments.

If Borrower fails to make any such payment, Lender, without contesting the validity or amount, may make the payment together with any related costs, expenses, fees, or charges, and thereafter enforce all rights relating to said payment as provided to Lender by this Deed of Trust or by law. Borrower agrees to notify Lender and appropriate taxing authorities immediately upon the happening of any event which does or may effect the value of the Property, the amount or basis of the Property, or the availability of any exemption to which Borrower may be entitled, if any law is passed deducting from the value of real property for tax purposes any lien thereon, or changing in any way the laws for the taxation of deeds of trust or debts secured by deed of trust for state or local purposes, or the manner of the collection of any such taxes, including, but not limited to, the postponement of the payment of all or any part of any real or personal property taxes, which would affect this Deed of Trust, the holder of this Deed of Trust and the Note which it secures shall have the right to declare the principal sum and the interest due; provided, however, that such election shall be ineffective if Borrower is permitted by law to pay the whole of such tax in addition to all other payments required hereunder and if, prior to such specified date, does pay such tax and agrees to pay any such tax when hereafter levied or assessed against the Property, and such agreement shall be a modification of this Deed of Trust. If Lender determines that any part of the Property is subject to a lien which may attain priority over this Deed of Trust, Lender may give Borrower a notice identifying the lien. Borrower shall satisfy the lien within ten days of the giving of notice.

(7) **Impounds.** Subject to applicable law and if Lender so requests, Borrower shall pay to Lender on the day monthly payments are due under the Note until the Note is paid in full, a sum ("Funds") equal to one-twelfth of: (a) yearly taxes and assessments which may attain priority over this Deed of Trust; (b) yearly leasehold payments or ground rents on the Property, if any; (c) yearly hazard insurance premiums; and (d) yearly mortgage insurance premiums, if any. These items are called 'Impounds'. Lender may estimate the Funds due on the basis of current data and reasonable estimates of future Impounds.

The Funds may be intermingled with other monies of Lender, and shall not bear interest except as required by law. If Lender requires Impounds due to Borrower's failure to timely make payments pursuant to paragraph 6, Borrower acknowledges and agrees that no interest shall be paid by Lender on such Funds. Lender shall apply the Funds to pay the Impounds. Lender shall give to Borrower all reports of Impounds as required by law. The Funds are hereby pledged as additional security for the sums secured by this Deed of Trust.

If the amount of the Funds held by Lender, together with the future monthly payments of Funds payable prior to the due dates of the Impounds, shall exceed the amount required to pay the Impounds when due, the excess shall be, at Borrower's option, either promptly repaid to Borrower or credited to Borrower on monthly payments. If the amount of the Funds held by Lender is not sufficient to pay the Impounds when due, Borrower shall pay to Lender any amount necessary to make up the deficiency in one or more payments as required by Lender. Upon payment in full of all sums secured by this Deed of Trust, Lender shall promptly refund to Borrower any Funds held by Lender. If under paragraph 14 the Property is sold or acquired by Lender, Lender shall apply, no later than immediately prior to the sale of the Property or its acquisition by Lender, any Funds held by Lender at the time of application as a credit against the sums secured by this Deed of Trust.

(8) **Assignment of Awards and Damages to Lender.** Borrower assigns to Lender all sums due, paid, or payable, (a) for injury to the Property; or (b) in connection with this loan transaction. Lender may, at its option, begin, intervene in, appear in or prosecute in its own name, any legal action, or make any compromise or settlement in connection therewith. If required by Lender, Borrower agrees to execute further assignments of any such compensation, award, damages, rights of action and proceeds.

(9) **Protection of Lender's Security.** If borrower fails to perform the covenants and agreements contained in this Deed of Trust, or if any action or proceeding is commenced which affects the Property or title thereto or the interest of Lender therein, including, but not limited to, eminent domain, insolvency, code enforcement, or arrangements or proceedings involving a bankrupt or decedent, then Lender at Lender's option may make such appearances, disburse such sums and take such action as Lender deems necessary, in its sole discretion, to protect Lender's interest, including, but not limited to, (i) disbursement of funds and attorneys' fees, (ii) entry upon the Property to make repairs, (iii) procurement of satisfactory insurance as provided in paragraph 4 hereof, and (iv) if this Deed of Trust is on a leasehold, exercise of any option to renew or extend the ground lease on behalf of Borrower and the curing of any default by Borrower in the terms and conditions of the ground lease. Any amounts disbursed by Lender pursuant to this paragraph 9, with interest thereon, shall become additional indebtedness of Borrower secured by this Deed of Trust. Unless Borrower and Lender agree to other terms of payment, such amounts shall be immediately due and payable and shall bear interest from the date of disbursement at the rate stated in the Note unless collection from Borrower of interest at such rate would be contrary to applicable law. Borrower hereby covenants and agrees that Lender shall be subrogated to the lien of any mortgage or other lien discharged, in whole or in part, by the indebtedness secured hereby. Nothing contained in this paragraph 9 shall require Lender to incur any expense or take any action hereunder.

(10) **Condemnation.** The proceeds of any award or claim for damages, direct or indirect, in connection with any condemnation action or proceeding, or for conveyance in lieu of condemnation are hereby assigned and shall be paid to Lender, subject, if this Deed of Trust. Said application shall not cure or waive any default or notice of default nor invalidate any act done because of such notice, nor shall said application change the due date or amount of the monthly payments due on the Note secured by this Deed of Trust.

(11) **Failure of Borrower to Comply with Deed of Trust.** If Borrower fails to make any payment or do any act provided in this Deed of Trust, Borrower will be in default.

(12) **Sums Advanced To Bear Interest.** Any sums advanced by Lender under this Deed of Trust will be secured hereby and will bear interest from the date advanced at the same rate as the debt secured by this Deed of Trust.

(13) **Application of Payments.** Subject to the terms of the Note, Lender has the right to determine how payments received will be allocated among the various items which make up Borrower's obligations to Lender.

EXHIBIT   A

# Exhibit "A"

**(14) Acceleration Clause; Right to Declare Sums Due.** Irrespective of the maturity date specified in any note or agreement pertaining to any indebtedness secured hereby, Lender shall have the right, at its option, to declare an indebtedness and obligations secured hereby immediately due and payable upon such declaration if: (a) Borrower is in default; or (b) Borrower or any successor in interest to Borrower of such Property sells, enters into a contract of sale, conveys or alienates such Property or any part thereof, or suffers his title or any interest to be divested, whether voluntarily or involuntarily or leases such Property or any part thereof for a term of more than 3 years, or changes or permits to be changed the character or use of the Property, or drills or extracts or enters into a lease for the drilling for or extracting of oil, gas or other hydrocarbon substance or any mineral of any kind or character on such Property; or (c) Borrower is a partnership and the interest of a general partner is assigned, transferred, or inherited; or (d) Borrower is a corporation and more than 25% of the corporate stock thereof is sold, transferred or assigned during a 12 month period; or (e) Borrower is a trust and there is a change of beneficial interest with respect to more than 25% of such property; or (f) Borrower has made any material misrepresentation or failed to disclose any material fact in those certain financial and other written representations and disclosures made by Borrower in order to induce Lender to enter into the transaction evidenced by the Promissory Note or notes or agreements which this Deed of Trust secures, or (g) the insolvency of Borrower, appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower, or the dissolution or termination of Borrower's existence as a good business (if Borrower is a business), or (h) any breach by Borrower under the terms of any other agreement between Borrower and Lender that is not remedied within any grace period provided therein, including without limitation any agreement concerning any indebtedness or other obligation of Borrower to Lender, whether existing now or later, or (i) Lender deems itself to be financially insecure as to this transaction.

**(15) Borrower Not Released; Forbearance by Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Deed of Trust granted by Lender to any successor in interest of Borrower shall not operate to release the liability of the original Borrower or Borrower's successors in interest. Lender shall not be required to commence proceedings against any successor in interest or refuse to extend time for payment or otherwise modify amortization of the sums secured by this Deed of Trust by reason of any demand made by the original Borrower or Borrower's successors in interest. Any forbearance by Lender in exercising any right or remedy shall not be a waiver of or preclude the exercise of any right or remedy.

**(16) Successors and Assigns Bound; Joint and Several Liability; Co-signers.** This Deed of Trust shall bind and benefit the successors and assigns of Lender and Borrower, subject to the provisions of paragraph 14. Borrower's covenants and agreements shall be joint and several. Any person who co-signs this Deed of Trust but does not execute the Note: (a) is co-signing this Deed of Trust only to mortgage, grant and convey that person's interest in the Property under the terms of this Deed of Trust; (b) is not personally obligated to pay the sums secured by this Deed of Trust; and (c) agrees that Lender and any other Borrower may agree to extend, modify, forbear or make any accommodations with regard to the terms of this Deed of Trust or the Note without that person's consent.

**(17) Legislation or Regulation Affecting Lender's Rights.** If enactment or expiration of applicable laws or regulations has the effect of rendering any provision of the Note or this Deed of Trust unenforceable according to its terms, Lender, at its option, may require immediate payment in full of all sums secured by this Deed of Trust and may invoke any remedies permitted herein. If Lender exercises this option, Lender shall take the steps specified in paragraph 24.

**(18) Governing Law; Severability.** The Note and this Deed of Trust shall be governed by the laws, rules and regulations of the United States including, without limitation, the laws, rules and regulations relating to federally chartered savings banks, provided, however, that, to the extent that the Note and this Deed of Trust shall be deemed to be governed by state law, the Note and this Deed of Trust shall be governed by the law of the jurisdiction in which the Property is located. In the event that any provision or clause of this Deed of Trust or the Note conflicts with applicable law, such conflict shall not affect other provisions of this Deed of Trust or the Note which can be given effect without the conflicting provision. To this end the provisions of this Deed of Trust and the Note are declared to be severable.

**(19) Borrower's Copy.** Borrower shall be given one conformed copy of the Note and of this Deed of Trust.

**(20) Right to Collect Rents and Profits/Assignment of Leases.** If Borrower is in default hereunder, Lender (in person, by agent, or by judicially appointed receiver) shall be entitled to enter upon, take possession of and manage the property, and to collect the rents of the Property (including but not limited to those past due). Any rents collected by Lender or the receiver shall be applied first to costs of management of the Property and collection of rents, including, but not limited to, receiver's fees, premiums on receiver's bonds, and reasonable attorneys' fees, and then to the sums secured by this Deed of Trust. Upon Lender's request, Borrower shall assign to Lender all leases of the Property and all security deposits made in connection with leases of the Property. Upon the assignment, Lender shall have the right to modify, extend or terminate the existing leases and to execute new leases, in Lender's sole discretion. As used in this paragraph the word "lease" shall mean "sublease" if the Deed of Trust is on a leasehold.

**(21) Remedies.** No remedy provided by this Deed of Trust is exclusive of any other remedy allowed by law or any other writing. Instead, to the extent permitted by law, all remedies available to Lender by contract or law shall be cumulative and may be exercised singularly or concurrently. Election by Lender to pursue any remedy shall not exclude pursuit of any other remedy. Without limitation, Lender reserves the right to judicially foreclose upon the Property and obtain a judgment against Borrower for any unpaid deficiency, where permitted by law.

**(22) Power of Trustee.** At Lender's request, Trustee may: (1) release any debt; (2) extend the time or alter other terms of payment of such debt; (3) accept additional security; (4) substitute or release any security property; (5) recover all or part of any security property; (6) consent to the making of any map or plat; (7) join in granting any easement on the Property; or (8) join in any extension or subordination agreement. Any such act by Trustee will not affect Borrower's liability for the payment of the debt secured by this Deed of Trust, nor will it affect the lien of this Deed of Trust on the remainder of the Property for the full amount of Borrower's debt to Lender.

**(23) Reconveyance.** Upon payment of all sums secured by this Deed of Trust, Lender shall request Trustee to reconvey the Property and shall surrender this Deed of Trust and all notes evidencing debt secured by this Deed of Trust to Trustee. Trustee shall reconvey the Property without warranty to the person or persons legally entitled to it, and may charge such fees for each full or partial reconveyance of this Deed of Trust then customarily charged for such services.

EXHIBIT A

Exhibit "A"

(24) **Default; Acceleration; Trustee's Sale upon Default.** For purposes of paragraph 14 and this paragraph 24, a "default" by Borrower shall mean a failure by Borrower to pay any monthly installment under the Note when due, or otherwise perform any obligation required by the Note, or a breach or default by Borrower of any of the provisions of the Deed of Trust, or a breach or default by Borrower under any other Deed of Trust, or other instrument secured by the property described in the Deed of Trust. Pursuant to paragraph 14 and this paragraph 24, in the event of a default by Borrower the entire principal amount outstanding under the Note and Deed of Trust and accrued interest thereon and late charges and other costs shall at once become due and payable at the option of the Note Holder without prior notice and regardless of any prior forbearings. Upon such a default by Borrower, Lender at its option may deliver to Trustee a written declaration of default and demand for sale and shall cause to be filed of record a written notice of default and of election to cause to be sold the Property described in the Deed of Trust. Lender shall also deposit with the Trustee the Deed of Trust and any notes and all documents evidencing expenditures secured thereby. If Lender invokes the power of sale and after the lapse of such time as then may be required by law following recordation of such notice of default, and notice of sale having been given as then required by law, without demand on Borrower, Trustee may sell such Property at the time and place filed by such Trustee and such notice of sale, either as a whole or in separate parcels, and in such order as the Trustee shall determine (subject to such rights as Borrower may have at law to direct such order of sale), at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale. Trustee may postpone sale of all or any portion of such property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the postponement. Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied. The recital in such deed of any matters of fact shall be conclusive proof of the truthfulness thereof. Any person, including Borrower, Trustee or Lender, may purchase at such sale. After deducting all costs, fees and expenses of Trustee, and of this Deed of Trust, including costs of evidence of title in connection with such sale, Trustee first shall apply the proceeds of sale to payment of all sums expended under the Deed of Trust, not then repaid, with accrued interest at the rate then payable under the Note or notes secured thereby, and then to payment of all other sums secured thereby and, if thereafter there be any proceeds remaining, shall distribute them to the person or persons legally entitled thereto.

(25) **Substitute Trustee.** Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the instrument number and recording date where this Deed of Trust is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by applicable law.

(26) **Waiver of Statute of Limitations.** Time is of the essence in all of Borrower's obligations. To the extent permitted by law, Borrower waives all present or future statutes of limitations with respect to any debt, demand or obligation secured by this Deed of Trust, in any action to enforce this Deed of Trust.

(27) **Inspection.** Lender or its agent may make reasonable entries upon and inspections of the Property. The right of inspection shall include, but is not necessarily limited to, the right to conduct tests upon and take samples of the soil, the air, and all other chemicals contained on the Property, within the subsurface of the Property, and in the air located upon the Property. If the Property is used for commercial or residential income purposes, at Lender's request Borrower shall deliver to Lender certified copies of all business records, a certified statement of gross and net annual income received from the Property during Borrower's previous fiscal year in such form and detail as Lender shall require, and any other financial statements or records relating to the Property.

(28) **Offsets.** No indebtedness secured by this Deed of Trust shall be deemed to have been offset or to be offset or compensated by all or part of any claim, cause of action, counterclaim or crossclaim, whether liquidated or unliquidated, which Borrower now or hereafter may have or may claim to have against Lender; and, in respect to the indebtedness now or hereafter secured hereby, Borrower waives, to the fullest extent permitted by law, the benefits of California Code of Civil Procedure Section 431.70 (and any successor laws), which Section provides:

"Where cross-demands for money have existed between persons at any point in time when neither demand was barred by the statute of limitations, and an action is thereafter commenced by one such person, the other person may assert in his answer the defense of payment in that the two demands are compensated so far as they equal each other, notwithstanding that an independent action asserting the person's claim would at the time of filing the answer be barred by the statute of limitations. If the cross-demand would otherwise be barred by the statute of limitations, the relief accorded under this section shall not exceed the value of the relief granted to the other party. The defense provided by this section is not available if the cross-demand is barred for failure to assert it in a prior action under Section 426.30. Neither person can be deprived of the benefits of this section by the assignment or death of the other. For the purposes of this section, a money judgment is a 'demand for money' and, as applied to a money judgment, the demand is barred by the statute of limitations when enforcement of the judgment is barred with Chapter 3 (commencing with Section 683.010) of Division 1 of Title 9."

(29) **Misrepresentation or Nondisclosure.** Borrower has made certain written representations and disclosures in order to induce Lender to make the loan evidenced by the Note or notes which the Deed of Trust secures, and in the event that Borrower has made any material misrepresentation or failed to disclose any material fact, Lender, at its option and without prior notice, shall have the right to declare the indebtedness secured by the Deed of Trust, irrespective of the maturity date specified in the Note or notes, immediately due and payable. Trustee, upon presentation to it of an affidavit signed by Lender setting forth facts showing a default by Borrower under this paragraph, is authorized to accept as true and conclusive all facts and statements therein, and to act thereon hereunder.

(30) **Statement of Obligation.** Lender may collect a fee not to exceed the maximum amount permitted by law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

(31) **Notices.** Any notice to Borrower provided for in this Deed of Trust shall be given by delivering it or by mailing it by first class mail, unless another method is required by law. The notice shall be sent to the Property address unless Borrower designates by notice a different address. Any notice to Lender must be given by first class mail to Lender's address stated above unless Lender designates a different address. Any notice provided for in this Deed of Trust shall be deemed to have been given to Borrower or Lender when given as provided in this paragraph, provided customary time for mail delivery shall have passed before such presumption is effective.

Page 5

EXHIBIT   A

(32) **Request for Notices.** Borrower requests that copies of the notices of default and sale be sent to Borrower's address which is the Property Address.

(33) **Modification.** This Deed of Trust can only be modified in writing and signed by Borrower and Lender.

(34) **Loan Charges.** If a law, which applies to the loan secured by this Deed of Trust and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with such loan exceed the permitted limits, then any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit.

(35) **Attorneys' Fees.** Borrower agrees to pay the following costs, expenses and attorney's fees paid or incurred by Note Holder: (1) reasonable costs of collection, expenses, and attorneys' fees paid or incurred in connection with the collection, enforcement or interpretation of the Note or this Deed of Trust, whether or not suit is filed; (2) reasonable costs of collection, expenses, and attorneys' fees paid or incurred in workout negotiations or modifications; and (3) costs of suit and attorneys; fees in such sum as the court may adjudge in any action to enforce payment of this Deed of Trust or any part of it.

(36) **Security Agreement; Financing Statements.** The following provisions relating to this Deed of Trust as a security agreement are hereby made a part of this Deed of Trust:

Security Agreement. This instrument shall constitute a security agreement to the extent any of the Property (a) constitutes fixtures; or (b) personal property of Borrower is located upon the Property, and such personal property is used to operate or maintain the Property. Lender shall have all of the rights of a secured party as to said items under the Uniform Commercial Code as amended from time to time.

Security Interest. Upon request by Lender, Borrower shall execute financing statements and take whatever other action is requested by Lender to perfect and continue Lender's security interest in the rents, fixtures and personal property. Borrower shall reimburse Lender for all expenses incurred in perfecting or continuing this security interest. Upon default, Borrower shall assemble the personal property in a manner and at a place reasonably convenient to Borrower and Lender and make it available to Lender within three (3) days after receipt of written demand from Lender.

Addresses. The mailing addresses of Borrower (debtor) and Lender (secured party), from which information concerning the security interest granted by this Deed of Trust may be obtained (each as required by the Uniform Commercial Code), are as stated on the first page of this Deed of Trust.

(37) **Hazardous Substances.** Borrower represents and warrants that, so long as this Deed of Trust remains a lien on the Property, the Property never has been, and never will be, used for the generation, manufacture, storage, treatment, disposal, release or threatened release of any hazardous waste or substance, as those terms are defined in the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, 42 U.S.C. Section 9601, et seq. ("CERCLA"), the Superfund Amendments and Reauthorization Act of 1986, Pub. L. No. 99.499 ("SARA"), the Hazardous Materials Transportation Act, 49 U.S.C. Section 1801, et. seq., the Resource Conservation and Recovery Act, 49 U.S.C. Section 6901, et seq., the Clean Water Act, 33 U.S.C. Section 466 et. seq. the Safe Drinking Water Act, 17 U.S.C. Section 1401 et. seq., the Toxic Substance Control Act, 15 U.S.C. Section 2601 Chapters 6.5 through 7.7 of Division 20 of the California Health and Safety Code, Section 13000 and 25100, et. seq., and as subsequently amended, or other applicable state or Federal laws, rules or regulations. The representations and warranties contained herein are based on Borrower's due diligence in investigating the Property for hazardous waste. Borrower hereby (a) releases and waives all claims against Lender for indemnity or contribution in the event Borrower becomes liable for cleanup or other costs under any such laws, and (b) agrees to indemnify, defend and hold harmless Lender against any and all claims, losses, liabilities, damages, penalties, and expenses which Lender may directly or indirectly sustain or suffer resulting from a breach of this section of the Deed of Trust or as a consequence of any use, generation, manufacture, storage, disposal, release or threatened release occurring prior to and/or during Borrower's ownership or interest in the Property, whether or not the same was or should have been known to Borrower. The provisions of this section of the Deed of Trust, including the obligations to indemnify and defend, shall survive the payment of the indebtedness and the satisfaction and reconveyance of the lien of this Deed of Trust and shall not be affected by Lender's acquisition of any interest in the Property, whether by foreclosure or otherwise.

(38) **Compliance With Laws.** Borrower warrants that the Property and Borrower's actual or intended use of the Property complies with all existing applicable laws, ordinances, and regulations of governmental authorities.

(39) **Acceptance by Trustee.** Trustee accepts this Trust when this Deed of Trust, duly executed and acknowledged, is made a public record as provided by law.

(40) **Merger.** There shall be no merger of the interest or estate created by this Deed of Trust with any other interest or estate in the Property at any time held by or for the benefit of Lender in any capacity, without the written consent of Lender.

(41) **Assumptions.** During the term of the Note, the Lender shall not exercise its right to declare all sums due, as provided in paragraph 14 of this Deed of Trust, in the event of the sale or transfer of the Property to a creditworthy buyer so long as such buyer applies for the assumption of the loan in advance of accepting title to the Property, and so long as the buyer, in the Lender's sole and absolute judgment, qualifies for the loan evidenced by the Note, executes an assumption agreement acceptable to Lender, and pays Lender any fees required by Lender assessed in connection with an assumption; and so long as the loan is current and the Property qualifies for the loan at the same or lower loan to value ratio than the original loan balance bore to the then fair market value of the Property. The Note may not be assumed unless the legal and beneficial title to the Property has at all times remained with Borrower. This paragraph 41 shall be effective only if a substantially similar provision is contained in the Note secured by this Deed of Trust.

(42) **Condominium or Planned Unit Development Provisions.** In the event that the Property comprises (i) a unit in, together with an undivided interest in the common elements of, a condominium project ("Condominium Project") or (ii) a parcel of land improved with a dwelling, which, together with other such parcels and certain common areas and facilities, forms a planned unit development ("PUD"), Borrower and Lender further covenant and agree as follows:

EXHIBIT A

Exhibit A

(42) **Condominium or Planned Unit Development Provisions.** In the event that the Property comprises (i) a unit in, together with an undivided interest in the common elements of, a condominium project ("Condominium Project") or (ii) a parcel of land improved with a dwelling, which, together with other such parcels and certain common areas and facilities, forms a planned unit development ("PUD"), Borrower and Lender further covenant and agree as follows:

(a) **Assessment and Obligations.** Borrower shall promptly pay, when due, all assessments imposed by the Owner Association, Homeowners' Association, or other governing body of the Condominium Project or PUD ("Owners' Association"). Borrower shall perform all of Borrower's obligations under the provisions of the Declaration, Trust Instrument, Articles of Incorporation, By-laws, Code of Regulations or other constituent document of the Condominium Project or PUD (the "Instrument").

(b) **Hazard Insurance.** In the case of a Condominium Project, so long as the Owners' Association maintains a "master" or "blanket" policy on the Condominium Project which provides insurance coverage against fire, hazards included within the term 'extended coverage' and such other hazards as Lender may require, and in such amounts and for such periods as Lender may require, then: (1) Borrower's obligation under paragraph 4 hereof of maintain hazard insurance coverage on the Property is deemed satisfied; and (2) the provisions of paragraph 4 hereof regarding application of hazard insurance proceeds shall be superseded by any provision of the Instrument or of applicable law to the extent necessary to avoid a conflict between such provisions and the provisions of paragraph 4 hereof. For any period of time during which such hazard insurance coverage is not maintained, the immediately preceding sentence shall be deemed to have no force or effect. Borrower shall give Lender prompt notice of any lapse in such hazard insurance coverage.

In the case of a Condominium Project or PUD, in the event of a distribution of hazard insurance proceeds in lieu of restoration or repair following a loss, in the case of a Condominium Project, to the Property, whether to the unit or to common elements, or, in the case of a PUD, to the common areas and facilities of the PUD, any such proceeds payable to Borrower are hereby assigned and shall be paid to Lender for application to the sums secured by this Deed of Trust, with the excess, if any, paid to Borrower.

(c) **Public Liability Insurance.** Borrower shall take such actions as may be reasonable to insure that the Owners Association maintains a public liability insurance policy acceptable in form, amount, and extent of coverage to Lender.

(d) **Condemnation.** The proceeds of any award or claim for damages, direct or consequential, payable to Borrower in connection with any condemnation or other taking of all or any part of the common areas and facilities, or for any conveyance in lieu of condemnation, are hereby assigned and shall be paid to Lender. Such proceeds shall be applied by Lender to the sum secured by this Deed of Trust in the manner provided in paragraph 10 hereof.

(e) **Lender's Prior Consent.** Borrower shall not, except with notice to Lender and with Lender's prior written consent, consent to: (1) the abandonment or termination provided by law in the case of substantial disruption by fire or other casualty or in the case of a taking by condemnation or eminent domain; (2) any material amendment to the instrument of the Condominium Project or PUD, including, but not limited to, any amendment that would change the percentage interest of the unit owners in the common areas and facilities of the Condominium Project or PUD; (3) the effectuation of any decision by the Owners' Association to terminate professional management and assume self-management of the Condominium Project or PUD; (4) any action which would have the effect of rendering the public liability insurance coverage maintained by the Owners' Association unacceptable to Lenders; or (5) in the case of a PUD, the transfer, release, encumbrance, partition or subdivision of all or part of the PUD's common areas and facilities, except as to the Owners' Association's right to grant easements for utilities and similar or related purposes.

(43) **Construction Loan Provisions.** If all or any portion of the proceeds of the loan secured by this Deed of Trust are to be used for construction of improvements on the Property covered by the Deed of Trust, the following additional provisions shall apply unless otherwise specified in the Note: Borrower agrees: (1) to commence construction promptly and in any event within thirty (30) days from recordation of the Deed of Trust, and to complete the same in accordance with plans and specifications satisfactory to Lender and to comply with all the provisions of the building loan or similar agreement entered into with Lender; (2) to allow Lender to inspect the security property at all times during construction; (3) to replace any work or materials unsatisfactory to Lender within fifteen (15) calendar days, after notice from Lender of such fact, which notice may be given to Borrower by registered or certified mail, sent to Borrower's last known address, or by personal service of the same; (4) not to suffer or permit any cessation of work on the construction of such improvements for any reason whatsoever for a period of fifteen (15) calendar days, whether consecutive or not without the written consent of Lender; and (5) to promptly pay all claims for labor performed and materials furnished in connection with the said construction and not to permit any claims or lien for said work or material to be filed of record against the security property. If the security property is a part of a larger tract upon which improvements shall be constructed, Borrower shall make separate contracts and subcontracts for said construction which shall pertain to the security property only and shall keep separate, full and complete records of all work and materials furnished to such property. Trustee, upon presentation to it of an affidavit signed by Lender setting forth facts showing a default by Borrower under this paragraph, is authorized to accept as true and conclusive the facts and statements therein, and to act thereon hereunder.

(44) **Adjustable Rate Mortgage Provisions.** The Note secured by this Deed of Trust may contain provisions that permit: (i) increases and decreases to the rate of interest provided in the Note on a periodic basis, (ii) increases and decreases to the monthly payment of principal and interest on a periodic basis; (iii) limitations on increases in the rate of interest, and may contain provisions that permit; (iv) limitations on increases and decreases in the monthly payment of principal and interest on a periodic basis; and (v) additions of unpaid interest to the outstanding principal balance of the loan evidenced by the Note, with interest thereon. Reference is made to the Note for a complete description of the adjustable rate terms of the indebtedness secured by this Deed of Trust.

(45) Borrower shall not, without prior written consent of Lender, consent to or vote in favor of the establishment, approval or creation of, or incorporation of the Property into, any Community Facilities District, Mello Roos District, or any other district or organization in which public improvements are financed via bonds or public funds, and repaid by the landowner. Borrower further agrees to provide prompt written notice to Lender immediately upon receipt of any information which indicates that the Property is or may in the future be included in any Community Facilities District, Mello Roos District, or any other district or organization in which public improvements are financed via bonds or public funds, and repaid by landowners.

Page 7

FUN 20107 (2003-11-12)

Exhibit "A"

Loan No. 49928139

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Deed of Trust and in any rider(s) executed by Borrower and recorded with it.

**BORROWER(S):**

_____
Marty M. Boone

_____
Ronda Boone

FUN 20108                            Page 8

EXHIBIT  A

Exhibit "A"

Escrow No.: 06-13021713-JL
Locate No.: CAFNT0948-0943-0013-0000736408
Title No.: 06-736408-KR

# EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF FAIRFIELD, COUNTY OF SOLANO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

## PARCEL A:

Lot 55, as shown on the Map entitled: "Final Map of Southbridge Townhomes", filed in the Office of the Recorder of Solano County, California on February 6, 1995 in Book 65 of Maps, at Page(s) 43, and as modified by a Certificate of Correction recorded March 30, 1995, Series No. 1995-00018414, Solano County Records.

## PARCEL B:

An easement over and across Lots 89, 90, and 91, as shown on said Map entitled: "Final Map of Southbridge Townhomes", for the purposes set forth in the Declaration of Covenants, Conditions, and Restrictions of Southbridge recorded February 6, 1995, Series No. 1995-0007862, Solano County Records.

## PARCEL C:

A non-exclusive easement over, under, through and across Lot 91, as shown on said "Final Map of Southbridge Townhomes", (65M43), to be appurtenant to Parcel A above for the purposes and subject to the terms and conditions set forth in the Grant Deed recorded March 28, 1997, as Series No. 1997-00018831, Solano County Records.



END OF
DOCUMENT

EXHIBIT A

*Exhibit "A"*

# ACKNOWLEDGMENT

STATE OF CALIFORNIA      )
                          ) SS.
COUNTY OF SAN MATEO      )


On MAY 03, 2006, before me, STEPHEN TALCOTT NOTARY PUBLIC

personally appeared MARTY M. BOONE

RONDA BOONE

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.


WITNESS my hand and official seal.

_____ (Seal)

STEPHEN TALCOTT
Commission # 1662267
Notary Public - California
San Mateo County
My Comm. Expires Apr 14, 2010


This Certificate must be attached to:

Title or type of Document: DEED OF TRUST

Number of pages: 7

Date of document: MAY 02, 2006

Signer(s) other than named above: NONE


ACKNOW (2003-10-24)

EXHIBIT A

**AML With Payrate**
**NOTE SECURED BY DEED OF TRUST**
**(Adjustable Interest Rate Loan - 12 MAT Index)**

THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT. MY MONTHLY PAYMENT INCREASES, MY PRINCIPAL BALANCE INCREASES AND MY INTEREST RATE INCREASES ARE LIMITED. THIS NOTE IS SECURED BY A SECURITY INSTRUMENT OF THE SAME DATE.

**U.S. $ 328,000.00**                                                  Santa Monica, California

**Loan No.: 49928139**                                                      May 2, 2006

**155 Ritter Court, Fairfield, CA 94534**

(Property Address)

1.   In return for a loan that I have received, I promise to pay

**THREE HUNDRED TWENTY-EIGHT THOUSAND AND 00/100**

Dollars (U.S. $ 328,000.00 ) (this amount is called "principal"), plus interest, to the order of the Lender. The Lender is First Federal Bank of California, a federal savings bank, its successors and/or assignees, or anyone to whom this Note is transferred. I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

2.   INTEREST

(a)   Interest Rate

Interest will be charged on the unpaid principal until the full amount of principal has been paid. I will pay interest at the yearly rate of **6.836%** .  This is my initial interest rate. The interest rate I will pay may change. The interest rate provided for in this Section 2 is the rate I will pay both before and after any default described in Section 8 of this Note  Interest will be charged on the basis of a twelve-month year and a thirty-day month

(b)   Interest Change Dates

The interest rate I will pay may change on the 1st  day of July, 2006  and on that day each month thereafter. Each date on which my interest rate could change is called an "Interest Change Date." The new rate of interest will become effective on each Interest Change Date.

(c)   Interest Rate Limit

So long as I own the property securing this Note, my interest rate will never be greater than **11.075%** , or lower than **2.825%**  If this property is sold or transferred, with the prior consent of Lender as provided in Paragraph 12, the maximum interest rate will be **4.239%** percentage points above the greater of:

(i) my initial interest rate, or

(ii) my interest rate at the time of sale or transfer.

(d)   The Index

Beginning with the first Interest Change Date, the interest rate will be based on an index (the "Index"). The Index is determined by the Lender based upon the twelve-month average of monthly yields on actively traded U. S Treasury Securities adjusted to a constant maturity of one year. Information on such U.S. Treasury Securities rates is made available by the Federal Reserve Board in the Federal Reserve Statistical release entitled "Selected Interest Rates (H 15)". The twelve most recent such U.S. Treasury Securities rates  available as of the date 15 days before each Interest Change Date are used to calculate the "Current Index "

If the Index or any Index previously substituted under this Section 2(d) is no longer available, or is otherwise unpublished, or at Lender's sole discretion is determined to be substantially recalculated, the Lender may choose a new Index. The Lender will give me notice of the choice. The Lender shall next adjust the Margin set forth in Section 2(e) of this Note based upon the value of the substituted index as of the last preceding Interest Change Date on which the prior Index was available or the date of this Note, whichever occurs later, such that the sum of the substituted index and the adjusted Margin will be similar to the sum of the prior index and the Margin set forth in Section 2(e) of this Note as of such date. The most recent value of the substituted index, as announced from time to time, and such adjusted Margin shall become the Index and the Margin for purposes of Section 2 of this Note.

(e)   Calculation of Interest Rate Changes

Before each Interest Rate Change Date, the Note Holder will calculate my new interest rate by adding **2.825%** percentage points (the "Margin") to the Current Index. Subject to the limit in Section 2(c), this amount will be my new interest rate until the next Interest Change Date.

3.   PAYMENTS

(a)   Time and Place of Payments

I will pay principal and interest by making payments every month.

I will make my monthly payments on the first day of each month beginning on July 1, 2006. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. My monthly payments will be applied to interest before principal. If, on June 1, 2046, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "maturity date."

I will make my monthly payments at 401 Wilshire Boulevard, Santa Monica, California 90401, or at a different place if required by the Note Holder. Principal, interest and charges are payable in lawful money of the United States.

**RIDER TO NOTE SECURED BY DEED OF TRUST - PREPAYMENT PENALTY RIDER**

**OWNER OCCUPANCY RIDER ATTACHED HERETO AND MADE A PART HEREOF**

**EXHIBIT   A**

Loan No.: 49928139

   (b)  Amount of My Initial Monthly Payments
       Each of my initial monthly payments will be in the amount of

**EIGHT HUNDRED EIGHTY-EIGHT AND 78/100**

**Dollars (U.S. \$\$ 888.78). This amount may change.**

       **My initial monthly payment may not constitute a "full payment" at the interest rate shown in paragraph 2 above. My initial monthly payment is calculated based on a payment rate of 1.375% %. This lower payment amount will not reflect the actual interest rate that is being charged on my Note.**

   (c)  Payment Change Dates

       My monthly payment may change as required by Section 3(d) below beginning on the 1st day of **July, 2007**, and on that day every twelfth (12th) month thereafter. Each of these dates is called a "Payment Change Date." My monthly payment will also change at any time Sections 3(f) or 3(g) below requires me to pay the Full Payment
       I will pay the amount of my new monthly payment each month beginning on each Payment Change Date or as provided in Sections 3(f) or 3(g) below

   (d)  Calculation of Monthly Payment Changes
       At least 25 days but not more than 120 days before each Payment Change Date, the Note Holder will calculate the amount of the monthly payment that would be sufficient to repay the remaining unpaid principal in full on the maturity date in substantially equal installments at the interest rate effective during the month preceding the Payment Change Date The result of this calculation is called the "Full Payment." The Note Holder will then calculate the amount of my monthly payment due the month preceding the Payment Change Date multiplied by the number 1 075 In the event the Full Payment is greater than such monthly payment. The result of this calculation is called the "Limited Payment." Unless Sections 3(f) or 3(g) below requires me to pay a different amount, I will pay the Limited Payment

   (e)  Additions / Reductions to My Unpaid Principal
       My monthly payment could be less than the amount of the interest portion of the monthly payment that would be sufficient at the monthly payment date to repay the unpaid principal in full on the maturity date in substantially equal payments If so, each month that my monthly payment is less than the interest portion, the Note Holder will subtract the amount of my monthly payment from the amount of the interest portion and will add the difference to my unpaid principal The Note Holder will also charge interest on the amount of this difference. The interest rate on the interest added to principal will be the rate required by Section 2 above.
       My monthly payment could also be greater than the amount necessary to repay the principal in full on the maturity date in substantially equal payments. In that case, the Note Holder will subtract the amount of the interest portion of the monthly payment from the amount of the monthly payment and will then subtract this difference from the unpaid principal

   (f)  Limit on My Unpaid Principal, Increased Monthly Payment.
       My unpaid principal can never exceed a maximum amount equal to **ONE HUNDRED TEN AND 00/100 (110.00%)** of the principal amount I originally borrowed My unpaid principal could exceed that maximum amount due to the Limited Payments and/or interest rate increases. If so, on the date that my paying my monthly payment would cause me to exceed that limit, I will instead pay a new monthly payment The new monthly payment will be in an amount which would be sufficient to repay my then unpaid principal in full on the maturity date at my current interest rate in substantially equal payments. At this time I will not have the option of paying the Limited Payment

   (g)  Required Full Payment
       On July 1, **2011**, and on the same day every five years thereafter, I will begin paying the Full Payment as my monthly payment until my monthly payment changes again. At this time I will not have the option of paying the Limited Payment I will also begin the Full Payment as my monthly payment on the final Payment Change Date.

4.   NOTICES OF CHANGES
       The Note Holder will deliver or mail to me a notice of any changes in the amount of my monthly payment at least 25 days before the effective date of any change The notice will contain the new interest rate and/or the payment amount applicable to my loan. The notice will also include information required by law to be given to me and also the title and telephone number of a person who will answer any questions I may have regarding the notice.

5.   BORROWER'S RIGHT TO PREPAY
       I have the right to make payments of principal at any time before they are due. A payment of principal only is known as a "prepayment." When I make a prepayment, I will tell the Note Holder in writing that I am doing so.
       I may make a full prepayment or partial prepayments, without paying any prepayment charge. The Note Holder may require that any partial prepayments be made on the date monthly payments are due and be in the amount of that whole part of one or more monthly payments which would be applied towards principal. If I make a partial prepayment, there will be no changes in the amount or due dates of my monthly payments unless the Note Holder agrees in writing to those changes. My partial prepayment may reduce the amount of my monthly payments after the first Payment Change Date following my partial prepayment However, any reduction due to my partial prepayment may be offset by an interest rate increase

6.   LOAN CHARGES
       If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limits.

EXHIBIT A

*Exhibit "A"*

an No.: 49928139

7. **LEGISLATION AFFECTING LENDER'S RIGHT**

If enactment or expiration of applicable laws or regulation has the effect of rendering any provision of the Note or Deed of Trust relating to payment of interest or principal, defaults, or transfer of the property unenforceable according to its terms, the Note Holder, at its option, may require immediate payment in full of all sums secured by the Deed of Trust and may invoke any remedies permitted herein.

8. **BORROWER'S FAILURE TO PAY AS REQUIRED**

(a) Late Charges for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of fifteen calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be six percent of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment

(b) Accrual of Interest on Unpaid Balance

In addition to any late charge described above and at the option of the Note Holder, all accrued interest which is not paid when due shall also bear interest at the same rate as the interest on the unpaid principal balance.

(c) Default

If I do not pay the full amount of each monthly payment on the date it is due, or if I do not keep the promises I make in this Note or the Deed of Trust securing it, I will be in default.

(d) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not correct the default by a certain date, the Note Holder may require me to pay immediately the full amount of principal which has not been paid and all the interest that I owe on that amount.

(e) No Waiver by Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

(f) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Such expenses include for example, reasonable attorneys' fees.

9. **GIVING OF NOTICES**

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or a different address if I give the Note Holder a notice of my different address

Any notice that must be given to the Note Holder under this Note will be given by mailing it by first class mail to the Note Holder at the address stated in Section 3(a) above or at a different address if I am given a notice of that different address

10. **OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together This means that any one of us may be required to pay all of the amounts owed under this Note

11. **WAIVERS**

I and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

12. **SECURITY**

The Note is secured by a Deed of Trust dated the same date as this Note, and said Deed of Trust contains the following clause, which is incorporated herein "Assumptions". During the term of the Note, the Lender shall not exercise its right to declare all sums due, as provided in paragraph 14 of this Deed of Trust, in the event of the sale or transfer of the Property to a credit worthy buyer so long as such buyer applies for the assumption of the loan in advance of accepting title to the Property, and so long as the buyer, in the Lender's sole and absolute judgment, qualifies for the loan evidenced by the Note, executes an assumption agreement acceptable to Lender, and pays Lender any fees required by Lender assessed in connection with an assumption, and so long as the loan is current and the Property qualifies for the loan at the same or lower loan to value ratio than the original loan balance bore to the then fair market value of the Property. The Note may not be assumed unless the legal and beneficial title to the Property has at all times remained with Borrower "

PAGE THREE

FUN 10403

**EXHIBIT A**

an No.: 49928139

13.   CLERICAL ERRORS

   In the event that the Lender at any time discovers that this Note or the Deed of Trust or any other document related to this loan (the "Loan Documents") contains an error which was caused by a clerical mistake, calculation error, computer error, printing error or similar error, I agree, upon notice from the Lender to re-execute any Loan Documents that are necessary to correct any such error(s) and I also agree that I will not hold the Lender responsible for any damage to me which may result from any such error.

14.   LOST, STOLEN OR MUTILATED DOCUMENTS

   If any of the Loan Documents are lost, stolen, mutilated or destroyed and the Lender delivers to me an indemnification in my favor, signed by the Lender, then I will sign and deliver to the Lender a Loan Document identical in form and content which will have the effect of the original for all purposes.

**BORROWERS**

_____
Marty M. Boone

_____
Ronda Boone

PAGE FOUR

DO NOT DESTROY THIS NOTE  When paid, this Note, with the Deed of Trust securing it, must be surrendered to Trustee for cancellation before reconveyance will be made

FUN 10404

EXHIBIT A

WITHOUT RECOURSE
PAY TO THE ORDER OF

FIRST FEDERAL BANK OF CALIFORNIA

BY:

MARIA LOURDES OCHOA
Senior Vice President

EXHIBIT A

Exhibit "C"

| TO (Name and Address):<br>Marty M. Boone, Ronda Boone, All Unknown Occupants<br><br>155 Ritter Ct.<br>Fairfield, CA 94534-2998 | LEVYING OFFICER (Name and Address):<br>Solano County Sheriff's Office<br>Solano County Sheriff's Civil Division<br>530 Union Ave., Suite 100<br>Fairfield, CA 94533 |
|---|---|
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br><br>Solano County Superior Court<br>580 Texas St<br>Fairfield, CA 94533 | (707) 784-7020<br>Fax: (707) 421-7027<br><br>California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF:<br>Deutsche Bank National Trust Company<br>DEFENDANT:<br>Marty M. Boone. Ronda Boone, and all Unknown Occupants | COURT CASE NO.:<br><br>FCM148075 |
| **Notice to Vacate** | LEVYING OFFICER FILE NO.:<br><br>2016001407 |

By virtue of the Writ of Execution for Possession/Real Property (eviction), issued out of the above court, you are hereby ordered to vacate the premises described on the writ.

| **Eviction Address:** | **155 Ritter Ct.**<br>**Fairfield, CA 94534-2998** |
|---|---|

Final notice is hereby given that possession of the property must be turned over to the landlord on or before:

| **Final notice is hereby given that possession of the property must be turned over to the landlord on or before:** | **Thursday, March 31, 2016 6:01 AM** |
|---|---|

Should you fail to vacate the premises within the allotted time, I will immediately enforce the writ by removing you from the premises. All personal property upon the premises at the time will be turned over to the landlord, who must return said personal property to you upon your payment of the reasonable cost incurred by the landlord in storing the property from the date of eviction to the date of payment. If the property is stored on the landlord's premises, the reasonable cost of storage is the fair rental value of the space necessary for the time of storage. If you do not pay the reasonable storage costs and take possession within fifteen (15) days, the landlord may either sell your property at a public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CCC), or, if the property is valued at less than $700.00, the landlord may dispose of your property or retain it for his own use. (715.010(b)(3), 1174 CCP)

If you claim a right of possession of the premises that accrued prior to the commencement of this action, or if you were in possession of the premises on the date of the filing of the action and you are not named on the writ, complete and file the attached Claim of Right of Possession form with this office. No claim of right to possession can be filed if box 24a(1) located on the back of the writ is checked.



Thomas A. Ferrara
Sheriff/Coroner

By: _____T. Dominiui 1626_____
Sheriff's Authorized Agent

EXHIBIT A

Original

Exhibit "C"

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number and address): | FOR COURT USE ONLY |
|---|---|
| Mike Aleali, Esq. #285874<br>Leslie M. Klott, Esq. #279622<br>Law Offices of Les Zieve<br>30 Corporate Park, Suite 450,<br>Irvine, CA 92606 | |

TELEPHONE NO.: (714) 848-7920      FAX NO.: (714) 908-7836

E-MAIL ADDRESS:

ATTORNEY FOR (Name): DEUTSCHE BANK NATIONAL TRUST COMPANY

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SOLANO**

STREET ADDRESS: 580 TEXAS STREET

MAILING ADDRESS:

CITY AND ZIP CODE: FAIRFIELD 94533

BRANCH NAME: FAIRFIELD BRANCH

PLAINTIFF: DEUTSCHE BANK NATIONAL TRUST COMPANY

DEFENDANT: MARTY M BOONE, RONDA BOONE, AND ALL UNKNOWN OCCUPANTS

| | CASE NUMBER: |
|---|---|
| **WRIT OF** [ ] EXECUTION (Money Judgment) [X] POSSESSION OF [ ] Personal Property [X] Real Property [ ] SALE | FCM148075 |

[X] Limited Civil Case    [ ] Small Claims Case
[ ] Unlimited Civil Case   [ ] Other

1. To the Sheriff or Marshal of the County of: SOLANO

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name): DEUTSCHE BANK NATIONAL TRUST COMPANY.. SEE ATTACHMENT MC-025

   is the [X] judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. Judgment debtor (name, type of legal entity stated in judgment if not a natural person, and last known address):

   ┌─────────────────────────┐
   MARTY M BOONE
   155 RITTER CT
   FAIRFIELD CA 94534-2998
   SOLANO COUNTY
   └─────────────────────────┘

   [X] Additional judgment debtors on next page

5. Judgment entered on (date): **MAR 2 2 2016**

6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

   [SEAL]

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.

10. [ ] This writ is issued on a sister-state judgment.

11. Total judgment .................... $            0.00
12. Costs after judgment (per filed order or memo CCP 685.090) ........... $            0.00
13. Subtotal (add 11 and 12) ......... $            0.00
14. Credits .................... $            0.00
15. Subtotal (subtract 14 from 13) . . . . . . $            0.00
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $            0.00
17. Fee for issuance of writ ............. $           25.00
18. Total (add 15, 16, and 17) ........... $           25.00
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of. . . . . . $            0.00
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . . . . . . . $            0.00

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on (date): **MAR 2 2 2016**    Clerk, by    **J. WOOD**    , Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

EXHIBIT A

**EXHIBIT 'C'**

EJ-130

| | |
|---|---|
| PLAINTIFF: DEUTSCHE BANK NATIONAL TRUST COMPANY | CASE NUMBER: |
| DEFENDANT: MARTY M BOONE, RONDA BOONE, AND ALL UNKNOWN OCCUPANTS | FCM148075 |

— Items continued from page 1—

21. [X] **Additional judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

RONDA BOONE
155 RITTER CT
FAIRFIELD CA 94534-2998
SOLANO COUNTY

ALL UNKNOWN OCCUPANTS
155 RITTER CT
FAIRFIELD CA 94534-2998
SOLANO COUNTY

22. [ ] **Notice of sale** has been requested by *(name and address):*

23. [ ] **Joint debtor** was declared bound by the judgment (CCP 989–994)
    a. on *(date):*
    b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

    a. on *(date):*
    b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

    c. [ ] additional costs against certain joint debtors *(itemize):*

24. [X] *(Writ of Possession* or *Writ of Sale)* **Judgment** was entered for the following:
    a. [X] Possession of real property: The complaint was filed on *(date):* 11/30/2015
        **(Check (1) or (2)):**
        (1) [X] The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
            The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
        (2) [ ] The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
            (a) $ 0.00        was the daily rental value on the date the complaint was filed.
            (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
                dates *(specify):*
    b. [ ] Possession of personal property.
        [ ] If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
    c. [ ] Sale of personal property.
    d. [ ] Sale of real property.
    e. Description of property: 155 RITTER CT
                       FAIRFIELD CA 94534-2998
                       SOLANO COUNTY

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► *A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

| | | |
|---|---|---|
| EJ-130 [Rev. January 1, 2012] | **WRIT OF EXECUTION** | Page 2 of 2 |

**EXHIBIT A**

Exhibit C

MC–025

| SHORT TITLE: DEUTSCHE BANK NATIONAL TRUST COMPANY vs. MARTY M BOONE | CASE NUMBER: FCM148075 |
|---|---|

**ATTACHMENT** *(Number):* _____1_____          Page __1__ of __1__

*(This Attachment may be used with any Judicial Council form.)*          *(Add pages as required)*

1
2
3  ... AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-8, MORTGAGE LOAN
4  PASS-THROUGH CERTIFICATES, SERIES 2006-8
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  *(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
to Judicial Council Form

*www.courtinfo.ca.gov*

EXHIBIT A

1  Name: Boone, Marty Marciano
2  Address: 155 Ritter Court
   Fairfield California
3  Telephone: 7072084250
                In Pro Per
4
5

**FILED**
Clerk of the Superior Court

MAR 3 0 2016

By _____
DEPUTY CLERK

6
7        SUPERIOR COURT OF THE STATE OF CALIFORNIA
8          COUNTY OF SOLANO, LIMITED JURISDICTION
9              UNLAWFUL DETAINER DIVISION
10
11  Deutsche Bank National Trust          Case No.: FCM 148075
12          Plaintiff(s),          **APPLICATION FOR STAY OF
13  vs.                            EXECUTION PENDING HEARING ON
                                   DEFENDANT'S MOTION TO VACATE
14  Marty M Boone and Ronda Boon   DEFAULT JUDGMENT**
15          Defendant(s).
16

17      Defendant Boone, Marty Marciano _____ applies to the Court for a
18              stay of execution as follows:
19      1.   Defendant resides at (address) 155 Ritter Court Fairfield
20  California                                                          .
21      2.   Plaintiff obtained a judgment herein on or about
22  (date) March 22, 2016 , and a writ of possession has been issued
23  thereon for defendant's residence.
24      3.   Defendant was served with a Sheriff's eviction notice
25  indicating that the eviction would take place on
26  (date) March 25, 2016 .
27      4.   Defendant has filed herewith a Motion to Vacate the
28  Default Judgment. As is further alleged in the papers filed in

Motion to Vacate Default and/or Default Judgment   **EXHIBIT A** Page 5of 7

support of said motion defendant has meritorious defenses to the complaint and has not brought the motion for purposes of delay.

5. Unless execution is stayed, defendant will suffer in that defendant has no other housing available and will be foreclosed from a hearing on the merits prior to execution. A declaration of defendant is attached to the moving papers filed herewith.

6. The hardship that defendant will suffer if this stay is not granted far outweighs the hardship to plaintiff if this application is granted.

7. Plaintiff has received notice of defendant's intent to seek this stay, as set forth below.

WHEREFORE, defendant prays that the Court stay execution of the Writ of Possession until the Motion to Vacate Default is heard and determined.

DATED: March 30, 2016

_____
Defendant In Pro Per

EXHIBIT A

DECLARATION OF EX PARTE NOTICE

The undersigned declares as follows:

1.   Plaintiff has been given 24-hour advance notice of my

intent to seek this order as follows:

____ I told the plaintiff or plaintiff's attorney by phone on

_____(date) at or about _____(time).

____ I left a message for the plaintiff or plaintiff's attorney

on _____ (date) at or about _____(time).

_✗_ I told the plaintiff or plaintiff's attorney personally

that I intended to apply for the stay. This conversation

occurred on _March 30_ (date) at or about _1:18 pm_ (time).

I declare under penalty of perjury that the foregoing is true

and correct and that this declaration was executed on

_March 30 2016_ (date), at _Fairfield_ , CA.

_____
Declarant

EXHIBIT  A

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Marty M. Boon and Ronda Boon
155 Ritter Court
Fairfield California

TELEPHONE NO.: 707 208 4253   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Old Solano Courthouse**
STREET ADDRESS: **580 Texas Street**
MAILING ADDRESS:
CITY AND ZIP CODE: **Fairfield, CA 94533**
BRANCH NAME:

PETITIONER/PLAINTIFF: Deutsche Bank National Trust

RESPONDENT/DEFENDANT: Marty M. Boon and Ronda Boon

**F I L E D**
Clerk of the Superior Court

MAR 3 0 2016

By _____
DEPUTY CLERK

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER: FCM 143075 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is: 3320 Wood hollow Fairfield California

3. On *(date):* March 30, 2016 I mailed from *(city and state):* Fairfield California
   the following documents *(specify):*
   Notice of Motion to Vacate Default and for Default Judgement / Notice Motion and to Stay Execution

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. Name of person served: Leslie Klott Esq (law office of Les Zieve
   b. Address of person served: 30 Corporate Park Suite 450
      Irvine, CA 92606

   ☑ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served) (POS-030(P)).*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 30, 2016

ALVIN Marquel Lewis
*(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)*

▶ _____
*(SIGNATURE OF PERSON COMPLETING THIS FORM)*

| Form Approved for Optional Use Judicial Council of California POS-030 [New January 1, 2005] | **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** (Proof of Service) | Code of Civil Procedure, §§ 1013, 1013a www.courtinfo.ca.gov |
|---|---|---|

EXHIBIT A



ENDORSED FILED
Clerk of the Superior Court

MAR 2 5 2016

By____A. JEAN____
DEPUTY CLERK

Boone Estate
In care of: 155 Ritter Court
Fairfield, California [94534]

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## SOLANO COUNTY-FAIRFIELD BRANCH

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-8, MORTGAGE LOAN PASS THROUGH CERTIFICATES, SERIES 2006-8, <br> Plaintiffs, <br><br> vs. <br> MARTY M BOONE and RONDA BOONE, <br> Defendants | Case No.: FCM148075 <br><br> **EX PARTE APPLICATION FOR TEMPORARY RESTRAING ORDER** <br><br> Date: March 30, 2016 <br> Time: 8:30 a <br> Dept.: 10 <br><br> **Complaint filed** |

NOW COMING: Boone, Marty Marciano, and Boone, Ronda Defendants and beneficiaries.

Defendants file a *Verified Emergency Petition for Temporary Restraining Order and/or*

*Preliminary Injunction,* and Declaratory Relief against the above-listed Plaintiff(s).

This Verified Emergency Petition for Temporary Restraining Order/and or Preliminary

Injunction and Declaratory relief is filed enjoining Plaintiff(s) and his/her/their employees,

agents and authorized representatives acting with him/her/them, or on his/her/their behalf from

further trespass and civil action orders against real property located a 155 Ritter Court,

Fairfield, California [94534]. A temporary restraining order is appropriate to maintain the

status quo of trust property. Trust property will be sold with the next upcoming weeks and

Defendants are subject to eviction actions, without immediate intervention from this Court.

[1]

Ex Parte Application for Temporary Restraining Order

EXHIBIT A

1

2   This application is made pursuant to the provisions of Code of Civil Procedure section 527 and

3   the rules of equity on the grounds that if a temporary restraining order is not issued and

4   preliminary injunction is not granted Defendants may cause irreparable damage to trust

5   property, and trust property could potentially be sold against the settlor's purpose and intent for

6   the benefit of a third party not the beneficiary who by false claim, and without standing,

7   continue to annihilate rights of private citizens and trespass on trust property.

8

9   Defendants do not know the true names, capacities, or basis for liability of ~~Defendants~~ *Plaintiffs* sued

10  herein as Does 1 through 100, inclusive, as each fictitiously named Plaintiff(s) is in some

11  manner liable to Defendants, or claims some right, title or interest in the Property. Defendants

12  will amend this Petition to allege their true names and capacities when ascertained. Defendants

13  are informed and believe, and therefore allege, that all relevant times mentioned in this Petition,

14  each of the fictitiously named Plaintiffs are responsible in some manner for the injuries and

15  damages to Defendants so alleged and that such injuries and damages to Defendants were

16  proximately caused by such Plaintiffs.

17

18

19

20

21

22

23                                              [2]

24                          Ex Parte Application for Temporary Restraining Order

EXHIBIT A

## **Statement of Facts**

1. Boone, Marty Marciano and Boone, Ronda were the owners of real property 155 Ritter Court, Fairfield California [94534].

2. Prior to obtaining evidence, Defendants attempted several times to satisfy any valid debt obligation by first allowing OCWEN Loan Servicing, LLC. To show proof of a valid claim.

3. On April 4, 2015 a qualified written request was sent to Bethany R. Burrill Esq. c/o HOUSER & ALLISON. The written request ordered that OCWEN Loan Servicing, LLC produce the **ORIGINAL WET INK PROMISSORY NOTE** per certified mail number **7014 2120 0003 2468 6651** and no adequate response was given. (see exhibit 'A')

4. On June 30, 2015 a second written request was mailed out to Bethany R. Burrill Esq. c/o HOUSER & ALLISON OCWEN Loan Servicing, LLC to produce the **ORIGINAL WET INK PROMISSORY NOTE** per certified mail number **7014 2120 0003 2468 3038** and no adequate response was given.(SEE EXHIBIT A)

5. On July 20, 2015 a Final qualified written request was mailed out to Bethany R. Burrill Esq. c/o HOUSER & ALLISON OCWEN Loan Servicing, LLC to produce the **ORIGINAL WET INK PROMISSORY NOTE** per certified mail number **7014 2120 0003 2468 6651** and no response was given.(SEE EXHIBIT A)

6. On April 4, 2015 a qualified written request was sent to OCWEN FINANCIAL, Chief Financial Officer, Michael R. Bourque.  The written request ordered that OCWEN LOAN Servicing, LLC produce the **ORIGINAL WET INK PROMISSORY NOTE** per certified mail number **7013 3020 0002 3461 1483** and no response was given  (SEE EXHIBIT B)

7. On May 15, 2015 a second written request was sent to OCWEN FINANCIAL, Chief Financial Officer, Michael R. Bourque.  The written request ordered that OCWEN LOAN Servicing, LLC produce the **ORIGINAL WET INK PROMISSORY NOTE** per certified mail number **7014 2120 0003 2631 9007**and no response was given  (SEE EXHIBIT B)

[3]

EXHIBIT A

8. On July 22, 2015 a Final qualified written request was sent to OCWEN FINANCIAL, Chief Financial Officer, Michael R. Bourque. The written request ordered that OCWEN LOAN Servicing, LLC produce the **ORIGINAL WET INK PROMISSORY NOTE** per certified mail number **7014 2120 0003 2468 7498** and no response was given  (SEE EXHIBIT B)

9. On May 15, 2015 a qualified written request was sent to WESTERN PROGRESSIVE, LLC. The written request ordered that WESTERN PROGRESSIVE, LLC produce the **ORIGINAL WET INK PROMISSORY NOTE** per certified mail number **7013 3020 0002 3461 1490** and no response was given. (SEE EXHIBIT C)

10. On June 17, 2015 a second written request was sent to WESTERN PROGRESSIVE, LLC. The written request ordered that WESTERN PROGRESSIVE, LLC produce the **ORIGINAL WET INK PROMISSORY NOTE** per certified mail number **7013 3020 0002 3461 1544** and no response was given  (SEE EXHIBIT C)

11. On August 3, 2015 the Final qualified written request was sent to WESTERN PROGRESSIVE, LLC. The written request ordered that WESTERN PROGRESSIVE, LLC produce the **ORIGINAL WET INK PROMISSORY NOTE** per certified mail number **7013 3020 0002 3461 1513** and no response was given  (SEE EXHIBIT C)

12. On July 24, 2015 a Notice of Trustee's Sale was affixed on the premises of 155 Ritter Court, Fairfield California, 94534 without an adequate response to the written requests concerning the original wet ink promissory note.

13. All three written request gave notice that upon a non-response there would be an administrative default that would take place for failure to respond.

14. Neither HOUSER & ALLISON, OCWEN LOAN SERVICING LLC nor WESTERN PROGRESSIVE took the time to provide an adequate response concerning all of the above mentioned correspondences they received.

15. Because of correspondence sent and several attempts to satisfy the obligation, OCWEN LOAN Servicing LLC had no claim or cause for a Trustee Deed upon Sale to be filed in regards to real property located at 155 Ritter Court, Fairfield California.

[4]

**EXHIBIT A**

16. OCWEN LOAN Servicing, LLC attempted to foreclose on the property and recorded the "Trustee Deed upon Sale". They were not the appointed Trustee at the time nor did they possess the right to hold any sale and grant title to themselves.

17. OCWEN LOAN SERVICING continues to bring fraud upon the court by filing a civil unlawful detainer proceeding where MARTY MARCIANO BOONE AND RONDA BOONE ESTATE were brought into suit concerning real property at 155 Ritter Court, Fairfield California. They are not the trustee's nor do they have standing to bring forth a claim.

## THE STANDARD FOR INJUCTIVE RELIEF IS SATISFIED

1. FORCLOSURE TEMPORARY RESTRAINING ORDER:

Injunctive or declaratory relief may be available to prevent an improper private sale of encumbered property on such grounds as that there is no actual default justifying the sale (Bisno v Sax [1959, 2nd Dist] 175 Cal App 2d 714, 346,P2d 814), that the secured transaction is itself invalid (Daniels V Williams [1954] 125 Cal App 2d 310, 270 P2d 556), or that inadequate notice of default was given. (Lupetino V Carbahal [1973, 3rd Dist] 35 Cal App 3d 742, 111 Cal Rptr 112) This relief may also be available to resolve a dispute as to the amount of the default. (More v Calkins [1890] 85 Cal 177, 24 P 729.

2. PRELIMINARY INJUNCTION:

In deciding whether to issue a preliminary injunction, the trial court considers two related factors: (1) the likelihood the defendants will prevail on the merits of its case at trial, and (2) the interim harm the defendants is likely to sustain if the injunction is denied, as compared to the harm the plaintiff is likely to suffer if the court grants a preliminary injunction. *Buckland v Threshold Enterprise,* Ltd, 155 Cal App. 4th 798, 66, Cal Rptr. 3d 543 (2 Dist. 2007), as modified, (Oct 22, 2007).

[5]

EXHIBIT A

1

### 3. **TEMPORARY RESTRAINING ORDER**:

Trial courts should evaluate two interrelated factors when deciding whether to issue a restraining order: (1)the first is the likelihood that he defendants will prevail on the merits at trial, and (2) the second is the interim harm that the defendant is likely to sustain if the restraining order is denied, as compared to the harm that the plaintiffs is likely to suffer if the order is issued. *Church of Christ in Hollywood v, Superior Court,* 99 Cal. App. 4th 1244, 121 Cal. Rptr. 2d 810 (2d Dist. 2002).

The granting or denial of a temporary restraining order is discretionary with the trial judge and amounts to a mere preliminary or interlocutory order to keep the subject of the litigation in status quo pending the determination of the action on its merits. *Gray v Bybee, 60* Cal. App. 2d 564, 571, 141 P.2d 32 (3d Dist. 1943).

As stated above, if Plaintiffs are not immediately restrained and enjoined from engaging in the aforementioned conduct, Defendants as beneficiaries of the Trust who hold title to the property will suffer great and immediate irreparable harm. If a Temporary Restraining Order and Preliminary Injunction against all enjoining plaintiffs, plaintiffs agents, attorneys, and representatives, and all persons acting in concert or participating with them, from evicting, selling, attempting to sell, or causing to be sold the property, either under power of sale in the Mortgage/ Deed of Trust/ mortgage or by foreclosure action is not enforced, this would alter the Settlor's original purpose and intent for said real property to be enjoyed by beneficiaries Boone, Marty Marciano and Boone, Ronda.

On the other hand, the Plaintiffs(s) are not likely to suffer and damages if the TRO is granted because they are not holders of title concerning real property located at 155 Ritter Court, Fairfield California 94534.

[6]

Ex Parte Application for Temporary Restraining Order

EXHIBIT A

# DEFENDANTS ARE LIKELY TO PREVAIL ON THE MERITS OF TRIAL

The foreclosure sale and/or any further transfer of ownership of encumbrance must be enjoined because the evidence elicited demonstrates that Defendants will succeed on the merits at trial. Defendant possesses material facts against Plaintiffs in this case, including violations of TILA and RESPA; Fraud in Equity; Unfair and Deceptive Business Practice.

A Temporary Restraining Order (TRO) must be issued when is appears from the facts shown by affidavit or by the verified complaint that great or irreparable injury will result to the applicant before the matter can be heard on notice (Code Civ. Proc § 527(c) (1). The Court should grant the TRO where the likelihood is that the defendants will prevail on the merits at trial and where the interim harm to defendants with the TRO outweighs the likely harm to the Plaintiffs if the order is issued. *Church of Christ in Hollywood v Superior Court, 99* Cal. App. 4th 1244, 1251 (2d Dist. 2002)

An actual controversy has arisen and now exists between Defendants and Plaintiffs regarding their respective rights and duties. Defendants contends that his Note and Deed of Trust we're not transferred and / or assigned pursuant to Plaintiffs loan and Pooling and Servicing Agreement (PSA) and /or California Law that Plaintiffs violated Federal TILA and RESPA laws, as well as committed fraud in the inducement and concealment at the initiation of the loan. A judicial declaration is necessary and appropriate at this time under all the circumstances so that Defendants may determine his or her rights and duties under the note and *deed of trust,* specifically.

At the very basis of Defendants Petition, based upon the facts outlined herein and above, Defendants has alleged and can demonstrate at trial that Plaintiffs breached their PSA contract and through misrepresentation are about to foreclose on Defendants real property, and that because of the securitization process Plaintiffs and their predecessors in interest fail to properly

EXHIBIT A

assign Defendants Mortgage Note and Deed of Trust according to state law and the PSA governing the original loan.

## **PRAYER**

WHEREFORE, defendants request judgments as follows:

1. A temporary restraining order, a preliminary injunction, and a permanent injunction, all enjoining defendants, defendants agents, attorneys and representatives, and all persons acting in concert or participating with them, form evicting, selling, attempting to sell, or causing to be sold the property either under the power of sale in the Mortgagee/Deed of Trust/ mortgage or by foreclosure action;

2. A declaration by the court that will allow the sale of the property or enforce the Mortgage/ Deed of Trust/ Mortgage is improper in that defendants has raised claim Plaintiffs do not legally hold the Note or Mortgage/Deed of Trust and/ or do not have right to foreclose on the subject property;

3. Cost of suit; and any further relief that the court may deem just and equitable.

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated March 28, 2016

Boone, Marty Marciano
All Rights Reserved

Dated March 28, 2016

Boone, Ronda
All Rights Reserved

[8]

Ex Parte Application for Temporary Restraining Order

EXHIBIT A

*Exhibit 'A'*

# AFFIDAVIT OF SERVICE

Solano County             )
California                )
United States of America)

It is hereby certified, that on the date noted below, the undersigned mailed to:

**TO: HOUSER & ALLISON (Bethany R. Burrill Esq)**
    9970 Research Drive, Irvine, CA 92618

Hereinafter, Recipient(s), mailed the documents:

**A COPY OF THE FOLLOWING DOCUMENTS**
1.   QUALIFIED WRITTEN REQUEST(4 PAGES)
2.   EXHIBIT A STAMPED PAGES (PAID IN FULL) OF DEED OF TRUST
     ADJUSTABLE RATE NOTE, AND PREPAYMENT RIDER ADJUSTABLE RATE
     LOAN (6PAGES)
3.   EXHIBIT B LEGAL NOTICE OF INTENT OF FEE SCHEDULE(4 PAGES)
4.   RETURNED NOTICE OF TRUSTEE SALE (11 PAGES)

A total of Twenty-Five (25) pages,

By Certified Mail number(s) __7014 0510 0000 6449 3038__         Return Receipt attached:
Deposit was made at an official depository under the exclusive face and custody of the United States Post
Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct.

Executed On:  April 7 2015

                                        _____
                                                 AFFIANT
                                        Name: Boore, Ronda
                                        Address 1301 Clay Street Box 71391
                                                 Oakland, California 94612
                                                 non domestic w/o US

Exhibit "A"

# AFFIDAVIT OF SERVICE

Solano County )
California )
United States of America)

It is hereby certified, that on the date noted below, the undersigned mailed to:

**TO: HOUSER & ALLISON (Bethany R. Burrill Esq)**
9970 Research Drive, Irvine, CA 92618

Hereinafter, Recipient(s), mailed the documents:

**A COPY OF THE FOLLOWING DOCUMENTS**
1. SECOND QUALIFIED WRITTEN REQUEST(4 PAGES)
2. EXHIBIT A STAMPED PAGES (PAID IN FULL) OF DEED OF TRUST ADJUSTABLE RATE NOTE, AND PREPAYMENT RIDER ADJUSTABLE RATE LOAN (6PAGES)
3. EXHIBIT B LEGAL NOTICE OF INTENT OF FEE SCHEDULE(4 PAGES)
4. RETURNED NOTICE OF TRUSTEE SALE (11 PAGES)

A total of Twenty-Five (25) pages,

By Certified Mail number(s) 7013 3020 0002 3461 1803 _____ Return Receipt attached:
Deposit was made at an official depository under the exclusive face and custody of the United States Post Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed On: June 30 2015

_____
AFFIANT
Name: Boone, Ronke
Address
c/o 1301 Clay Street Box 71351
Oakland, California 94612
non domestic without US

EXHIBIT A

Exhibit "A"

# AFFIDAVIT OF SERVICE

Solano County             )
California                    )
United States of America   )

It is hereby certified, that on the date noted below, the undersigned mailed to:

**TO: HOUSER & ALLISON (Bethany R. Burrill Esq.)**
**9970 Research Drive, Irvine, CA 92618**

Hereinafter, Recipient(s)," the documents:

1. FINAL QUALIFIED WRITTEN REQUEST (4 PAGES)
2. **EXHIBIT A** STAMPED PAGES (PAID IN FULL) OF THE DEED OF TRUST, ADJUSTABLE RATE NOTE, AND PREPAYMENT RIDER ADJUSTABLE RATE LOAN (6 PAGES)
3. **EXHIBIT B** LEGAL NOTICE OF INTENT OF FEE SCHEDULE (4 PAGES)

A total of <u>Fourteen(14)</u> pages,

By Certified Mail number(s) 7014 2120 0003 2468 6651  Return Receipt attached. Deposit was made at an official depository under the exclusive face and custody of the United States Post Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed On: July 20  2015

_Boon, Ronda A.R._
AFFIANT
Name: Boone: Ronda
Address: 1301 Clay Street. Box 71391
Oakland, California 94612 USA
Post-Master, Non-Domestic without US

EXHIBIT  A

## (First receipt card)

- Complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**
X Linda
**B. Received by (Printed Name)** | **C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Bethany R. Burrill Esq. D/B/A
BETHANY R. BURRILL ESQ.
Attorney A LAW HOUSER & ALLISON
9970 Research Dr.
Irvine, California [92618]

3. Service Type
☐ Certified Mail  ☐ Priority Mail Express℠
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7013 3020 0002 3461 1803

PS Form 3811, July 2013    Domestic Return Receipt

## (Second receipt card)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature**
X Linda
☐ Agent
☐ Addressee
**B. Received by ( Printed Name)** Linda | **Date of Delivery** 4/10/15

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

APR 11 2015

1. Article Addressed to:

Bethany R. Burrill D/B/A
BETHANY R. BURRILL ATTORNEY
@ HOUSER & ALLISON APC
9970 Research Drive
Irvine, California near [92618]

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7014 0510 0000 6499 3038

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## (Third receipt card)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature**
X Linda Jrg
☐ Agent
☐ Addressee
**B. Received by (Printed Name)** | **C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Bethany Burrill Esq.
C/o HOUSER & ALLISON
9970 Research Drive
Irvine California 92618

3. Service Type
☑ Certified Mail  ☐ Priority Mail Express℠
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7014 2120 0003 2468 6651

PS Form 3811, July 2013    Domestic Return Receipt

EXHIBIT A

# AFFIDAVIT OF SERVICE

Solano County          )
California             )
United States of America)

It is hereby certified, that on the date noted below, the undersigned mailed to:

**TO: OCWEN FINANCIAL( Michael R BourqueJr) Chief Financial Officer**
        C/o Northpark Town Center
        1000 Abernathy Rd NE; suite 200

Hereinafter, Recipient(s), mailed the documents:

**A COPY OF THE FOLLOWING DOCUMENTS**
   1. QUALIFIED WRITTEN REQUEST(4 PAGES)
   2. EXHIBIT A STAMPED PAGES (PAID IN FULL) OF DEED OF TRUST
      ADJUSTABLE RATE NOTE, AND PREPAYMENT RIDER ADJUSTABLE RATE
      LOAN (6PAGES)
   3. EXHIBIT B LEGAL NOTICE OF INTENT OF FEE SCHEDULE(4 PAGES)
   4. RETURNED NOTICE OF TRUSTEE SALE (11 PAGES)

A total of Twenty-Five (25) pages,

By Certified Mail number(s) ___7013 3020 0002 3461 1483___ Return Receipt attached:
Deposit was made at an official depository under the exclusive face and custody of the United States Post
Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct.

Executed On: April 8 2015

_____
AFFIANT
Name: Boone, Rand
Address c/o 1301 Clay Street Box 71351
        Oakland, California 94612
        non domestic w/o US.

# Exhibit B

# AFFIDAVIT OF SERVICE

Solano County          )
California               )
United States of America)

It is hereby certified, that on the date noted below, the undersigned mailed to:

**TO: OCWEN FINANCIAL( Michael R BourqueJr) Chief Financial Officer**
   C/o Northpark Town Center
   1000 Abernathy Rd NE; suite 200

Hereinafter, Recipient(s), mailed the documents:

**A COPY OF THE FOLLOWING DOCUMENTS**
   1. SECOND QUALIFIED WRITTEN REQUEST(4 PAGES)
   2. EXHIBIT A STAMPED PAGES (PAID IN FULL) OF DEED OF TRUST
      ADJUSTABLE RATE NOTE, AND PREPAYMENT RIDER ADJUSTABLE RATE
      LOAN (6PAGES)
   3. EXHIBIT B LEGAL NOTICE OF INTENT OF FEE SCHEDULE(4 PAGES)
   4. RETURNED NOTICE OF TRUSTEE SALE (11 PAGES)

A total of Twenty-Five (25) pages,

By Certified Mail number(s) __7014 2120 0003 2631 9007__          Return Receipt attached:
Deposit was made at an official depository under the exclusive face and custody of the United States Post
Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct.

Executed On:  May 15 2015

                                                                    _____
                                                                    AFFIANT
                                                              Name: Brodshay Barade 71391
                                                              Address: 1301 Clay Street Box 71391
                                                                    Oakland, California 94612 - USA
                                                                    Post master non domestic w/o us

**Exhibit "B"**

# AFFIDAVIT OF SERVICE

Solano County       )
California          )
United States of America   )

It is hereby certified, that on the date noted below, the undersigned mailed to:

**TO: WESTERN PROGRESSIVE TRUSTEE, LLC,** as Trustee for beneficiary
   C/o Northpark Town Center
  1000 Abernathy Rd NE; Bldg 400, Suite 200 Atlanta, GA 30328

Hereinafter, Recipient(s)," the documents:

**A COPY OF THE FOLLOWING DOCUMENTS**
1.  FINAL QUALIFIED WRITTEN REQUEST (4 PAGES)
2.  **EXHIBIT A** STAMPED PAGES (PAID IN FULL) OF THE DEED OF TRUST, ADJUSTABLE RATE NOTE, AND PREPAYMENT RIDER ADJUSTABLE RATE LOAN (6 PAGES)
3.  **EXHIBIT B** LEGAL NOTICE OF INTENT OF FEE SCHEDULE (4 PAGES)
4.  **RETURNED NOTICE OF TRUSTEE SALE** (11PAGES)

A total of Twenty-Five (25) pages,

By Certified Mail number(s) 7014 2120 0003 2468 7498   Return Receipt attached. Deposit was made at an official depository under the exclusive face and custody of the United States Post Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed On: July  22  2015

_Boo, Rob A.R._
_____
AFFIANT
Name: Boone: Ronda
Address: c/o 1301 Clay Street Box 71391
     Oakland, California 94612-USA
     Post-Master non-Domestic without US

EXHIBIT A

**Card 1**

- Complete items 1, 2, ...
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
X R. Ridgy
□ Agent
□ Addressee

B. Received by (Printed Name)   R. Ridgy

C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

1. Article Addressed to:

Michael R. Bourque Jr. D/B/A
MICHAEL R BOURQUE JR
CHIEF FINANCIAL OFFICER - OLWEN
FINANCIAL
1000 Abernathy Road Suite 210
Atlanta, Georgia new [30328]

3. Service Type
☑ Certified Mail®   □ Priority Mail Express™
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7013 3020 0002 3461 1483

PS Form 3811, July 2013     Domestic Return Receipt

---

**Card 2**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Ridgy
□ Agent
□ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

1. Article Addressed to:

Michael R. Bourque Jr dba MICHAEL R Bourque Jr
CHEIF FINANCIAL OFFICER
OCWEN Loan Servicing
1000 Abernathy Road, Suite 210
Atlanta GA, 30328

3. Service Type
☑ Certified Mail®   □ Priority Mail Express™
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7014 2120 0003 2631 9007

PS Form 3811, July 2013     Domestic Return Receipt

---

**Card 3**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X R. Ridgy
□ Agent
□ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

1. Article Addressed to:

Western Progressive Trustee, LLC
North Park Town Center
1000 Abernathy Rd. N.E, Bldg 400 Suite 200
Atlanta, GA 30328

3. Service Type
☑ Certified Mail®   □ Priority Mail Express™
□ Registered   ☑ Return Receipt for Merchandise
□ Insured Mail   □ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7014 2120 0003 2468 7498

PS Form 3811, July 2013     Domestic Return Receipt

EXHIBIT A

Exhibit 'C'

# AFFIDAVIT OF SERVICE

Solano County                )
California                       )
United States of America)

It is hereby certified, that on the date noted below, the undersigned mailed to:

**TO: WESTERN PROGRESSIVE TRUSTEE, LLC,** as Trustee for beneficiary
C/o 30 Corporrate Park, Suite 450 Irvine, CA 92606

Hereinafter, Recipient(s), mailed the documents:

**A COPY OF THE FOLLOWING DOCUMENTS**
1. QUALIFIED WRITTEN REQUEST(4 PAGES)
2. EXHIBIT A STAMPED PAGES (PAID IN FULL) OF DEED OF TRUST ADJUSTABLE RATE NOTE, AND PREPAYMENT RIDER ADJUSTABLE RATE LOAN (6PAGES)
3. EXHIBIT B LEGAL NOTICE OF INTENT OF FEE SCHEDULE(4 PAGES)
4. RETURNED NOTICE OF TRUSTEE SALE (11 PAGES)

A total of Twenty-Five (25) pages,

By Certified Mail number(s) 7013 3020 0002 34U 1490          Return Receipt attached:
Deposit was made at an official depository under the exclusive face and custody of the United States Post Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed On: May 15 2015

AFFIANT
Name: Boone Ronda
Address c/1 1301 Clay street box 71391
Oakland California 94612
non domestic wthout US

EXHIBIT A

# AFFIDAVIT OF SERVICE

Solano County )
California )
United States of America)

It is hereby certified, that on the date noted below, the undersigned mailed to:

**TO: WESTERN PROGRESSIVE TRUSTEE, LLC,** as Trustee for beneficiary
C/o 30 Corporate Park, Suite 450 Irvine, CA 92606

Hereinafter, Recipient(s), mailed the documents:

**A COPY OF THE FOLLOWING DOCUMENTS**
1.   SECOND QUALIFIED WRITTEN REQUEST(4 PAGES)
2.   EXHIBIT A STAMPED PAGES (PAID IN FULL) OF DEED OF TRUST
     ADJUSTABLE RATE NOTE, AND PREPAYMENT RIDER ADJUSTABLE RATE
     LOAN (6PAGES)
3.   EXHIBIT B LEGAL NOTICE OF INTENT OF FEE SCHEDULE(4 PAGES)
4.   RETURNED NOTICE OF TRUSTEE SALE (11 PAGES)

A total of Twenty-Five (25) pages,

By Certified Mail number(s) 7013 3020 0002 9461 1544        Return Receipt attached:
Deposit was made at an official depository under the exclusive face and custody of the United States Post
Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct.

Executed On:  June 17 2015

                                        _Bau L  A.R_____
                                        AFFIANT
                                        Name: Booe, Randa
                                        Address c/o 1301 Clay Street Box 71341
                                                Oakland California 94612
                                                Non domestic without us

# AFFIDAVIT OF SERVICE

Solano County )
California )
United States of America )

It is hereby certified, that on the date noted below, the undersigned mailed to:

**TO: WESTERN PROGRESSIVE TRUSTEE, LLC**, as Trustee for beneficiary
C/o 30 Corporate Park, Suite 450 Irvine, CA 92606

Hereinafter, Recipient(s)," the documents:

**A COPY OF THE FOLLOWING DOCUMENTS**
1. FINAL QUALIFIED WRITTEN REQUEST (4 PAGES)
2. **EXHIBIT A** STAMPED PAGES (PAID IN FULL) OF THE DEED OF TRUST, ADJUSTABLE RATE NOTE, AND PREPAYMENT RIDER ADJUSTABLE RATE LOAN (6 PAGES)
3. **EXHIBIT B** LEGAL NOTICE OF INTENT OF FEE SCHEDULE (4 PAGES)
4. **RETURNED NOTICE OF TRUSTEE SALE** (11PAGES)

A total of Twenty-Five (25) pages,

By Certified Mail number(s) 7013 3020 0002 3441 1513 Return Receipt attached. Deposit was made at an official depository under the exclusive face and custody of the United States Post Office.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed On: August 3 2015


Bow, Ral A.R.
AFFIANT
Name: Boone: Ronda
Address: C/o 1301 Clay Street Box 71391
Oakland, California 94612 USA
Post-Master non-Domestic without U.S

EXHIBIT A

**First receipt:**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Catherine Kellar  8/6/15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Western Progressive Trustee, LLC
C/o 30 Corporate Park, Suite 450
Irvine, CA 92606

3. Service Type
☐ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7013 3020 0002 3461 1513

PS Form 3811, July 2013  Domestic Return Receipt

---

**Second receipt:**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Irvine Lapkevah  6-22-15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Postmark: IRVINE CA JUN 24 2015 USPS]

1. Article Addressed to:

Western Progressive LLC
to Tarnika Y Foster d/b/a Trustee
Sales Assistant
30 Corporate Park Suite 450
Irvine, California near [92 06]

3. Service Type  USPS
☐ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7013 3020 0002 3461 1544

PS Form 3811, July 2013  Domestic Return Receipt

---

**Third receipt:**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
____ Churchwell  5/9

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Western Progressive LLC
30 Corporate Park # 450
Irvine, CA 92606

3. Service Type
☐ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7013 3020 0002 3461 1490

PS Form 3811, July 2013  Domestic Return Receipt

EXHIBIT A

Boone Estate
In care of: 155 Ritter Court
Fairfield, California [94534]

SUPERIOR COURT OF THE STATE OF CALIFORNIA

SOLANO COUNTY-FAIRFIELD BRANCH

DEUTSCHE BANK NATIONAL TRUST COMPANY, ) Case No.: FCM148075
                                      )
AS TRUSTEE FOR HARBORVIEW MORTGAGE    ) **MOTION FOR NEW TRIAL**
                                      )
LOAN TRUST 2006-8, MORTGAGE LOAN PASS )
                                      )
THROUGH CERTIFICATES, SERIES 2006-8,  )
                                      )
                    Plaintiff,        )
                                      )
vs.

MARTY M BOONE and RONDA BOONE,

                    Defendant
_____

      **NOTICE IS HEREBY GIVEN** of surprise upon as newly discovered evidence that, with reasonable diligence was not available, in time for the December 14, 2015 response due date to the filed complaint in the above titled court. As a result, the court granted a Default Judgment in favor of the Plaintiff. Boone, Marty Marciano and Boone, Ronda, move this court in the nature of and pursuant to <u>California Code of Civil Procedure, sections 656, 657(4)</u> and for the following reasons:

1.    TAKE JUDICIAL NOTICE THAT Boone, Marty Marciano and Boone, Ronda, object, do not consent and specifically disagree with Default Judgment granted to Plaintiff, as newly discovered evidence which could not, with reasonable diligence, have been discovered and produced within 21 days the amount of time that is required to give a response to said complaint.

**EXHIBIT A**

DEUTSCHE BANK NATIONAL TRUST COMPANY V BOONE, et al - 1

2. Boone, Marty Marciano and Boone, Ronda, object, do not consent and specifically disagree with the stranger to the suit, LAW OFFICE OF LES ZIEVE, who claims to be the Trustee for HARBORVIEW MORTGAGE LOAN TRUST 2006-8, MORTGAGE LOAN PASS THROUGH CERTIFICATE, SERIES 2006-8, as Revocation of the Power of Attorney recorded in Official Records of Solano County Filed 8/04/2015 with Solano County Recorder's office as such document rebuts their presumption of Trusteeship. (See evidence A)

3. TAKE FURTHER JUDICIAL NOTICE THAT Boone, Marty Marciano and Boone, Ronda, do not consent and specifically disagree with any party having superior claim above the occupant of the executor office for the Boone Estate.

4. Boone, Marty Marciano and Boone, Ronda do not consent and specifically disagree with any presumption that Respondent has waived any rights and defenses.

5. Boone, Marty Marciano and Boone, Ronda objects, do not consent and specifically disagree with any presumption that Respondent has granted substance to Petitioner by waiver and/or consent.

THEREFORE, Boone, Marty Marciano and Boone, Ronda seeks relief from default judgement in the nature of, and pursuant to California Code of Civil Procedure, sections 473(b), as there are material facts at issue that have yet to be reviewed and settled in this case.

Respectfully Submitted, this 28th day of March, 2016.

By: Dated this [28 ] March], [2016]

Boone, Marty Marciano  03.28.2016

Boy Ronda  3/28/16

**EXHIBIT A**

DEUTSCHE BANK NATIONAL TRUST COMPANY V BOONE, et al - 2

Evidence "A"

RECORDING REQUESTED BY
RONDA AND MARTY M BOONE

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO
SHAKURA TRUST
1301 Clay Street Box 71391
Oakland California Usa 94612

Recorded in Official Records Solano County

**Marc C Tonnesen**
Assessor/Recorder

CR Boone R

8/04/2015
3 02 PM
AR16
3G

Doc# **201500070558**



| Titles | 1 | Pages | 2 |
|---|---|---|---|
| Fees | | 16 | 00 |
| Taxes | | 0 | 00 |
| Other | | 0 | 00 |
| PAID | | $16 | 00 |

APN 0152 300 550                                 SPACE ABOVE THIS LINE IS FOR RECORDER S USE

# REVOCATION OF POWER OF ATTORNEY

That the General Power of Attorney dated the 2 $^d$ day of May 2006  and executed by the undersigned  did make

constitute and appoint

FIRST FEDERAL BANK and its agent s or assignors attorney for purposes and with the powers therein set forth

which powers of attorney was granted on the 2 $^d$ day of May 2006  recorded in the Office of the County Recorder of

the Solano County  State of California  in Book 86  Page 95  and is hereby wholly revoked  cancelled

2006000558695

and annulled

IN WITNESS WHEREOF a notary public have hereunto I have set my hand

this ___4th___ day of ___August___ 20 15 ___

_____ A R
Principal Boon, Ronda A B

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the
document to which this certificate is attached  and not the truthfulness  accuracy  or validity of that document

STATE OF CALIFORNIA                          )
                                                          ) SS
COUNTY OF  ___Napa___                    )

On ___August 4, 2015___ before me  ___SHYLEE C MAGSANO___ Notary Public  personally
appeared  ___Ronda Boone___ _____
who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies)
and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s)
acted  executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct

WITNESS my hand and official seal

Signature _____

**SHYLEE C MAGSANO**
Commission No 2102913
NOTARY PUBLIC-CALIFORNIA
NAPA COUNTY
My Comm Expires MARCH 13 2019

MAIL TAX STATEMENTS AS DIRECTED ABOVE

EXHIBIT A

# EXHIBIT "A"

Aforesaid revocation of power of attorney is in regards to real property located at 155 Ritter Court Fairfield California 94534  The land referred to is situated in the State of California  County of Solano City of Fairfield  and is described as follows

## PARCEL ONE

Lot 55  as shown on that certain Map entitled   FINAL MAP OF SOUTHBRIDGE TOWNHOMES  which Map was filed in the Office of the Solano County Recorder on February 6  1995  in Book 65 of Maps Page 43  and as modified by a Certificate of Correction recorded March 30  1995  Series No  1995 00018414  Solano County Records

## PARCEL TWO

A right and easement over and across Lots 89 90 and 91 as shown said Final Map of Southbridge Townhomes (65M43) for purposes of reasonable ingress to and egress from Parcel One above  as set forth in the Grant Deeds recorded December 8  1995  and March 28  1997 as Series No 1995 00078026 and 1997 00018831  Solano County Records

## PARCEL THREE

A non exclusive easement over  under through and across Lot 91 as shown on said Final Map of Southbridge Townhomes  (65M43)  to be appurtenant to Parcel One above  for the purposes and subject to the terms and conditions set forth in the Grant Deed recorded March 28  1997  as Series No  1997 000188331 Solano County Records

APN  0152 300 550

THIS HEREBY NOTICE IS SUBJECT TO AFFECT ANY ACTIONS TAKEN PLACE BY ANY AND ALL ASSUMED POWER (S) OF ATTORNEY BY ASSIGNEES OR SUBSTITUTED TRUSTEES ON BEHALF OF DEED OF TRUST DOCUMENT NO  200600058695 THAT MAY HAVE CAUSED FOR DOCUMENTATION TO BE FILED BY POWERS GRANTED AND OR CONFERRED UPON THEM

NOTICE OF THIS REVOCATION OF GENERAL POWER OF ATTORNEY SHALL BE BINDING ON EVERY PERSON OR ENTITY TO WHICH A COPY OF THIS REVOCATION OF GENERAL POWER OF ATTORNEY HAS BEEN GIVEN


END OF DOCUMENT

EXHIBIT  A

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)*: | FOR COURT USE ONLY |
|---|---|
| Mike Aleali, Esq. #285874<br>Leslie M. Klott, Esq. #279622<br>Law Offices of Les Zieve<br>30 Corporate Park, Suite 450,<br>Irvine, CA 92606 | |

TELEPHONE NO.: (714) 848-7920    FAX NO.: (714) 908-7836

E-MAIL ADDRESS:

ATTORNEY FOR *(Name)*: DEUTSCHE BANK NATIONAL TRUST COMPANY

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO

STREET ADDRESS: 580 TEXAS STREET

MAILING ADDRESS:

CITY AND ZIP CODE: FAIRFIELD 94533

BRANCH NAME: FAIRFIELD BRANCH

PLAINTIFF: DEUTSCHE BANK NATIONAL TRUST COMPANY

DEFENDANT: MARTY M BOONE, RONDA BOONE, AND ALL UNKNOWN OCCUPANTS

*CMFF 841524 #25*

|  |  |  | CASE NUMBER: |
|---|---|---|---|
| WRIT OF | [ ] EXECUTION (Money Judgment) | | FCM148075 |
| | [X] POSSESSION OF [ ] Personal Property | | |
| | [X] Real Property | [X] Limited Civil Case  [ ] Small Claims Case | |
| | [ ] SALE | [ ] Unlimited Civil Case  [ ] Other_____ | |

1. **To the Sheriff or Marshal of the County of:** SOLANO

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* DEUTSCHE BANK NATIONAL TRUST COMPANY.. SEE ATTACHMENT MC-025

   is the [X] judgment creditor [ ] assignee of record  whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

   MARTY M BOONE
   155 RITTER CT
   FAIRFIELD CA 94534-2998
   SOLANO COUNTY

   [X] Additional judgment debtors on next page

5. **Judgment entered on** *(date):* MAR 2 2 2016

6. [ ]  **Judgment renewed on** *(dates):*

7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ]  Joint debtor information on next page.

   [SEAL]

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.

10. [ ] This writ is issued on a sister-state judgment.

| 11. Total judgment .................... | $ | 0.00 |
|---|---|---|
| 12. Costs after judgment (per filed order or memo CCP 685.090) ........... | $ | 0.00 |
| 13. Subtotal *(add 11 and 12)* ......... | $ | 0.00 |
| 14. Credits ................... | $ | 0.00 |
| 15. Subtotal *(subtract 14 from 13)* ...... | $ | 0.00 |
| 16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... | $ | 0.00 |
| 17. Fee for issuance of writ ............. | $ | 25.00 |
| 18. Total *(add 15, 16, and 17)* ........... | $ | 25.00 |

19. Levying officer:
   (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of. ...... $ 0.00
   (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) ........... $ 0.00

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date):* MAR 2 2 2016    Clerk, by  **J. WOOD** , Deputy

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

EXHIBIT A

| | |
|---|---|
| PLAINTIFF: DEUTSCHE BANK NATIONAL TRUST COMPANY | CASE NUMBER: |
| DEFENDANT: MARTY M BOONE, RONDA BOONE, AND ALL UNKNOWN OCCUPANTS | FCM148075 |

**— Items continued from page 1 —**

21. **[X]** **Additional judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

RONDA BOONE
155 RITTER CT
FAIRFIELD CA 94534-2998
SOLANO COUNTY

ALL UNKNOWN OCCUPANTS
155 RITTER CT
FAIRFIELD CA 94534-2998
SOLANO COUNTY

22. ☐ **Notice of sale** has been requested by *(name and address):*

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
   a. on *(date):*                                   a. on *(date):*
   b. name, type of legal entity stated in judgment if not a          b. name, type of legal entity stated in judgment if not
   natural person, and last known address of joint debtor:            a natural person, and last known address of joint debtor:

   c. ☐ additional costs against certain joint debtors *(itemize):*

24. **[X]** *(Writ of Possession* or *Writ of Sale)* **Judgment** was entered for the following:
   a. **[X]** Possession of real property: The complaint was filed on *(date):* 11/30/2015
      **(Check (1) or (2)):**
      (1) **[X]** The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
             The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
             (a) $ 0.00        was the daily rental value on the date the complaint was filed.
             (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
                 dates *(specify):*
   b. ☐ Possession of personal property.
      ☐ If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. Description of property: 155 RITTER CT
                              FAIRFIELD CA 94534-2998
                              SOLANO COUNTY

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► *A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

---

EXHIBIT A

MC–025

| SHORT TITLE: DEUTSCHE BANK NATIONAL TRUST COMPANY vs. MARTY M BOONE | CASE NUMBER: FCM148075 |
|---|---|

**ATTACHMENT** *(Number):* ____1____          Page _1_ of _1_

*(This Attachment may be used with any Judicial Council form.)*     *(Add pages as required)*

... AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-8, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-8

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

EXHIBIT  A

UD-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Mike Aleali, Esq. #285874<br>Leslie M. Klott, Esq. #279622<br>Law Offices of Les Zieve,<br>30 Corporate Park, Suite 450<br>Irvine, CA 92606 | |

TELEPHONE NO.: (714) 848-7920    FAX NO. *(Optional):* (714) 908-7836

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* DEUTSCHE BANK NATIONAL TRUST COMPANY

**FILED**
Clerk of the Superior Court

MAR 22 2016

By _____
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SOLANO
STREET ADDRESS: 580 TEXAS STREET
MAILING ADDRESS:
CITY AND ZIP CODE: FAIRFIELD 94533
BRANCH NAME: FAIRFIELD BRANCH

PLAINTIFF: DEUTSCHE BANK NATIONAL TRUST COMPANY

DEFENDANT: MARTY M BOONE, RONDA BOONE, AND ALL UNKNOWN OCCUPANTS

| JUDGMENT—UNLAWFUL DETAINER | CASE NUMBER: |
|---|---|
| [X] By Clerk     [X] By Default     [ ] After Court Trial<br>[ ] By Court     [X] Possession Only     [ ] Defendant Did Not<br>                                         Appear at Trial | FCM148075 |

## JUDGMENT

1. [X]  **BY DEFAULT**
   a:  Defendant was properly served with a copy of the summons and complaint.
   b.  Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c.  Defendant's default was entered by the clerk upon plaintiff's application.
   d. [X]  Clerk's Judgment (Code Civ. Proc., §1169). For possession only of the premises described on page 2 (Item 4).
   e. [ ]  Court Judgment (Code Civ. Proc., § 585(b)). The court considered
        (1) [ ]  plaintiff's testimony and other evidence.
        (2) [ ]  plaintiff's or others' written declaration and evidence (Code Civ. Proc., § 585(d)).

2. [ ]   **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a.  The case was tried on *(date and time):*
       before *(name of judicial officer):*
   b.  Appearances by:
       [ ]  Plaintiff *(name each):*            [ ]  Plaintiff's attorney *(name each):*
                                                      (1)
                                                      (2)
       [ ]  Continued on *Attachment 2b* (form MC-025).
       [ ]  Defendant *(name each):*            [ ]  Defendant's attorney *(name each):*
                                                      (1)
                                                      (2)
       [ ]  Continued on *Attachment 2b* (form MC-025).
   c. [ ]  Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. [ ]  A statement of decision (Code Civ. Proc., § 632) [ ] was not  [ ] was   requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
UD-110 [New January 1, 2003]

**JUDGMENT—UNLAWFUL DETAINER**

Code of Civil Procedure, §§ 415.46,
585(d), 664.6, 1169
American LegalNet, Inc.
www.USCourtForms.com

**VIA FAX FILE**

EXHIBIT A

PLAINTIFF: DEUTSCHE BANK NATIONAL TRUST COMPANY

DEFENDANT: MARTY M BOONE, RONDA BOONE, AND ALL UNKNOWN OCCUPANTS

CASE NUMBER: FCM148075

JUDGMENT IS ENTERED AS FOLLOWS BY: [ ] THE COURT [X] THE CLERK

3. **Parties.** Judgment is

a. [X] for plaintiff *(name each)*: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-8, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-8

and against defendant *(name each)*: MARTY M BOONE, RONDA BOONE, AND ALL UNKNOWN OCCUPANTS

[ ] Continued on *Attachment 3a* (form MC-025).

b. [ ] for defendant *(name each)*:

4. [X] Plaintiff [ ] Defendant is entitled to possession of the premises located at: *(street address, apartment, city, and county)*: 155 RITTER CT, FAIRFIELD CA 94534-2998 – SOLANO COUNTY

5. [X] Judgment applies to all occupants of the premises including tenants, subtenants if any, and named claimants if any (Code Civ. Proc., §§ 715.010, 1169, and 1174.3).

6. **Amount and terms of judgment.**

a. [ ] Defendant named in item 3a above must pay plaintiff on the complaint:

| | | | |
|---|---|---|---|
| (1) | [ ] | Past-due rent | $ |
| (2) | [ ] | Holdover damages | $ |
| (3) | [ ] | Attorney fees | $ |
| (4) | [ ] | Costs | $ |
| (5) | [ ] | Other *(specify)*: | $ |
| (6) | | **TOTAL JUDGMENT** | $ |

b. [ ] Plaintiff is to receive nothing from defendant named in item 3b.

[ ] Defendant named in item 3b is to recover costs: $

[ ] and attorney fees: $

c. [X] The rental agreement is canceled. [X] The lease is forfeited.

7. [ ] **Conditional judgment.** Plaintiff has breached the agreement to provide habitable premises to defendant as stated in *Judgment—Unlawful Detainer Attachment* (form UD–110S), which is attached.

8. [ ] **Other** *(specify)*:

[ ] Continued on *Attachment 8* (form MC-025).

Date: [ ] _____
JUDICIAL OFFICER

Date: MAR 2 2 2016 [X] Clerk, by _____, Deputy

| (SEAL) | **CLERK'S CERTIFICATE** *(Optional)* |
|---|---|
| | I certify that this is a true copy of the original judgment on file in the court. |
| | Date: |
| | Clerk, by _____, Deputy |

EXHIBIT A

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Mike Aleali, Esq. #285874<br>Leslie M. Klott, Esq. #279622<br>Law Offices of Les Zieve,<br>30 Corporate Park, Suite 450,<br>Irvine, CA 92606<br>TELEPHONE NO.:(714) 848-7920   FAX NO. *(Optional)*:(714) 908-7836<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: DEUTSCHE BANK NATIONAL TRUST COMPANY | **FILED**<br>**Clerk of the Superior Court**<br><br>MAR 2 2 2016<br><br>By _____<br>**DEPUTY CLERK** |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO |
|---|
| STREET ADDRESS: 580 TEXAS STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: FAIRFIELD 94533 |
| BRANCH NAME: FAIRFIELD BRANCH |

| PLAINTIFF/PETITIONER: DEUTSCHE BANK NATIONAL TRUST COMPANY |
|---|
| DEFENDANT/RESPONDENT: MARTY M BOONE, RONDA BOONE, AND ALL<br>UNKNOWN OCCUPANTS |

| REQUEST FOR<br>(Application) | [X] Entry of Default   [X] Clerk's Judgment<br>[ ] Court Judgment | CASE NUMBER:<br>FCM148075 |
|---|---|---|

1. **TO THE CLERK:** On the complaint or cross-complaint filed
   a. on *(date)*: 11/30/2015
   b. by *(name)*: DEUTSCHE BANK NATIONAL TRUST COMPANY... SEE ATTACHMENT MC-025
   c. [X] Enter default of defendant *(names)*: MARTY M BOONE, RONDA BOONE   12/13/15
   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names)*:

   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. [X] Enter clerk's judgment
     (1) [X] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
          [X] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
     (2) [ ] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
     (3) [X] for default previously entered on *(date)*: 12/29/15

2. Judgment to be entered.

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint ........... | $ 0 | $ 0 | $ 0 |
| b. Statement of damages * | | | |
|    (1) Special .................... | $ 0 | $ 0 | $ 0 |
|    (2) General ................... | $ 0 | $ 0 | $ 0 |
| c. Interest ....................... | $ 0 | $ 0 | $ 0 |
| d. Costs *(see reverse)* .......... | $ 0 | $ 0 | $ 0 |
| e. Attorney fees................. | $ 0 | $ 0 | $ 0 |
| f. TOTALS ...................... | $ 0 | $ 0 | $ 0 |

   g. Daily damages were demanded in complaint at the rate of: $60.00   per day beginning *(date)*: 11/13/2015
   (* *Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. [X] *(Check if filed in an unlawful detainer case)* Legal document assistant or unlawful detainer assistant information is on the reverse *(complete item 4)*.

Date: March 8, 2016

Mike Aleali, Esq.<br>Leslie M. Klott, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT<br>USE ONLY | (1) [X] Default entered as requested on *(date)*:<br>(2) [ ] Default NOT entered as requested *(state reason)*: MAR 2 2 2016<br><br>Clerk, by _____, Deputy |
|---|---|

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-100 [Rev. January 1, 2007] | **REQUEST FOR ENTRY OF DEFAULT**<br>(Application to Enter Default) | Code of Civil Procedure,<br>§§ 585-587, 1169<br>www.courtinfo.ca.gov |
|---|---|---|

American LegalNet, Inc.<br>www.FormsWorkflow.com

VIA FAX FILE                    EXHIBIT A

CIV-100

| PLAINTIFF/PETITIONER: DEUTSCHE BANK NATIONAL TRUST COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Marty M Boone AND ALL UNKNOWN OCCUPANTS | FCM148075 |

4. **Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.). A legal document assistant or unlawful detainer assistant ☐ did ☒ did not for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*

   a. Assistant's name:
   b. Street address, city, and zip code:

   c. Telephone no.:
   d. County of registration:
   e. Registration no.:
   f. Expires on *(date):*

5. ☒ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).* This action
   a. ☐ is ☒ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
   b. ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
   c. ☐ is ☒ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing** (Code Civ. Proc., § 587). A copy of this *Request for Entry of Default* was
   a. ☐ not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names):*

   b. ☒ mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:
   (1) Mailed on *(date):* March 4, 2016
   Marty M Boone
   155 Ritter Ct
   Fairfield CA 94534-2998

   (2) To *(specify names and addresses shown on the envelopes):*
   RONDA BOONE
   155 Ritter Ct
   Fairfield CA 94534-2998

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
Date: March 8, 2016

Mike Aleali, Esq.
Leslie M. Klott, Esq.
(TYPE OR PRINT NAME)                              ▶            (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):
   a. Clerk's filing fees . . . . . . . . . . . . . . . . . . . . . . $    0
   b. Process server's fees . . . . . . . . . . . . . . . . . $    0
   c. Other *(specify):* . . . . . . . . . . . . . . . . . . . $    0
   d. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    0
   e. TOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . $    0
   f. ☒ Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: March 8, 2016

Mike Aleali, Esq.
Leslie M. Klott, Esq.
(TYPE OR PRINT NAME)                              ▶            (SIGNATURE OF DECLARANT)

8. ☒ **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: March 8, 2016

Mike Aleali, Esq.
Leslie M. Klott, Esq.
(TYPE OR PRINT NAME)                              ▶            (SIGNATURE OF DECLARANT)

EXHIBIT A

MC–025

| SHORT TITLE: DEUTSCHE BANK NATIONAL TRUST COMPANY vs. MARTY M BOONE | CASE NUMBER: FCM148075 |
|---|---|

**ATTACHMENT (Number):** _____1_____     Page __1__ of __1__

*(This Attachment may be used with any Judicial Council form.)*     *(Add pages as required).*

1

2

3  … AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-8, MORTGAGE LOAN

4  PASS-THROUGH CERTIFICATES, SERIES 2006-8

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  *(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

EXHIBIT   A

**CIV-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Mike Aleali, Esq. #285874<br>Leslie M. Klott, Esq. #279622<br>Law Offices of Les Zieve,<br>30 Corporate Park, Suite 450,<br>Irvine, CA 92606<br>TELEPHONE NO.: (714) 848-7920    FAX NO. *(Optional)*: (714) 908-7836<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: DEUTSCHE BANK NATIONAL TRUST COMPANY | **FOR COURT USE ONLY**<br><br>F I L E D<br>Clerk of the Superior Court<br><br>DEC 2 9 2015<br><br>By_____<br>DEPUTY CLERK |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO |
|---|
| STREET ADDRESS: 580 TEXAS STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: FAIRFIELD 94533 |
| BRANCH NAME: FAIRFIELD BRANCH |

PLAINTIFF/PETITIONER: DEUTSCHE BANK NATIONAL TRUST COMPANY

DEFENDANT/RESPONDENT: MARTY M BOONE, RONDA BOONE, AND ALL UNKNOWN OCCUPANTS

| **REQUEST FOR** (Application) | [X] Entry of Default  [X] Clerk's Judgment<br>[ ] Court Judgment | CASE NUMBER:<br>FCM148075 |
|---|---|---|

1. **TO THE CLERK:** On the complaint or cross-complaint filed
   a. on *(date):* 11/30/2015

   b. by *(name):* DEUTSCHE BANK NATIONAL TRUST COMPANY "Please see Attachment MC-025"

   c. [X] Enter default of defendant *(names):* MARTY M BOONE, RONDA BOONE AND ALL UNKNOWN OCCUPANTS - 12/8
      12/15

   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names):*


   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. [X] Enter clerk's judgment
      (1) [X] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         [X] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) [ ] for default previously entered on *(date):*

2. **Judgment to be entered.**

| | | Amount | Credits acknowledged | Balance |
|---|---|---|---|---|
| a. Demand of complaint | $ | 0 | $ 0 | $ 0 |
| b. Statement of damages * | | | | |
| (1) Special | $ | 0 | $ 0 | $ 0 |
| (2) General | $ | 0 | $ 0 | $ 0 |
| c. Interest | $ | 0 | $ 0 | $ 0 |
| d. Costs *(see reverse)* | $ | 0 | $ 0 | $ 0 |
| e. Attorney fees | $ | 0 | $ 0 | $ 0 |
| f. TOTALS | $ | 0 | $ 0 | $ 0 |

   g. Daily damages were demanded in complaint at the rate of: $60.00    per day beginning *(date):* 11/13/2015
   *(* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. [X] *(Check if filed in an unlawful detainer case)* Legal document assistant or unlawful detainer assistant information is on the reverse *(complete item 4).*

Date: December 22, 2015

Mike Aleali, Esq.
Leslie M. Klott, Esq.
(TYPE OR PRINT NAME)                    ▶ _____
                                       (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [✓] Default entered as requested on *(date):* As to all unknown occupants - 12/29/15<br>(2) [✓] Default NOT entered as requested *(state reason):* as to Marty M. Boone + Ronda Boone<br>1st paper filed 12/8/15    Clerk, by _____, Deputy |
|---|---|

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-100 [Rev. January 1, 2007] | **REQUEST FOR ENTRY OF DEFAULT**<br>(Application to Enter Default) | Code of Civil Procedure,<br>§§ 585–587, 1169<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

EXHIBIT A

VIA FAX FILE

CIV-100

| | |
|---|---|
| PLAINTIFF/PETITIONER: DEUTSCHE BANK NATIONAL TRUST COMPANY | CASE NUMBER: |
| DEFENDANT/RESPONDENT: MARTY M BOONE, RONDA BOONE AND ALL UNKNOWN OCCUPANTS | FCM148075 |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant [ ] did [X] did **not** for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*

a. Assistant's name:
b. Street address, city, and zip code:

c. Telephone no.:
d. County of registration:
e. Registration no.:
f. Expires on *(date):*

5. [X] **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).* This action

a. [ ] is [X] is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
b. [ ] is [X] is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
c. [ ] is [X] is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was

a. [ ] **not** mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names):*

b. [X] mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

(1) Mailed on *(date):* December 22, 2015

(2) To *(specify names and addresses shown on the envelopes):*

MARTY M BOONE
155 Ritter Ct
Fairfield CA 94534-2998

RONDA BOONE
155 Ritter Ct
Fairfield CA 94534-2998

ALL UNKNOWN OCCUPANTS
155 Ritter Ct
Fairfield CA 94534-2998

ALL UNKNOWN OCCUPANTS IN CARE OF THE NAME TENANTS
155 Ritter Ct
Fairfield CA 94534-2998

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
Date: December 22, 2015

Mike Aleali, Esq.
Leslie M. Klott, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

a. Clerk's filing fees . . . . . . . . . . . . . . . . . . . . $ 0
b. Process server's fees. . . . . . . . . . . . . . . . $ 0
c. Other *(specify):* . . . . . . . . . . . . . . . . . . . . . $ 0
d. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0
e. **TOTAL** . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

f. [X] Costs and disbursements are waived.
g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: December 22, 2015

Mike Aleali, Esq.
Leslie M. Klott, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

8. [X] **Declaration of nonmilitary status** *(required for a judgment).* No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: December 22, 2015

Mike Aleali, Esq.
Leslie M. Klott, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

EXHIBIT A

MC-025

| SHORT TITLE: DEUTSCHE BANK NATIONAL TRUST COMPANY vs. BOONE | CASE NUMBER: FCM148075 |
| --- | --- |

**ATTACHMENT** *(Number):* ___1___        Page _1_ of _1_

*(This Attachment may be used with any Judicial Council form.)*        *(Add pages as required)*

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-8, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-8

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

EXHIBIT  A

| | | | |
|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Nathaniel Morris Brodnax Esq, Bar #255285<br>Law Offices of Les Zieve<br>30 CORPORATE PARK STE. 450<br>IRVINE, CA  92606 | | | *For Court Use Only*<br><br>**FILED**<br>Clerk of the Superior Court<br><br>DEC 2 9 2015<br><br>By _____<br>DEPUTY CLERK |
| *Telephone No:*<br>pacific.docs@provest.us | | *Ref. No. or File No.:*<br>2015001738 | |
| *Attorney for:* Plaintiff | | | |

*Insert name of Court, and Judicial District and Branch Court:*
Solano County Superior Court

*Plaintiff:* DEUTSCHE BANK NATIONAL TRUST COMPANY

*Defendant:* MARTY M BOONE, et al

| **PROOF OF SERVICE**<br>**Unlawful Detainer** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>FCM148075 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons, Complaint, (Unlawful Detainer), Civil Case Cover Sheet,; Prejudgment Claim Right to Possession.

*3. a. Party served:*   RONDA BOONE

*4. Address where the party was served:*   155 RITTER CT<br>Fairfield, CA  94534

*5. I served the party:*
  b. **by substituted service.** On: Wed., Dec. 02, 2015 at: 7:26PM by leaving the copies with or in the presence of:
  LEVINGSTON "DOE," CO-OCCUPANT, Black, Male, 65 Years Old, Black Hair, Brown Eyes, 5 Feet 11 Inches, 260 Pounds
  (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
  (4) A declaration of mailing is attached.
  (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
  a. as an individual defendant

*7. Person Who Served Papers:*                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
  a. BARBARA  SIMPSON                     d. *The Fee for Service was:*
  b. **PRO-VEST INC.**                    e. I am: (3)  registered California process server
     2020 CAMINO DEL RIO NORTH #220            *(i)*   Independent Contractor
     San Diego, CA 92108                       *(ii)  Registration No.:*   413
  c. 877-789-6846                              *(iii)  County:*            Solano

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

  *Date: Thu, Dec. 03, 2015*

Judicial Council Form POS-010          **PROOF OF SERVICE**                    (BARBARA  SIMPSON)          *lomg.47581*
Rule 2.150.(a)&(b) Rev January 1, 2007    Unlawful Detainer

EXHIBIT  A

VIA FAX FILE

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Nathaniel Morris Brodnax Esq, Bar #255285<br>Law Offices of Les Zieve<br>30 CORPORATE PARK STE. 450<br>IRVINE, CA 92606 | | | | **F I L E D**<br>Clerk of the Superior Court |

Telephone No:

| Attorney for: Plaintiff | Ref. No or File No.:<br>2015001738 | DEC 2 9 2015 |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
Solano County Superior Court

Plaintiff: DEUTSCHE BANK NATIONAL TRUST COMPANY     By_____

Defendant: MARTY M BOONE, et al

DEPUTY CLERK

| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>FCM148075 |
|---|---|---|---|---|

1. I, BARBARA SIMPSON, and any employee or independent contractors retained by PRO-VEST INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RONDA BOONE as follows:

2. *Documents:*     Summons, Complaint, (Unlawful Detainer), Civil Case Cover Sheet,; Prejudgment Claim Right to Possession.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 11/30/15 | 4:50pm | Home | TOWNHOUSE, SHADES CLOSED, LIGHTS OFF, NO ANSWER, NO SOUND, NO MOVEMENT. Attempt made by: BARBARA SIMPSON, Registration #413 Solano County. Attempt at: 155 RITTER CT  Fairfield, CA 94534. |
| Tue | 12/01/15 | 7:10am | Home | LIGHTS OFF, NO ANSWER, NO SOUND, NO MOVEMENT HEARD Attempt made by: BARBARA SIMPSON. Attempt at: 155 RITTER CT  Fairfield, CA 94534. |
| Wed | 12/02/15 | 7:26pm | Home | Substituted Service on:  RONDA BOONE Home - 155 RITTER CT Fairfield, CA 94534  by Serving: party in item 3.a. Competent Member of the Household over 18 by leaving a copy of the document(s) with: LEVINGSTON "DOE," CO-OCCUPANT, Black, Male, 65 Years Old, Black Hair, Brown Eyes, 5 Feet 11 Inches, 260 Pounds. Served by: BARBARA SIMPSON |
| Thu | 12/03/15 | | | Mailed copy of Documents to:  RONDA BOONE |

3. *Person Executing*
   a. BARBARA SIMPSON
   b. PRO-VEST INC.
      2020 CAMINO DEL RIO NORTH #220
      San Diego, CA 92108
   c. 877-789-6846

Recoverable Costs Per CCP 1033.5(a)(4)(B)

*d.* **The Fee** *for service was:*

*e. I am:*   (3) registered California process server
   *(i)*   Independent Contractor
   *(ii)*  *Registration No.:*      413
   *(iii)* *County:*        Solano

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Dec. 03, 2015

   **Affidavit of Reasonable Diligence**      (BARBARA SIMPSON)

prosd.47581

EXHIBIT   A



| Attorney or Party without Attorney:<br>Nathaniel Morris Brodnax Esq, Bar #255285<br>Law Offices of Les Zieve<br>30 CORPORATE PARK STE. 450<br>IRVINE, CA 92606 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No:           FAX No: | | | | F I L E D<br>Clerk of the Superior Court |
| pacific.docs@provest.us | Ref. No or File No.:<br>2015001738 | | | |
| Attorney for: Plaintiff | | | | DEC 2 9 2015 |
| Insert name of Court, and Judicial District and Branch Court:<br>Solano County Superior Court | | | | G. Unh |
| Plaintiff: DEUTSCHE BANK NATIONAL TRUST COMPANY | | | By | DEPUTY CLERK |
| Defendant: MARTY M BOONE, et al | | | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>FCM148075 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons, Complaint, (Unlawful Detainer), Civil Case Cover Sheet,; Prejudgment Claim Right to Possession.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:                Thu., Dec. 03, 2015
   b. Place of Mailing:             Fairfield, CA 94533
   c. Addressed as follows:        RONDA BOONE
                             155 RITTER CT
                             Fairfield, CA 94534

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Dec. 03, 2015 in the ordinary course of business.

5. *Person Serving:*
   a. WHITNEY STEWARD
   b. PRO-VEST INC.
      2020 CAMINO DEL RIO NORTH #220
      San Diego, CA 92108
   c. 877-789-6846

Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
        *(i)*   Independent Contractor
        *(ii) Registration No.:*
        *(iii) County:*        Solano

**EXHIBIT A**

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Dec. 03, 2015*

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(WHITNEY STEWARD)

longf. 47581



VIA FAX FILE

| | | | |
|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Nathaniel Morris Brodnax Esq, Bar #255285<br>Law Offices of Les Zieve<br>30 CORPORATE PARK STE. 450<br>IRVINE, CA  92606 | | | *For Court Use Only* |
| *Telephone No:*<br>pacific.docs@provest.us | | *Ref. No. or File No.:*<br>2015001738 | **FILED**<br>Clerk of the Superior Court<br><br>DEC 2 9 2015 |
| *Attorney for:* Plaintiff | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>Solano County Superior Court | | | |
| *Plaintiff:* DEUTSCHE BANK NATIONAL TRUST COMPANY<br>*Defendant:* MARTY M BOONE, et al | | | By_____<br>DEPUTY CLERK |

| **PROOF OF SERVICE**<br>**Unlawful Detainer** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>FCM148075 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons, Complaint, (Unlawful Detainer), Civil Case Cover Sheet,; Prejudgment Claim Right to Possession.

*3.  a. Party served:*        MARTY M BOONE

*4.  Address where the party was served:*        155 RITTER CT<br>Fairfield, CA  94534

*5.  I served the party:*
   b. **by substituted service.** On: Wed., Dec. 02, 2015 at: 7:26PM by leaving the copies with or in the presence of:<br>LEVINGSTON "DOE," CO-OCCUPANT, Black, Male, 65 Years Old, Black<br>Hair, Brown Eyes, 5 Feet 11 Inches, 260 Pounds
   (2) **(Home)**Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

*6.  The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

*7.  **Person Who Served Papers:***          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BARBARA  SIMPSON          d.  **The Fee for Service was:** $150.00
   b. **PRO-VEST INC.**          e.  I am: (3)  registered California process server
   2020 CAMINO DEL RIO NORTH #220          (i)   Independent Contractor
   San Diego, CA 92108          (ii)  *Registration No.:*        413
   c. 877-789-6846          (iii) *County:*        Solano

**EXHIBIT   A**

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Dec. 03, 2015*

Judicial Council Form POS-010          PROOF OF SERVICE          (BARBARA  SIMPSON)
Rule 2.150.(a)&(b) Rev January 1, 2007          Unlawful Detainer          lomg.47580

**VIA FAX FILE**

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Nathaniel Morris Brodnax Esq, Bar #255285 | |
| Law Offices of Les Zieve | |
| 30 CORPORATE PARK STE. 450 | |
| IRVINE, CA 92606 | |

FILED
Clerk of the Superior Court

DEC 2 9 2015

G. Um

DEPUTY CLERK

| Telephone No: | | |
|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: 2015001738 | |

Insert name of Court, and Judicial District and Branch Court:
Solano County Superior Court

Plaintiff: DEUTSCHE BANK NATIONAL TRUST COMPANY
Defendant: MARTY M BOONE, et al

By

| Affidavit of Reasonable Diligence | Hearing Date: | Time: | Dept/Div: | Case Number: FCM148075 |
|---|---|---|---|---|

1. I, BARBARA SIMPSON, and any employee or independent contractors retained by PRO-VEST INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MARTY M BOONE as follows:

2. *Documents:*   Summons, Complaint, (Unlawful Detainer), Civil Case Cover Sheet,; Prejudgment Claim Right to Possession.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 11/30/15 | 4:50pm | Home | TOWNHOUSE, SHADES CLOSED, LIGHTS OFF, NO ANSWER, NO SOUND, NO MOVEMENT. Attempt made by: BARBARA SIMPSON, Registration #413 Solano County. Attempt at: 155 RITTER CT  Fairfield, CA 94534. |
| Tue | 12/01/15 | 7:10am | Home | LIGHTS OFF, NO ANSWER, NO SOUND, NO MOVEMENT HEARD Attempt made by: BARBARA SIMPSON. Attempt at: 155 RITTER CT  Fairfield, CA 94534. |
| Wed | 12/02/15 | 7:26pm | Home | Substituted Service on:  MARTY M BOONE Home - 155 RITTER CT Fairfield, CA 94534  by Serving: party in item 3.a. Competent Member of the Household over 18  by leaving a copy of the document(s) with: LEVINGSTON "DOE," CO-OCCUPANT, Black, Male, 65 Years Old, Black Hair, Brown Eyes, 5 Feet 11 Inches, 260 Pounds.  Served by: BARBARA SIMPSON |
| Thu | 12/03/15 | | | Mailed copy of Documents to:  MARTY M BOONE |

3. *Person Executing*
   a. BARBARA SIMPSON
   b. PRO-VEST INC.
      2020 CAMINO DEL RIO NORTH #220
      San Diego, CA 92108
   c. 877-789-6846

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee  for service was:*
*e. I am:*   (3) registered California process server
   *(i)*   Independent Contractor
   *(ii)  Registration No.:*   413
   *(iii) County:*   Solano

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Dec. 03, 2015

**Affidavit of Reasonable Diligence**       (BARBARA  SIMPSON)

prosd.47580

EXHIBIT  A

VIA FAX FILE

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Nathaniel Morris Brodnax Esq, Bar #255285 | |
| Law Offices of Les Zieve | |
| 30 CORPORATE PARK STE. 450 | FILED |
| IRVINE, CA 92606 | Clerk of the Superior Court |
| *Telephone No:*                *FAX No:* | |
| pacific.docs@provest.us | DEC 2 9 2015 |
| *Attorney for:* Plaintiff | |
| *Ref. No or File No.:* 2015001738 | |

*Insert name of Court, and Judicial District and Branch Court:*
Solano County Superior Court

*Plaintiff:* DEUTSCHE BANK NATIONAL TRUST COMPANY

*Defendant:* MARTY M BOONE, et al

By_____ DEPUTY CLERK

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: FCM148075 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons, Complaint, (Unlawful Detainer), Civil Case Cover Sheet,; Prejudgment Claim Right to Possession.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:            Thu., Dec. 03, 2015
    b. Place of Mailing:          Fairfield, CA 94533
    c. Addressed as follows:    MARTY M BOONE
                              155 RITTER CT
                              Fairfield, CA 94534

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Dec. 03, 2015 in the ordinary course of business.

5. *Person Serving:*
    a. WHITNEY STEWARD
    b. PRO-VEST INC.
        2020 CAMINO DEL RIO NORTH #220
        San Diego, CA 92108
    c. 877-789-6846

Recoverable Cost Per CCP 1033.5(a)(4)(B)

    d. *The Fee for Service was:*
    e. I am: (3) registered California process server
          *(i)* Independent Contractor
          *(ii) Registration No.:*
          *(iii) County:*       Solano

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Thu, Dec. 03, 2015*

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(WHITNEY STEWARD)

*lomg.47580*

EXHIBIT A

VIA FAX FILE

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Nathaniel Morris Brodnax Esq, Bar #255285 | | | | |
| Law Offices of Les Zieve | | | | FILED |
| 30 CORPORATE PARK STE. 450 | | | | Clerk of the Superior Court |
| IRVINE, CA 92606 | | | | |
| Telephone No: | | | | |
| pacific.docs@provest.us | | Ref. No. or File No.: | | DEC 2 9 2015 |
| Attorney for: Plaintiff | | 2015001738 | | |

*Insert name of Court, and Judicial District and Branch Court:*

Solano County Superior Court

*Plaintiff:* DEUTSCHE BANK NATIONAL TRUST COMPANY

*Defendant:* MARTY M BOONE, et al

By _____ DEPUTY CLERK

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| Unlawful Detainer | | | | FCM148075 |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons, Complaint, (Unlawful Detainer), Civil Case Cover Sheet,; Prejudgment Claim Right to Possession.

*3. a. Party served:*      ALL UNKNOWN OCCUPANTS IN c/o NAMED DEFENDANT MARTY M. BOONE

*4. Address where the party was served:*      155 RITTER CT
Fairfield, CA 94534

*5. I served the party:*

   d. **by other means** On: Wed., Dec. 02, 2015 at: 7:26PM By posting a copy for each tenant in a conspicuous place on the property, being no person of suitable age and discretion to be found of said tenant(s) at property where situated, and mailing (CCP§1162(a)(3)).

   LEVINGSTON "DOE," OCCUPANT, Black, Male, 65 Years Old, Black Hair, Brown Eyes, 5 Feet 11 Inches, 260 Pounds

   (2) **(Home)** By posting a copy for each tenant in a conspicuous place on the property, being no person of suitable age and discretion to be found of said tenant(s) at property where situated, and mailing (CCP§1162(a)(3)).
   (4) A declaration of mailing is attached.

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:* as an occupant

*7. Person Who Served Papers:*
   a. BARBARA SIMPSON
   b. **PRO-VEST INC.**
      2020 CAMINO DEL RIO NORTH #220
      San Diego, CA 92108
   c. 877-789-6846

Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*      413
      (iii) *County:*      Solano

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Thu, Dec. 03, 2015*

   (BARBARA SIMPSON)

PROOF OF SERVICE
Unlawful Detainer

lomg. 47582

EXHIBIT A

VIA FAX FILE

| Attorney or Party without Attorney:<br>Nathaniel Morris Brodsix Esq. (SBN #255283)<br>Law Offices of Les Zieve<br>30 CORPORATE PARK STE. 450<br>IRVINE, CA 92606<br>*Telephone No:*                     *FAX No:*<br>  pacific.docs@provest.us<br>*Attorney for:* Plaintiff | | | | For Court Use Only<br><br>F I L E D<br>Clerk of the Superior Court<br><br>DEC 2 9 2015<br><br>By_____<br>DEPUTY C. EBK |
|---|---|---|---|---|
| | | *Ref. No or File No.:*<br>2015001738 | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>Solano County Superior Court | | | | |
| *Plaintiff:* DEUTSCHE BANK NATIONAL TRUST COMPANY | | | | |
| *Defendant:* MARTY M BOONE, et al | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>FCM148075 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons, Complaint, (Unlawful Detainer), Civil Case Cover Sheet,; Prejudgment Claim Right to Possession.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **Certified** mail with postage prepaid as follows:

    a. Date of Mailing:              Thu., Dec. 03, 2015
    b. Place of Mailing:             Fairfield, CA 94533
    c. Addressed as follows:       ALL UNKNOWN OCCUPANTS IN c/o NAMED DEFENDANT MARTY M.
                                     BOONE
                                       155 RITTER CT
                                       Fairfield, CA 94534

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Dec. 03, 2015 in the ordinary course of business.

5. *Person Serving:*                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. WHITNEY STEWARD              d. *The Fee for Service was:*
    b. PRO-VEST INC.                   e. I am: (3) registered California process server
        2020 CAMINO DEL RIO NORTH #220          *(i)*    Independent Contractor
        San Diego, CA 92108                *(ii)*  *Registration No.:*
    c. 877-789-6846                      *(iii)* *County:*      Solano

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Thu, Dec. 03, 2015*

Judicial Council Form POS-010                   PROOF OF SERVICE          (WHITNEY STEWARD)
Rule 2.150.(a)&(b) Rev January 1, 2007               By Mail                               *lomg.47582*

**EXHIBIT A**

VIA FAX FILE

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Mike Aleali, Esq. #285874<br>Leslie M. Klott, Esq. #279622<br>Law Offices of Les Zieve,<br>30 Corporate Park, Suite 450,<br>Irvine, CA 92606<br>TELEPHONE NO.: (714) 848-7920   FAX NO. *(Optional):* (714) 908-7836<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* DEUTSCHE BANK NATIONAL TRUST COMPANY | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SOLANO

STREET ADDRESS: 580 TEXAS STREET
MAILING ADDRESS:
CITY AND ZIP CODE: FAIRFIELD 94533
BRANCH NAME: FAIRFIELD BRANCH

PLAINTIFF/PETITIONER: DEUTSCHE BANK NATIONAL TRUST COMPANY

DEFENDANT/RESPONDENT: MARTY M BOONE, RONDA BOONE, AND ALL UNKNOWN OCCUPANTS

| **REQUEST FOR** (Application) | [X] Entry of Default   [X] Clerk's Judgment<br>[ ] Court Judgment | CASE NUMBER:<br>FCM148075 |
|---|---|---|

1. **TO THE CLERK:** On the complaint or cross-complaint filed
   a. on *(date):* 11/30/2015
   b. by *(name):* DEUTSCHE BANK NATIONAL TRUST COMPANY "Please see Attachment MC-025"
   c. [X] Enter default of defendant *(names):* MARTY M BOONE, RONDA BOONE AND ALL UNKNOWN OCCUPANTS

   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names):*

   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. [X] Enter clerk's judgment
      (1) [X] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         [X] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) [ ] for default previously entered on *(date):*

2. **Judgment to be entered.**

| | | Amount | Credits acknowledged | Balance |
|---|---|---|---|---|
| a. Demand of complaint . . . . . . . . . . . | $ | 0 | $ 0 | $ 0 |
| b. Statement of damages * | | | | |
| (1) Special . . . . . . . . . . . . . . . . . | $ | 0 | $ 0 | $ 0 |
| (2) General . . . . . . . . . . . . . . . . . | $ | 0 | $ 0 | $ 0 |
| c. Interest . . . . . . . . . . . . . . . . . . . | $ | 0 | $ 0 | $ 0 |
| d. Costs *(see reverse)* . . . . . . . . . . . | $ | 0 | $ 0 | $ 0 |
| e. Attorney fees . . . . . . . . . . . . . . . . | $ | 0 | $ 0 | $ 0 |
| f. **TOTALS** . . . . . . . . . . . . . . . . . | $ | 0 | $ 0 | $ 0 |

   g. **Daily damages** were demanded in complaint at the rate of: $60.00   per day beginning *(date):* 11/13/2015
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. [X] *(Check if filed in an unlawful detainer case)* Legal document assistant or unlawful detainer assistant information is on the reverse *(complete item 4).*

Date: December 22, 2015

Mike Aleali, Esq.
Leslie M. Klott, Esq.
_____ ►
(TYPE OR PRINT NAME)                    (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [ ] Default entered as requested on *(date):*<br>(2) [ ] Default NOT entered as requested *(state reason):* |
|---|---|
| | Clerk, by_____, Deputy |

Page 1 of 2

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

EXHIBIT A

Code of Civil Procedure,
§§ 585–587, 1169
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

CIV-100

| PLAINTIFF/PETITIONER: DEUTSCHE BANK NATIONAL TRUST COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: MARTY M BOONE, RONDA BOONE AND ALL UNKNOWN OCCUPANTS | FCM148075 |

**4. Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.). A legal document assistant or unlawful detainer assistant ☐ did **[X]** did **not** for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state):*

  a. Assistant's name:
  b. Street address, city, and zip code:

  c. Telephone no.:
  d. County of registration:
  e. Registration no.:
  f. Expires on *(date):*

**5. [X] Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., § 585(a)).* This action

  a. ☐ is **[X]** is not  on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
  b. ☐ is **[X]** is not  on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
  c. ☐ is **[X]** is not  on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

**6. Declaration of mailing** (Code Civ. Proc., § 587). A copy of this *Request for Entry of Default* was

  a. ☐ **not mailed** to the following defendants, whose addresses are **unknown** to plaintiff or plaintiff's attorney *(names):*

  b. **[X] mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

  (1) Mailed on *(date):* December 22, 2015
  MARTY M BOONE
  155 Ritter Ct
  Fairfield CA 94534-2998

  ALL UNKNOWN OCCUPANTS
  155 Ritter Ct
  Fairfield CA 94534-2998

  (2) To *(specify names and addresses shown on the envelopes):*
  RONDA BOONE
  155 Ritter Ct
  Fairfield CA 94534-2998

  ALL UNKNOWN OCCUPANTS IN CARE OF THE NAME TENANTS
  155 Ritter Ct
  Fairfield CA 94534-2998

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
**Date:** December 22, 2015

Mike Aleali, Esq.
~~Leslie M. Klott, Esq.~~
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

**7. Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

  a. Clerk's filing fees . . . . . . . . . . . . . . . . . . . $ 0
  b. Process server's fees. . . . . . . . . . . . . . . . $ 0
  c. Other *(specify):* . . . . . . . . . . . . . . . . . . . . . . $ 0
  d. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0
  e. **TOTAL** . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

  f. **[X]** Costs and disbursements are waived.
  g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
**Date:** December 22, 2015

Mike Aleali, Esq.
~~Leslie M. Klott, Esq.~~
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

**8. [X] Declaration of nonmilitary status** *(required for a judgment).* No defendant named in Item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
**Date:** December 22, 2015

**EXHIBIT A**

Mike Aleali, Esq.
~~Leslie M. Klott, Esq.~~
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

| SHORT TITLE: DEUTSCHE BANK NATIONAL TRUST COMPANY vs. BOONE | CASE NUMBER: FCM148075 |
|---|---|

**ATTACHMENT** *(Number):* _____1_____          Page _1_ of _1_

*(This Attachment may be used with any Judicial Council form.)*          *(Add pages as required)*

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-8, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-8

EXHIBIT A

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

1
2
3
4
5
6
7

Marty Boone, American Freeman
Private Citizen of the United States
Private Resident of the State of California
Private Resident of the County of Solano
Agent for "MARTY MARCIANO BOONE"
2525 Marshfield Road
Vallejo, California [94591]
Postal Code Excepted



ENDORSED FILED
Clerk of the Superior Court

DEC 0 8 2015

R. PULIDO

By_____ DEPUTY CLERK

8          SUPERIOR COURT OF CALIFORNIA

9          FOR THE COUNTY OF SOLANO

10              FAIRFIELD BRANCH

11

12   DEUTSCHE BANK NATIONAL TRUST          Case No.:  FCM148075
13   COMPANY, AS TRUSTEE FOR
     HARBORVIEW MORTGAGE LOAN
14   TRUST 2006-8, MORTGAGE LOAN PASS      **Release With Consideration -**
     THROUGH CERTIFICATES, SERIES 2006-8,  *Nunc Pro Tunc Ab Initio;*
15                                         **Acknowledgement and Acceptance of**
16                                         **Oath of all Public Court Officers -**
                        Plaintiff,         *Nunc Pro Tunc Ab Initio*
17
18          vs.

19   MARTY M BOONE, RONDA BOONE, and
     DOES 1 THROUGH 5, inclusive
20
21                      Defendants,

22

23

24       **Release With Consideration—*Nunc Pro Tunc Ab Initio***

25

26

27

EXHIBIT   A

TO:     All Superior Court of California, County of Solano, Fairfield Branch
        Judicial/Clerical/Administrative Public Officers, in *esse and in personam,*
        Releasees/Obligors

IN RE:     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
           Case No. **FCM148075.**

FROM:     Marty Marciano Boone, *in personam,* and *in esse,* Releasor/Obligee

Resolved that *I*, Marty Marciano Boone, *in esse,* and *in personam*, of the age of majority, competent and able to release, and now coming with express intent and purpose, being duly affirmed, hereby depose, certify and declare:

a.  That Federal District Courts and State Courts of record are **hybrids**, both having been originally created, respectively, either by the federal Constitution or their applicable state Constitutions. **"We the people,"** the sovereign political community of the United States, ordained both the federal Constitution that gave Congress the power to create Federal District Courts and the fifty state Constitutions by which state tribunals have their inception;

b.  That all State and Federal District Judges have taken an oath to uphold the constitution of the United States. These can be found at 5 USC Section 3331 and, in specific relation to the State of California, at Article 20 Section 3 of the Constitution of the State of California;

c.  That on March 9, 1933, military government was imposed on both the federal and state governments. The Constitutional civilian government was ousted and the statutory military government was temporarily imposed via Proclamation 2039 of March 6, 1933, the "Trading With the Enemy Act" of October 6, 1917 (50 USC App. 5(b)) as amended by the "Emergency Banking Relief Act" of March 9, 1933 (12 USC 95a). President and Commander in Chief Franklin Delano Roosevelt's Proclamation 2040 of March 9, 1933, continued and replaced the national emergency of Proclamation 2039.

Release With Consideration - *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer - Nunc Pro Tunc Ab Initio*
Page **2** of **12**

EXHIBIT   A

d. That on April 25, 1938, the Supreme Court abolished the federal general common law civilian due process. To fill the vacuum military jurisdiction was imposed in the Federal District Courts via section 17 of the Trading With the Enemy Act as amended by the Emergency Banking Relief Act. The procedures at common law and the procedures in equity were then merged in September, 1938, via the Federal Rules of Civil Procedure;

e. That in September, 1938, the new Federal Rules of Civil Procedure were introduced into the Federal District Courts. These rules were authorized by Section 17 of the Trading With the Enemy Act as amended by the Emergency Banking Relief Act. In 1942 the Federal Rules of Criminal Procedure were also introduced.

f. That the Federal District Courts are now **hybrid courts** with no procedural distinction in civil actions between suits at law and suits in equity. They are constitutionally-created courts but are currently sitting in a statutory, emergency war powers military jurisdiction, civil and criminal. Hence, civilian "U.S. citizens" are now treated as "enemy combatants" subject to military due process of law.

g. That all Americans from July 28, 1868, to March 9th, 1933, were Private American National Citizens **without an express or implied contract** on a state or federal level that may have altered said status. These citizens were protected by Section 1 of the Fourteenth Amendment to the Constitution for the United States;

h. That due to the Great Depression (and the people being accused of "hoarding" gold by seeking to withdraw their gold coins from the banks) on March 6, 1933, Franklin Delano Roosevelt issued his Proclamation 2039 declaring a state of National Emergency due to the "banking crisis." The source for this proclamation was Section 5(b) of an act of October 6, 1917, i.e., the "Trading With the Enemy Act." By virtue of this proclamation, every individual citizen in the United States was deemed an "enemy." Thus, the real and personal property of all the "enemies" was deemed "enemy property." That "enemy property" registered on a state level, as are all corporations or other artificial persons, was seized by the Commander in Chief and held in trust by the Alien Property Custodian now the Secretary of the Treasury;

i. That on March 9, 1933, Congress "approved and confirmed" all proclamations of the President and Secretary of the Treasury beginning on March 4, 1933, the day of the inauguration of President Franklin Roosevelt. This approved Proclamation 2039 and thus the seizure as a result of that decree;

j. That on March 9, 1933, FDR issued his second proclamation, Proclamation 2040, continuing the state of National Emergency as decreed by Proclamation 2039;

k. That what **"We the people"** were not evidently told is that every Private American National Citizen was deemed to be registered on a state level by way of a Certificate of Live Birth. By operation of law, an artificial person was created for which the Private American National Citizen was deemed "registered property." The Private American

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab Initio*
Page **3** of **12**

EXHIBIT A

National Citizen became the voluntary surety and voluntary trustee for the individual artificial person, a corporate sole. Therefore, this implied citizenship contract altered the status of the Private American National Citizen to an inferior grade synonymous with an artificial person/corporate entity;

l. That this artificial person, with its name being identical to the Private American National Citizen save being spelled in all upper case letters as are all names of war, became an "enemy combatant" to be made subject to a military jurisdiction of both federal and state courts once that military jurisdiction would be imposed on April 25, 1938;

m. That therefore the Private American National Citizen, being the registered property of the state of his live birth and thus voluntary surety for his corporate entity seized by President and Commander in Chief Franklin Delano Roosevelt, is also a **hybrid**. He is in turn seen as the "person," with the "man" inside the "person."

n. That on April 25, 1938, emergency war powers military jurisdiction was imposed in all federal and state courts. These courts then began to fly military colors, i.e., flags trimmed on three sides with gold fringe draped with a gold cord with gold tassels at each end.

o. That therefore, the courts are civilian and derived from constitutional authority but the jurisdiction in which they sit is, in substance, a military jurisdiction derived from statutory authority (Section 17 of the "Trading with the Enemy Act" of 1917 as amended by the "Emergency Banking Relief Act" of 1933).

p. That further, every "**person**" before any of these hybrid courts are hybrid "persons" (statutory "U.S. citizens"), also deemed "enemy combatants," subject to statutory military jurisdiction as opposed to constitutional civilian jurisdiction.

q. That every court procedure, civil or criminal, involves two jurisdictional trusts. One trust being **express** and **inactive**, the other being **implied** yet **active**.

r. That the express trust is **the Constitution for the United States of America**. It is the trust that created the Federal Republic, now a National Republic since the Fourteenth Amendment was declared to have been ratified by the three-quarters of the states on July 28, 1868.

s. That the aforementioned express trust created a constitutional civilian due process of law jurisdiction at law and in equity. The plaintiff being the trustee and the defendant in turn being the beneficiary. The beneficiary was one of the sovereign "**We the People**" having created the Constitution for their benefit and the benefit of their "**Posterity.**" To illustrate this point, in any criminal prosecution by the government in the name of "**the People**," the government was the trustee, the defendant was the beneficiary.

Release With Consideration – *Nunc Pro Tunc Ab Initio*
Acknowledgement and Acceptance of Oath of Judicial Officer – *Nunc Pro Tunc Ab Initio*
Page **4** of **12**

EXHIBIT A

t.  That this civilian jurisdiction of the constitutionally-created federal courts has been temporarily ousted as of April 25, 1938. Hence the plaintiff is no longer the trustee and the defendant is no longer the beneficiary. This express trust is **inactive**. Its irrelevance being unknown to the parties involved save the judicial officer by whom the case is heard.

u.  That the implied trust is **the court case**, conducted within the military jurisdiction of the civilian court. This implied trust is **active** superseding the express constitutional trust that created the civilian government of the United States.

v.  That this implied trust arises from the implied status of the **hybrid defendant** being an "enemy combatant" with an all upper case name and a statutory residence. (Thus, the Private American National Citizen, being volunteer surety for the "enemy combatant," is also deemed one with the "enemy combatant.") This implied trust also arises from the temporary military jurisdiction imposed by the Supreme Court, known also as "the Roosevelt Court," on April 25, 1938.

w.  That in this implied and active trust by operation of law, every defendant is deemed a trustee, the plaintiff being deemed the beneficiary.

x.  That, to further illustrate this contention, in a criminal prosecution in a federal court, the plaintiff coming in the name of the sovereign government and not in the name of the sovereign **"We the People,"** obtains an indictment from a grand jury. This indictment, enabling the government to prosecute, is called a **"TRUE BILL."** This term is seen on the indictment itself.

y.  That the plaintiff is now the beneficiary and the defendant is now the trustee, with the trust roles of the parties having been reversed from the original constitutional trust.

z.  That this reversal of the roles was done by way of two contracts, one for the Private American National Citizen and the other for the civilian government.

aa. That the contract that reduced the status of the Private American National Citizen was implied by way of the registered "Certificate of Live Birth" coupled with the property seizure effected by Proclamation 2039, approved and confirmed by the Emergency Banking Relief Act and continued by Proclamation 2040.

bb. That the contract that ousted the civilian government and replaced it with a military government was **express** by way of the Emergency Banking Relief Act of which amended the Trading With the Enemy Act.

Therefore, in finding this situation of the **statutorily-altered** status of Private American National citizenship, along with its concomitant emergency war powers martial due process, intolerable, being in contradiction with the maxims of **Holy Scripture** (Proverbs

Release With Consideration – Nunc Pro Tunc Ab Initio
Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab Initio
Page 5 of 12

EXHIBIT   A

11:15), and at variance and in conflict with the originally established courts of Common Law as well as the courts of exclusive/inherent Equity/Chancery governed solely by the Maxims of Equity, and, in having returned to my former *de jure* status (See contemporaneously filed court of record document "*Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933 Private Citizen of the United States: American National*") consequently to no longer be deemed a "rebel, belligerent or enemy" of the UNITED STATES OF AMERICA during its state of "temporary" national emergency and war, I, **Marty Marciano Boone** *in esse* and *sui juris,* with unequivocal express purpose and intent do solemnly hereby:

> **Release and discharge** all Judicial/Clerical/Administrative Public Officers of Superior Court of California, County of Solano, Fairfield Branch from their emergency war powers jurisdictional duties arising from Section 17 of the "Trading With the Enemy Act" (50 USC App. 17) and any and all obligations now in them reposed, express or implied, to impose a military due process of law within this court created by the Constitution of the State of California.

Furthermore, *I*, **Marty Marciano Boone**, *in esse* and *sui juris,* in accordance with the maxims of **Holy Scripture** (Ecclesiastes 4:12), do solemnly declare and affirm the following averments:

I.     I do not consent to the statutory military jurisdiction of this court.
II.    I do not consent to the statutory military jurisdiction of this court.
III.   I do not consent to the statutory military jurisdiction of this court.


*Maxim: "Equity regards as done that which ought to have been done."*

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab Initio*
Page **6** of **12**

EXHIBIT A

1
2
3
4
## **PRIVATE LAWFUL CONSIDERATION**
5
6
7
8
9
10



11
12
13
14
15
16
FOR AND IN CONSIDERATION OF ONE DOLLAR ($1.00) PRIVATE LAWFUL
17
CANCELLED POST OFFICE STAMPS (Release and discharge of all Superior Court of
18
California, County of Solano, Fairfield Branch Judicial/Clerical/Administrative Public
19
Officers from emergency war powers jurisdictional duties arising from Section 17
20
of the "Trading With the Enemy Act" (50 USC App. 17)) TENDERED BY AND
21
RETURNED TO Marty Marciano Boone.
22
23
DATE OF AUTOGRAPH:   DECEMBER 7, 2015
24
=================================================
25
Marty Marciano Boone/Releasor/Obligee
Private American National Citizen of The United States of America
26
privately residing/domiciling outside a "Federal District' within a non-
military occupied private estate not subject to the jurisdiction of the
27
"United States."  The de jure The United States of America.
Expressly Reserving All Liberties/All Rights.
Without Prejudice. Without recourse.

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab*
*Initio*
Page **7** of **12**

EXHIBIT A

The public filing of this Release, as relates to its specific content, renders null and void any previous Release filed with any state-created public office serving as a third party custodian record keeper.

IN WITNESS whereof *I* have hereunto set my Hand and Seal, the _____7*TH*_____ Day of

_____DECEMBER_____ in the year of our Lord Two Thousand Fifteen.

**Marty Marciano Boone American Freeman**
Private Citizen of the United States: American National
Private Citizen of the State of California
2525 Marshfield Road
Vallejo, California [*94591*]
Postal Code Excepted

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer* – *Nunc Pro Tunc Ab Initio*
Page **8** of **12**

EXHIBIT A

1

### Acknowledgement

2

3  **United States of America**                    )

4  **State of California**                          ) s.a.

5  **County of Solano**                             )

6

7

8  Before Me, on this day **Marty Marciano Boone**, known to me to be the natural person described

9  herein, personally made a restricted visitation and solemnly affirmed under the Law of God and

10 the Maxims of Equity every statement given above was the whole truth to the best of his

11 knowledge.

12

13 Subscribed and Affirmed before me on this _____ day of _____, 2015.

14

15

16

17

18

19

20                        see Attached

21

22

23

24

25

26

27

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab*
*Initio*
Page **9** of **12**

EXHIBIT A

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of Alameda _____ }

On 12/7/2015 _____ before me, M. Mangrum, Notary Public,
(Here insert name and title of the officer)

personally appeared ____ Marty Stone _____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

*(Notary seal: M. MANGRUM, COMM. #2099427 MFR, NOTARY PUBLIC, CALIFORNIA, ALAMEDA COUNTY, MY COMM. EXPIRES FEBRUARY 6, 2019)*

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

---

CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer

_____
(Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

## INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgement is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

## **Acknowledgement and Acceptance of Oath of Judicial Officer**
### ***Nunc Pro Tunc Ab Initio***

TO:      All Superior Court of California, County of Solano, Fairfield Branch

Judicial/Clerical/Administrative Public Officers, in *esse and in personam,*

Trustees/Obligors, "Trustees"

IN RE:     Mandatory Article 20 Section 3 State of California Constitutional Oath of Office

FROM:    **Marty Marciano Boone**, *in esse* and *in personam,* Beneficiary/Obligee,

"Beneficiary"

BE IT KNOWN to all persons and men worldwide, and to the above Trustees/Obligors:

I, the undersigned, **Marty Marciano Boone** Beneficiary/Obligee herein, with express intent and purpose, by my freewill act and deed execute this deed of my acknowledgement and acceptance ***nunc pro tunc ab initio*** without consideration of the above-referenced mandatory Article 20 Section 3 State of California Constitutional oath of office sworn to freely without any mental reservation or purpose of evasion by all Superior Court of California, County of Solano, Fairfield Branch Judicial/Clerical/Administrative Public Officers and the trust obligations actively reposed in them to support and defend the Constitution of the United States and to bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California. Beneficiary orders that the record on file in this court of record be updated to show my acknowledgement and acceptance without consideration of said sundry Oaths of Office. This record replaces any previously filed acknowledgements on record with any public record custodian.

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab Initio*
Page **10** of **12**

EXHIBIT A

Done under my hand and seal with intent, special purpose, freewill act and deed.

IN WITNESS whereof *I* have hereunto set my Hand and Seal, the _____7TH_____ Day of

_____DECEMBER_____ in the year of our Lord Two Thousand Fifteen.

**Marty Marciano Boone American Freeman**
Private Citizen of the United States: American National
Private Citizen of the State of California
2525 Marshfield Road
Vallejo, California [94591]
Postal Code Excepted

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab Initio*
Page **11** of **12**

EXHIBIT A

**Acknowledgement**

**United States of America**                    )

**State of California**                             ) s.a.

**County of Solano**                             )


Before Me, on this day **Marty Marciano Boone**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this _____ day of _____, 2015.

*See ATTACHMENT*

EXHIBIT A

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of Alameda _____ }

On 12/7/2015 before me, M. Mangrum Notary Public
(Here insert name and title of the officer)

personally appeared Marty Boone _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

*(notary seal: M. MANGRUM, COMM. #2099427, NOTARY PUBLIC - CALIFORNIA, ALAMEDA COUNTY, MY COMM. EXPIRES FEBRUARY 8, 2019)*

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

---

CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer

_____
(Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

---

## INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A



1  Marty Boone, American Freeman
   Private Citizen of the United States
2  Private Resident of the State of California
   Private Resident of the County of Solano
3  Agent for "MARTY MARCIANO BOONE"
   2525 Marshfield Road
4  Vallejo, California [94591]
5  Postal Code Excepted

6

7                    SUPERIOR COURT OF CALIFORNIA

8                     FOR THE COUNTY OF SOLANO

9                         FAIRFIELD BRANCH

10

11  DEUTSCHE BANK NATIONAL TRUST          Case No.: FCM148075
    COMPANY, AS TRUSTEE FOR
12  HARBORVIEW MORTGAGE LOAN
13  TRUST 2006-8, MORTGAGE LOAN PASS      **Amicus Curiae Affidavit For the Record**
    THROUGH CERTIFICATES, SERIES 2006-8,  **Notice of Private Citizenship to the**
14                                        **Moving Party**

15              Plaintiff,                **Demand For Show Cause From the**
16                                        **Moving Party**
            vs.
17
18  MARTY M. BOONE, RONDA BOONE, and
    DOES 1 THROUGH 5, inclusive
19
20              Defendants,

21

22

23        **Notice of Pre-1933 Private American Citizenship Status**

24

25

26

27                  Amicus Curiae For the Record
           Notice of Private Citizenship to the Moving Party
             Demand For Show Cause From the Moving Party
                          Page **1** of 9

                                          EXHIBIT   A

I, **Marty Marciano Boone,** a Private "Citizen of the United States of America" *in esse* and *sui juris,* and Agent for *de facto* Public "citizen of the United States" Private Business Trust "MARTY MARCIANO BOONE," solemnly affirm and declare the following:

1. Affiant is making a restricted, special, ministerial visitation as a friend of this Court of Record under threat, duress and coercion of potential loss of life, liberty and/or property due to a case of **mistaken identity** and/or **false presumption of law** on the part of the moving party;

2. Affiant is neither the "Defendant" nor the "Accused" in this action, nor is Affiant volunteer/surety for, and/or property of, and/or bonded as one entity with the "Defendant" or the "Accused" in this action;

3. Affiant is neither making an appearance, be it generally, specially, conditionally or provisionally, nor pleading to the merits or making any motion of any kind;

4. Affiant has accepted as grantee and then released and disclaimed *Nunc Pro Tunc Ab Initio* all personal property interests, legal and equitable, in the *de facto* Private "U.S. citizen" known as "MARTY MARCIANO BOONE," "MARTY M. BOONE," "Marty M. Boone" or any other derivation of said commercial *nom de guerre*/name of war. (See contemporaneously filed court of record document *"Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933 Private Citizen of the United States: American National,"* Exhibit 1.)

5. Affiant has rescinded all signatures of voluntary suretyship *Nunc Pro Tunc Ab Initio* ever given on behalf of state-created, quasi-corporate sole "MARTY MARCIANO BOONE," "MARTY M. BOONE," "Marty M. Boone," or any other derivation of said commercial *nom de guerre*/name of war. Said rescission of signatures of voluntary suretyship includes, but is not limited to, all signatures ever provided in any legal proceeding, state or federal, including any administrative hearing, civil action or criminal prosecution. (See contemporaneously filed court of record document *"Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933 Private Citizen of the United States: American National,"* Exhibit 2.)

EXHIBIT A

6. Affiant is the Grantee/Grantor/Settlor of, as well as the Agent for, non-statutory, Private Business Trust "MARTY MARCIANO BOONE," "MARTY M. BOONE," "Marty M. Boone" or any other derivation of said commercial *nom de guerre*/name of war, the legal owner by nature of said private business trust being a special and private Trustee, and the equitable owner by nature being a special and private Sole Beneficiary. (See contemporaneously filed court of record document *"Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933 Private Citizen of the United States: American National,"* Exhibit 5);

7. Affiant is a Private "Citizen of the United States of America" whose "federal" citizenship status has been secured by Article II, Section 1, Clause 5; Article II, Section 3, Clause 5; and Article IV, Section 2, of the Constitution of the United States of America, which *de jure* citizenship status has been "**broadened**" and made "**national**" by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America. (See contemporaneously filed court of record document *"Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933 Private Citizen of the United States: American National,"*);

8. Affiant's *de jure* private citizenship status has not been altered by any federal or state contract or statute, be it express or implied, public or private; and therefore Affiant's *de jure,* private citizenship status has not been reduced to an inferior grade of volunteer/ surety "U.S. citizenship" status by the state of Affiant's natural birth and/or by the state of Affiant's non-statutory, private and special residence on the land in exclusive Equity;

9. Affiant is not a quasi-corporate, Public "U.S. citizen" in interstate and foreign commerce. For said Public "U.S. citizen" (having once held original, *de jure* citizenship status conferred by Section 1 of the 14th Amendment to the Constitution of the United States of America on the day of his natural birth) holds an inferior grade of citizenship status through an implied volunteer/surety/commercial contract created by operation of law upon its filing with a third party record keeper/public office in the state of its volunteer/ surety's natural birth;

10. Affiant is not a *"**person within the United States**"* as per the original wording of your "Emergency Banking Relief Act" passed by your Emergency War Powers Congress on March 9, 1933, it having "confirmed and approved" Presidential Proclamation 2039 of March 6, 1933, and Presidential Proclamation 2040 of March 9, 1933 (12 USC 95b); for the Congress at that time was composed of only quasi-artificial "persons" being Public

EXHIBIT A

"U.S. citizens" no longer representing the once sovereign **"We the People"** (formerly composed of all the Private "Citizens of the United States of America"), each Congressman having also been reduced in his citizenship status to the inferior grade of a *"person within the United States,"* i.e., a Public "U.S. citizen," the once sovereign **"We the People"** being represented as mere volunteer/surety for and/or bonded into one legal entity with their *"person within the United States,"* i.e., Public "U.S. citizen;"

11. Affiant is not *"subject to the jurisdiction thereof* [*the United States*]" as per the original wording of your "Emergency Banking Relief Act" passed by the Emergency War Powers Congress on March 9, 1933; for the Congress, in passing said "Emergency Banking Relief Act," consented on behalf of every *"person within the United States"* to the Emergency War Powers Jurisdiction (executive, legislative and judicial) of the United States imposed by Presidential Proclamation 2039 on March 6, 1933; therefore, Affiant is not a *"person . . . subject to the jurisdiction of the United States"* under 12 USC 95a and 50 USC App. 5(b);

12. Affiant is neither **"similarly situated"** nor under *"the equal protection of the laws"* as are all state-created, statutory, Public "U.S. citizens" deemed "enemies, belligerents and rebels" living in "occupied territories" under your "Trading With the Enemy Act" (50 USC App. 5(b) of October 6, 1917, as amended by your "Emergency Banking Relief Act" (12 USC 95a) of March 9, 1933, it having also approved and confirmed on the very same day FDR's Proclamation 2040 of March 9, 1933;

13. Affiant, being a Pre-1933 Private Citizen of the United States, is a *"person . . . subject to the jurisdiction thereof* [*the United States*]" secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, said peacetime, civilian *"jurisdiction of the United States"* being unaltered by your Emergency War Powers statute 12 USC 95a and World War I statute 50 USC App. 5(b);

14. Affiant has the constitutional right to a **civilian due process of law** (as opposed to a **martial/emergency war powers due process of law**) secured from federal infringement by the Fifth Amendment and secured from state infringement by the Fourteenth Amendment to the Constitution of the United States of America;

15. Affiant is neither the volunteer/surety for/property of, nor a *de facto,* conquered *"person within the United States"* defined by your "Emergency Banking and Relief Act" (12 USC 95a) and ruled by the *de facto* Emergency War Powers military government of the

**EXHIBIT A**

United States; therefore, Affiant is neither a *de facto* "belligerent" nor a *de facto* "rebel" publicly residing according to statute within any state deemed a *de facto* "conquered territory" by the *de facto* emergency war powers military government of the United States imposed by President Franklin D. Roosevelt on March 9, 1933, via Proclamation 2040 "approved and confirmed" by Congress (12 USC 95b) on that very same day, March 9, 1933;

16. **Affiant is neither a "sovereign citizen" nor has ever claimed such a status promoting anarchy and dissolution of western civilization born of the Protestant Reformation;**

17. Affiant has been erroneously subjected to a **martial/emergency war powers due process of law** (criminal and/or civil) by the moving party in its mistaken attempt to use this Court to impose said martial Emergency War Powers due process of law, evidenced by the display of military colors in the courtroom (flags bordered on three sides with gold fringe and/or draped with gold cords and tassels) and also evidenced by the use of a military "name of war" (spelled with all upper case letters with or without abbreviations) set forth in the action, in violation of Affiant's constitutional right to a **peacetime/civilian due process of law** on both a federal and state level;

18. Affiant is being mistakenly treated by the moving party as though Affiant is a *de facto* "rebel" and/or a *de facto* "belligerent" publicly residing in a state deemed a *de facto* "conquered territory" ruled by a *de facto* emergency war powers military government at the direction of the President of the United States sitting in a "temporary," extra-constitutional, emergency war powers capacity as a *de facto* martial Conqueror and Military Commander in chief over every *"person within the United States"* (defined by your "Emergency Banking Relief Act") and *"subject to the jurisdiction thereof [the United States]"* (12 USC 95a), both artificial and natural, both civilian and military;

19. Affiant owes no "temporary" allegiance to the "temporarily" established, *de facto*, Emergency War Powers military government imposed on March 9, 1933 (your 12 USC 95a), it having ousted and replaced the *de jure*, constitutional government of The United States of America (in force from March 4, 1789, to March 9, 1933) intended to be restored once the "temporary" emergency has been terminated by the president, acting in the capacity of Commander in chief, by repealing Proclamation 2040, the Emergency War Powers Congress also repealing your wicked "Emergency Banking Relief Act" (12 USC 95a & b) as well as your "Trading With the Enemy Act" (especially 50 USC App. 5(b))

EXHIBIT A

and thereby, on that glorious day, restoring non-volunteer/non-surety, *de jure*, Pre-1933 Private American Citizenship status to all Americans as well as restoring peacetime, constitutional, *de jure* "*jurisdiction of the United States*" (executive, legislative and judicial) throughout the land.

## Demand for Show Cause from the Moving Party

THEREFORE, *I*, Marty Marciano Boone and Agent for "MARTY MARCIANO BOONE," hereby put the moving party ON NOTICE of my constitutionally-protected, non-volunteer/non-surety, *de jure*, Private American Citizenship status which is a matter of public record as per the attached court of record document "*Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933 Private Citizen of the United States: American National.*"

Further, as a friend of this Court, *I*, Marty Marciano Boone, a Private "Citizen of The United States of America," demand the moving party show cause under sworn testimony under the pains and penalty of perjury:

20. That *I*, Marty Marciano Boone, am "MARTY MARCIANO BOONE" (or any other derivation of said commercial *nom de guerre*/war name) as named in the above-captioned action;

21. That *I*, Marty Marciano Boone am volunteer/surety for "MARTY MARCIANO BOONE" (or any other derivation of said commercial *nom de guerre*/war name) as named in the above-captioned action;

22. That *I*, Marty Marciano Boone, am not the Grantee/Grantor/Settlor of non-statutory Private Business Trust "MARTY MARCIANO BOONE" (or any derivation of said commercial *nom de guerre*/war name) as named in the above captioned-action;

EXHIBIT A

23. That "MARTY MARCIANO BOONE" (or any derivation of said commercial *nom de guerre*/war name) as named in the above captioned-action is not a non-statutory private business trust;

24. That *I*, Marty Marciano Boone, am not the Agent for Private Business Trust "MARTY MARCIANO BOONE" (or any derivation of said commercial *nom de guerre*/war name) as named in the above-captioned action;

25. That *I*, Marty Marciano Boone, am a statutorily-created, volunteer/surety, Public "U.S. citizen" and not a constitutionally-protected, non-volunteer/non-surety, non-statutory, Private "Citizen of the United States of America" as declared and proven in the contemporaneously filed court of record document *"Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933 Private Citizen of the United States; American National"*

26. Why the moving party rests upon its **presumption of law** that *I*, Marty Marciano Boone, am in contract, express or implied, with the federal government and/or with any state government which contract(s) has/have altered my non-statutory, constitutionally-protected, *de jure*, Pre-1933 Private American Citizenship status secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States;

27. That *I*, Marty Marciano Boone, am a ***"person within the United States"*** and ***"subject to the jurisdiction of the United States"*** as defined by your "Emergency Banking Relief Act" of March 9, 1933 (12 USC 95a);

28. That *I*, Marty Marciano Boone, a Pre-1933 Private Citizen of the United States of America, may be given a **wartime/martial/emergency war powers due process of law** in accordance with your 12 USC 95a and 50 USC App. 5(b) (which process includes a non-judicial process on a federal and state level including mortgage foreclosures thereby comingling the rights of a Private Citizen with the privileges of enemies, rebels and belligerents) as opposed to a **peacetime/ civilian due process of law** in accordance with the Fifth Amendment and Section 1 of the Fourteenth Amendment to the Constitution of The United States of America.

29. That Private Business Trust "MARTY MARCIANO BOONE" (or any derivation of said commercial *nom de guerre*/war name) as named in the above-captioned action, may be

EXHIBIT A

given a **wartime/martial/emergency war powers due process of law** in accordance with your 12 USC 95a and 50 USC App. 5(b) (which process includes a non-judicial process on a federal and state level including mortgage foreclosures thereby comingling the rights of a Private Citizen with the privileges of enemies, rebels and belligerents) as opposed to a **peacetime/ civilian due process of law** in accordance with the Fifth Amendment and Section 1 of the Fourteenth Amendment to the Constitution of The United States of America.

The moving party is hereby given thirty (30) days to show cause, or, **be it resolved:** a) the moving party admits, confesses and accepts all of the foregoing claims of Marty Marciano Boone, Private Citizen of The United States of America and Grantee/Grantor/Settlor of, and Agent for, Private Business Trust "MARTY MARCIANO BOONE" (or any derivation of said commercial *nom de guerre*/war name) as named in the above captioned action; b) the moving party admits to its inherent flaw in due process and therefore shall withdraw its claim(s); c) the moving party accepts its resulting duty of extinguishing any and all forbearances and encumbrances of said claim(s) against Private Business Trust "MARTY MARCIANO BOONE" and its property and shall make full and complete restitution, restoration and recoupment of property previously held by Private Business Trust "MARTY MARCIANO BOONE."

Additionally, the Court, being bound by its oath of office to uphold the private citizenship clause of Section 1 of the Fourteenth Amendment to The Constitution of the United States of America and therefore unable to proceed under its 12 USC 95a and 50 USC App. 5(b), **must abate this wartime/martial/emergency war powers due process** erroneously imposed on non-volunteer/non-surety Marty Marciano Boone due to prima facie, non-rebutted evidence in the record proving **mistaken identity** as well as the absence of a contractual legal fiction that would give rise to a **presumption of law**, i.e., public U.S. citizenship status, said martial/emergency war powers due process being a nuisance to Marty Marciano Boone a Pre-1933 Private "Citizen of the United States" entitled to a **peacetime/civilian due process of law** as a matter of

EXHIBIT A

1  constitutional right secured by the Fifth and Fourteenth Amendments to the Constitution of the

2  United States of America.

3

4  Failure to **abate** may result in a conflict and variance to be adjudicated in a district court of the

5  United States sitting in jurisdiction of exclusive Equity in special term.

6

7     *Maxim: "Equity regards as done that which ought to have been done."*

8

9  Further Affiant sayeth not and stands mute before the Court.

10

11  Signed of my own free will, act and deed in the spirit and intent of good conscience of equity,

12

13

14

15     _____

16     **Marty Marciano Boone**, *in esse* and *sui juris*

17     Pre-1933 Private Citizen of the United States

18     American Freewoman; American National

19     Private Citizen of the State of California

20     Special and Private Resident of Solano County

21     Grantor/Settlor of Private Business Trust

22     "MARTY MARCIANO BOONE"

23     Agent for Private Business Trust

24     "MARTY MARCIANO BOONE"

25     All Rights and Liberties Expressly Reserved

26     Without Recourse. Without Prejudice.

27     Amicus Curiae For the Record
    Notice of Private Citizenship to the Moving Party
    Demand For Show Cause From the Moving Party
    Page **9** of **9**

                **EXHIBIT  A**

1  Marty Boone, American Freeman
   Private Citizen of the United States
2  Private Resident of the State of California
   Private Resident of the County of Solano
3  Agent for "MARTY MARCIANO BOONE"
4  2525 Marshfield Road
   Vallejo, California [94591]
5  Postal Code Excepted



ENDORSED FILED
Clerk of the Superior Court

DEC 0 8 2015

R. PULIDO
R. PULIDO
DEPUTY CLERK

8              SUPERIOR COURT OF CALIFORNIA

9              FOR THE COUNTY OF SOLANO

10                  FAIRFIELD BRANCH

12  DEUTSCHE BANK NATIONAL TRUST          Case No.: FCM148075
13  COMPANY, AS TRUSTEE FOR
    HARBORVIEW MORTGAGE LOAN
14  TRUST 2006-8, MORTGAGE LOAN PASS      **Memorandum of Law In Support of**
    THROUGH CERTIFICATES, SERIES 2006-8,  **Amicus Curiae Affidavit For The Record**
15                                        **Notice of Private Citizenship Status to the**
16                 Plaintiff,             **Moving Party**

17       vs.                              **Demand For Show Cause From the**
                                          **Moving Party**
18  MARTY M BOONE, RONDA BOONE, and
19  DOES 1 THROUGH 5, inclusive

20                 Defendants,


24                    **MEMORANDUM OF LAW**

26     **IN SUPPORT OF AMICUS CURIAE AFFIDAVIT FOR THE RECORD**
       **NOTICE OF PRIVATE CITIZENSHIP STATUS TO THE MOVING PARTY**
27       **DEMAND FOR SHOW CAUSE FROM THE MOVING PARTY**

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **1** of **30**

EXHIBIT A

This MEMORANDUM OF LAW is intended to be read in conjunction with each of the twenty-nine points enumerated in the foregoing "Amicus Curiae Affidavit for the Record."  Said Amicus has been filed *ex parte* on behalf of Defendant "MARTY MARCIANO BOONE" by Private Citizen of the United States Marty Marciano Boone (hereinafter *"Boone")* a friend of this Emergency War Powers Court (hereinafter "the Court") and Agent of Record for Defendant "MARTY MARCIANO BOONE." Plaintiff has presumed that *Boone* is the Defendant "MARTY MARCIANO BOONE" for which presumption of law said "Amicus Curiae Affidavit" demands the Plaintiff **show cause**.  This MEMORANDUM OF LAW is intended to rebut Plaintiff's presumption of law premised upon the presumed existence of a legal fiction, finally concluding that Plaintiff cannot **show cause** and therefore has failed to properly identify *Boone* as the Defendant, martial due process being deficient on its face, the Court wanting jurisdiction *in personam.*

## I.   SPECIAL VISITATION

*Boone, in esse* and *sui juris*, in challenging the martial due process imposed by the Plaintiff intended to access the *in personam* jurisdiction of this Court, has made a special, restricted visitation in his proper person, *in propria persona*.  There is no need to cite legal authorities in this instance, for indeed the maxim is:

> "In clear cases, he mistakes who cites legal authorities; for obvious truths are not to be proved . . . for he who endeavors to prove them obscures them."

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **2** of 30

EXHIBIT A

*Boone*, in challenging the martial due process mistakenly imposed on his proper person by Plaintiff, has not made an appearance of any kind, nor is he representing "MARTY MARCIANO BOONE" in a "pro se" capacity, nor has he pled to the merits of the case.

## II.   CONSTITUTIONAL POSTERITY

*Boone* is a member of the sovereign **"We the People"** having ordained and established the Constitution of the State of California.  Its Preamble declares:

> "We, the People of the State of California, grateful to Almighty God for our freedom, in order to secure and perpetuate its blessings, do establish this Constitution..."

*Boone* is also a member of the Posterity of the sovereign **"We the People"** having ordained and established the Constitution of the United States.  Its Preamble declares:

> "We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general welfare, and secure the Blessings of Liberty to ourselves and to our Posterity, do ordain and establish this Constitution for the United States of America."

*Boone* is a member of the sovereign people of the State of California having created this county court of record of the Constitution of the State of California.

Hence this is a constitutionally-created, *de jure* Court of Record of the State of California.

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page 3 of 30

**EXHIBIT   A**

## III.   NAME OF THIRD PARTY FRIEND OF THE COURT

The Christian name of this civilian, private citizen, third party **"friend of the Court"** is

MARTY MARCIANO BOONE, and he must be addressed by that name in any legal

procedure, at law or in equity, unless his constitutionally-protected, *de jure* citizenship

status has been altered or modified by a legal event. A proper Christian name with

patronymic is always spelled in both upper and lower case letters, never in ALL

CAPTIAL LETTERS.

In *Black's Law Dictionary*, 5th edition, pp. 219, 1294 and 922 we read:

> **"Christian name**. The baptismal name as distinct from the surname. The name
> which is given after his birth or at baptism, or is afterward assumed by him in
> addition to his family name. . . ."

> **"Surname.** The family name; the name over and above the Christian name. The part
> of a name which is not given in baptism. The name of a person which is derived from
> the common name of his parents. *In re Faith's Application*, 22 N.J. Misc. 412, 39
> A2d 638, 640. The last name; the name common to all members of a family."

> **"Name.** The designation of an individual person, or of a firm or corporation. A
> person's 'name' consists of one or more Christian or given names and one surname or
> family name. It is the distinctive characterization in words by which one is known
> and distinguished from others, and description, or abbreviation, is not the equivalent
> of a 'name.'"

*Boone* is not to be addressed by a "nom de guerre"/name of war unless his

Constitutionally-protected, *de jure* citizenship status has been altered or modified by a

legal event. A "nom de guerre"/name of war is the name carried by all American soldiers

and is always spelled in **ALL CAPITAL LETTERS.**

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **4** of 30

EXHIBIT A

The name-tag pinned on the right breast of his dress uniform is a "nom de guerre;" the name stamped on all his belongings during Basic Training, from his fatigues, to his underwear, to his bath towels, is a "nom de guerre;" and the name appearing on his military discharge is a "nom de guerre," which name is always in **ALL CAPITAL LETTERS** with an attached Social Security Number inscribed below the NAME.

According to *The American Heritage Dictionary of the English Language* (1973) p. 891, a "nome de guerre" is:

"A pseudonym formerly assumed by a French officer upon entering military service."

According to *Webster's New Collegiate Dictionary* (1975) p. 179, a "nom de guerre" is:

"A war name; a Pseudonym; Pen Name."

Further, the same source on page 930 defines "pseudonym" as:

"**Pseudonym**: a false name; fictitious name; a Pen Name."

Further, *Black's Law Dictionary*, ibid, p. 562, defines "fictitious name."

"**Fictitious name.** A counterfeit, alias, feigned, or pretended name taken by a person, differing in some essential particular from his true name (consisting of Christian name and patronymic), with the implication that it is meant to deceive or mislead."

*Boone* is not to be addressed by a fictitious war name, but by his Christian name.

*Boone* has never intended to deceive or mislead anyone by means of a fictitious name, he never being known as "MARTY MARCIANO BOONE" or any derivation of said nome de guerre/fictitious war name.

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **5** of 30

**EXHIBIT A**

## IV.    DE JURE CONSTITUTIONAL STATUS

*Boone* is a natural born, private individual citizen of the United States of America

enjoying said citizenship conferred by section 1 of the Fourteenth Amendment to the

Constitution of the United States of America.  The original *de jure* United States

citizenship conferred through Article IV, section 2, of the Constitution was derivative of

State citizenship.  An American citizen was first a citizen of his State and thereby a

citizen of the United States.  But this citizenship status was **"enlarged"** and **"broadened"**

by the Fourteenth Amendment to the federal Constitution.  Republican Senator James G.

Blaine, one of the promoters of the post "Civil War" Fourteenth Amendment, stated the

intent of his pro-socialist-communist, Radical Red Republican Party when he declared:

> "In the first place, we ask that they [*the Southern states*] will agree to certain changes
> in the Constitution of the United States; and to begin with, we want them to unite
> with us in **broadening the citizenship** of the Republic. . . . And in making this
> **extension of citizenship**, we are not confining the breath and scope of our efforts to
> the negro.  **It is for the white man as well.  We intend to make citizenship
> National.**  Heretofore, a man has been a citizen of the United States because he was
> a citizen of some one of the States: now, we propose to reverse that and make him a
> citizen of any State where he chooses to reside, by defining in advance his **National
> citizenship.**" [1] [Emphasis in bold]

The Fourteenth Amendment, purportedly ratified on July 28, 1868, accomplished what

Blaine and his radical cohorts had intended.  The *Selective Draft Law Cases,* 245 U.S.

366, 388-389 (1918) make this clear. Jesuit Georgetown University-trained, Knight of

---

1. James G. Blaine, *Political Discussions: Legislative, Diplomatic, and Popular; 1856-1886,* (Norwich,
   Conn.: The Henry Bill Publishing Company, 1887) pp. 63-64.

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **6** of 30

**EXHIBIT A**

Columbus Chief Justice Edward White declared:

">. . . it **broadened** the national scope of the Government under the Constitution by causing citizenship of the United States to be **paramount and dominant** instead of being **subordinate and derivative**, and therefore, operating as it does upon all the powers conferred by the Constitution, leaves no possible support for the contentions made, if their want of merit were otherwise not so clearly made manifest."

However the Fourteenth Amendment did not *create* a new, privileged citizenship.

The *de jure*, pre-Fourteenth Amendment, **Federal** Citizenship of the United States was **broadened** into the post–Fourteenth Amendment **National** citizenship. Yet the former, limited Federal citizenship, protected by Article IV, Section 2, of the Constitution, that was subsequently **extended** and **broadened** to become **National** in nature by means of the Fourteenth Amendment, remained *de jure*. For this former **Federal** citizenship was indeed *de jure* and not *de facto*, the result of each one of the sovereign States ratifying the organic document having created the United States of America in 1789. In *Colgate v Harvey*, 296 U.S. 404, 427 (1935) the Court held:

"Thus, the dual character of our citizenship is made plainly apparent. That is to say, a citizen of the United States is *ipso facto* and at the same time a citizen of the state in which he resides. And while the Fourteenth Amendment **does not *create* a national citizenship**, it has the effect of making that citizenship 'paramount and dominant' instead of being 'derivative and dependent' upon state citizenship."

Therefore, *Boone* holds *de jure* **Federal** citizenship secured by Article IV, Section 2, of the Constitution of the United States as broadened into **National** citizenship by Section 1 of the *de jure* Fourteenth Amendment to the Constitution of the United States.

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **7** of **30**

**EXHIBIT A**

This *de jure*, Fourteenth Amendment National Citizenship for individual American citizens was also defined to be **"private"** in contrast with *de facto*, state-created, corporate, **"public"** citizens of the United States. In *Hale v. Henkel*, 201 U.S. 43, 74 (1906), the Court held:

> "The individual may stand upon his constitutional rights as a **citizen**. He is entitled to carry on his **private** business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to criminate him. He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land long antecedent to the organization of the State, and can only be taken from him by **due process of law**, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of law. He owes nothing to the public so long as he does not trespass upon their rights."

By contrast and comparison, the Court went on to describe the state-created, **"public"** corporate citizen. It declared in *Hale v. Henkel*, supra, 74-75:

> "Upon the other hand, the corporation is a creature of the State. It is presumed to be incorporated for the **benefit of the public**. It receives certain special privileges and franchises, and holds them subject to the laws of the State and the limitations of its charter. Its powers are limited by law. It can make no contract not authorized by its charter. Its rights to act as a corporation are only preserved to it so long as it obeys the laws of its creation. There is a reserved right in the legislature to investigate its contracts and find out whether it has exceeded its powers. It would be a strange anomaly to hold that a State, having chartered a corporation to make use of certain franchises, could not in the exercise of its sovereignty inquire how these franchises had been employed, and whether they had been abused, and demand the production of the corporate books and papers for that purpose." [Emphasis in bold]

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **8** of 30

EXHIBIT A

Further stressing the difference between the individual Private Citizen and the corporate

Public Citizen, the Supreme Court of Oregon declared in *Redfield v. Fisher*, 292 P. 813,

819 (1930):

> "The individual, unlike the corporation, cannot be taxed for the mere privilege of
> existing. The corporation is an artificial entity which owes its existence and charter
> powers to the state; but the individual's right to live and own property are natural
> rights for the enjoyment of which an excise cannot be imposed."

It must be noted that this decision concerning the **private** individual and the **public**

corporation was delivered prior to Congress amending its "Trading with the Enemy Act"

(1917). Said Act was amended by means of the "Emergency Banking Relief Act,"

this wicked "Emergency Banking Relief Act" having also "approved and confirmed"

President Franklin D. Roosevelt's diabolical Emergency War Powers "Proclamation

2040" on March 9, 1933. *Boone* is not, nor is he surety for, nor is he wedded as one entity

with, a state-created, franchised, *de facto* Public "U.S. citizen" incorporated for the

purposes of commerce and war.

## V.    PRIVATE NON-STATUTORY RESIDENT

*Boone* is an individual Pre-1933 Private Citizen of the United States and is therefore an

individual Private Citizen of the State of California, specially and privately residing in

pure Equity on the land of Solano County within the geographic State of California. One

of the privileges and immunities of *de jure* Fourteenth Amendment National citizenship is

citizenship of the state in which the National citizen resides. *Slaughter-House Cases*, 83

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **9** of **30**

EXHIBIT  A

U.S. 36, 80 (1873).

*Boone* is not a state-franchised, individual Public "U.S. citizen" and is therefore not a state-franchised, individual Public citizen of the State of California. All corporations/artificial persons created by any of the fifty state governments for the benefit of the public and subject to statutory "public policy" are Public "U.S. citizens" publicly residing according to statute within the state of their legal residence in which they also hold state citizenship.  Concerning said state citizenship of a state-created corporation, *Hale v Henkel*, supra, page 85 reads:

"As repeatedly held, a corporation is a citizen of a State for purposes of jurisdiction of Federal courts, . . ."

Concerning said corporation, if over fifty percent of the stock of a state-charted corporation is held by Public "U.S. citizens," then that corporation is considered to be a Public "U.S. citizen" (46 USC 802(a)). *Boone* is not a state-franchised, artificial person/Public "U.S. citizen," nor is he surety for or wedded into one legal entity with a state-franchised, artificial person/Public "U.S. citizen" publicly residing according to statute within the State of California. Private Citizen MARTY MARCIANO BOONE is not the  Defendant, Public citizen "MARTY MARCIANO BOONE" the state-franchised, artificial person, Public "U.S. citizen" is not one of **"We the People"** having established the Constitution of the United States of America and the Constitution of the State of California.  Again we read the opinion of the Court in *Hale v. Henkel,* supra, page 78:

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **10** of **30**

EXHIBIT  A

"In my opinion, a corporation—'an artificial being, invisible, intangible and existing only in contemplation of law'—cannot claim the immunity given by the Fourth Amendment; for, it is not part of the '**People**,' within the meaning of that Amendment. Nor is it embraced by the word 'persons' in the Amendment." [Emphasis in bold]

*Boone*, a Pre-1933 Private American Citizen, is a member of the sovereign "**We the People**" and therefore is a private, non-statutory resident of the State of California, privately residing on the land in pure Equity in the County of Solano.

## VI.    FRIEND OF THE COURT NOT VOLUNTEER SURETY

Upon the state creation of commercial corporate sole "MARTY MARCIANO BOONE" on July 24, 1961, by way of a publicly filed, unilateral contract under seal, Private Citizen *Boone* was reduced to an inferior grade of citizenship status, becoming the property of, surety for and wedded to corporate sole "MARTY MARCIANO BOONE." This **merger** of an artificial person (created by state statute) with a natural person (protected by the supreme law of the land) generated, by operation of law, one new artificial person—the hybrid, the "**monster**," this freak heretofore nonexistent in law, this "**man with a mask**,"—the individual flesh and blood Public "U.S. citizen." (See "Certificate of Live Birth" Exhibit 1 of attached "*Declaration of Status of Marty Marciano Boone :American Freeman; Private Citizen of the United States: American National*.)

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **11** of **30**

**EXHIBIT  A**

Upon consenting by silence to being reduced to the **inferior grade** of Public "U.S. citizen," *Boone* ceased to be a *de jure* Private Citizen of the United States of America protected by Section 1 of the Fourteenth Amendment to the Constitution of the United States. He also ceased to be one of the sovereign **"We the People"** of the United States and by operation of law, became volunteer surety for a stranger, the state-created, artificial person, Public "U.S. citizen," in violation of the Word of God, *The King James AV1611 Reformation English Bible*, for:

> **"He that is surety for a stranger shall smart for it; and he that hateth suretyship is sure."**
> 
> **Proverbs 11:15**

Upon seeing the error of his ways, *Boone* executed a unilateral contract under seal. (See "**Release Without Consideration—***Nunc Pro Tunc Ab Initio*," Exhibit 1 of attached "*Declaration of Status of Marty Marciano Boone: American Freeman; Private Citizen of the United States: American National*") Meeting all necessary legal requirements for said contract to be in full force and effect (in writing, signed, sealed, with stated intent, delivered and filed with a public office of record), *Boone* is no longer property of, nor surety for, nor wedded to Public U.S. citizen "MARTY MARCIANO BOONE" or any derivative of the NAME thereof. Since the document was executed "*Nunc Pro Tunc Ab Initio*," *Boone* is not, **nor has he ever been**, property of, surety for, or wedded into one artificial entity with Defendant "MARTY MARCIANO BOONE" a

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **12** of **30**

EXHIBIT A

statutory creation of the State of California. *Boone's* public filing of said **Release** with the

State of California or any other State of the Union is valid in the State of California

through Article IV, Section 1 ("Full Faith and Credit Clause") of the Constitution of the

United States.  Further, the State of California is prohibited from impairing the obligation

of this contract through Article I, Section 10, of the Constitution of the United States.

Concerning the status of *Boone*, the legal fiction/presumption of law giving rise to

Plaintiff's presumption of law that *Boone* is a Public "U.S. citizen"—and therefore a

statutory resident of the State of California—has been rebutted with prima facie evidence

that is in the public record. Since "MARTY MARCIANO BOONE" was a corporate sole,

*Boone* executed his **"Release Without Consideration—*Nunc Pro Tunc Ab Initio*"** in

accordance with the Law of Contract, Maxims of Equity and the Uniform Commercial

Code, Section 1-107.  Said Release acts as a gratuitous abandonment or giving up of a

right and does not require a consideration. *Miller v. Gayman, Mo.*, 482 S.W. 2d 414 or

415.  Said Release **unmakes the state's contract from the beginning**, not merely at

termination, the consent of the state being unnecessary, and has restored *Boone* to the

**status quo** of being a Pre-1933 Private American Citizen of the United States.

This status is protected by Section 1 of the Fourteenth Amendment to the Constitution of

the United States of America. This status is the standing, state and social position of

*Boone* in his legal relationship to both federal and state governments as well as to the

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **13** of **30**

**EXHIBIT A**

political communities of the "United States of America," the "United States" and the
State of California presently under temporary, *de facto*, emergency war

powers governments. Upon *Boone* further seeing the error of his ways, *Boone* executed

another unilateral contract under seal. (See "**Notice of Rescission of Signatures of**

**Suretyship—*Nunc Pro Tunc Ab Initio*,**" Exhibit 2 of attached *"Declaration of*

*Status.* ") Meeting all necessary legal requirements for said contract to be in full force and

effect  (being in writing, signed, sealed, with stated intent, delivered and filed with a

public office of record), *Boone* has rescinded every signature ever provided for Public

U.S. citizen "MARTY MARCIANO BOONE" or any derivative of said NAME thereof.

Therefore *Boone* does not provide, **nor has he ever provided**, a signature of suretyship

for Defendant  "MARTY MARCIANO BOONE" a statutory creation of the State of

California. *Boone's* public filing of said contract with the State of California is valid in

the State of California or any State of the Union through Article IV, Section 1 ("Full Faith

and Credit Clause"), of the Constitution of the United States.  Further, the State of

California is prohibited from impairing the obligation of this contract through Article I,

Section 10, of the Constitution of the United States. Concerning the deeds of *Boone*, the

legal fiction/presumption of law giving rise to Plaintiff's presumption that *Boone* is

"MARTY MARCIANO BOONE" a Public "U.S. citizen"— and therefore a statutory

resident of the State of California—**has been  rebutted with prima facie evidence in**

**the public record**. Upon the public filing of the above two unilateral contracts under

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **14** of 30

**EXHIBIT  A**

seal, the individual, *de jure* Fourteenth Amendment citizenship status of *Boone*, in both

status and deed, has been automatically restored pursuant to the general maxims of the

Law of Contract.  Like Dorothy leaving the artificial world of the "Land of OZ" and

returning to the natural world of "Kansas," even so *Boone* has ceased to be an artificial

person/Public "U.S. citizen" and has returned to being a natural person/Private American

Citizen  protected by Section 1 of the Fourteenth Amendment to the Constitution of the

United States.  *Boone* now enjoys the former status held for a mere fourteen (14) days

after his natural birth.

*Boone,* a member of the **"Posterity"** so designated in the Preamble to the

Constitution of the United States of America, is once again one of the sovereign **"We the**

**People**."

## VII.    FLAGS OF PRIVATE CITIZEN

The flags of *Boone* are the civilian flag of the Republic of the United States of America

defined in 4 USC 1, and the civilian flag of the State of California defined in CAL. GOV.

CODE § 420.  Neither flag is defined as being bordered on three sides with gold fringe or

draped with gold cords having gold tassels on the ends of said gold cords.

The flags of *Boone* are not military colors as defined in Army Reg. 840-10, 2-3*b*, *c*(4),

bordered on three sides with gold fringe, either federal or state.

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **15** of **30**

EXHIBIT  A

## VIII.   LAW OF THE CASE

The Law of this case is the Constitution of the United States of America, the supreme law of the land, federal and state.  Pertinent portions of the Constitution are, but not limited to, the Preamble; Article 1, section 10; Article IV, sections 1, 2 and 4; Article VI, section 2; Amendment V; and Section 1 of the Fourteenth Amendment.

## IX.   CIVILIAN DUE PROCESS OF LAW

*Boone*, a constitutionally-protected, *de jure*, Pre-1933 Private Citizen of the United States of America, is guaranteed due process of law on a state level by Section 1 of the Fourteenth Amendment to the United States Constitution.  For *Boone*, that due process of law must be a **civilian due process of law**, be it according to the Civil Law or the Common Law at the discretion of the state.  This civilian due process of law is a constitutionally-protected right of *Boone* as specified in *Hale v. Henkel*, supra, page 74:

> "His rights are such as existed by the law of the land long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the constitution."

*Boone's* constitutional right to a civilian due process of law is to be protected by the courts, federal and state.  In *Boyd v. United States*, 116 U.S. 616, at 635 the Supreme Court declared in 1886 regarding the individual, Pre-1933 Private Citizen of the United States:

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **16** of **30**

EXHIBIT A

"It is the duty of the courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon. Their motto should be *obsta principiis*."

## X.    EMERGENCY WAR POWERS

On March 9, 1933, President Franklin D. Roosevelt issued Proclamation 2040 invoking Emergency War Powers to address the national emergency caused by the Stock Market crash of October, 1929, and the subsequent desperation of the American people.  In so doing the constitutional *de jure* government of the United States was "**ousted**" and replaced with a *de facto* Emergency War Powers military government.  That it may be clear the government of the United States has been in a declared state of emergency since March 9, 1933, the *Report of the Special Committee on the Termination of the National Emergency* issued on November 19, 1973, declared in its "Forward:"

"Since March 9, 1933, the United States has been in a state of declared national emergency. In fact, there are now in effect four presidential-proclaimed states of national emergency.  In addition to the national emergency declared by President Roosevelt in 1933, there are also the national emergencies proclaimed by President Truman on December 16, 1950, during the Korean conflict, and the states of national emergency declared by President Nixon on March 23, 1970, and August 15, 1971."

The Senate Report went on to state pursuant to Senate Resolution 9, 93rd Congress:

"A majority of the people of the United States have lived all of their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have, in varying degrees, been abridged by laws brought into force by states of national emergency.  The problem of how a constitutional democracy reacts to great crisis, however, far antedates the Great Depression. As a philosophical issue, its origins reach back to the Greek city-states and the Roman Republic. And,

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **17** of 30

**EXHIBIT  A**

in the United States, actions taken by the Government in times of great crisis have—from at least, the Civil War—in important ways, shaped the present phenomenon of a permanent state of national emergency."

Concerning the final findings of the above Senate Committee, *CRS Report for Congress* on "National Emergency Powers" issued September 18, 2001, it stated on page CRS-10:

"The special committee also found that no process existed for automatically terminating the four outstanding national emergency proclamations."

On the same day of March 9, 1933, Congress amended the World War I "Trading With the Enemy Act" of October 6, 1917, with the "Emergency Banking Relief Act" codified today as 12 USC 95a-b. It "approved and confirmed" every act and proclamation (past, present and future) of President Franklin D. Roosevelt since March 4, 1933, the day of his Inaugural Address. By operation of law, the Act also "approved and confirmed" the seizure of every piece of registered property recorded on a state level as **"war booty"** to be used in the future as collateral for the national debt incurred by the new, *de facto*, military government. That property included all state-created, statutory Public "U.S. citizens" (with their attached volunteer sureties, the *de jure* Private American Citizens—**"We the People"**) of the conquering Commander in chief, they to be ruled by his *de facto* Emergency War Powers military government.

This amended World War I statute converted every state-created, Public "U.S. citizen," described in the "Emergency Banking Relief Act" as **"any person . . . subject to the jurisdiction of the United States,"** into an enemy combatant, a belligerent and a rebel

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **18** of **30**

EXHIBIT  A

statutorily residing in the states of the United States now considered to be "conquered territories" by the Commander in chief/ "American Caesar" and his Emergency War Powers, *de facto* military government.

On March 9, 1933, section 5(b) of the "Trading With the Enemy Act" of 1917 was amended by the "Emergency Banking Relief Act." That Act, passed sight unseen by the Congress, extended the regulating, martial power of the "Trading With the Enemy Act" to **include** all "transactions to be executed **within** the United States . . . by any person **within** the United States." This made every "person within the United States," an "**enemy**" as defined by the "Trading With the Enemy Act" of 1917 to the exclusion of the Pre-1933 Private "citizen of the United States" as declared in Section 2(c) of said "Trading With the Enemy Act." (In 1917 there were only individual Private citizens of the United States while no individual American citizen was deemed to be a quasi-corporate, Public citizen of the United States until after March 9, 1933.) Every "**enemy**" could then have his "money and property" taken by the Alien Property Custodian serving under the Secretary of the Treasury. Hence, all the "money and property" of the Public "U.S. citizens" was now the "money and property" of the President as Commander in chief.

We now understand how 32nd degree, Scottish Rite Freemason President Franklin D. Roosevelt could issue his Executive Order 6102 on April 5, 1933, (based upon section 5(b) of the "Trading With the Enemy Act") demanding "**all persons**" within the United

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **19** of 30
EXHIBIT A

States turn in all their **"gold coin, gold bullion and gold certificates"** to the pope's

"Federal Reserve Bank, branch or agency, or to any member bank of the Federal Reserve

System" by May 1, 1933, the very day Josef Stalin and Adolf Hitler (financed by the

Secretary of Treasury's Federal Reserve Bank) were celebrating socialist-

communist/socialist- fascist "May Day," the very day Roman Catholic Jesuit Temporal

Coadjutor Adam Weishaupt founded the Bavarian Illuminati in 1776.

On March 9, 1933, every federal and state court became a court of the new Emergency

War Powers, *de facto* military governments imposed on federal and state levels.  The

courts of record, though **IN FORM** remaining *de jure* constitutional courts having been

created by their respective constitutions, federal and state, became **IN SUBSTANCE** *de*

*facto* statutory courts, their procedural **civilian** due process having been altered by

Section 17 of the "Trading with the Enemy Act" into a **martial** due process, federal

statute 50 USC App. 5(b) made applicable to every **"person"** conducting financial

transactions **"within the United States"** by the "Emergency Banking Relief Act" (12

USC 95a).  These courts would sit in substantive **executive equity** of the Commander in

chief once the Supreme Court-protected, ancient common law civilian due process and

ancient common law rights of the Private American citizens (termed "American

Freemen" by past Supreme Court justices), were abolished by two landmark decisions.

On April 25, 1938, the Supreme Court decided *Erie Railroad Company v Tompkins*, 304

U.S. 64, thereby abolishing "federal general common law" overruling *Swift v. Tyson*, 41

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **20** of **30**

**EXHIBIT A**

U.S. 1 (1842).  This radical decision overturned nearly a century of federal, procedural case law which rested on American Common Law procedure for Pre-1933 Private Citizens of the United States of America entitled to civilian due process of law.

On April 25, 1938, the Supreme Court also decided *United States v Carolene Products Company*, 304 U.S. 144, thereby abolishing the individual common law right to contract overruling *Lochner v New York*, 198 U.S. 45 (1905).  This decision ended the glorious "Lochner Era" (1905-1938) and, with the *Erie* decision, enabled all Emergency War Powers courts of the President/Commander in chief and his subordinate Governors/Commanders in chief, to alter their American Common Law **civilian process** for Private Citizens of the United States into a Roman Civil Law **martial process** for Public "U.S. citizens" deemed enemy combatants publicly residing in conquered territories.  These Emergency War Powers Courts could then proceed to sit in a substantive martial **"Equity"** maintaining the rule of the Commander in chief, said courts now unrestrained by historic limitations of the Common Law and exclusive Equity, while enforcing the unlimited, legislative power of an Emergency War Powers Congress ruling the states as conquered territories under a *de facto* military government, aided and abetted by subordinate, "territorial," war powers state legislatures acting within their respective statutory, *de facto* jurisdictions.

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **21** of 30

EXHIBIT A

## XI.   HYBRID CITIZEN FOR A HYBRID GOVERNMENT

The *de facto* Public "U.S. citizen" is a state-created, artificial person in combination with the natural person, constitutionally-protected, *de jure* Private Citizen, with the former status controlling.  The Public "U.S. citizen" in commerce is a "**person within the United States**" upon which the amended "Trading With the Enemy Act" was imposed. Public "U.S. citizens" are in commerce and adjudged to be "enemies and belligerents" living outside of *de jure* constitutional protections.  These are the "**persons within**" the United States having, by operation of law, voluntarily submitted to the Congressionally-amended "Trading With the Enemy Act," and thereby, having lost their sovereignty as "**We the People**," have been reduced and fitted to be governed by an unlimited, *de facto* Emergency War Powers military government during a "temporary" state of declared national emergency.

The *de facto* military government of the United States and the *de facto* military government of the State of California have been, since March 9, 1933, hybrid combinations of the constitutionally-created, *de jure* Republican governments (mandated by Article IV, section 4, of the United States Constitution) with the *de facto* Emergency War Powers military governments created by a presidential proclamation and an amended World War I war statute, the latter governments controlling.  These hybrid governments are constitutional **IN FORM**, but statutory **IN SUBSTANCE**.  These

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page 22 of 30

EXHIBIT A

hybrid governments are limited and republican **IN FORM**, but are unlimited, absolute

and martial **IN SUBSTANCE**—and **IN POWER**. Hence, the Public "U.S. citizen,"

being in state-regulated, intrastate commerce as well as in federally-regulated, interstate

and foreign commerce, has also been deemed to be an enemy combatant publicly residing

according to statute in a state deemed a "conquered territory." With this combined

commercial/war status, the Public "U.S. citizen" has been fitted to be statutorily-

controlled by all federal and state legislatures (limited only by decisions of the Supreme

Court) while subject to the enforcement of said statutes by the "temporarily imposed"

Emergency War Powers Courts, federal and state, without the limitations of written

constitutions, federal and state. *Boone* is not the state-created, statutory Public "U.S.

citizen" and enemy belligerent "MARTY MARCIANO BOONE" publicly residing in a

"conquered territory."

## XII.   LEGAL DILEMMA

If the Plaintiff attempts to use this *de jure,* constitutionally-created court to impose

a *de facto* martial due process of law on *Boone* through the use of fictitious name/*nom

de guerre* "MARTY MARCIANO BOONE," in addition to setting the court with federal

and state martial flags in said martial process, it would be a violation of *Boone's* right to

a civilian due process (either civil law or common law civilian due process) secured by

the Fifth Amendment on a federal level and by the Fourteenth Amendment on a state

level.

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page 23 of 30

**EXHIBIT A**

Further, the judge, in deciding to proceed with said martial process, would be in violation of his/her oath of office to uphold and defend the Constitution of the United States of America and the Constitution of the State of California as they relate to *Boone*. Said violation of civilian due process would create a **conflict and variance** to be privately resolved in chambers within a federal district court sitting in exclusive Equity, one of its maxims stated in Henry Gibson's *Suits in Chancery*, page 50, Section 60, being:

> ***"No one should be condemned without a chance to be heard."***

Further, said denial of civilian due process for *Boone* would subject the judge to potential judicial review and sanctions. *Boone* does not believe this is the intent of the Plaintiff.

## XIII.   SHOW CAUSE

THEREFORE, *Boone* demands that Plaintiff **show cause** establishing in law and fact by sworn affidavit or sworn testimony:

That *Boone* has lost his status of being a constitutionally-protected, *de jure*, Private Citizen of the United States of America (said status secured by Section 1 of the Fourteenth Amendment) no longer privately residing on the Land in exclusive Equity;

That *Boone* is now a statutory public resident of the State of California, and thus a franchised, state-created, *de facto*, Public "U.S. citizen "considered to be an enemy

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **24** of **30**

EXHIBIT A

belligerent in commerce known by its name of war/*nom de guerre* "MARTY

MARCIANO BOONE" or any derivative of said war name thereof;

That *Boone* has knowingly, willingly, voluntarily or by operation of law, entered

into an agreement for the exercise of a privilege or the receipt of a benefit and, for

attendant considerations, assumed duties and obligations carried with that grant of

privilege or benefit thereby reducing his "natural born," non-commercial, non-

martial, *de jure*, Pre-1933 Private Citizen status to the **inferior grade** of being a *de*

*facto* Public "U.S. citizen" and "enemy belligerent" in commerce giving rise to a

legal fiction/presumption of law that *Boone* holds Public U.S. citizenship/statutory

public resident status;

That *Boone* is therefore subject to the *de facto* martial process of this substantively,

*de facto* Emergency War Powers Court sitting in a substantive **Executive Equity** for

the purposes of facilitating war and commerce for the benefit of the Commander in

chief controlled by the pope of Rome.  For the burden of proof is on the moving party

to set forth the necessary jurisdictional facts in seeking to access the *In Personam*

jurisdiction of this court, for once jurisdiction has been challenged in the courts, it

becomes the responsibility of the Plaintiff to assert and prove said jurisdiction.

*Hagans v. Lavine*, 415 U.S. 533, (1974).  For mere good faith assertions of power

have been abolished. *Owen v. City of Independence*, 445 U.S. 622 (1980).

And again in the words of Chancellor Gibson's *Suits in Chancery*, page 50:

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **25** of 30

EXHIBIT A

". . . and if the Court has no jurisdiction over his person, actual or constructive, it has no power to render any decree against him *in personam*, nor against his property, even when the property is within its jurisdiction; but any such decree will be absolutely void."

## XIV.  CONCLUSION

Plaintiff's presumption of law, i.e., that *Boone* is a statutory resident of the State of California and thus a *de facto* Public "U.S. citizen" and enemy belligerent in privileged commerce known by the war name of "MARTY MARCIANO BOONE" cannot stand in the face of a clear and direct constitutional challenge unless Plaintiff meets his burden of proof in establishing the legal existence of said legal fiction/presumption of law.  Without answering *Boone's* **demand to show cause** set forth in his ex parte, "Amicus Curiae Affidavit for the Record," on behalf of Defendant "MARTY MARCIANO BOONE" Plaintiff has failed to state a jurisdictional claim upon which the Court may proceed *In Personam* and therefore has failed to state a claim upon which relief may be granted, this Court being precluded from imposing a martial due process and thereby precluded from assuming *In Personam* jurisdiction over *Boone*, a non-statutory, non-commercial, non-belligerent, non-territorial, special and private resident on the land in historic, exclusive Equity, and most importantly, a peaceful, *de jure* PrivateCitizen of the United States of America.

It is now incumbent upon this Court to order the Plaintiff to **show cause** that *Boone* can be subjected to a jurisdiction which utilizes a procedural martial due process to gain

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **26** of 30

**EXHIBIT A**

personal jurisdiction over *Boone*.  Should the Plaintiff fail to **show cause** that *Boone*

has surrendered his *de jure* constitutional status of being a Pre-1933 Private Citizen of

the United States and one of the sovereign American **"We the People,"** then this Court

has no alternative but to **abate this matter** for lack of jurisdiction.


Further, this Friend of the Court sayeth no more and stands mute.


Dated: ___DECEMBER 7, 2015_____


Respectfully submitted,

Marty Marciano Boone, *in esse* and *sui juris*
Pre-1933 Private Citizen of the United States
Private Citizen of the State of California
Specially and Privately residing on
the Land of Solano County
Agent for Private Business Trust
"MARTY MARCIANO BOONE"
All Rights Reserved Without Prejudice


Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **27** of **30**

EXHIBIT A

1

2

## VERIFICATION

3   I, Marty Marciano Boone, the Undersigned, hereby verify, pursuant to the Law of God and the

4

5   Maxims of Equity, that the above statements of fact are true and correct to the best of my

6   knowledge and belief so help me God.

7

8   Further Affiant Sayeth Not.

9

10

11   _____        DECEMBER 7, 2015

Marty Marciano Boone, Amicus Curiae        Date

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **28** of 30

EXHIBIT   A

## ACKNOWLEGEMENT OF NOTARY

**United States of America**              )
**State of California**                   )s.a.
**County of Solano**                      )

Before Me, on this day **Marty Marciano Boone**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this _____day of _____, 2015.

SEE ATTACHMENT

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **29** of 30

EXHIBIT  A

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of _Solano_ _____ }

On _12/7/2015_ before me, _Renee Emmons, Notary Public_
(Here insert name and title of the officer)

personally appeared _Marty Marciano Boone_ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature          (Notary Public Seal)

**RENEE EMMONS**
COMM. # 2060583
NOTARY PUBLIC-CALIFORNIA
SOLANO COUNTY
My Comm. Expires MAR. 09, 2018

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual (s)
- ☐ Corporate Officer

   _____
   (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

## INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple. **EXHIBIT A**

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the enclosed AMICUS CURIAE AFFIDAVIT FOR THE RECORD:

NOTICE OF PRIVATE CITIZENSHIP STATUS TO THE MOVING PARTY; DEMAND FOR

SHOW CAUSE FROM THE MOVING PARTY with attached MEMORANDUM OF LAW was

served upon Plaintiff on the ___7^TH___ day of ___DECEMBER___, 2015, by

depositing copies in the United States mail, postage prepaid, sent to the attorney(s) for the

Plaintiff addressed as follows:     LAW OFFICES OF LES ZIEVE
                                    MIKE ALEALI ESQ.
                                    30 CORPORATE PARK, SUITE 450
                                    IRVINE, CA 92606

Marty Marciano Boone, *in esse* and *sui juris*
Pre-1935 Private Citizen of the United States
Private Citizen of the State of California
Specially and Privately residing on
the Land of Solano County
Agent for Private Business Trust
"MARTY MARCIANO BOONE"
All Rights Reserved Without Prejudice

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page 30 of 30

**EXHIBIT A**

1  Marty Boone, American Freeman
Private Citizen of the United States
2  Private Resident of the State of California
Private Resident of the County of Solano
3  Agent for "MARTY MARCIANO BOONE"
2525 Marshfield Road
4  Vallejo, California [94591]
Postal Code Excepted
5

**ENDORSED FILED**

DEC 0 8 2015

R. PULIDO

By_____ DEPUTY CLERK

6                    SUPERIOR COURT OF CALIFORNIA

7                    FOR THE COUNTY OF SOLANO

8                    FAIRFIELD BRANCH

9

10  DEUTSCHE BANK NATIONAL TRUST          Case No.:  FCM148075

11  COMPANY, AS TRUSTEE FOR
HARBORVIEW MORTGAGE LOAN
12  TRUST 2006-8, MORTGAGE LOAN PASS        **Declaration of Status of Marty Marciano**
THROUGH CERTIFICATES, SERIES 2006-8,    **Boone: American Freeman; Pre-1933**
13                                          **Private Citizen of the United States:**
**American National**
14
                        Plaintiff,
15

16           vs.

17  MARTY M BOONE, RONDA BOONE, and
DOES 1 THROUGH 5, inclusive
18
                        Defendants,
19

20

21  **Declaration of Status of Marty Marciano Boone: American Freeman**

22       **Pre-1933 Private Citizen of the United States: American National**

23     **"Indeed, no more than (an affidavit) is necessary to make the prima facie case."**

24        *United States v. Kis*, 658 F.2d, 526, 536 (7th Cir., 1981);

25        Certiorari Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982

26  *In judicio non creditor nisi juratis.* (In a trial, credence is given only to those who are sworn.)

27       *Maxim: "Equity regards as done that which ought to have been done."*

**EXHIBIT A**

1  Accordingly, I, **Marty Marciano Boone**, *in esse* and *sui juris*, being duly sworn, depose and
2  declare that the following facts are true, correct and complete to the best of my knowledge and
3  belief.

4

5  I, **Marty Marciano Boone**, do solemnly declare and affirm the following historical facts with
6  regard to the status of *de jure* **Private American National citizenship** (said original federal
7  citizenship, secured by Article IV, Section 2, having been broadened into national citizenship by
8  Section 1 of the 14th Amendment to the Constitution of the United States of America) and the
9  design of the Roman papacy, spearheaded by the military order of the **Society of Jesus**, to
10  overthrow the liberties of Private National Citizens of the United States of America by imposing
11  a State-created, statutory, *de facto* **Public "U.S. citizenship."** This *de facto* Public U.S.
12  citizenship, being in substance a privileged Roman citizenship, would enable the constitutionally
13  *de jure* civilian government of the United States (having been constitutionally altered from being
14  a *de jure* "**Federal**" government to a *de jure* "**National**" government by the 14th Amendment,
15  1868) to be replaced with a Congressionally-created, statutory, *de facto* Emergency War Powers
16  military government of the United States on March 9, 1933. This radical, socialist-communist
17  **coup d'état** plotted by the infamous **Society of Jesus**, aided by the **Knights of Columbus** and
18  carried out by its Scottish-Rite Masonic agent, President Franklin "Augustus Caesar" Roosevelt,
19  would overthrow the civilian government exercising the constitutional, *de jure* **jurisdiction** of
20  the United States (the "**United States**" being "the collective name of the states which are united
21  by and under the constitution," *Hooven & Allison Co. v. Evatt*, 324 U.S. 652, 672), replacing it
22  with a *de facto* military government exercising an extra-constitutional, alien and foreign, *de facto*
23  **jurisdiction** of the United States (this "**United States**" being "the territory over which the
24  sovereignty of the United States extends," *Hooven & Allison Co. v. Evatt*, supra, 671).

25

26  Further, by legally replacing constitutional *de jure* **Private American Citizenship** with *de*
27  *facto* **Public "U.S. citizenship,"** thereby enabling the constitutional *de jure* **jurisdiction** of the

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National

**EXHIBIT A**

"United States" to be legally replaced with a statutory *de facto* **jurisdiction** of the "United States," **the Jesuit Order** would fulfill its design of overthrowing the liberties of the United States as plotted during the Congress of Vienna (1814-1815) and the subsequent Secret Treaty of Verona (1822) because of which President James Monroe issued his blessed "Monroe Doctrine" (1823)—and for which he was given "the poison cup" on July 4, 1831. American inventor Samuel F. B. Morse warned of this diabolical Jesuit Conspiracy against America in his epic work, *Foreign Conspiracy Against the Liberties of the United States*, published in 1835.

Further, this overthrow of both *de jure* **Private American Citizenship** at Common Law and its counterpart, the *de jure* **jurisdiction** of the "United States" at Common Law, would enable the Jesuits from Georgetown University to use the *de facto* Emergency War Powers American Congress—now possessing the unlimited legislative powers of an English Parliament—to wield absolute legislative power over the *de jure* fifty sovereign states turned into *de facto* "conquered territories" ruled by the statutorily-created, *de facto* national Emergency War Powers **military government**. This unlimited, congressional power would enable the Jesuits, ruling their *de facto* military government of their *de facto* American Empire, **to control by statute** every facet of American life "from the cradle to the grave." This control would include the imposition of socialist-communism for the building of cartel capitalism and the destruction of the historic White Protestant and Baptist Middle Class Americans (as well as all others); the building of a huge military industrial complex while using their *de facto* **Public "U.S. citizens"** to work in the Jesuit Order's anti-laisser-faire, cartel-capitalist corporations; and to finance and fight the wars of the pope's American Empire. These international crusades, directed by the **Society of Jesus** within the geographical United States via its Council on Foreign Relations, would be fought for the benefit of the Roman papacy in restoring the Temporal/Political Power of the pope over the governments of all nations while subsequently militarizing those conquered nations.

Further, with the change of the *de jure* constitutional **jurisdiction** of the "United States" (with its Common Law **civilian due process** and procedure secured by the Fifth Amendment, the

Seventh Amendment and section 1 of the Fourteenth Amendment) to a *de facto*, extra-constitutional, **Roman Civil Law jurisdiction** of the "United States" (established by an amended World War I statute (1933), a Presidential Proclamation (1933) and the subsequent abolition of Common Law rights and Common Law **civilian due process** by the Supreme Court (1938)), an alien and foreign **martial due process** would be adopted by the federal and state courts fitted for the new *de facto* **Public "U.S. citizens"** living in the states deemed *de facto* "conquered territories." Since these *de facto* Public "U.S. citizens" are in substance Roman citizens, and since these *de facto* "conquered territories" are in substance Roman provinces under military rule, it is only fitting that the **Roman/Public "U.S. citizens"** should be criminally and civilly subjected to a martial process imposed by their constitutionally-created civilian courts. This *de facto* martial process, if unchallenged by prima facie evidence proving the accused to be an American Private National Citizen of the United States of America and not a Roman Public "U.S. citizen," would confer, in substance, martial *in personam* jurisdiction. With this absolutist judicial jurisdiction limited only by decisions of the Supreme Court, the federal courts would be in substance **territorial courts** of the Conqueror. These Emergency War Powers Courts would enforce the sovereign will of the *de facto* Emergency War Powers Congress, while sitting in a special, **"executive equity"** in substance, a **martial equity**, operating upon a **legal fiction**. The legal fiction would be the presumption of fact that each individual Private American National Citizen of the United States of America was in contract with and enfranchised by the state of his natural birth, thereby altering his constitutional, *de jure* Private American National Citizenship conferred at birth into a statutory, *de facto* Public Federal "U.S. citizenship" upon the public filing of a unilateral contract, which change in status would enable and obligate the Emergency War Powers courts to dispose of his matter, federal or state, criminal or civil.

Further, that unilateral contract was the public filing of a **"Certificate of Live Birth"** deliberately patterned after the Roman Catholic **"Certificate of Baptism"** creating Vatican City-state citizenship. The American "Certificate of Live Birth"—**by operation of law**—would be the contract to alter *de jure* Private American National Citizenship to *de facto* Public "U.S.

citizenship." With this **presumption of fact** of an existing contract held by every individual Public "U.S. citizen" (holding its Private American National Citizen of the United States as Property and Surety), every court legally sits in a martial, executive **Equity** (in which the forms of Law and Equity have been merged) enforcing the statutes of an Emergency War Powers Congress. This *de facto* status enables and obligates all federal and state courts to sit in executive **Equity** thereby fulfilling the grand design of the **Society of Jesus** in subverting the Common Law jurisdiction of the United States (as per Section 1, 13th Amendment, and Section 1, 14th Amendment) by rendering ineffective the constitutional status of *de jure* Private American National Citizens of the United States of America (Section 1, 14th Amendment).

Further, this evil design of the **Society of Jesus** against the Constitutional, Common Law liberties of the Private American National Citizens of the United States of America was set forth by one of the Order's Masonic Temporal Coadjutors. That man was **Sir Henry Sumner Maine**, Regis Professor of the Civil Law in the University of Cambridge, England. In his *Ancient Law: Its Connection with the Early History of Society, and its Relation to Modern Ideas* (1864), Maine sets forth his three-part plan that, after its imposition, overthrew limited American government born out of the Protestant Reformation (1517-1648) and the First American Great Awakening (1735-1750). That diabolical, "unholy trinity" was first the creation of a **Legal Fiction**, after which the imposition of judicial **Equity** after the overthrow of American Common Law, then opening the door to congressional/parliamentary, unlimited **Legislation**. (The philosophic parallel to this formula is "**Substance, Mode and Circumstance.**") The legal foundation and substance for this *de facto* overthrow of the limited, constitutional, *de jure* "jurisdiction of the United States" is the **Legal Fiction**. That **Legal Fiction**, evil though legally imposed by silent consent of each Private American National Citizen, was the public filing of a Certificate of Live Birth, the Baptismal Certificate of every federally-owned, Public "U.S. citizen." Hence, every Private American National Citizen became subordinate **Surety** for and the held **Property** of his alter ego and Gemini Twin, the Public "U.S. citizen." As of March 6, 1933, all Public "U.S. citizens" —with their **Surety/Property,** Private American National Citizens—were seized as

**booty of war** by President Franklin Roosevelt's martial, emergency war powers Proclamation 2039 which practically overthrew the Sovereignty of the People of the United States of America, reducing them to being mere **property** of Rome's *de facto* military government sitting in Washington, D.C., to be treated as "rebels and belligerents" living in the fifty states deemed by the Conqueror/Commander in chief to be merely "occupied territories," the seized state governors ruling their *de facto* military governments in subordination to Washington, D.C.

Therefore, finding this situation of **statutorily-altered**, Private American National citizenship status intolerable being in contradiction with the maxims of **Holy Scripture** (Proverbs 11:15), and at variance and in conflict with the originally established courts of Common Law as well as the courts or exclusive/inherent Equity/Chancery governed solely by the Maxims of Equity, I, **Marty Marciano Boone**, do solemnly declare and affirm:

1. WHEREAS, the FRANCHISE, CORPORATE SOLE, and or BIRTH CERTIFICATE, being in fact a unilateral contract under seal, was created and offered **legally though deceitfully**, its open-but-false purpose being to aid in the Census as a means of identification in the documentation of a natural birth, as well as for health reasons and purposes; its secret-but-true purpose being to rob **"We the People,"** which includes every individual Private American National Citizen, first of our sovereignty as a People, then of our constitutionally-created status, and ultimately our lives, fortunes and sacred honor;

2. WHEREAS, the true purpose of the BIRTH CERTIFICATE, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable, adhesion contract/quasi-contract between the state of the baby's natural birth and the mother of the baby, the baby then deemed property of the Federal, *de facto* military government of the United States (the BIRTH CERTIFICATES being recorded by the Department of Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment);

3. WHEREAS, the true nature of the DATE OF FILING on the BIRTH CERTIFICATE, a unilateral contract under seal, is to commence the **legal birth** of the quasi-corporate, artificial person/**Public "U.S. citizen"** created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered for registration and filed with a public office of the baby's state of live birth);

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933 Citizen of the United States: American National

EXHIBIT A

4. WHEREAS, the true nature of the DATE OF BIRTH of the baby named on the BIRTH CERTIFICATE is to commit the natural person/Private American National Citizen as **Surety** for, and **personal property** of, the state-created, artificial person/Public "U.S. citizen," both entities being legally wedded into one legal entity, the hybrid, federally-owned, **Public "U.S. citizen;"**

5. WHEREAS, the BIRTH CERTIFICATE is a BUSINESS INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states treated as "conquered territories"), also sent to the Bureau of Census, a division of the Department of Commerce in Washington, D.C., placing the **NAME** of the Public "U.S. citizen" into interstate and foreign world commerce as a statutory, legal "person" (as are corporations, partnerships, trusts, corporate soles, etc.), distinct and separate from the "natural born citizen," i.e., the **Private American National Citizen;**

6. WHEREAS, the Secretary of State (of the several states) charters corporations and issues franchises, therefore, any **natural born citizen/Private American National Citizen** with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State's Department of Revenue for income/excise/privilege taxes, as well as being liable to the Internal Revenue Service collecting the internal revenue for the **"Federal Corporation"** of the United States (28 USC 3002(15)(A) via excise/income/privilege taxes in payment of the interest on the national debt (proven by President Ronald Reagan's Grace Commission) which interest is owed to the Roman papacy's Federal Reserve Bank;

7. WHEREAS, this BIRTH CERTIFICATE, functioning as a BUSINESS INSTRUMENT, has hoodwinked **Private American National Citizen Marty Marciano Boone**, allegedly named on said certificate, into an unknown and covert implied contract by operation of law, placing Affiant and fellow Private American National Citizens under an alien, foreign and yet "temporary," *de facto* military jurisdiction of the United States created at first by the **"Emergency Banking Relief Act,"** its initial paragraphs containing a congressionally-amended WWI statute known as the **"Trading With the Enemy Act"** and codified as 12 USC 95a, and secondly by President Franklin D. Roosevelt's Emergency War Powers Proclamation 2040 decreed on March 9, 1933;

8. WHEREAS, the above *de facto* jurisdiction of the United States includes the jurisdiction of the constitutionally-created, federal and state civilian courts (**IN FORM**) sitting in a martial concurrent equity/at law (**IN SUBSTANCE**), they no longer proceeding against the accused Private American National Citizen with the Mode of a Common Law **civilian due process**, but rather with the Mode of a Roman Civil Law **martial due process** that, if unchallenged by producing state-filed public records and other prima facie evidence, will confer a martial jurisdiction over the accused then forced to plead in a court imposing

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933 Citizen of the United States: American National

EXHIBIT A

**martial due process and procedure** derived from a congressionally-amended, World War I statute as of March 9, 1933, the judges, federal and state, acting on behalf of the *de facto* military dictator/Commander in chief sitting in Washington, D.C.;

9.   WHEREAS, upon the public filing of the BIRTH CERTIFICATE with its attached Private American Citizen serving as **Surety** and **personal property**, another "**source**" was created that would generate "**income**" which could then be income/excise/privileged taxed, the natural person/baby/Private American National Citizen now wedded to his new artificial person / "U.S. citizen" as its **Property** and subordinate **Surety**, the new "**source**" (deemed a "rebel" and "belligerent" residing according to state statute in a state deemed an "occupied territory") being in commerce and subject to the **absolute legislative powers** of the "temporary" Emergency War Powers Congress (1933-present) to regulate without limit interstate and foreign commerce pursuant to Article I, Section 8, Clause 3, of the "United States Constitution" during this time of a "temporary" declared state of National Emergency now (2014) in its eighty-first year;

10.  WHEREAS Affiant, a Private American National Citizen, has ceased to be **Surety** for and the **personal property** of, Public "U.S. citizen" "MARTY MARCIANO BOONE" by means of a duly filed "**Release Without Consideration—*Nunc Pro Tunc Ab Initio*,**" and "**Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*,**" thereby returning to the former status of being a Private American National Citizen held for less than seventeen (17) days after Affiant's natural birth;

11.  WHEREAS Affiant *in esse*, has irrevocably separated herself from the state-created FRANCHISE, CORPORATE SOLE, "UNITED STATES CITIZEN," created by means of a publicly filed BIRTH CERTIFICATE attached hereto, and hereby revokes all powers, including, but not limited to, Powers of Attorney and/or Agency that Affiant may have granted to any third party, public and/or private.  Therefore, Affiant is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040 confirmed and approved by Congress in its passage of the "**Emergency Banking Relief Act**" thereby amending the "**Trading With the Enemy Act**."  Therefore, Affiant is not in commerce (as are corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizenship" status (as do corporations being also Public "U.S. citizens"), having discharged all *de facto* Emergency War Powers Military Governments, federal and state, from any duty or obligation having arisen from Affiant being the **Property** of, **Surety** for and/or wedded to the state-created hybrid, the federally-owned, Public "U.S. citizen" in the service of Washington, D.C., for commerce and war;

12.  WHEREAS, I, **Marty Marciano Boone**, have returned to my former status of being an American Freeman and American National in Equity, i.e., a *de jure* Private National

Citizen of the United States under section 1 of the Fourteenth Amendment and therefore stand "*in personam*," "*in esse*" and "*sui juris*," possessing all God-given unalienable rights including those protected by the first eight amendments of the Bill of Rights, all Constitutional rights (federal and state) and all Common Law rights of a *de jure* Private Citizen of the United States / American National, no longer under the legal disability of being the **Property** of, **Surety** for and/or wedded to a *de facto,* state-created, Public "U.S. citizen" owned by the Federal *de facto* Military Government of the United States;

13. WHEREAS, I, **Marty Marciano Boone** am no longer the **Property** of, **Surety** for and/or wedded to a *de facto* Public "U.S. citizen" (which is "**alieni juris**"), therefore no longer under the *de facto* jurisdictional power of statutorily-created, *de facto* Emergency War Powers Governments (federal and state) as those absolute legislative, absolute executive and absolute judicial powers are exercised towards a *de facto* Public "U.S. citizen" deemed a "rebel and belligerent" statutorily "residing" in a state deemed an "occupied territory," and therefore no longer under the paternal guardianship of *de facto* Emergency War Powers Governments (federal and state) as those absolute, paternal powers are exercised towards its "**infants, children and wards**," *de facto* Public "U.S. citizens;"

THEREFORE, <u>based upon the foregoing</u>, I, **Marty Marciano Boone** *in esse* and *sui juris*, do solemnly declare and affirm the following **positive averments**:

1. I am one of the **Posterity** of "**We the People**" by whom and for whom the Constitution was ordained and established according to its Preamble, holding *de jure* Private American National Citizenship conferred upon my natural birth by section 1 of the Fourteenth Amendment to the Constitution of the United States.

2. My Christian name at Common Law is "**Marty Marciano,**" my surname/family name is "**Boone.**" I am known by no other name, publicly or privately. (Exhibit 3)

3. My Christian name "**Marty Marciano Boone**" is spelled in both upper and lower case letters, without capitonyms (without using an all capital-lettered name), in accordance with proper rules of English grammar. (Exhibit 3)

4. I was naturally born July 24, 1961. My natural and legal parents are **Lilia Cuerpo Boone** and **Martin Marcel Boone**. (Exhibit 1)

5. I was naturally born at the US Naval Hospital Sangley Point, Province of Cavite Philippines within the Consular geographical jurisdiction of the United States. (Exhibit 1)

EXHIBIT A

6. On the day of my natural birth I became a *de jure* **Private National Citizen** of the geographic United States of America (composing the fifty states) pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

7. On the day of my natural birth I became a *de jure* **Private National Citizen/Private Resident** of the geographical United States of America pursuant to section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

8. On the day the "Certification of Report of Birth of United States Citizen" was filed with the United States of America Department of State, by operation of law I became the **Property** of, **Surety** for and wedded to "MARTY MARCIANO BOONE," a state-created, United States corporate sole and statutory **Public "U.S. citizen"** of the *de facto* Emergency War Powers Military Government of the "United States," it governing the states as "conquered territories" and its state-created "U.S. citizens" as a conquered people.

9. Said **Property** has been returned to the natural owner, said **Suretyship** has been terminated, the marriage has ended and my former status of **Private National Citizen** of the United States of America has been restored, pursuant to the maxims of the Law of Contract, the American Common Law, Equity Maxims, Equity Jurisprudence and the Uniform Commercial Code, by means of a duly filed and publicly recorded "**Release Without Consideration—*Nunc Pro Tunc Ab Initio.***" (Exhibit 1)

10. My *de jure* **Private National Citizenship** of the Republic of the United States of America is "paramount and dominant," and my *de jure* **Private Citizenship** of the Republic of California now held is "subordinate and derivative" of said Private National Citizenship of the United States. *Selective Draft Law Cases,* 245 U.S. 366, 389 (1918.) **Private Citizens** of the United States were called "**American freemen**" by pre-14[th] Amendment presidents George Washington, Andrew Jackson, Zachary Taylor and Abraham Lincoln, as well as by post-14[th] Amendment Supreme Court Justice John Marshall Harlan evidenced by his dissents in *Maxwell v. Dow*, 176 U.S. 581, 607, 617 (1900) and *Downes v. Bidwell*, 182 U.S. 244, 381 (1901).

11. I now **Specially** and **Privately Reside** at my home at 2525 Marshfield Road in the city of Vallejo, on the land of the County of Solano, within the territorial jurisdiction of the geographic State of California. Therefore, I am a **Special** and **Private Resident** holding **Private Citizenship** of the State of California pursuant to Section 1 of the Fourteenth Amendment.

12. **My flags** are **the civilian flag** of the Republic of the United States of America (4 USC 1) and **the civilian flag** of the State of California (CAL. GOV. CODE § 420). Neither **civilian flag**, representing its nation under a republican form of government, displays gold fringe and/or gold cords with gold tassels as do military colors displayed by the Commanders-in-chief of the *de facto* Military Governments of both the United States of America and the State of California.

13. **My law** is my family *AV1611 King James Bible* born out of **the risen Son of God's** Grand and Glorious Protestant Reformation having birthed the Modern Era.

14. **My seal** is the Great Seal of the geographic State of California (CAL. GOV. CODE §399) which seal is also displayed for all to see in downtown Sacramento at the entrance of the California State Capitol Building/Museum.

15. Being a non-statutory, constitutionally-protected **Private National Citizen** of the Republic of the United States of America and a non-statutory, constitutionally-protected **Private Citizen/Special** and **Private Resident** of the State of California and therefore no longer the **Property** of, **Surety** for and/or wedded to California corporate sole / Public "U.S. citizen" "MARTY MARCIANO BOONE," I am not in commerce as a matter of personal status, as are statutory, state-created, **Surety-backed, Public "U.S. citizens"** of the United States, and therefore artificial person "MARTY MARCIANO BOONE" without a **Surety** and **personal property**, is a **"Non-Taxpayer"** described in *Economy Plumbing & Heating vs. United States*, 470 F. 2d, 585 at 589 (1972).

16. I have rescinded every **Signature of Suretyship**—*Nunc Pro Tunc Ab Initio*—ever executed on behalf of corporate sole/"U.S. citizen" "MARTY MARCIANO BOONE" (including any derivative of the NAME thereof) be it **public and/or private**, by means of a duly filed **"Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio*." (Exhibit 2)

17. The Legal Title holder(s) and the Sole Beneficial title holder of all legal property of Private Business Trust "MARTY MARCIANO BOONE" are private in nature as evidenced by a **"Notice of Private Trust Arrangement"** filed in this public record. (Exhibit 5)

18. I am the **Agent** for Private Business Trust "MARTY MARCIANO BOONE" in the acquisition of its legal property by nature evidenced by a **"Notice of Private Trust Agreement"** filed in the public record. (Exhibit 5)

19. Private Business Trust "MARTY MARCIANO BOONE" is in domestic and world commerce, all income being equitable property by nature of a special and private Sole Beneficiary holding the status of a Private Citizen of the United States secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America. Therefore Private Business Trust "MARTY M BOONE" has no "income," and therefore the trust is a Non-taxpayer. (Exhibit 6)

Further, I, **Marty Marciano Boone** *in esse* and *sui juris*, do solemnly declare and affirm the following **negative averments**:

1. I am not **alieni juris**, holding the status of being the **Property** of, **Surety** for and/or wedded to an artificial, *de facto,* hybrid Public "U.S. citizen" created by state statute in the state of my natural birth for the benefit of the *de facto* Emergency War Powers Military Government created on March 9, 1933; hence, I am neither an infant and a child nor a rebel and a belligerent under the power of a paternal and martial Emergency War Powers Military Government, federal or state.

2. My Christian name is not "MARTY MARCIANO BOONE," "MARTY M. BOONE," "Marty M. Boone," or any other form of this nom de guerre/name of war carried by all "U.S. citizens," which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 4)

3. My Christian name is not spelled in solely upper case letters or with abbreviations, which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 4)

4. I am not "MARTY MARCIANO BOONE," "MARTY M. BOONE" or "Marty M. Boone," which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 4)

5. I am neither the **Property** of, nor **Surety** for, nor wedded to artificial entity "MARTY MARCIANO BOONE" "MARTY M. BOONE," "Marty M. Boone" or any other derivative of this *nom de guerre*/name of war carried by all "U.S. citizens," said NAME being the legal property by characteristic of the *de facto* Military Government of the United States of America.

6. I am neither a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States nor am I **Surety** for and/or personal property of and/or wedded to a statutory, state-created **Public "United**

States citizen" (artificial person) of the sovereign, *de facto* Military Government of the United States as a matter of **Status** and/or a matter of **public and/or private contract**. Therefore, I am not a state-created, federally-owned, statutory **Public "United States citizen"** (artificial person / "U.S. citizen") of the sovereign, *de facto* Military Government of the United States for income/excise/privilege tax purposes.

7. My flags, national and state, are **not military colors** bordered with gold fringe and/or draped with gold cords with gold tassels.

8. I am not a **rebel, belligerent** or **enemy** publicly residing within a **conquered territory** of the "United States" ("the territory over which the sovereignty of the United States exists," *Hooven*, supra, p. 671), its sovereign, *de facto*, Military Government having been created by Franklin D. Roosevelt's presidential proclamation 2040 **approved and confirmed** by Congress' "Emergency Banking and Relief Act" (12 USC 95b), which act also the amended (via 12 USC 95a) the "Trading with the Enemy Act" (50 USC App. 5(b)), on March 9, 1933.

9. I do not **publicly** reside according to state statute within a **conquered territory** or within a **federal military district** of the geographic Republic of the United States of America (composed of the fifty states). My special, private and confidential location of Residence in Equity on the land of the County of Solano is:

   > **Marty Marciano Boone American Freeman**
   > Private Citizen of the United States: American National
   > Private Citizen of the State of California
   > 2525 Marshfield Road
   > Vallejo, California [*94591]*
   > Postal Code Excepted

10. I do not **publically** reside according to statute within any of the **ten regions** of the geographic United States of America designated by **ZIP codes** of the **Federal Zone Improvement Project** begun in 1963 and take exception to whenever and wherever possible in the use of either a ZIP code or a Postal code, both being synonymous.

Further and finally:

I, **Marty Marciano Boone**, am a constitutionally-acknowledged and protected, *de jure*, **Pre-1933 Private American National Citizen** of the United States of America, and therefore, I am

a constitutionally-acknowledged and protected, *de jure* **Private Citizen** of the State of California, **Specially** and **Privately Residing in Equity** on the land of Solano County.

Therefore, I, **Marty Marciano Boone**, holding the constitutionally-protected private right to **a civilian due process of law** on both a federal and state level, as well as being unaffected by the wicked "Emergency Banking Relief Act" having imposed a **martial due process of law** (by way of the amended "Trading with the Enemy Act") on any substantively, artificial **"person within the United States"** deemed federal "booty of war," am **as foreign**, by nature and by characteristic, to the extra-constitutional, alien, *de facto* Emergency War Powers **Military Government** of the United States, and therefore I am **as foreign**, by nature and characteristic, to the extra-constitutional, alien, *de facto* Emergency War Powers **Military Government** of the State of California as well as the extra-constitutional, alien, *de facto* Emergency War Powers **Military Governments** of the other forty nine (49) states, said extra-constitutional, alien, *de facto* Emergency War Powers **Military Governments** having been "temporarily" created by Congress (12 USC 95a) and by President Franklin D. Roosevelt (Presidential Proclamation 2040) on **March 9, 1933**, that most notable Jesuitical **coup d'état**, that great day of infamy and high treason against the **Sovereign American People of the United States of America**, they having ordained and established the grand and glorious Protestant Constitution of the United States of America, with its Baptist Calvinist-inspired Bill of Rights, for themselves and for their **Posterity**—of which I am a beneficially interested member.

This **"Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933 Private Citizen of the United States: American National,"** supersedes any previous filing with any public office of said Declaration of Status.

1

2

3   Further Affiant Sayeth Not.

4   _____

5   **Marty Marciano Boone**, American Freeman/American National

6   Pre-1933 Private Citizen of the United States

7   Private Citizen of the State of California

8   Private Resident of the County of Solano

9   Agent for "MARTY MARCIANO BOONE"

10   All Rights Reserved Without Prejudice

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1
2
3                                **Acknowledgement**
4
5   **United States of America**                    )
6   **State of California**                         ) s.a.
7   **County of Solano**                            )
8
9
10  Before Me, on this day **Marty Marciano Boone**, known to me to be the natural person described
11  herein, personally made a restricted visitation and solemnly affirmed under the Law of God and
12  the Maxims of Equity that every statement given above was the whole truth to the best of her
13  knowledge.
14
15  Subscribed and Affirmed before me on this _____day of _____, 2015.
16
17
18
19
20
21
22
23
24
25
26
27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National

**EXHIBIT  A**

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of Alameda _____ }

On 12/7/2015 before me, M. Mangrum Notary Public
(Here insert name and title of the officer)

personally appeared Marta Patone _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature          (Notary Public Seal)

*(Notary seal: M. MANGRUM, COMM. #2098427 MFR, NOTARY PUBLIC - CALIFORNIA, ALAMEDA COUNTY, MY COMM. EXPIRES FEBRUARY 8, 2019)*

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

---

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT  A

1   TO:          UNITED STATES OF AMERICA, grantor/issuer/transferor/assignor

2

3   IN RE:       MARTY MARCIANO BOONE, UNITED STATES DEPARTMENT OF

4                STATE CERTIFICATION OF REPORT OF BIRTH OF UNITED STATES

5                CITIZEN STATE FILE NUMBER 159-0844702

6

7   FROM:        Marty Marciano Boone transferee/assignee/grantee, "Grantee"

8

9   BE IT KNOWN to all persons and men worldwide, and to the Grantors:

10  I, the undersigned, Marty Marciano Boone grantee/assignee/transferee herein, with intent and

11  purpose, by my freewill act and deed execute this deed of my acknowledgement and acceptance

12  *nunc pro tunc ab initio* without consideration of the above-referenced CERTIFICATION OF

13  REPORT OF BIRTH OF MARTY MARCIANO BOONE (see Exhibit A attached herewith)

14  under the terms of the deed.  Grantee orders that the record on file in this court of record be

15  updated to show my acknowledgement and acceptance without consideration of said deed.  This

16  record replaces the previously filed said acknowledgements on record with any public record

17  custodian.

18

19  Done under my hand and seal with intent, special purpose, freewill act and deed.

20

21                                    _____

22                                    Marty Marciano Boone

23                                    2525 Marshfield Road
                                      Vallejo, California [94591]

24                                    Postal Code Excepted

25

26

27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
            Citizen of the United States: American National
                        Exhibit 1; Page **2** of 7

                                                    **EXHIBIT   A**

1

**Acknowledgement**

2 **United States of America**      )

3 **State of California**          )      s.a.

4 **County of Solano**         )

5

6 Before Me, on this day Marty Marciano Boone known to me to be the natural person described

7 herein, personally made a restricted visitation and solemnly affirmed under the penalties of

8 perjury under the Law of God and the Maxims of Equity that every statement given above is the

9 whole truth to the best of her knowledge.

10

11 Subscribed and Affirmed before me on this _____ day of _____, 2015.

See Attached

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 1; Page 3 of 7

**EXHIBIT A**

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of _Solano_____ }

On _12/7/2015_____ before me, _Renee Emmons, Notary Public____

<span style="font-size:smaller">(Here insert name and title of the officer)</span>

personally appeared _Marty Macciano Boone_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature          (Notary Public Seal)

**RENEE EMMONS**
COMM. # 2060583
NOTARY PUBLIC-CALIFORNIA
SOLANO COUNTY
My Comm. Expires MAR. 09, 2018

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

### CAPACITY CLAIMED BY THE SIGNER

- ☐ Individual (s)
- ☐ Corporate Officer

_____
(Title)

- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

## Release Without Consideration—*Nunc Pro Tunc Ab Initio*

TO:        UNITED STATES OF AMERICA, Releasee/Obligor

IN RE:     Public U.S. Citizen "MARTY MARCIANO BOONE," "MARTY M. BOONE"

"Marty M. Boone"

FROM:      Marty Marciano Boone *in personam,* and *in esse,* Releasor/Obligee

Resolved that *I*, Marty Marciano Boone, *in esse*, and *in personam*, of the age of majority, competent and able to release, and now coming with express intent and purpose, being duly affirmed, hereby depose, certify and declare:

a. That *I*, Marty Marciano Boone, expressly intend no longer to be **Surety** for the State-created, **Public U.S. Citizen** "MARTY MARCIANO BOONE," "MARTY M. BOONE" "Marty M. Boone," or any derivative of said commercial NAME and *nom de guerre* thereof;

b. That *I*, Marty Marciano Boone, expressly intend to irrevocably terminate the guardian/ward legal relation but reserve all personal property rights, legal and equitable by nature or by characteristic, granted or secured by The Constitution of the United States of America, The Constitution of the State of California, the historic fundamental rights of American Equity Jurisprudence under the principles and Maxims of Equity and trust law where *I* am without any adequate remedy at Law and "where there is a conflict under the rules of equity and the rules of common law over the same matter, the rules of Equity shall prevail" (Judicature Act of 1873);

c. That *I*, Marty Marciano Boone, presently a surety "U.S. citizen" and therefore a statutory resident of the State of California, expressly intend, upon the filing of this Release, to return to my former **natural born Citizen** status conferred at my **natural birth** on September 4, 1974, that status being a **private individual** National Citizen of the United States of America conferred by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and further defined in *Hale v. Henkel*, 201 US 43, 74 (1906) and *Selective Draft Law Cases*, 245 U.S. 366, 389 (1918);

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 1; Page **4** of 7

EXHIBIT A

d. KNOW ALL MEN BY THESE PRESENTS, That *I*, Marty Marciano Boone, do absolutely and irrevocably release and disclaim *Nunc Pro Tunc Ab Initio* all personal property interests, legal and equitable, in the **Public U.S. Citizen** "MARTY MARCIANO BOONE" created by the UNITED STATES OF AMERCA (severally and jointly hereinafter referred to as RELEASEE) on or about July 24, 1961, upon the public filing of a "CERTIFICATION OF REPORT OF BIRTH OF UNITED STATES CITIZEN" (Exhibit A);

e. That *I*, Marty Marciano Boone, absolutely release and disclaim said property interests so as to limit the RELEASEE in whose favor said property interests would otherwise be exercisable, hereby discharging said RELEASEESof all duties and obligations relating to said interests effective immediately;

f. That *I*, Marty Marciano Boone, upon returning to my former status defined above, intend to be identified as a beneficial member of the **Posterity** for whom The Constitution of the United States of America was ordained and established as intended and declared in its Preamble by its sovereign creator, "We the People of the United States of America;"

g. That *I*, Marty Marciano Boone, reserve all personal and property rights, legal and equitable by nature, granted or secured by The Constitution of the United States of America, The Constitution of the State of California, and the historic American Equity Jurisprudence and intend to be legally bound by this Release executed and delivered in accordance with the spirit and intent of CAL. PROBATE CODE §15640, the Maxims of the Law of Contract and the Maxims of Equity;

h. That *I*, Marty Marciano Boone, in returning to my former status defined above upon the filing of this Release with a third party public office and no longer deemed a "rebel, belligerent or enemy" of the UNITED STATES OF AMERICA during its permanent state of "temporary" national emergency and war, expressly intend to claim a purely beneficial interest by nature to all property, including "money," for the use and enjoyment of the **Protective/Spendthrift trust** established by Congress with the consent of President Woodrow Wilson on October 6, 1917, for an "**enemy**" of the United States, (the elements of which trust are articulated in **the Act** "Trading With the Enemy Act" amended by the "Emergency Banking Relief Act" on March 9, 1933, **the Act** subsequently applying to "any person within the United States" . . . "subject to the jurisdiction thereof"), said **Protective/Spendthrift trust** being under the care of the President as Commander in chief, with the powers of the former Alien Property Custodian presently vested in and exercised by the Secretary of the Treasury.

*Maxim: "Equity regards as done that which ought to have been done."*

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933 Citizen of the United States: American National
Exhibit 1; Page 5 of **7**

EXHIBIT A

1 The public filing of this Release renders null and void any previous Release filed with any state-

2 created public office serving as a third party custodian record keeper.

3

4 IN WITNESS whereof *I* have hereunto set my Hand and Seal, the _____7ᵗʰ_____ Day of

5

6 ___DECEMBER_____ in the year of our Lord Two Thousand Fifteen.

7

8

9 _____

10 Marty Marciano Boone, Releasor

11 2525 Marshfield Road
   Vallejo, California [94591]
12 Postal Code Excepted

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 1; Page **6** of 7

EXHIBIT  A

1

**Acknowledgement**

2

3 **United States of America**                              )

4 **State of California**                                   ) s.a.

5 **County of Solano**                                      )

6

7

8 Before Me, on this day **Marty Marciano Boone**, known to me to be the natural person described

9 herein, personally made a restricted visitation and solemnly affirmed under the Law of God and

10 the Maxims of Equity every statement given above was the whole truth to the best of his

11 knowledge.

12

13 Subscribed and Affirmed before me on this _____ day of _____, 2015.

14

15

16

17

18

19

20 *See Attached*

21

22

23

24

25

26

27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 1; Page **7** of **7**

**EXHIBIT A**

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of _Solano_____ }

On _12/7/2015_ before me, _Renee Emmons, Notary Public_
<span style="font-size:smaller">(Here insert name and title of the officer)</span>

personally appeared _Marty Marciano Boone_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature          (Notary Public Seal)

**RENEE EMMONS**
COMM. # 2060583
NOTARY PUBLIC-CALIFORNIA
SOLANO COUNTY
My Comm. Expires MAR. 09, 2018

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

### CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer

_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

# EXHIBIT A

EXHIBIT A

UNITED STATES OF AMERICA
DEPARTMENT OF STATE

# Certification of Report of Birth

of a United States Citizen

159-0844702



This is to certify that the birth of **MARTY MARCIANO BOONE**

(Name)

born at **CAVITE**                **PHILIPPINES**        **SEX  MALE**

(City)                (Country)

on **JULY 24, 1961** was registered with the Consular Service of the United States and a

(Date)

Consular Report of Birth was issued at **MANILA, PHILIPPINES**

(City/Country)

on **SEPTEMBER 01, 1961**

(Date)

Father                **PARENTS**                Mother

**MARTIN MARCELL BOONE**                          **LILIA CUERPO BOONE**

Date of Birth **SEPTEMBER 09, 1929**        Date of Birth **JUNE 11, 1932**

**WARREN CHRISTOPHER**

Secretary of State

Authentication Officer, Washington, D.C.

**MARCH 20, 1996**

Date

FORM DS-1350        WARNING:  This certificate is not valid if it has been altered in any way whatsoever or if it does not bear the raised seal of the office of issuance.

0091934

1  Marty Boone, American Freeman
   Private Citizen of the United States
2  Private Resident of the State of California
   Private Resident of the County of Solano
3  Agent for "MARTY MARCIANO BOONE"
4  2525 Marshfield Road
   Vallejo, California [94591]
5  Postal Code Excepted

6  SUPERIOR COURT OF CALIFORNIA

7  FOR THE COUNTY OF SOLANO

8  FAIRFIELD BRANCH

9

| | |
|---|---|
| 10  DEUTSCHE BANK NATIONAL TRUST | Case No.:  FCM148075 |
| 11  COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN | |
| 12  TRUST 2006-8, MORTGAGE LOAN PASS | **Declaration of Status of Marty Marciano** |
| 13  THROUGH CERTIFICATES, SERIES 2006-8, | **Boone: American Freeman; Pre-1933 Private Citizen of the United States:** |
| 14 | **American National** |
| 15  Plaintiff, | |
| 16  vs. | **Exhibit 2** |
| 17  MARTY M BOONE, RONDA BOONE, and | **Rescission of Signatures of Suretyship—** **_Nunc Pro Tunc Ab Initio_** |
| 18  DOES 1 THROUGH 5, inclusive, | |
| 19  Defendants, | |

20

21

22  **<u>Rescission of Signatures of Suretyship—_Nunc Pro Tunc Ab Initio_</u>**

23

24

25

26

27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 2; Page **1** of 4

EXHIBIT A

Accordingly, I, **Marty Marciano Boone**, *in esse* and *sui juris*, being duly sworn, depose and declare that:

I, **Marty Marciano Boone**, hereby rescind and revoke *Nunc Pro Tunc Ab Initio* every signature of suretyship, **public and private**, ever provided by Affiant on behalf of United States corporate sole/artificial person/statutory Public U.S. citizen "MARTY MARCIANO BOONE," created on September 4, 1974;

This **Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio* extends to every **public** government contract be it federal, state, county and/or city. This rescission and revocation of **public** signature of suretyship includes, but is not limited to, the initial application for a social security number/taxpayer identification number; every individual and/or corporate tax return ever filed, be it federal, state, county and/or city; every application for a marriage license as well as every marriage license; every court document ever signed in any legal action, civil and/or criminal; the initial application for selective service in the Armed Forces of the United States; every application for an individual driver's license, federal and/or state, as well as every driver's license, federal and/or state; every application for a United States passport as well as every issued United States passport; every application for voter registration as well as every voter registration card; and every other **public** government contract, known and unknown, evidencing a **signature of suretyship**, every signature now being a **signature of agency** *Nunc Pro Tunc Ab Initio*;

This **Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio* extends to every **private** business contract. This rescission and revocation of **private** signatures of suretyship includes, but is not limited to, every application for a bank account, individual and business; every application for any form of insurance, including life insurance, motor vehicle insurance, business insurance, and home insurance; and every other application

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 2; Page **2** of **4**

EXHIBIT A

1  involved in any **private** business endeavor and/or **private** investment evidencing a
2  **signature of suretyship,** every signature now being a **signature of agency** *Nunc Pro*
3  *Tunc Ab Initio;*
4
5  This **Rescission of Signatures of Suretyship—***Nunc Pro Tunc Ab Initio* is retroactive
6  to the date of September 24, 1961, the date of the public filing and registration of affiant's
7  Certification of Report of Birth of United States Citizen in the United States Department
8  of State.
9
10            *Maxim: "Equity regards as done that which ought to have been done."*
11
12  Further Affiant Sayeth Not.
13
14
15
16  **Marty Marciano Boone,**
17  American Freeman/American National
18  Pre-1933 Private Citizen of the United States
19  Private Citizen of the State of California
20  Special and Private Resident of the County of Solano
21  All Rights Reserved Without Prejudice
22
23
24
25
26
27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 2; Page **3** of **4**

EXHIBIT  A

**Acknowledgement**

| United States of America | ) |
| State of California | ) s.a. |
| County of Solano | ) |

Before Me, on this day **Marty Marciano Boone**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this _____ day of _____, 2015.

*See Attached*

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 2; Page **4** of **4**

EXHIBIT A

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of _Solano_____ }

On _12/7/2015_ before me, _Renee Emmons, Notary Public_
(Here insert name and title of the officer)

personally appeared _Marty Marliano Boone_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                        (Notary Public Seal)

**RENEE EMMONS**
COMM. # 2060583
NOTARY PUBLIC-CALIFORNIA
SOLANO COUNTY
My Comm. Expires MAR. 09, 2018

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

---

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual (s)
- ☐ Corporate Officer

_____
(Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

1  Marty Boone, American Freeman
   Private Citizen of the United States
2  Private Resident of the State of California
   Private Resident of the County of Solano
3  Agent for "MARTY MARCIANO BOONE"
4  2525 Marshfield Road
   Vallejo, California [94591]
5  Postal Code Excepted

6              SUPERIOR COURT OF CALIFORNIA

7               FOR THE COUNTY OF SOLANO

8                    FAIRFIELD BRANCH

9

10  DEUTSCHE BANK NATIONAL TRUST          Case No.:   FCM 148075
    COMPANY, AS TRUSTEE FOR
11  HARBORVIEW MORTGAGE LOAN
12  TRUST 2006-8, MORTGAGE LOAN PASS      **Declaration of Status of Marty Marciano**
    THROUGH CERTIFICATES, SERIES 2006-8, **Boone: American Freeman; Pre-1933**
13                                        **Private Citizen of the United States:**
                                          **American National**
14
                      Plaintiff,
15                                        **Exhibit 3**
                                          **Affidavit of Truth:**
16            vs.                         **Christian Name of Marty Marciano Boone**

17  MARTY M BOONE, RONDA BOONE, and
    DOES 1 THROUGH 5, inclusive,
18
                      Defendants,
19

20

21

22                    **Affidavit of Truth**

23         **Christian Name of Marty Marciano Boone**

24

25

26

27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 3; Page **1** of 3

EXHIBIT   A

1  I, **Marty Marciano Boone**, *in esse* and *sui juris*, solemnly affirm, depose and declare

2  that my Christian name given to me by my parents upon my natural birth is "**Marty**

3  **Marciano Boone**" evidenced by the attached High School Diploma issued by the

4  Trustees Yuerba Buena High School in June of 1979, it being an exact, true and correct

5  copy of the original issued diploma. (Exhibit A)

6

7  *Maxim: "Equity regards as done that which ought to have been done."*

8

9  Further Affiant Sayeth Not.

10

11

12

13  **Marty Marciano Boone,**

14  American Freeman/American National

15  Pre-1933 Private Citizen of the United States

16  Private Citizen of the State of California

17  Special and Private Resident of the County of Solano

18  All Rights Reserved Without Prejudice

19

20

21

22

23

24

25

26

27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 3; Page **2** of **3**

EXHIBIT   A

**Acknowledgement**

| | |
|---|---|
| **United States of America** | ) |
| **State of California** | )      **s.a.** |
| **County of Solano** | ) |

Before Me, on this day **Marty Marciano Boone**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this _____ day of _____, 2015.

*See Attached*

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 3; Page **3** of **3**

EXHIBIT A

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of _Solano_____ }

On _12/7/2015_ before me, _Renee Emmons, Notary Public_
<span style="font-size:smaller">(Here insert name and title of the officer)</span>

personally appeared _Masry Marciano Boone_____ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                (Notary Public Seal)

**RENEE EMMONS**
COMM. # 2060583
NOTARY PUBLIC-CALIFORNIA
SOLANO COUNTY
My Comm. Expires MAR. 09, 2018

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer

_____
(Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT   A

# EXHIBIT A

EXHIBIT A

# Yerba Buena High School

## San Jose, California

### This Certifies That

### Marty Marciano Boone

has completed a Course of Studies for graduation in accordance with the requirements of the State Board of Education and the Trustees of the East Side Union High School District and is therefore awarded this

## Diploma

Given this month of June, nineteen hundred seventy-nine



President, Board of Trustees

Dr. John L. Almanza  
Principal

Henry Gage Sr.  
Clerk, Board of Trustees

Frank Fiscalini  
Superintendent

EXHIBIT A

1   Marty Boone, American Freeman
    Private Citizen of the United States
2   Private Resident of the State of California
    Private Resident of the County of Solano
3   Agent for "MARTY MARCIANO BOONE"
4   2525 Marshfield Road
    Vallejo, California [94591]
5   Postal Code Excepted

6                   SUPERIOR COURT OF CALIFORNIA

7                   FOR THE COUNTY OF SOLANO

8                        FAIRFIELD BRANCH

9

10  DEUTSCHE BANK NATIONAL TRUST          Case No.:  FCM148075
    COMPANY, AS TRUSTEE FOR
11  HARBORVIEW MORTGAGE LOAN
12  TRUST 2006-8, MORTGAGE LOAN PASS      **Declaration of Status of Marty Marciano**
    THROUGH CERTIFICATES, SERIES 2006-8,  **Boone: American Freeman; Pre-1933**
13                                        **Private Citizen of the United States:**
14                                        **American National**

                    Plaintiff,
15                                        **Exhibit 4**
                                          **Affidavit of Truth:**
16               vs.                      **Court Reporter's Transcript**
17  MARTY M BOONE, RONDA BOONE, and       **of Proceedings**
    DOES 1 THROUGH 5, inclusive,
18
                    Defendants,
19

20

21

22                        **<u>Affidavit of Truth</u>**

23            **Court Reporter's Transcript of Proceedings**

24

25

26

27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 4; Page **1** of **3**

EXHIBIT A

1   I, **Marty Marciano Boone**, *in esse* and *sui juris*, solemnly affirm, depose and declare that:

2

3   The attached eight (8) page "**Reporter's Transcript of Proceedings**" as recorded by

4   Official Court Reporter Beverly A. Casares for the United States District Court for the

5   Central District of California, the Honorable John G. Davies presiding, March 21, 1994,

6   Los Angeles, California, is a full, complete, true and correct copy of a certified copy of

7   the original court transcript.

8

9       *Maxim: "Equity regards as done that which ought to have been done."*

10

11   Further Affiant Sayeth Not.

12

13   _____

14   **Marty Marciano Boone,**

15   American Freeman/American National

16   Pre-1933 Private Citizen of the United States

17   Private Citizen of the State of California

18   Special and Private Resident of the County of Los Angeles

19   All Rights Reserved Without Prejudice

20

21

22

23

24

25

26

27               **Acknowledgement**

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 4; Page **2** of **3**

EXHIBIT   A

| | |
|---|---|
| **United States of America** | ) |
| **State of California** | ) s.a. |
| **County of Solano** | ) |

Before Me, on this day **Marty Marciano Boone,** known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this _____ day of _____, 2015.

*SEE ATTACHED*

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 4; Page **3** of **3**

**EXHIBIT   A**

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Californian

County of _Solano_ }

On _12/7/2015_ before me, _Renee Emmons Notary Public_
<span style="font-size:small">(Here insert name and title of the officer)</span>

personally appeared _Marty Marciano Boone_ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature

(Notary Public Seal)

**RENEE EMMONS**
COMM. # 2060583
NOTARY PUBLIC-CALIFORNIA
SOLANO COUNTY
My Comm. Expires MAR. 09, 2018

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer

_____
(Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other_____

2015 Version www.NotaryClasses.com 800-873-9865

## INSTRUCTIONS FOR COMPLETING THIS FORM

This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

# EXHIBIT A

EXHIBIT A

NORA M. MANELLA
United States Attorney
MASON C. LEWIS
Assistant United States Attorney
Chief, Tax Division
GREGORY A. ROTH
Assistant United States Attorney
  Room 2115, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA  90012
  Telephone:  (213) 894-2576
  Facsimile:  (213) 894-0115

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Petitioner,<br><br>       vs.<br><br>RANDY L. C████████R,<br><br>              Respondent. | )  Case No. CV 94<br>)<br>)  [PROPOSED]<br>)  ORDER TO SHOW CAUSE<br>)<br>)<br>)<br>)<br>)<br>) |

        Upon the Petition and supporting Memorandum of Points and

Authorities and Declaration to the Petition, the Court finds that

Petitioner has established its *prima facie* case for judicial

enforcement of the subject summonses.  See United States v.

Powell, 379 U.S. 48, 58, 85 S.Ct. 248, 13 L.Ed. 2d 112 (1964).

*See also* United States v. Samuels, Kramer and Co., 712 F.2d 1342,

1344-45 (9th Cir. 1983) (the Government's *prima facie* case is

typically made through the sworn declarations of the I.R.S. agent

who issued the summons).

///

///

EXHIBIT A

FILED

FEB 15 1994

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Therefore, IT IS ORDERED that Respondent appear before this

District Court of the United States for the Central District of

California, in Courtroom No. 990.

☐ United States Court House
312 North Spring Street, Los Angeles, California, 90012

☑ Roybal Federal Building
255 E. Temple Street, Los Angeles, California, 90012

on March 21 _____, 1994, at 1:30 P.M., and show cause

why testimony and production of books, records, papers and other

data demanded in the subject Internal Revenue Service summonses

should not be compelled.

IT IS **FURTHER ORDERED** that copies of this Order, the

Petition, Memorandum of Points and Authorities, and accompanying

Declaration be served promptly upon Respondent by any employee of

the Internal Revenue Service by personal delivery or by certified

mail.

IT IS **FURTHER ORDERED** that within ten (10) days after

service upon the Respondent of the herein described documents,

Respondent shall file and serve a written response, (giving peer) supported by

appropriate sworn statements, as well as any desired motions.

If, prior to the return date of this Order, Respondent files a

response with the Court stating that Respondent does not desire

to oppose the relief sought in the Petition, nor wish to make an

appearance, then the appearance of Respondent at any hearing

pursuant to this Order to Show Cause is excused, and Respondent

shall be deemed to have complied with the requirements of this

Order.

///

///

2

EXHIBIT A

23

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order.   Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court.   All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED:   This __15th__ day of __FEBRUARY_____, 1994.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

NORA M. MANELLA
United States Attorney
MASON C. LEWIS
Assistant United States Attorney
Chief, Tax Division

_____
GREGORY A. ROTH
Assistant United States Attorney

Attorneys for Petitioner,
United States of America

3

EXHIBIT A        24

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

HONORABLE JOHN G. DAVIES, JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA          )
                                  )
              Plaintiff(s)         )
                                  )
         vs.                      )  NO. CV-94████-JGD
                                  )
RANDY L. O███████R                )
              Defendant(s)        )


REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Monday, March 21, 1994


BEVERLY A. CASARES  CSR# 8630
Official Court Reporter
312 North Spring Street
Room 440
Los Angeles, California 90012
(213) 617-2305

EXHIBIT A

25

SEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

```
 1 │ APPEARANCES:

 2

 3   FOR PLAINTIFF(S)          GREGORY A. ROTH
                               312 N. Spring Street
                               Los Angeles, California 90012
 4                             (213) 894-2410

 5

 6   FOR DEFENDANT(S)          RANDY L. O███████R

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
                                                 EXHIBIT  A
25
```

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

1      LOS ANGELES, CALIFORNIA; MONDAY, MARCH 21, 1994

2                  1:30 P.M.

3      THE CLERK:  Item number 6, case number C7-94███,

4  United States of America versus Randy L. O█████████r.

5      MR. ROTH:  Good afternoon, your Honor, Assistant

6  U.S. Attorney Gregory Roth appearing on behalf of the

7  United States, and its agency the Internal Revenue

8  Service.

9      THE COURT:  Is there any opposition?

10     MR. O█████████R:  For the record.

11     THE COURT:  Yes.

12     MR. O██████R:  My Christian name is Randy Lee and

13  my family name is O████████r.

14     THE COURT:  All right.

15     MR. O█████████R:  That is spelled capital R, lower

16  case, a-n-d-y, capital L, lower case e-e, capital O, lower

17  case ████████████-r.

18     I have responded to this petition, because it was

19  found on the door of the place where I take up

20  housekeeping, and attempts to create a colorable persona

21  under colorable law by the name of capital R-A-N-D-Y L

22  period, O-████████████████-R.  The artifice being used

23  here to deceive this Honorable Court must be abated as a

24  Public Nuisance.

25     For the record Randy Lee and Jesus the Christ

EXHIBIT A

27

1  Advocate and Wonderful Counselor are using the Right of

2  Visitation to exercise the Ministerial Powers to be heard

3  on this matter.

4      I, Randy Lee an a native Californian and a Man on

5  the Land in Los Angeles County, not a resident in the

6  Federal Judicial District in the Central District of

7  California.

8      My Colors and Authority is the California Bear Flag

9  with the Gold Star.  My Law is My Family Bible.  And my

10  Status is shown by the Seal of the People.

11     I am who I say I am, not who the U.S. Attorney says

12  I am. Further I sayeth not and I stand mute.

13     THE COURT:  All right. Please take your things off

14  of the podium and sit down at your table. Mr. Roth, do

15  you have any response to this alleged case of mistaken

16  identity.

17     MR. ROTH:  Well, your Honor, Mr. O█████████r seems

18  to think tha' if you spell your name in upper and lower

19  case, it relieves him of compliance.

20     THE COURT:  Thank you, Mr. Roth. Please call the

21  next case Clerk.

22         (Proceedings concluded.)

23

24

25                          EXHIBIT  A

1                    C E R T I F I C A T E

2

3

4              I hereby certify that the foregoing

5    matter entitled UNITED STATES OF AMERICA versus RANDY L.

6    O████████R No. CV-94██-JGD is transcribed from the

7    stenographic notes taken by me and is a true and accurate

8    transcription of the same.

9

10

11

12

13    _____          3/25/94
                                                 _____
14    BEVERLY A. CASARES CSR# 8630               DATED:
      Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25                                                        29

1  Marty Boone, American Freeman
   Private Citizen of the United States
2  Private Resident of the State of California
   Private Resident of the County of Solano
3  Agent for "MARTY MARCIANO BOONE"
4  2525 Marshfield Road
   Vallejo, California [94591]
5  Postal Code Excepted

6              SUPERIOR COURT OF CALIFORNIA

7              FOR THE COUNTY OF SOLANO

8                  FAIRFIELD BRANCH

9

10 DEUTSCHE BANK NATIONAL TRUST          Case No.: FCM148075
11 COMPANY, AS TRUSTEE FOR
   HARBORVIEW MORTGAGE LOAN
12 TRUST 2006-8, MORTGAGE LOAN PASS      **Declaration of Status of Marty Marciano**
   THROUGH CERTIFICATES, SERIES 2006-8,  **Boone: American Freeman; Pre-1933**
13                                        **Private Citizen of the United States:**
14                                        **American National**
                Plaintiff,
15                                        **Exhibit 5**
16           vs.                          **Notice of Private Trust Arrangement**

17 MARTY M BOONE, RONDA BOONE, and
   DOES 1 THROUGH 5, inclusive,
18
                Defendants,
19

20

21

22          <u>**Notice of Private Trust Arrangement**</u>

23

24

25

26

27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 5; Page **1** of 3

**EXHIBIT A**

1

2

This is Actual and Constructive Notice

3

of a Special and Private Trust Arrangement

4

5

Established by Pre-1933 Private Citizen of the United States,

6

7

**Marty Marciano Boone,** Grantor/Settlor,

8

9

The Indenture, if any, governing the Special use of Private Business Trust

10

11

**"MARTY MARCIANO BOONE"**

12

13

This arrangement is to be governed by the Maxims of Equity uniquely cognizable

14

exclusively in a Federal District Court of Exclusive Equity in Special Term.

15

16

*Maxim: "Equity regards as done that which ought to have been done."*

17

18

19

**Marty Marciano Boone,** *in esse* and *sui juris*
Grantor/Settlor

20

Agent for "MARTY MARCIANO BOONE,"

21

Private Business Trust
Constitutional Private American National

22

Pre-1933 Private Citizen of the United States

23

All Rights Expressly Reserved

24

25

26

27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 5; Page **2** of **3**

EXHIBIT  A

1
## Acknowledgement

2

3   **United States of America**                    )

4   **State of California**                    ) s.a.

5   **County of Solano**                    )

6

7   Before Me, on this day **Marty Marciano Boone,** known to me to be the natural person described

8   herein, personally made a restricted visitation and solemnly affirmed under the Law of God and

9   the Maxims of Equity that every statement given above was the whole truth to the best of her

10   knowledge.

11   Subscribed and Affirmed before me on this _____day of _____, 2015.



12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 5; Page **3** of **3**

**EXHIBIT A**

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of _Solano_____ }

On _12/7/2015_ before me, _Renee Emmons, Notary Public_
<span style="font-size:smaller">(Here insert name and title of the officer)</span>

personally appeared _Marty Marciano Boone_____ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

**RENEE EMMONS**
COMM. # 2060583
NOTARY PUBLIC-CALIFORNIA
SOLANO COUNTY
My Comm. Expires MAR. 09, 2018

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer

_____
(Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

1  Marty Boone, American Freeman
   Private Citizen of the United States
2  Private Resident of the State of California
   Private Resident of the County of Solano
3  Agent for "MARTY MARCIANO BOONE"
4  2525 Marshfield Road
   Vallejo, California [*94591*]
5  Postal Code Excepted

6              SUPERIOR COURT OF CALIFORNIA

7               FOR THE COUNTY OF SOLANO

8                    FAIRFIELD BRANCH

9

10  DEUTSCHE BANK NATIONAL TRUST          Case No.:  FCM148075
11  COMPANY, AS TRUSTEE FOR
    HARBORVIEW MORTGAGE LOAN
12  TRUST 2006-8, MORTGAGE LOAN PASS      **Declaration of Status of Marty Marciano
    THROUGH CERTIFICATES, SERIES 2006-8,  Boone: American Freeman; Pre-1933
13                                        Private Citizen of the United States:
14                                        American National**

                 Plaintiff,
15                                        **Exhibit 6**
16           vs.                          **Affidavit of Exemption From Witholding
                                          Concerning Non-Taxpayer "MARTY
17  MARTY M BOONE, RONDA BOONE, and       MARCIANO BOONE"** – *Nunc Pro Tunc
    DOES 1 THROUGH 5, inclusive,          Ab Initio*
18
19                Defendants,

20

21         **<u>Affidavit of Exemption From Withholding</u>**

22  **<u>Concerning Non-Taxpayer "MARTY MARCIANO BOONE"—*Nunc Pro Tunc Ab</u>**

23                       **<u>*Initio*</u>**

24

25  Accordingly, I, **Marty Marciano Boone**, *in esse* and *sui juris*, being duly sworn, depose and

26  declare that the following facts are true, correct and complete to the best of my first-hand

27  knowledge and belief.

        Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
                 Citizen of the United States: American National
                         Exhibit 6; Page **1** of **6**

                                                        EXHIBIT  A

1. Affiant was naturally born at the US Naval Hospital Sangley Point, Province of Cavite Philippines in the territorial geographical jurisdiction of the United States of America, on the Twenty Fourth day of July, in the year of our Lord Nineteen hundred sixty-one (July 24, 1961);

2. Affiant, a natural person, became a *de jure,* natural born **Private Citizen of the United States of America** on the day of his natural birth pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States; and therefore,

3. Affiant, a natural person, became a *de jure,* natural born **Private Citizen of the United States** on the day of his natural birth pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, said citizenship having been conferred by his bona fide, **Private Residency** on the US Naval Station Sangley Point.

4. Affiant, by operation of law, was pledged as **Property** for, wedded to and made **Surety** for, a *de facto,* artificial person, state-created, quasi-business trust, statutory **Public United States citizen** by means of a "Certification of Report of Birth of United States Citizen" filed with the United States of America Department of State, on July 24th, 1961;

5. Affiant, by operation of law, was restored to his former status of being a **Private Citizen of the United States of America: American National** upon the public filing of a "**Release Without Consideration—*Nunc Pro Tunc Ab Initio***" with the Clerk of Court this Superior Court of California, County of Solano, Fairfield branch;

6. Affiant has eliminated any presumption of fact that Affiant is **Property** of, **Surety** for, and/or wedded to said statutory Public United States citizen by Affiant's public filing a "**Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** " " with this Clerk of Court this Superior Court of California, County of Solano, Fairfield branch. Affiant makes his home in Solano County, State of California, in which county Affiant privately resides on the land under special equitable interests by nature and does not publicly reside in said county according to statute, federal or state;

7. Affiant, by virtue of his constitutionally protected status of being a **Private National Citizen of the United States of America**, is **as foreign** to the present *de facto,* Emergency War Powers, Roman Civil Law-based, **martial due process** of the courts of the United States and the courts of the several states, the former *de jure,* Constitutional, Common Law-based, **civilian due process** of the United States (guaranteed to all Private American National Citizens by the Fifth Amendment) and the Common Law-based, **civilian due process** of the several states (guaranteed to all Private American National

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 6; Page **2** of **6**

**EXHIBIT A**

Citizens by Section 1 of the 14th Amendment) having been altered and/or modified into the present *de facto,* Emergency War Powers, Civil Law-based, **martial due process** of the United States and the **martial due process** of the several states by a congressionally-amended, World War I statute ("Trading With the Enemy Act") called "**The Emergency Banking Relief Act**" (12 USC 95a) and a subsequent presidential proclamation (2040), both events transpiring on March 9, 1933;

THEREFORE:

8.  Affiant is not a statutory public "United States citizen;"

9.  Affiant is not a statutory public "resident" of the United States;

10. Affiant is not a statutory public "United States person;"

11. Affiant is not a statutory public "non-citizen national;"

12. Affiant is not a statutory public "citizen" of the State of California;

13. Affiant is not a statutory public "resident" of the State of California;

14. Affiant is not a statutory public "resident alien;"

15. Affiant is not a statutory public "non-resident alien;"

16. Affiant is not a statutory public "taxpayer;"

17. Affiant is not a statutory public "non-taxpayer;"

18. Affiant does not have a statutory public "tax home within or without the United States" presently under military occupation via the "Trading with the Enemy Act" (1917) amended by the "Emergency Banking Relief Act" (1933);

19. Affiant, in holding **the citizenship status** of a Pre-1933 Private National Citizen of the United States of America secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, specially and privately residing in equity in the State of California, is not subject to the Internal Revenue Code as it applies only to a "person" defined under the "Emergency Banking and Relief Act" of March 9, 1933;

20. Affiant, as a matter of public record, is the Non-Surety Agent for unincorporated, non-statutory **Private Business Trust** and *de facto* Private Citizen "**MARTY MARCIANO BOONE**" created by Grantor/Settlor Marty Marciano Boone.  Private Business Trust

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 6; Page 3 of 6

EXHIBIT  A

1   "**MARTY MARCIANO BOONE**," as a matter of public record, is presently under a
2   special and private trust arrangement governed by the Maxims of Equity, where, by the
3   Judicature Act of 1873 in operation today, "when the rules of common law and the rules
    of equity conflict over the same subject matter the rules of equity shall prevail"
4   (Pomeroy, Eq. Jur. §124, §219, §279, §354, §357);

5
6   21. Affiant declares that Private Business Trust "**MARTY MARCIANO BOONE**" is a
7   vessel in domestic and world commerce for the benefit of a special and private Sole
    Beneficiary holding the status of Pre-1933 Private Citizen of the United States secured
8   by Section 1 of the Fourteenth Amendment to the Constitution of the United States, all
    "income" received by Private Business Trust "**MARTY MARCIANO BOONE**" being
9   the special and private equitable property by nature of Sole Beneficiary;

10
11  22. Affiant, based upon the above, declares Private Business Trust "**MARTY MARCIANO
    BOONE**" is a Non-taxpayer, having no "income," all "income" being the special and
12  private equitable property by nature of Sole Beneficiary;

13
14  23. Affiant declares that Non-Taxpayer Private Business Trust "**MARTY MARCIANO
    BOONE**" has never received, nor shall ever receive, any beneficial income, including
15  profit and/or gain from any "source;" income derived from wages, tips, salaries, etc.,
    whatsoever; has never had a past or present tax liability, and is therefore exempt from
16  any form of backup withholding by any business, public or private, and exempt from
17  withholding by any employer, public or private; affiant further declaring that all income
18  taxes previously paid to the *de facto* military government of the United States to be a gift;

19
20  24. Affiant declares this **Affidavit of Exemption from Withholding Concerning Non-
    Taxpayer "MARTY MARCIANO BOONE"**—*Nunc Pro Tunc Ab Initio* renders null
21  and void any previous **Affidavit of Exemption from Withholding** filed with any public
    office.
22

23

24      *Maxim: "Equity regards as done that which ought to have been done."*
25

26

27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 6; Page **4** of **6**

**EXHIBIT   A**

1

2  Further Affiant Sayeth Not.

3

4

5  **Marty Marciano Boone,**

6  American Freeman/American National

7  Pre-1933 Private Citizen of the United States

8  Private Citizen of the State of California

9  Special and Private Resident of the County of Solano

10  All Rights Reserved Without Prejudice

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 6; Page **5** of **6**

EXHIBIT  A

**Acknowledgement**

| United States of America | ) |
|---|---|
| State of California | ) s.a. |
| County of Los Angeles | ) |

Before Me, on this day **Marty Marciano Boone**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this _____ day of _____, 2015.



Declaration of Status of Marty Marciano Boone: American Freeman; Pre-1933
Citizen of the United States: American National
Exhibit 6; Page **6** of **6**

**EXHIBIT A**

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of _Solano_____ }

On _12/7/2015_ before me, _Renee Emmons_____ ,
(Here insert name and title of the officer)

personally appeared _Marty Marciano Boone_____ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature

(Notary Public Seal)

**RENEE EMMONS**
COMM. # 2060583
NOTARY PUBLIC-CALIFORNIA
SOLANO COUNTY
My Comm. Expires MAR. 09, 2018

---

**ADDITIONAL OPTIONAL INFORMATION**

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

**CAPACITY CLAIMED BY THE SIGNER**
☐ Individual (s)
☐ Corporate Officer
_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

**INSTRUCTIONS FOR COMPLETING THIS FORM**

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

1 Ronda Boone, American Freewoman
Private Citizen of the United States
2 Private Resident of the State of California
Private Resident of the County of Solano
3 Agent for "RONDA BOONE"
4 2525 Marshfield Road
Vallejo, California [94591]
5 Postal Code Excepted



ENDORSED FILED
Clerk of the Superior Court

DEC 0 8 2015

R. PULIDO

DEPUTY CLERK

6

7

8                        SUPERIOR COURT OF CALIFORNIA

9                          FOR THE COUNTY OF SOLANO

10                              FAIRFIELD BRANCH

11

12 | DEUTSCHE BANK NATIONAL TRUST | Case No.: FCM 148075
13 | COMPANY, AS TRUSTEE FOR |
| HARBORVIEW MORTGAGE LOAN |
14 | TRUST 2006-8, MORTGAGE LOAN PASS |
| THROUGH CERTIFICATES, SERIES 2006-8, | **Release With Consideration -**
15 | | ***Nunc Pro Tunc Ab Initio;***
| | **Acknowledgement and Acceptance of**
16 | | **Oath of all Public Court Officers -**
| Plaintiff, | ***Nunc Pro Tunc Ab Initio***
17 |

18 | vs.

19 | MARTY M BOONE, RONDA BOONE, and
| DOES 1 THROUGH 5, inclusive
20 |

21 | Defendants,

22

23

24        **Release With Consideration—*Nunc Pro Tunc Ab Initio***

25

26

27

EXHIBIT A

1   TO:        All Superior Court of California, County of Solano, Fairfield Branch

2              Judicial/Clerical/Administrative Public Officers, in *esse and in personam,*

3              Releasees/Obligors

4

5   IN RE:     SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO

6              Case No. **FCM148075.**

7

8   FROM:      Ronda Boone, *in personam,* and *in esse,* Releasor/Obligee

9

10  Resolved that *I*, Ronda Boone, *in esse,* and *in personam*, of the age of majority, competent and

11  able to release, and now coming with express intent and purpose, being duly affirmed, hereby

12  depose, certify and declare:

13

14      a.  That Federal District Courts and State Courts of record are **hybrids**, both having been
15          originally created, respectively, either by the federal Constitution or their applicable state
16          Constitutions. **"We the people,"** the sovereign political community of the United States,
            ordained both the federal Constitution that gave Congress the power to create Federal
17          District Courts and the fifty state Constitutions by which state tribunals have their
18          inception;

19      b.  That all State and Federal District Judges have taken an oath to uphold the constitution
20          of the United States. These can be found at 5 USC Section 3331 and, in specific relation
            to the State of California, at Article 20 Section 3 of the Constitution of the State of
21          California;

22      c.  That on March 9, 1933, military government was imposed on both the federal and state
23          governments. The Constitutional civilian government was ousted and the statutory
24          military government was temporarily imposed via Proclamation 2039 of March 6, 1933,
            the "Trading With the Enemy Act" of October 6, 1917 (50 USC App. 5(b)) as amended
25          by the "Emergency Banking Relief Act" of March 9, 1933 (12 USC 95a). President and
26          Commander in Chief Franklin Delano Roosevelt's Proclamation 2040 of March 9, 1933,
27          continued and replaced the national emergency of Proclamation 2039.

**EXHIBIT A**

d. That on April 25, 1938, the Supreme Court abolished the federal general common law civilian due process. To fill the vacuum military jurisdiction was imposed in the Federal District Courts via section 17 of the Trading With the Enemy Act as amended by the Emergency Banking Relief Act. The procedures at common law and the procedures in equity were then merged in September, 1938, via the Federal Rules of Civil Procedure;

e. That in September, 1938, the new Federal Rules of Civil Procedure were introduced into the Federal District Courts. These rules were authorized by Section 17 of the Trading With the Enemy Act as amended by the Emergency Banking Relief Act. In 1942 the Federal Rules of Criminal Procedure were also introduced.

f. That the Federal District Courts are now **hybrid courts** with no procedural distinction in civil actions between suits at law and suits in equity. They are constitutionally-created courts but are currently sitting in a statutory, emergency war powers military jurisdiction, civil and criminal. Hence, civilian "U.S. citizens" are now treated as "enemy combatants" subject to military due process of law.

g. That all Americans from July 28, 1868, to March 9th, 1933, were Private American National Citizens **without an express or implied contract** on a state or federal level that may have altered said status. These citizens were protected by Section 1 of the Fourteenth Amendment to the Constitution for the United States;

h. That due to the Great Depression (and the people being accused of "hoarding" gold by seeking to withdraw their gold coins from the banks) on March 6, 1933, Franklin Delano Roosevelt issued his Proclamation 2039 declaring a state of National Emergency due to the "banking crisis." The source for this proclamation was Section 5(b) of an act of October 6, 1917, i.e., the "Trading With the Enemy Act." By virtue of this proclamation, every individual citizen in the United States was deemed an "enemy." Thus, the real and personal property of all the "enemies" was deemed "enemy property." That "enemy property" registered on a state level, as are all corporations or other artificial persons, was seized by the Commander in Chief and held in trust by the Alien Property Custodian now the Secretary of the Treasury;

i. That on March 9, 1933, Congress "approved and confirmed" all proclamations of the President and Secretary of the Treasury beginning on March 4, 1933, the day of the inauguration of President Franklin Roosevelt. This approved Proclamation 2039 and thus the seizure as a result of that decree;

j. That on March 9, 1933, FDR issued his second proclamation, Proclamation 2040, continuing the state of National Emergency as decreed by Proclamation 2039;

k. That what **"We the people"** were not evidently told is that every Private American National Citizen was deemed to be registered on a state level by way of a Certificate of Live Birth. By operation of law, an artificial person was created for which the Private American National Citizen was deemed "registered property." The Private American

Release With Consideration - *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer - Nunc Pro Tunc Ab Initio*
Page 3 of 12

EXHIBIT A

National Citizen became the voluntary surety and voluntary trustee for the individual artificial person, a corporate sole. Therefore, this implied citizenship contract altered the status of the Private American National Citizen to an inferior grade synonymous with an artificial person/corporate entity;

l.   That this artificial person, with its name being identical to the Private American National Citizen save being spelled in all upper case letters as are all names of war, became an "enemy combatant" to be made subject to a military jurisdiction of both federal and state courts once that military jurisdiction would be imposed on April 25, 1938;

m.   That therefore the Private American National Citizen, being the registered property of the state of his live birth and thus voluntary surety for his corporate entity seized by President and Commander in Chief Franklin Delano Roosevelt, is also a **hybrid**. He is in turn seen as the "person," with the "man" inside the "person."

n.   That on April 25, 1938, emergency war powers military jurisdiction was imposed in all federal and state courts. These courts then began to fly military colors, i.e., flags trimmed on three sides with gold fringe draped with a gold cord with gold tassels at each end.

o.   That therefore, the courts are civilian and derived from constitutional authority but the jurisdiction in which they sit is, in substance, a military jurisdiction derived from statutory authority (Section 17 of the "Trading with the Enemy Act" of 1917 as amended by the "Emergency Banking Relief Act" of 1933).

p.   That further, every "**person**" before any of these hybrid courts are hybrid "persons" (statutory "U.S. citizens"), also deemed "enemy combatants," subject to statutory military jurisdiction as opposed to constitutional civilian jurisdiction.

q.   That every court procedure, civil or criminal, involves two jurisdictional trusts. One trust being **express** and **inactive**, the other being **implied** yet **active**.

r.   That the express trust is **the Constitution for the United States of America**. It is the trust that created the Federal Republic, now a National Republic since the Fourteenth Amendment was declared to have been ratified by the three-quarters of the states on July 28, 1868.

s.   That the aforementioned express trust created a constitutional civilian due process of law jurisdiction at law and in equity. The plaintiff being the trustee and the defendant in turn being the beneficiary. The beneficiary was one of the sovereign **"We the People"** having created the Constitution for their benefit and the benefit of their **"Posterity."** To illustrate this point, in any criminal prosecution by the government in the name of "**the People**," the government was the trustee, the defendant was the beneficiary.

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab*
*Initio*
Page **4** of **12**

EXHIBIT   A

t. That this civilian jurisdiction of the constitutionally-created federal courts has been temporarily ousted as of April 25, 1938. Hence the plaintiff is no longer the trustee and the defendant is no longer the beneficiary. This express trust is **inactive**. Its irrelevance being unknown to the parties involved save the judicial officer by whom the case is heard.

u. That the implied trust is **the court case**, conducted within the military jurisdiction of the civilian court. This implied trust is **active** superseding the express constitutional trust that created the civilian government of the United States.

v. That this implied trust arises from the implied status of the **hybrid defendant** being an "enemy combatant" with an all upper case name and a statutory residence. (Thus, the Private American National Citizen, being volunteer surety for the "enemy combatant," is also deemed one with the "enemy combatant.") This implied trust also arises from the temporary military jurisdiction imposed by the Supreme Court, known also as "the Roosevelt Court," on April 25, 1938.

w. That in this implied and active trust by operation of law, every defendant is deemed a trustee, the plaintiff being deemed the beneficiary.

x. That, to further illustrate this contention, in a criminal prosecution in a federal court, the plaintiff coming in the name of the sovereign government and not in the name of the sovereign **"We the People,"** obtains an indictment from a grand jury. This indictment, enabling the government to prosecute, is called a **"TRUE BILL."** This term is seen on the indictment itself.

y. That the plaintiff is now the beneficiary and the defendant is now the trustee, with the trust roles of the parties having been reversed from the original constitutional trust.

z. That this reversal of the roles was done by way of two contracts, one for the Private American National Citizen and the other for the civilian government.

aa. That the contract that reduced the status of the Private American National Citizen was implied by way of the registered "Certificate of Live Birth" coupled with the property seizure effected by Proclamation 2039, approved and confirmed by the Emergency Banking Relief Act and continued by Proclamation 2040.

bb. That the contract that ousted the civilian government and replaced it with a military government was **express** by way of the Emergency Banking Relief Act of which amended the Trading With the Enemy Act.

Therefore, in finding this situation of the **statutorily-altered** status of Private American National citizenship, along with its concomitant emergency war powers martial due process, intolerable, being in contradiction with the maxims of **Holy Scripture** (Proverbs

Release With Consideration – *Nunc Pro Tunc Ab Initio*
Acknowledgement and Acceptance of Oath of Judicial Officer – *Nunc Pro Tunc Ab Initio*
Page **5** of **12**

EXHIBIT A

11:15), and at variance and in conflict with the originally established courts of Common Law as well as the courts of exclusive/inherent Equity/Chancery governed solely by the Maxims of Equity, and, in having returned to my former *de jure* status (See contemporaneously filed court of record document "*Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Private Citizen of the United States: American National*") consequently to no longer be deemed a "rebel, belligerent or enemy" of the UNITED STATES OF AMERICA during its state of "temporary" national emergency and war, I, **Ronda Boone** *in esse* and *sui juris,* with unequivocal express purpose and intent do solemnly hereby:

> **Release and discharge** all Judicial/Clerical/Administrative Public Officers of Superior Court of California, County of Solano, Fairfield Branch from their emergency war powers jurisdictional duties arising from Section 17 of the "Trading With the Enemy Act" (50 USC App. 17) and any and all obligations now in them reposed, express or implied, to impose a military due process of law within this court created by the Constitution of the State of California.

Furthermore, I, **Ronda Boone**, *in esse* and *sui juris,* in accordance with the maxims of **Holy Scripture** (Ecclesiastes 4:12), do solemnly declare and affirm the following averments:

I.      I do not consent to the statutory military jurisdiction of this court.
II.     I do not consent to the statutory military jurisdiction of this court.
III.    I do not consent to the statutory military jurisdiction of this court.


*Maxim: "Equity regards as done that which ought to have been done."*

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab Initio*
Page **6** of **12**

EXHIBIT A

1
2
3
4

### PRIVATE LAWFUL CONSIDERATION

5
6
7
8
9
10
11
12



13
14
15

FOR AND IN CONSIDERATION OF ONE DOLLAR ($1.00) PRIVATE LAWFUL

CANCELLED POST OFFICE STAMPS (Release and discharge of all Superior Court of

California, County of Solano, Fairfield Branch Judicial/Clerical/Administrative Public

Officers from emergency war powers jurisdictional duties arising from Section 17

of the "Trading With the Enemy Act" (50 USC App. 17)) TENDERED BY AND

RETURNED TO Ronda Boone.

DATE OF AUTOGRAPH:

December 7, 2015

_Bou, Kale_

======================================================

Ronda Boone, Releasor/Obligee
Private American National Citizen of The United States of America
privately residing/domiciling outside a "Federal District" within a non-
military occupied private estate not subject to the jurisdiction of the
"United States." The de jure The United States of America.
Expressly Reserving All Liberties/All Rights.
Without Prejudice. Without recourse.

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab*
*Initio*
Page 7 of 12

EXHIBIT A

The public filing of this Release, as relates to its specific content, renders null and void any previous Release filed with any state-created public office serving as a third party custodian record keeper.

IN WITNESS whereof *I* have hereunto set my Hand and Seal, the _____ Day of

December _____ in the year of our Lord Two Thousand Fifteen.

**Ronda Boone American Freewoman**
Private Citizen of the United States: American National
Private Citizen of the State of California
2525 Marshfield Road
Vallejo, California [*94591]*
Postal Code Excepted

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab Initio*
Page **8** of **12**

EXHIBIT A

1
2
3
4
**Acknowledgement**
5
6  **United States of America**                )
7  **State of California**                        ) s.a.
8  **County of Solano**                         )
9
10
11  Before Me, on this day **Ronda Boone**, known to me to be the natural person described herein,
12  personally made a restricted visitation and solemnly affirmed under the Law of God and the
13  Maxims of Equity every statement given above was the whole truth to the best of her knowledge.
14
15  Subscribed and Affirmed before me on this _____ day of _____, 2015.
16
17
18
19
20
21
22  *See Attached*
23
24
25
26
27

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab Initio*
Page **9** of **12**

**EXHIBIT  A**

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of Alameda _____ }

On 12/7/2015 before me, M. Mangrum Notary Public
<span style="font-size:smaller">(Here insert name and title of the officer)</span>

personally appeared Ronda Boone _____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

*(Notary seal: M. MANGRUM, COMM. #2089427 MFR, HRET, NOTARY PUBLIC, CALIFORNIA, ALAMEDA COUNTY, MY COMM. EXPIRES FEBRUARY 8, 2019)*

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

## Acknowledgement and Acceptance of Oath of Judicial Officer
### *Nunc Pro Tunc Ab Initio*

TO:   All Superior Court of California, County of Solano, Fairfield Branch Judicial/Clerical/Administrative Public Officers, in *esse and in personam,* Trustees/Obligors, "Trustees"

IN RE:  Mandatory Article 20 Section 3 State of California Constitutional Oath of Office

FROM:  **Ronda Boone,** *in esse* and *in personam,* Beneficiary/Obligee, "Beneficiary"

BE IT KNOWN to all persons and men worldwide, and to the above Trustees/Obligors:

I, the undersigned, **Ronda Boone** Beneficiary/Obligee herein, with express intent and purpose, by my freewill act and deed execute this deed of my acknowledgement and acceptance *nunc pro tunc ab initio* without consideration of the above-referenced mandatory Article 20 Section 3 State of California Constitutional oath of office sworn to freely without any mental reservation or purpose of evasion by all Superior Court of California, County of Solano, Fairfield Branch Judicial/Clerical/Administrative Public Officers and the trust obligations actively reposed in them to support and defend the Constitution of the United States and to bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California. Beneficiary orders that the record on file in this court of record be updated to show my acknowledgement and acceptance without consideration of said sundry Oaths of Office. This record replaces any previously filed acknowledgements on record with any public record custodian.

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab Initio*
Page **10** of **12**

EXHIBIT A

1

2   Done under my hand and seal with intent, special purpose, freewill act and deed.

3

4   IN WITNESS whereof *I* have hereunto set my Hand and Seal, the ___7th___ Day of

5

6   ___December_____ in the year of our Lord Two Thousand Fifteen.

7

8

9   _____

10  **Ronda Boone American Freewoman**
    Private Citizen of the United States: American National
11  Private Citizen of the State of California
12  2525 Marshfield Road
    Vallejo, California [*94591*]
13  Postal Code Excepted

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab Initio*
Page **11** of **12**

EXHIBIT A

**Acknowledgement**

| | |
|---|---|
| **United States of America** | ) |
| **State of California** | ) s.a. |
| **County of Solano** | ) |

Before Me, on this day **Ronda Boone**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this _____ day of _____, 2015.

*See Attached*

Release With Consideration – *Nunc Pro Tunc Ab Initio*
*Acknowledgement and Acceptance of Oath of Judicial Officer – Nunc Pro Tunc Ab Initio*
Page **12** of **12**

EXHIBIT A

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  }

County of Alameda  }

On 12/7/2015 before me, M. Mangrum Notary Public
(Here insert name and title of the officer)

personally appeared Ronda Bisone ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

M. MANGRUM
COMM. #2099427
NOTARY PUBLIC · CALIFORNIA
ALAMEDA COUNTY
MY COMM. EXPIRES FEBRUARY 8, 2019

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

1  Ronda Boone, American Freewoman
   Private Citizen of the United States
2  Private Resident of the State of California
   Private Resident of the County of Solano
3  Agent for "RONDA BOONE"
   2525 Marshfield Road
4  Vallejo, California [94591]
   Postal Code Excepted
5



ENDORSED FILED
Clerk of the Superior Court

DEC 0 8 2015

By_____ R. PULIDO
DEPUTY CLERK

6

7              SUPERIOR COURT OF CALIFORNIA

8              FOR THE COUNTY OF SOLANO

9                   FAIRFIELD BRANCH

10

11 DEUTSCHE BANK NATIONAL TRUST      Case No.:  F cm 148075
   COMPANY, AS TRUSTEE FOR
12 HARBORVIEW MORTGAGE LOAN
   TRUST 2006-8, MORTGAGE LOAN PASS   **Amicus Curiae Affidavit For the Record**
13 THROUGH CERTIFICATES, SERIES 2006-8, **Notice of Private Citizenship to the**
                                        **Moving Party**
14

15              Plaintiff,              **Demand For Show Cause From the**
                                        **Moving Party**
16
                   vs.
17

18 MARTY M. BOONE, RONDA BOONE, and
   DOES 1 THROUGH 5, inclusive
19

20              Defendants,

21

22

23      **Notice of Pre-1933 Private American Citizenship Status**

24

25

26

27              Amicus Curiae For the Record
         Notice of Private Citizenship to the Moving Party
            Demand For Show Cause From the Moving Party
                        Page **1** of 9

EXHIBIT  A

I, **Ronda Boone,** a Private "Citizen of the United States of America" *in esse* and *sui juris*, and Agent for *de facto* Public "citizen of the United States" Private Business Trust "RONDA BOONE," solemnly affirm and declare the following:

1. Affiant is making a restricted, special, ministerial visitation as a friend of this Court of Record under threat, duress and coercion of potential loss of life, liberty and/or property due to a case of **mistaken identity** and/or **false presumption of law** on the part of the moving party;

2. Affiant is neither the "Defendant" nor the "Accused" in this action, nor is Affiant volunteer/surety for, and/or property of, and/or bonded as one entity with the "Defendant" or the "Accused" in this action;

3. Affiant is neither making an appearance, be it generally, specially, conditionally or provisionally, nor pleading to the merits or making any motion of any kind;

4. Affiant has accepted as grantee and then released and disclaimed *Nunc Pro Tunc Ab Initio* all personal property interests, legal and equitable, in the *de facto* Private "U.S. citizen" known as "RONDA BOONE," "RONDA ELMIDGE" or any other derivation of said commercial *nom de guerre*/name of war. (See contemporaneously filed court of record document "*Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Private Citizen of the United States: American National,*" Exhibit 1.)

5. Affiant has rescinded all signatures of voluntary suretyship *Nunc Pro Tunc Ab Initio* ever given on behalf of state-created, quasi-corporate sole "RONDA BOONE," "RONDA ELMIDGE," or any other derivation of said commercial *nom de guerre*/name of war. Said rescission of signatures of voluntary suretyship includes, but is not limited to, all signatures ever provided in any legal proceeding, state or federal, including any administrative hearing, civil action or criminal prosecution. (See contemporaneously filed court of record document "*Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Private Citizen of the United States: American National,*" Exhibit 2.)

EXHIBIT A

6. Affiant is the Grantee/Grantor/Settlor of, as well as the Agent for, non-statutory, Private Business Trust "RONDA BOONE," "RONDA ELMIDGE" or any other derivation of said commercial *nom de guerre*/name of war, the legal owner by nature of said private business trust being a special and private Trustee, and the equitable owner by nature being a special and private Sole Beneficiary. (See contemporaneously filed court of record document "*Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Private Citizen of the United States: American National*," Exhibit 5);

7. Affiant is a Private "Citizen of the United States of America" whose "federal" citizenship status has been secured by Article II, Section 1, Clause 5; Article II, Section 3, Clause 5; and Article IV, Section 2, of the Constitution of the United States of America, which *de jure* citizenship status has been "**broadened**" and made "**national**" by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America. (See contemporaneously filed court of record document "*Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Private Citizen of the United States: American National*,");

8. Affiant's *de jure* private citizenship status has not been altered by any federal or state contract or statute, be it express or implied, public or private; and therefore Affiant's *de jure*, private citizenship status has not been reduced to an inferior grade of volunteer/ surety "U.S. citizenship" status by the state of Affiant's natural birth and/or by the state of Affiant's non-statutory, private and special residence on the land in exclusive Equity;

9. Affiant is not a quasi-corporate, Public "U.S. citizen" in interstate and foreign commerce. For said Public "U.S. citizen" (having once held original, *de jure* citizenship status conferred by Section 1 of the 14th Amendment to the Constitution of the United States of America on the day of his natural birth) holds an inferior grade of citizenship status through an implied volunteer/surety/commercial contract created by operation of law upon its filing with a third party record keeper/public office in the state of its volunteer/ surety's natural birth;

10. Affiant is not a "***person within the United States***" as per the original wording of your "Emergency Banking Relief Act" passed by your Emergency War Powers Congress on March 9, 1933, it having "confirmed and approved" Presidential Proclamation 2039 of March 6, 1933, and Presidential Proclamation 2040 of March 9, 1933 (12 USC 95b); for the Congress at that time was composed of only quasi-artificial "persons" being Public "U.S. citizens" no longer representing the once sovereign "**We the People**" (formerly

EXHIBIT A

composed of all the Private "Citizens of the United States of America"), each Congressman having also been reduced in his citizenship status to the inferior grade of a *"person within the United States,"* i.e., a Public "U.S. citizen," the once sovereign "**We the People**" being represented as mere volunteer/surety for and/or bonded into one legal entity with their *"person within the United States,"* i.e., Public "U.S. citizen;"

11. Affiant is not *"subject to the jurisdiction thereof [the United States]"* as per the original wording of your "Emergency Banking Relief Act" passed by the Emergency War Powers Congress on March 9, 1933; for the Congress, in passing said "Emergency Banking Relief Act," consented on behalf of every *"person within the United States"* to the Emergency War Powers Jurisdiction (executive, legislative and judicial) of the United States imposed by Presidential Proclamation 2039 on March 6, 1933; therefore, Affiant is not a *"person . . . subject to the jurisdiction of the United States"* under 12 USC 95a and 50 USC App. 5(b);

12. Affiant is neither "**similarly situated**" nor under *"the equal protection of the laws"* as are all state-created, statutory, Public "U.S. citizens" deemed "enemies, belligerents and rebels" living in "occupied territories" under your "Trading With the Enemy Act" (50 USC App. 5(b) of October 6, 1917, as amended by your "Emergency Banking Relief Act" (12 USC 95a) of March 9, 1933, it having also approved and confirmed on the very same day FDR's Proclamation 2040 of March 9, 1933;

13. Affiant, being a Pre-1933 Private Citizen of the United States, is a *"person . . . subject to the jurisdiction thereof [the United States]"* secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, said peacetime, civilian *"jurisdiction of the United States"* being unaltered by your Emergency War Powers statute 12 USC 95a and World War I statute 50 USC App. 5(b);

14. Affiant has the constitutional right to a **civilian due process of law** (as opposed to a **martial/emergency war powers due process of law**) secured from federal infringement by the Fifth Amendment and secured from state infringement by the Fourteenth Amendment to the Constitution of the United States of America;

15. Affiant is neither the volunteer/surety for/property of, nor a *de facto,* conquered *"person within the United States"* defined by your "Emergency Banking and Relief Act" (12 USC 95a) and ruled by the *de facto* Emergency War Powers military government of the United States; therefore, Affiant is neither a *de facto* "belligerent" nor a *de facto* "rebel"

EXHIBIT A

publicly residing according to statute within any state deemed a *de facto* "conquered territory" by the *de facto* emergency war powers military government of the United States imposed by President Franklin D. Roosevelt on March 9, 1933, via Proclamation 2040 "approved and confirmed" by Congress (12 USC 95b) on that very same day, March 9, 1933;

16. **Affiant is neither a "sovereign citizen" nor has ever claimed such a status promoting anarchy and dissolution of western civilization born of the Protestant Reformation**;

17. Affiant has been erroneously subjected to a **martial/emergency war powers due process of law** (criminal and/or civil) by the moving party in its mistaken attempt to use this Court to impose said martial Emergency War Powers due process of law, evidenced by the display of military colors in the courtroom (flags bordered on three sides with gold fringe and/or draped with gold cords and tassels) and also evidenced by the use of a military "name of war" (spelled with all upper case letters with or without abbreviations) set forth in the action, in violation of Affiant's constitutional right to a **peacetime/civilian due process of law** on both a federal and state level;

18. Affiant is being mistakenly treated by the moving party as though Affiant is a *de facto* "rebel" and/or a *de facto* "belligerent" publicly residing in a state deemed a *de facto* "conquered territory" ruled by a *de facto* emergency war powers military government at the direction of the President of the United States sitting in a "temporary," extra-constitutional, emergency war powers capacity as a *de facto* martial Conqueror and Military Commander in chief over every *"person within the United States"* (defined by your "Emergency Banking Relief Act") and *"subject to the jurisdiction thereof [the United States]"* (12 USC 95a), both artificial and natural, both civilian and military;

19. Affiant owes no "temporary" allegiance to the "temporarily" established, *de facto*, Emergency War Powers military government imposed on March 9, 1933 (your 12 USC 95a), it having ousted and replaced the *de jure*, constitutional government of The United States of America (in force from March 4, 1789, to March 9, 1933) intended to be restored once the "temporary" emergency has been terminated by the president, acting in the capacity of Commander in chief, by repealing Proclamation 2040, the Emergency War Powers Congress also repealing your wicked "Emergency Banking Relief Act" (12 USC 95a & b) as well as your "Trading With the Enemy Act" (especially 50 USC App. 5(b)) and thereby, on that glorious day, restoring non-volunteer/non-surety, *de jure*, Pre-1933

EXHIBIT A

Private American Citizenship status to all Americans as well as restoring peacetime, constitutional, *de jure* "*jurisdiction of the United States*" (executive, legislative and judicial) throughout the land.

## Demand for Show Cause from the Moving Party

THEREFORE, *I*, Ronda Boone and Agent for "RONDA BOONE," hereby put the moving party ON NOTICE of my constitutionally-protected, non-volunteer/non-surety, *de jure*, Private American Citizenship status which is a matter of public record as per the attached court of record document "*Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Private Citizen of the United States: American National.*"

Further, as a friend of this Court, *I*, Ronda Boone, a Private "Citizen of The United States of America," demand the moving party show cause under sworn testimony under the pains and penalty of perjury:

20. That *I*, Ronda Boone, am "RONDA BOONE" (or any other derivation of said commercial *nom de guerre*/war name) as named in the above-captioned action;

21. That *I*, Ronda Boone am volunteer/surety for "RONDA BOONE" (or any other derivation of said commercial *nom de guerre*/war name) as named in the above-captioned action;

22. That *I*, Ronda Boone, am not the Grantee/Grantor/Settlor of non-statutory Private Business Trust "RONDA BOONE" (or any derivation of said commercial *nom de guerre*/war name) as named in the above captioned-action;

23. That "RONDA BOONE" (or any derivation of said commercial *nom de guerre*/war name) as named in the above captioned-action is not a non-statutory private business trust;

EXHIBIT A

24. That *I*, Ronda Boone, am not the Agent for Private Business Trust "RONDA BOONE" (or any derivation of said commercial *nom de guerre*/war name) as named in the above-captioned action;

25. That *I*, Ronda Boone, am a statutorily-created, volunteer/surety, Public "U.S. citizen" and not a constitutionally-protected, non-volunteer/non-surety, non-statutory, Private "Citizen of the United States of America" as declared and proven in the contemporaneously filed court of record document *"Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Private Citizen of the United States; American National"*

26. Why the moving party rests upon its **presumption of law** that *I*, Ronda Boone, am in contract, express or implied, with the federal government and/or with any state government which contract(s) has/have altered my non-statutory, constitutionally-protected, *de jure*, Pre-1933 Private American Citizenship status secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States;

27. That *I*, Ronda Boone, am a *"person within the United States"* and *"subject to the jurisdiction of the United States"* as defined by your "Emergency Banking Relief Act" of March 9, 1933 (12 USC 95a);

28. That *I*, Ronda Boone, a Pre-1933 Private Citizen of the United States of America, may be given a **wartime/martial/emergency war powers due process of law** in accordance with your 12 USC 95a and 50 USC App. 5(b) (which process includes a non-judicial process on a federal and state level including mortgage foreclosures thereby comingling the rights of a Private Citizen with the privileges of enemies, rebels and belligerents) as opposed to a **peacetime/ civilian due process of law** in accordance with the Fifth Amendment and Section 1 of the Fourteenth Amendment to the Constitution of The United States of America.

29. That Private Business Trust "RONDA BOONE" (or any derivation of said commercial *nom de guerre*/war name) as named in the above-captioned action, may be given a **wartime/martial/emergency war powers due process of law** in accordance with your 12 USC 95a and 50 USC App. 5(b) (which process includes a non-judicial process on a federal and state level including mortgage foreclosures thereby comingling the rights of

EXHIBIT A

a Private Citizen with the privileges of enemies, rebels and belligerents) as opposed to a **peacetime/ civilian due process of law** in accordance with the Fifth Amendment and Section 1 of the Fourteenth Amendment to the Constitution of The United States of America.

The moving party is hereby given thirty (30) days to show cause, or, **be it resolved:** a) the moving party admits, confesses and accepts all of the foregoing claims of Ronda Boone, Private Citizen of The United States of America and Grantee/Grantor/Settlor of, and Agent for, Private Business Trust "RONDA BOONE" (or any derivation of said commercial *nom de guerre*/war name) as named in the above captioned action; b) the moving party admits to its inherent flaw in due process and therefore shall withdraw its claim(s); c) the moving party accepts its resulting duty of extinguishing any and all forbearances and encumbrances of said claim(s) against Private Business Trust "RONDA BOONE" and its property and shall make full and complete restitution, restoration and recoupment of property previously held by Private Business Trust "RONDA BOONE."

Additionally, the Court, being bound by its oath of office to uphold the private citizenship clause of Section 1 of the Fourteenth Amendment to The Constitution of the United States of America and therefore unable to proceed under its 12 USC 95a and 50 USC App. 5(b), **must abate this wartime/martial/emergency war powers due process** erroneously imposed on non-volunteer/non-surety Ronda Boone due to prima facie, non-rebutted evidence in the record proving **mistaken identity** as well as the absence of a contractual legal fiction that would give rise to a **presumption of law**, i.e., public U.S. citizenship status, said martial/emergency war powers due process being a nuisance to Ronda Boone a Pre-1933 Private "Citizen of the United States" entitled to a **peacetime/civilian due process of law** as a matter of constitutional right secured by the Fifth and Fourteenth Amendments to the Constitution of the United States of America.

EXHIBIT  A

1

2   Failure to **abate** may result in a conflict and variance to be adjudicated in a district court of the

3   United States sitting in jurisdiction of exclusive Equity in special term.

4

5       ***Maxim: "Equity regards as done that which ought to have been done."***

6

7   Further Affiant sayeth not and stands mute before the Court.

8

9   Signed of my own free will, act and deed in the spirit and intent of good conscience of equity,

10

11

12

13             _Ronda Boone_

14           **Ronda Boone**, *in esse* and *sui juris*

15           Pre-1933 Private Citizen of the United States

16           American Freewoman; American National

17           Private Citizen of the State of California

18           Special and Private Resident of Solano County

19           Grantor/Settlor of Private Business Trust

20           "RONDA BOONE"

21           Agent for Private Business Trust

22           "RONDA BOONE"

23           All Rights and Liberties Expressly Reserved

24           Without Recourse. Without Prejudice.

25

26

27         Amicus Curiae For the Record
     Notice of Private Citizenship to the Moving Party
     Demand For Show Cause From the Moving Party
         Page **9** of 9

               **EXHIBIT A**

Ronda Boone, American Freewoman
Private Citizen of the United States
Private Resident of the State of California
Private Resident of the County of Solano
Agent for "RONDA BOONE"
2525 Marshfield Road
Vallejo, California [94591]
Postal Code Excepted

ENDORSED FILED
Clerk of the Superior Court

DEC 0 8 2015

R. PULIDO



SUPERIOR COURT OF CALIFORNIA

FOR THE COUNTY OF SOLANO

FAIRFIELD BRANCH

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-8, MORTGAGE LOAN PASS THROUGH CERTIFICATES, SERIES 2006-8, <br><br> Plaintiff, <br><br> vs. <br><br> MARTY M BOONE, RONDA BOONE, and DOES 1 THROUGH 5, inclusive <br><br> Defendants, | Case No.: <br><br> **Memorandum of Law In Support of Amicus Curiae Affidavit For The Record Notice of Private Citizenship Status to the Moving Party** <br><br> **Demand For Show Cause From the Moving Party** |

## <u>MEMORANDUM OF LAW</u>

### IN SUPPORT OF AMICUS CURIAE AFFIDAVIT FOR THE RECORD NOTICE OF PRIVATE CITIZENSHIP STATUS TO THE MOVING PARTY DEMAND FOR SHOW CAUSE FROM THE MOVING PARTY

EXHIBIT A

This MEMORANDUM OF LAW is intended to be read in conjunction with each of the twenty-nine points enumerated in the foregoing "Amicus Curiae Affidavit for the Record." Said Amicus has been filed *ex parte* on behalf of Defendant "RONDA BOONE" by Private Citizen of the United States Ronda Boone (hereinafter "*Boone*") a friend of this Emergency War Powers Court (hereinafter "the Court") and Agent of Record for Defendant "RONDA BOONE." Plaintiff has presumed that *Boone* is the Defendant "RONDA BOONE" for which presumption of law said "Amicus Curiae Affidavit" demands the Plaintiff **show cause**. This MEMORANDUM OF LAW is intended to rebut Plaintiff's presumption of law premised upon the presumed existence of a legal fiction, finally concluding that Plaintiff cannot **show cause** and therefore has failed to properly identify *Boone* as the Defendant, martial due process being deficient on its face, the Court wanting jurisdiction *in personam*.

## I.   SPECIAL VISITATION

*Boone, in esse* and *sui juris*, in challenging the martial due process imposed by the Plaintiff intended to access the *in personam* jurisdiction of this Court, has made a special, restricted visitation in her proper person, *in propria persona*. There is no need to cite legal authorities in this instance, for indeed the maxim is:

> "In clear cases, he mistakes who cites legal authorities; for obvious truths are not to be proved . . . for he who endeavors to prove them obscures them."

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **2** of 29

EXHIBIT A

*Boone*, in challenging the martial due process mistakenly imposed on her proper person by Plaintiff, has not made an appearance of any kind, nor is She representing "RONDA BOONE" in a "pro se" capacity, nor has She pled to the merits of the case.

## II.    CONSTITUTIONAL POSTERITY

*Boone* is a member of the sovereign **"We the People"** having ordained and established the Constitution of the State of California.  Its Preamble declares:

> "We, the People of the State of California, grateful to Almighty God for our freedom, in order to secure and perpetuate its blessings, do establish this Constitution..."

*Boone* is also a member of the Posterity of the sovereign **"We the People"** having ordained and established the Constitution of the United States.  Its Preamble declares:

> "We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general welfare, and secure the Blessings of Liberty to ourselves and to our Posterity, do ordain and establish this Constitution for the United States of America."

*Boone* is a member of the sovereign people of the State of California having created this county court of record of the Constitution of the State of California.

Hence this is a constitutionally-created, *de jure* Court of Record of the State of California.

## III.    NAME OF THIRD PARTY FRIEND OF THE COURT

The Christian name of this civilian, private citizen, third party **"friend of the Court"** is RONDA BOONE, and he must be addressed by that name in any legal procedure, at law

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page 3 of 29

EXHIBIT  A

or in equity, unless her constitutionally-protected, *de jure* citizenship status has been

altered or modified by a legal event. A proper Christian name with patronymic is always

spelled in both upper and lower case letters, never in ALL CAPTIAL LETTERS.

In *Black's Law Dictionary*, 5th edition, pp. 219, 1294 and 922 we read:

> "**Christian name**. The baptismal name as distinct from the surname. The name
> which is given after his birth or at baptism, or is afterward assumed by him in
> addition to his family name. . . ."

> "**Surname**. The family name; the name over and above the Christian name. The part
> of a name which is not given in baptism. The name of a person which is derived from
> the common name of his parents. *In re Faith's Application*, 22 N.J. Misc. 412, 39
> A2d 638, 640. The last name; the name common to all members of a family."

> "**Name**. The designation of an individual person, or of a firm or corporation. A
> person's 'name' consists of one or more Christian or given names and one surname or
> family name. It is the distinctive characterization in words by which one is known
> and distinguished from others, and description, or abbreviation, is not the equivalent
> of a 'name.'"

*Boone* is not to be addressed by a "nom de guerre"/name of war unless her

Constitutionally-protected, *de jure* citizenship status has been altered or modified by a

legal event. A "nom de guerre"/name of war is the name carried by all American soldiers

and is always spelled in **ALL CAPITAL LETTERS**. The name-tag pinned on the right

breast of his dress uniform is a "nom de guerre;" the name stamped on all his belongings

during Basic Training, from his fatigues, to his underwear, to his bath towels, is a "nom

de guerre;" and the name appearing on his military discharge is a "nom de guerre," which

name is always in **ALL CAPITAL LETTERS** with an attached Social Security Number

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **4** of 29

EXHIBIT A

inscribed below the NAME.  According to *The American Heritage Dictionary of the English Language* (1973) p. 891, a "nome de guerre" is:

"A pseudonym formerly assumed by a French officer upon entering military service."

According to *Webster's New Collegiate Dictionary* (1975) p. 179, a "nom de guerre" is:

"A war name; a Pseudonym; Pen Name."

Further, the same source on page 930 defines "pseudonym" as:

"**Pseudonym**: a false name; fictitious name; a Pen Name."

Further, *Black's Law Dictionary*, ibid, p. 562, defines "fictitious name."

"**Fictitious name**.  A counterfeit, alias, feigned, or pretended name taken by a person, differing in some essential particular from his true name (consisting of Christian name and patronymic), with the implication that it is meant to deceive or mislead."

*Boone* is not to be addressed by a fictitious war name, but by her Christian name.

*Boone* has never intended to deceive or mislead anyone by means of a fictitious name, she never being known as "RONDA BOONE" or any derivation of said nome de guerre/fictitious war name.


## IV.    DE JURE CONSTITUTIONAL STATUS

*Boone* is a natural born, private individual citizen of the United States of America enjoying said citizenship conferred by section 1 of the Fourteenth Amendment to the Constitution of the United States of America.  The original *de jure* United States citizenship conferred through Article IV, section 2, of the Constitution was derivative of

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page 5 of 29

EXHIBIT A

State citizenship. An American citizen was first a citizen of his State and thereby a citizen of the United States. But this citizenship status was **"enlarged"** and **"broadened"** by the Fourteenth Amendment to the federal Constitution. Republican Senator James G. Blaine, one of the promoters of the post "Civil War" Fourteenth Amendment, stated the intent of his pro-socialist-communist, Radical Red Republican Party when he declared:

> "In the first place, we ask that they [*the Southern states*] will agree to certain changes in the Constitution of the United States; and to begin with, we want them to unite with us in **broadening the citizenship** of the Republic. . . . And in making this **extension of citizenship**, we are not confining the breath and scope of our efforts to the negro. **It is for the white man as well. We intend to make citizenship National**. Heretofore, a man has been a citizen of the United States because he was a citizen of some one of the States: now, we propose to reverse that and make him a citizen of any State where he chooses to reside, by defining in advance his **National citizenship**." [1] [Emphasis in bold]

The Fourteenth Amendment, purportedly ratified on July 28, 1868, accomplished what Blaine and his radical cohorts had intended. The *Selective Draft Law Cases,* 245 U.S. 366, 388-389 (1918) make this clear. Jesuit Georgetown University-trained, Knight of Columbus Chief Justice Edward White declared:

> ". . . it **broadened** the national scope of the Government under the Constitution by causing citizenship of the United States to be **paramount and dominant** instead of being **subordinate and derivative**, and therefore, operating as it does upon all the powers conferred by the Constitution, leaves no possible support for the contentions made, if their want of merit were otherwise not so clearly made manifest."

However the Fourteenth Amendment did not *create* a new, privileged citizenship.

---

1. James G. Blaine, *Political Discussions: Legislative, Diplomatic, and Popular; 1856-1886,* (Norwich, Conn.: The Henry Bill Publishing Company, 1887) pp. 63-64.

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **6** of 29

EXHIBIT A

The *de jure*, pre-Fourteenth Amendment, **Federal** Citizenship of the United States was **broadened** into the post–Fourteenth Amendment **National** citizenship. Yet the former, limited Federal citizenship, protected by Article IV, Section 2, of the Constitution, that was subsequently **extended** and **broadened** to become **National** in nature by means of the Fourteenth Amendment, remained *de jure*. For this former **Federal** citizenship was indeed *de jure* and not *de facto*, the result of each one of the sovereign States ratifying the organic document having created the United States of America in 1789. In *Colgate v Harvey*, 296 U.S. 404, 427 (1935) the Court held:

> "Thus, the dual character of our citizenship is made plainly apparent. That is to say, a citizen of the United States is *ipso facto* and at the same time a citizen of the state in which he resides. And while the Fourteenth Amendment **does not *create* a national citizenship**, it has the effect of making that citizenship 'paramount and dominant' instead of being 'derivative and dependent' upon state citizenship."

Therefore, *Boone* holds *de jure* **Federal** citizenship secured by Article IV, Section 2, of the Constitution of the United States as broadened into **National** citizenship by Section 1 of the *de jure* Fourteenth Amendment to the Constitution of the United States.

This *de jure*, Fourteenth Amendment National Citizenship for individual American citizens was also defined to be "**private**" in contrast with *de facto*, state-created, corporate, "**public**" citizens of the United States. In *Hale v. Henkel*, 201 U.S. 43, 74 (1906), the Court held:

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **7** of 29

EXHIBIT A

"The individual may stand upon his constitutional rights as a **citizen**. He is entitled to carry on his **private** business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to criminate him. He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land long antecedent to the organization of the State, and can only be taken from him by **due process of law**, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of law. He owes nothing to the public so long as he does not trespass upon their rights."

By contrast and comparison, the Court went on to describe the state-created, "**public**"

corporate citizen. It declared in *Hale v. Henkel*, supra, 74-75:

"Upon the other hand, the corporation is a creature of the State. It is presumed to be incorporated for the **benefit of the public**. It receives certain special privileges and franchises, and holds them subject to the laws of the State and the limitations of its charter. Its powers are limited by law. It can make no contract not authorized by its charter. Its rights to act as a corporation are only preserved to it so long as it obeys the laws of its creation. There is a reserved right in the legislature to investigate its contracts and find out whether it has exceeded its powers. It would be a strange anomaly to hold that a State, having chartered a corporation to make use of certain franchises, could not in the exercise of its sovereignty inquire how these franchises had been employed, and whether they had been abused, and demand the production of the corporate books and papers for that purpose." [Emphasis in bold]

Further stressing the difference between the individual Private Citizen and the corporate

Public Citizen, the Supreme Court of Oregon declared in *Redfield v. Fisher*, 292 P. 813,

819 (1930):

"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but the individual's right to live and own property are natural rights for the enjoyment of which an excise cannot be imposed."

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **8** of **29**

EXHIBIT A

It must be noted that this decision concerning the **private** individual and the **public** corporation was delivered prior to Congress amending its "Trading with the Enemy Act" (1917). Said Act was amended by means of the "Emergency Banking Relief Act," this wicked "Emergency Banking Relief Act" having also "approved and confirmed" President Franklin D. Roosevelt's diabolical Emergency War Powers "Proclamation 2040" on March 9, 1933. *Boone* is not, nor is he surety for, nor is he wedded as one entity with, a state-created, franchised, *de facto* Public "U.S. citizen" incorporated for the purposes of commerce and war.

## V.    PRIVATE NON-STATUTORY RESIDENT

*Boone* is an individual Pre-1933 Private Citizen of the United States and is therefore an individual Private Citizen of the State of California, specially and privately residing in pure Equity on the land of Solano County within the geographic State of California. One of the privileges and immunities of *de jure* Fourteenth Amendment National citizenship is citizenship of the state in which the National citizen resides. *Slaughter-House Cases*, 83 U.S. 36, 80 (1873).

*Boone* is not a state-franchised, individual Public "U.S. citizen" and is therefore not a state-franchised, individual Public citizen of the State of California. All corporations/artificial persons created by any of the fifty state governments for the benefit of the public and subject to statutory "public policy" are Public "U.S. citizens" publicly residing according to statute within the state of their legal residence in which

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **9** of **29**

EXHIBIT A

they also hold state citizenship. Concerning said state citizenship of a state-created corporation, *Hale v Henkel*, supra, page 85 reads:

"As repeatedly held, a corporation is a citizen of a State for purposes of jurisdiction of Federal courts, . . ."

Concerning said corporation, if over fifty percent of the stock of a state-charted corporation is held by Public "U.S. citizens," then that corporation is considered to be a Public "U.S. citizen" (46 USC 802(a)). *Boone* is not a state-franchised, artificial person/Public "U.S. citizen," nor is he surety for or wedded into one legal entity with a state-franchised, artificial person/Public "U.S. citizen" publicly residing according to statute within the State of California. Private Citizen Ronda Boone is not the Defendant, Public citizen "RONDA BOONE" the state-franchised, artificial person, Public "U.S. citizen" is not one of **"We the People"** having established the Constitution of the United States of America and the Constitution of the State of California. Again we read the opinion of the Court in *Hale v. Henkel,* supra, page 78:

"In my opinion, a corporation—'an artificial being, invisible, intangible and existing only in contemplation of law'—cannot claim the immunity given by the Fourth Amendment; for, it is not part of the **'People,'** within the meaning of that Amendment. Nor is it embraced by the word 'persons' in the Amendment." [Emphasis in bold]

*Boone*, a Pre-1933 Private American Citizen, is a member of the sovereign **"We the People"** and therefore is a private, non-statutory resident of the State of California,

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **10** of **29**

EXHIBIT A

privately residing on the land in pure Equity in the County of Solano.

## VI.    FRIEND OF THE COURT NOT VOLUNTEER SURETY

Upon the state creation of commercial corporate sole "RONDA ELMIDGE"

on November, 27 1962, by way of a publicly filed, unilateral contract under seal, Private

Citizen *Boone* was reduced to an inferior grade of citizenship status, becoming the

property of, surety for and wedded to corporate sole "RONDA ELMIDGE."

This **merger** of an artificial person (created by state statute) with a natural person

(protected by the supreme law of the land) generated, by operation of law, one new

artificial person—the hybrid, the "**monster**," this freak heretofore nonexistent in law, this

"**man with a mask**,"—the individual flesh and blood Public "U.S. citizen." (See

"Certificate of Live Birth" Exhibit 1 of attached "*Declaration of Status of Ronda Boone:*

*American Freewoman; Private Citizen of the United States: American National.*)

Upon consenting by silence to being reduced to the **inferior grade** of Public "U.S.

citizen," *Boone* ceased to be a *de jure* Private Citizen of the United States of America

protected by Section 1 of the Fourteenth Amendment to the Constitution of the United

States.  He also ceased to be one of the sovereign "**We the People**" of the United States

and by operation of law, became volunteer surety for a stranger, the state-created,

artificial person, Public "U.S. citizen," in violation of the Word of God,

*The King James AV1611 Reformation English Bible*, for:

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **11** of **29**

EXHIBIT A

*"He that is surety for a stranger shall smart for it; and he that hateth suretyship is sure."*

*Proverbs 11:15*

Upon seeing the error of her ways, *Boone* executed a unilateral contract under seal.

(See "**Release Without Consideration—*Nunc Pro Tunc Ab Initio*,**" Exhibit 1 of

attached "*Declaration of Status of Ronda Boone: American Freewoman; Private Citizen*

*of the United States: American National*") Meeting all necessary legal requirements for

said contract to be in full force and effect (in writing, signed, sealed, with stated intent,

delivered and filed with a public office of record), *Boone* is no longer property of, nor

surety for, nor wedded to Public U.S. citizen "RONDA BOONE" or any derivative of the

NAME thereof.  Since the document was executed "***Nunc Pro Tunc Ab Initio*,**" *Boone* is

not, **nor has she ever been,** property of, surety for, or wedded into one artificial entity

with Defendant "RONDA BOONE" a statutory creation of the State of California.

*Boone's* public filing of said **Release** with the State of California or any other State of the

Union is valid in the State of California through Article IV, Section 1 ("Full Faith and

Credit Clause") of the Constitution of the United States.  Further, the State of California

is prohibited from impairing the obligation of this contract through Article I, Section 10,

of the Constitution of the United States. Concerning the status of *Boone*, the legal

fiction/presumption of law giving rise to Plaintiff's presumption of law that *Boone*

is a Public "U.S. citizen"—and therefore a statutory resident of the State of California—

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **12** of **29**

has been rebutted with prima facie evidence that is in the public record. Since "RONDA BOONE" was a corporate sole, *Boone* executed her **"Release Without Consideration— *Nunc Pro Tunc Ab Initio"*** in accordance with the Law of Contract, Maxims of Equity and the Uniform Commercial Code, Section 1-107. Said Release acts as a gratuitous abandonment or giving up of a right and does not require a consideration. *Miller v. Gayman, Mo.*, 482 S.W. 2d 414 or 415. Said Release **unmakes the state's contract from the beginning**, not merely at termination, the consent of the state being unnecessary, and has restored *Boone* to the **status quo** of being a Pre-1933 Private American Citizen of the United States. This status is protected by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America. This status is the standing, state and social position of *Boone* in her legal relationship to both federal and state governments as well as to the political communities of the "United States of America," the "United States" and the State of California presently under temporary, *de facto*, emergency war powers governments. Upon *Boone* further seeing the error of her ways, *Boone* executed another unilateral contract under seal. (See **"Notice of Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*,"** Exhibit 2 of attached *"Declaration of Status."*) Meeting all necessary legal requirements for said contract to be in full force and effect (being in writing, signed, sealed, with stated intent, delivered and filed with a public office of record), *Boone* has rescinded every signature ever provided for Public U.S. citizen "RONDA BOONE" or any derivative of said NAME

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **13** of **29**

EXHIBIT A

thereof. Therefore *Boone* does not provide, **nor has she ever provided**, a signature of suretyship for Defendant "RONDA BOONE" a statutory creation of the State of California. *Boone's* public filing of said contract with the State of California is valid in the State of California or any State of the Union through Article IV, Section 1 ("Full Faith and Credit Clause"), of the Constitution of the United States.  Further, the State of California is prohibited from impairing the obligation of this contract through Article I, Section 10, of the Constitution of the United States. Concerning the deeds of *Boone*, the legal fiction/presumption of law giving rise to Plaintiff's presumption that *Boone* is "RONDA BOONE" a Public "U.S. citizen"— and therefore a statutory resident of the State of California—**has been  rebutted with prima facie evidence in the public record**. Upon the public filing of the above two unilateral contracts under seal, the individual, *de jure* Fourteenth Amendment citizenship status of *Boone*, in both status and deed, has been automatically restored pursuant to the general maxims of the Law of Contract.  Like Dorothy leaving the artificial world of the "Land of OZ" and returning to the natural world of "Kansas," even so *Boone* has ceased to be an artificial person/Public "U.S. citizen" and has returned to being a natural person/Private American Citizen  protected by Section 1 of the Fourteenth Amendment to the Constitution of the United States. *Boone* now enjoys the former status held for a mere fourteen (17) days after her natural birth.

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **14** of **29**

EXHIBIT  A

*Boone,* a member of the **"Posterity"** so designated in the Preamble to the

Constitution of the United States of America, is once again one of the sovereign **"We the**

**People**."

## VII.    FLAGS OF PRIVATE CITIZEN

The flags of *Boone* are the civilian flag of the Republic of the United States of America

defined in 4 USC 1, and the civilian flag of the State of California defined in CAL. GOV.

CODE § 420.  Neither flag is defined as being bordered on three sides with gold fringe or

draped with gold cords having gold tassels on the ends of said gold cords.

The flags of *Boone* are not military colors as defined in Army Reg. 840-10, 2-3*b*, *c*(4),

bordered on three sides with gold fringe, either federal or state.

## VIII.   LAW OF THE CASE

The Law of this case is the Constitution of the United States of America, the supreme law

of the land, federal and state.  Pertinent portions of the Constitution are, but not limited

to, the Preamble; Article 1, section 10; Article IV, sections 1, 2 and 4; Article VI, section

2; Amendment V; and Section 1 of the Fourteenth Amendment.

## IX.    CIVILIAN DUE PROCESS OF LAW

*Boone*, a constitutionally-protected, *de jure*, Pre-1933 Private Citizen of the United

States of America, is guaranteed due process of law on a state level by Section 1 of the

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **15** of **29**

EXHIBIT A

Fourteenth Amendment to the United States Constitution.  For *Boone*, that due process of law must be a **civilian due process of law**, be it according to the Civil Law or the Common Law at the discretion of the state.  This civilian due process of law is a constitutionally-protected right of *Boone* as specified in *Hale v. Henkel*, supra, page 74:

> "His rights are such as existed by the law of the land long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the constitution."

*Boone's* constitutional right to a civilian due process of law is to be protected by the courts, federal and state.  In *Boyd v. United States*, 116 U.S. 616, at 635 the Supreme Court declared in 1886 regarding the individual, Pre-1933 Private Citizen of the United States:

> "It is the duty of the courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon. Their motto should be *obsta principiis*."

## X.    EMERGENCY WAR POWERS

On March 9, 1933, President Franklin D. Roosevelt issued Proclamation 2040 invoking Emergency War Powers to address the national emergency caused by the Stock Market crash of October, 1929, and the subsequent desperation of the American people.  In so doing the constitutional *de jure* government of the United States was "**ousted**" and replaced with a *de facto* Emergency War Powers military government.  That it may be

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **16** of 29

EXHIBIT A

clear the government of the United States has been in a declared state of emergency

since March 9, 1933, the *Report of the Special Committee on the Termination of the*

*National Emergency* issued on November 19, 1973, declared in its "Forward:"

> "Since March 9, 1933, the United States has been in a state of declared national
> emergency. In fact, there are now in effect four presidential-proclaimed states of
> national emergency. In addition to the national emergency declared by President
> Roosevelt in 1933, there are also the national emergencies proclaimed by President
> Truman on December 16, 1950, during the Korean conflict, and the states of national
> emergency declared by President Nixon on March 23, 1970, and August 15, 1971."

The Senate Report went on to state pursuant to Senate Resolution 9, 93rd Congress:

> "A majority of the people of the United States have lived all of their lives under
> emergency rule. For 40 years, freedoms and governmental procedures guaranteed by
> the Constitution have, in varying degrees, been abridged by laws brought into force
> by states of national emergency. The problem of how a constitutional democracy
> reacts to great crisis, however, far antedates the Great Depression. As a philosophical
> issue, its origins reach back to the Greek city-states and the Roman Republic. And,
> in the United States, actions taken by the Government in times of great crisis have—
> from at least, the Civil War—in important ways, shaped the present phenomenon of
> a permanent state of national emergency."

Concerning the final findings of the above Senate Committee, *CRS Report for Congress*

on "National Emergency Powers" issued September 18, 2001, it stated on page CRS-10:

> "The special committee also found that no process existed for automatically
> terminating the four outstanding national emergency proclamations."

On the same day of March 9, 1933, Congress amended the World War I "Trading With

the Enemy Act" of October 6, 1917, with the "Emergency Banking Relief Act" codified

today as 12 USC 95a-b. It "approved and confirmed" every act and proclamation (past,

present and future) of President Franklin D. Roosevelt since March 4, 1933, the day of

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **17** of **29**

EXHIBIT A

his Inaugural Address.  By operation of law, the Act also "approved and confirmed" the

seizure of every piece of registered property recorded on a state level as **"war booty"** to

be used in the future as collateral for the national debt incurred by the new, *de facto*,

military government.  That property included all state-created, statutory Public "U.S.

citizens" (with their attached volunteer sureties, the *de jure* Private American Citizens—

**"We the People"**) of the conquering Commander in chief, they to be ruled by his *de facto*

Emergency War Powers military government.

This amended World War I statute converted every state-created, Public "U.S. citizen,"

described in the "Emergency Banking Relief Act" as **"any person . . . subject to the**

**jurisdiction of the United States,"** into an enemy combatant, a belligerent and a rebel

statutorily residing in the states of the United States now considered to be "conquered

territories" by the Commander in chief/ "American Caesar" and his Emergency War

Powers, *de facto* military government.

On March 9, 1933, section 5(b) of the "Trading With the Enemy Act" of 1917 was

amended by the "Emergency Banking Relief Act."  That Act, passed sight unseen by the

Congress, extended the regulating, martial power of the "Trading With the Enemy Act"

to **include** all "transactions to be executed **within** the United States . . . by any person

**within** the United States."  This made every "person within the United States," an

**"enemy"** as defined by the "Trading With the Enemy Act" of 1917 to the exclusion of the

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **18** of **29**

**EXHIBIT  A**

Pre-1933 Private "citizen of the United States" as declared in Section 2(c) of said "Trading With the Enemy Act." (In 1917 there were only individual Private citizens of the United States while no individual American citizen was deemed to be a quasi-corporate, Public citizen of the United States until after March 9, 1933.) Every **"enemy"** could then have his "money and property" taken by the Alien Property Custodian serving under the Secretary of the Treasury. Hence, all the "money and property" of the Public "U.S. citizens" was now the "money and property" of the President as Commander in chief.

We now understand how 32nd degree, Scottish Rite Freemason President Franklin D. Roosevelt could issue his Executive Order 6102 on April 5, 1933, (based upon section 5(b) of the "Trading With the Enemy Act") demanding **"all persons"** within the United States turn in all their **"gold coin, gold bullion and gold certificates"** to the pope's "Federal Reserve Bank, branch or agency, or to any member bank of the Federal Reserve System" by May 1, 1933, the very day Josef Stalin and Adolf Hitler (financed by the Secretary of Treasury's Federal Reserve Bank) were celebrating socialist-communist/socialist- fascist "May Day," the very day Roman Catholic Jesuit Temporal Coadjutor Adam Weishaupt founded the Bavarian Illuminati in 1776.

On March 9, 1933, every federal and state court became a court of the new Emergency War Powers, *de facto* military governments imposed on federal and state levels. The courts of record, though **IN FORM** remaining *de jure* constitutional courts having been

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **19** of **29**

EXHIBIT A

created by their respective constitutions, federal and state, became **IN SUBSTANCE** *de facto* statutory courts, their procedural **civilian** due process having been altered by Section 17 of the "Trading with the Enemy Act" into a **martial** due process, federal statute 50 USC App. 5(b) made applicable to every **"person"** conducting financial transactions **"within the United States"** by the "Emergency Banking Relief Act" (12 USC 95a). These courts would sit in substantive **executive equity** of the Commander in chief once the Supreme Court-protected, ancient common law civilian due process and ancient common law rights of the Private American citizens (termed "American Freemen" by past Supreme Court justices), were abolished by two landmark decisions. On April 25, 1938, the Supreme Court decided *Erie Railroad Company v Tompkins*, 304 U.S. 64, thereby abolishing "federal general common law" overruling *Swift v. Tyson*, 41 U.S. 1 (1842). This radical decision overturned nearly a century of federal, procedural case law which rested on American Common Law procedure for Pre-1933 Private Citizens of the United States of America entitled to civilian due process of law. On April 25, 1938, the Supreme Court also decided *United States v Carolene Products Company*, 304 U.S. 144, thereby abolishing the individual common law right to contract overruling *Lochner v New York*, 198 U.S. 45 (1905). This decision ended the glorious "Lochner Era" (1905-1938) and, with the *Erie* decision, enabled all Emergency War Powers courts of the President/Commander in chief and his subordinate

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **20** of **29**

**EXHIBIT A**

Governors/Commanders in chief, to alter their American Common Law **civilian process** for Private Citizens of the United States into a Roman Civil Law **martial process** for

Public "U.S. citizens" deemed enemy combatants publicly residing in conquered

territories. These Emergency War Powers Courts could then proceed to sit in a

substantive martial "**Equity**" maintaining the rule of the Commander in chief, said courts

now unrestrained by historic limitations of the Common Law and exclusive Equity, while

enforcing the unlimited, legislative power of an Emergency War Powers Congress ruling

the states as conquered territories under a *de facto* military government, aided and abetted

by subordinate, "territorial," war powers state legislatures acting within their respective

statutory, *de facto* jurisdictions.

## XI.   HYBRID CITIZEN FOR A HYBRID GOVERNMENT

The *de facto* Public "U.S. citizen" is a state-created, artificial person in combination with

the natural person, constitutionally-protected, *de jure* Private Citizen, with the

former status controlling. The Public "U.S. citizen" in commerce is a "**person** within the

United States" upon which the amended "Trading With the Enemy Act" was imposed.

Public "U.S. citizens" are in commerce and adjudged to be "enemies and belligerents"

living outside of *de jure* constitutional protections. These are the "**persons within**" the

United States having, by operation of law, voluntarily submitted to the Congressionally-

amended "Trading With the Enemy Act," and thereby, having lost their sovereignty as

"**We the People,**" have been reduced and fitted to be governed by an unlimited, *de facto*

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **21** of **29**

EXHIBIT  A

Emergency War Powers military government during a "temporary" state of declared national emergency.

The *de facto* military government of the United States and the *de facto* military government of the State of California have been, since March 9, 1933, hybrid combinations of the constitutionally-created, *de jure* Republican governments (mandated by Article IV, section 4, of the United States Constitution) with the *de facto* Emergency War Powers military governments created by a presidential proclamation and an amended World War I war statute, the latter governments controlling. These hybrid governments are constitutional **IN FORM**, but statutory **IN SUBSTANCE**. These hybrid governments are limited and republican **IN FORM**, but are unlimited, absolute and martial **IN SUBSTANCE**—and **IN POWER**. Hence, the Public "U.S. citizen," being in state-regulated, intrastate commerce as well as in federally-regulated, interstate and foreign commerce, has also been deemed to be an enemy combatant publicly residing according to statute in a state deemed a "conquered territory." With this combined commercial/war status, the Public "U.S. citizen" has been fitted to be statutorily-controlled by all federal and state legislatures (limited only by decisions of the Supreme Court) while subject to the enforcement of said statutes by the "temporarily imposed" Emergency War Powers Courts, federal and state, without the limitations of written constitutions, federal and state. *Boone* is not the state-created, statutory Public "U.S.

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **22** of **29**

EXHIBIT A

citizen" and enemy belligerent "RONDA BOONE" publicly residing in a "conquered territory."

## XII.   LEGAL DILEMMA

If the Plaintiff attempts to use this *de jure,* constitutionally-created court to impose

a *de facto* martial due process of law on *Boone* through the use of fictitious name/*nom*

*de guerre* "RONDA BOONE," in addition to setting the court with federal and state

martial flags in said martial process, it would be a violation of *Boone's* right to

a civilian due process (either civil law or common law civilian due process) secured by

the Fifth Amendment on a federal level and by the Fourteenth Amendment on a state

level.

 Further, the judge, in deciding to proceed with said martial process, would be in

violation of his/her oath of office to uphold and defend the Constitution of the United

States of America and the Constitution of the State of California as they relate to *Boone.*

Said violation of civilian due process would create a **conflict and variance** to be

privately resolved in chambers within a federal district court sitting in exclusive Equity,

one of its maxims stated in Henry Gibson's *Suits in Chancery*, page 50, Section 60,

being:

> ***"No one should be condemned without a chance to be heard."***

Further, said denial of civilian due process for *Boone* would subject the judge to

potential judicial review and sanctions. *Boone* does not believe this is the intent of the

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **23** of **29**

EXHIBIT A

Plaintiff.

## XIII.  SHOW CAUSE

THEREFORE, *Boone* demands that Plaintiff **show cause** establishing in law and fact by sworn affidavit or sworn testimony:

That *Boone* has lost her status of being a constitutionally-protected, *de jure*, Private

Citizen of the United States of America (said status secured by Section 1 of the

Fourteenth Amendment) no longer privately residing on the Land in exclusive Equity;

That *Boone* is now a statutory public resident of the State of California, and thus a

franchised, state-created, *de facto*, Public "U.S. citizen "considered to be an enemy

belligerent in commerce known by its name of war/*nom de guerre* "RONDA

BOONE" or any derivative of said war name thereof;

That *Boone* has knowingly, willingly, voluntarily or by operation of law, entered

into an agreement for the exercise of a privilege or the receipt of a benefit and, for

attendant considerations, assumed duties and obligations carried with that grant of

privilege or benefit thereby reducing her "natural born," non-commercial, non-

martial, *de jure*, Pre-1933 Private Citizen status to the **inferior grade** of being a *de*

*facto* Public "U.S. citizen" and "enemy belligerent" in commerce giving rise to a

legal fiction/presumption of law that *Boone* holds Public U.S. citizenship/statutory

public resident status;

That *Boone* is therefore subject to the *de facto* martial process of this substantively,

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **24** of **29**

EXHIBIT A

*de facto* Emergency War Powers Court sitting in a substantive **Executive Equity** for the purposes of facilitating war and commerce for the benefit of the Commander in chief controlled by the pope of Rome.  For the burden of proof is on the moving party to set forth the necessary jurisdictional facts in seeking to access the *In Personam* jurisdiction of this court, for once jurisdiction has been challenged in the courts, it becomes the responsibility of the Plaintiff to assert and prove said jurisdiction.

*Hagans v. Lavine*, 415 U.S. 533, (1974).  For mere good faith assertions of power have been abolished.  *Owen v. City of Independence*, 445 U.S. 622 (1980).

And again in the words of Chancellor Gibson's *Suits in Chancery*, page 50:

". . . and if the Court has no jurisdiction over his person, actual or constructive, it has no power to render any decree against him *in personam*, nor against his property, even when the property is within its jurisdiction; but any such decree will be absolutely void."

## XIV.   CONCLUSION

Plaintiff's presumption of law, i.e., that *Boone* is a statutory resident of the State of California and thus a *de facto* Public "U.S. citizen" and enemy belligerent in privileged commerce known by the war name of "RONDA BOONE" cannot stand in the face of a clear and direct constitutional challenge unless Plaintiff meets his burden of proof in establishing the legal existence of said legal fiction/presumption of law.  Without answering *Boone's* **demand to show cause** set forth in her ex parte, "Amicus Curiae Affidavit for the Record," on behalf of Defendant "RONDA BOONE" Plaintiff has failed

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **25** of **29**

EXHIBIT A

to state a jurisdictional claim upon which the Court may proceed *In Personam* and therefore has failed to state a claim upon which relief may be granted, this Court being precluded from imposing a martial due process and thereby precluded from assuming *In Personam* jurisdiction over *Boone*, a non-statutory, non-commercial, non-belligerent, non-territorial, special and private resident on the land in historic, exclusive Equity, and most importantly, a peaceful, *de jure* Private Citizen of the United States of America. It is now incumbent upon this Court to order the Plaintiff to **show cause** that *Boone* can be subjected to a jurisdiction which utilizes a procedural martial due process to gain personal jurisdiction over *Boone*. Should the Plaintiff fail to **show cause** that *Boone* has surrendered her *de jure* constitutional status of being a Pre-1933 Private Citizen of the United States and one of the sovereign American "**We the People**," then this Court has no alternative but to **abate this matter** for lack of jurisdiction.

Further, this Friend of the Court sayeth no more and stands mute.

Dated: December 7, 2015

                       Respectfully submitted,

                       Ronda Boone, *in esse* and *sui juris*
                       Pre-1933 Private Citizen of the United States
                       Private Citizen of the State of California
                       Specially and Privately residing on
                       the Land of Solano County
                       Agent for Private Business Trust
                       "RONDA BOONE"

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **26** of **29**

EXHIBIT A

1

All Rights Reserved Without Prejudice

**VERIFICATION**

2

3  I, Ronda Boone, the Undersigned, hereby verify, pursuant to the Law of God and the

4
5  Maxims of Equity, that the above statements of fact are true and correct to the best of my

6  knowledge and belief so help me God.

7

8  Further Affiant Sayeth Not.

9

10

11  Ronda Boone, Amicus Curiae                    December 7, 2015
                                                  Date
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **27** of **29**

EXHIBIT A

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Alameda                          }

On 12/7/2015 before me, M. Mangrum, Notary Public
*(Here insert name and title of the officer)*

personally appeared Ronda Boone,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public Signature _____          (Notary Public Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual (s)
- ☐ Corporate Officer

  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

## INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

## ACKNOWLEGEMENT OF NOTARY

**United States of America** )
**State of California** )s.a.
**County of Solano** )

Before Me, on this day **Ronda Boone**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this _____day of _____, 2015.

*See ATTACHED*

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page **28** of **29**

EXHIBIT A

1
2

**CERTIFICATE OF SERVICE**

3   IT IS CERTIFIED that the enclosed AMICUS CURIAE AFFIDAVIT FOR THE RECORD:

4
5   NOTICE OF PRIVATE CITIZENSHIP STATUS TO THE MOVING PARTY; DEMAND FOR

6   SHOW CAUSE FROM THE MOVING PARTY with attached MEMORANDUM OF LAW was

7   served upon Plaintiff on the ____7th____ day of __December__ _____, 2015, by

8
9   depositing copies in the United States mail, postage prepaid, sent to the attorney(s) for the

10   Plaintiff addressed as follows:

11
12                    Law Office of Les Zieve
                      Mike Aleali, Esq
13                    30 Corporate Park Suite 450
                      Irvine, CA 92604
14

15

16

17

18                    Ronda Boone, *in esse* and *sui juris*
19                    Pre-1933 Private Citizen of the United States
                      Private Citizen of the State of California
20                    Specially and Privately residing on
                      the Land of Solano County
21                    Agent for Private Business Trust
22                    "RONDA BOONE"
23                    All Rights Reserved Without Prejudice

24

25

26

27

Memorandum of Law In Support of Amicus Curiae Affidavit For The Record
Notice of Private Citizenship Status to The Moving party
Demand For Show Cause From The Moving Party
Page 29 of 29

**EXHIBIT A**

1   Ronda Boone, American Freewoman
    Private Citizen of the United States
2   Private Resident of the State of California
    Private Resident of the County of Solano
3   Agent for "RONDA BOONE"
4   2525 Marshfield Road
    Vallejo, California [94591]
5   Postal Code Excepted



**ENDORSED FILED**
Filed of the Superior Court

DEC 0 8 2015

R. PULIDO
By_____
DEPUTY CLERK

6                       SUPERIOR COURT OF CALIFORNIA

7                       FOR THE COUNTY OF SOLANO

8                       FAIRFIELD BRANCH

9

10   DEUTSCHE BANK NATIONAL TRUST          Case No.: FCM148075
     COMPANY, AS TRUSTEE FOR
11   HARBORVIEW MORTGAGE LOAN
12   TRUST 2006-8, MORTGAGE LOAN PASS      **Declaration of Status of Ronda Boone:**
     THROUGH CERTIFICATES, SERIES 2006-8,  **American Freewoman; Pre-1933**
13                                         **Private Citizen of the United States:**
14                                         **American National**

                 Plaintiff,
15

16           vs.

17   MARTY M BOONE, RONDA BOONE, and
     DOES 1 THROUGH 5, inclusive
18

19               Defendants,

20

21          **Declaration of Status of Ronda Boone: American Freewoman**

22          **Pre-1933 Private Citizen of the United States: American National**

23     **"Indeed, no more than (an affidavit) is necessary to make the prima facie case."**

24              *United States v. Kis*, 658 F.2d, 526, 536 (7th Cir., 1981);

25              Certiorari Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982

26   *In judicio non creditor nisi juratis.  (In a trial, credence is given only to those who are sworn.)*

27          *Maxim: "Equity regards as done that which ought to have been done."*

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **1** of **16**

EXHIBIT A

1   Accordingly, I, **Ronda Boone**, *in esse* and *sui juris*, being duly sworn, depose and declare that
2   the following facts are true, correct and complete to the best of my knowledge and belief.

3

4   I, **Ronda Boone**, do solemnly declare and affirm the following historical facts with regard to the
5   status of *de jure* **Private American National citizenship** (said original federal citizenship,
6   secured by Article IV, Section 2, having been broadened into national citizenship by Section 1
7   of the 14th Amendment to the Constitution of the United States of America) and the design of
8   the Roman papacy, spearheaded by the military order of the **Society of Jesus**, to overthrow the
9   liberties of Private National Citizens of the United States of America by imposing a State-
10  created, statutory, *de facto* **Public "U.S. citizenship."** This *de facto* Public U.S. citizenship,
11  being in substance a privileged Roman citizenship, would enable the constitutionally *de jure*
12  civilian government of the United States (having been constitutionally altered from being a *de*
13  *jure* "**Federal**" government to a *de jure* "**National**" government by the 14th Amendment, 1868)
14  to be replaced with a Congressionally-created, statutory, *de facto* Emergency War Powers
15  military government of the United States on March 9, 1933. This radical, socialist-communist
16  **coup d'état** plotted by the infamous **Society of Jesus**, aided by the **Knights of Columbus** and
17  carried out by its Scottish-Rite Masonic agent, President Franklin "Augustus Caesar" Roosevelt,
18  would overthrow the civilian government exercising the constitutional, *de jure* **jurisdiction** of
19  the United States (the "**United States**" being "the collective name of the states which are united
20  by and under the constitution," *Hooven & Allison Co. v. Evatt*, 324 U.S. 652, 672), replacing it
21  with a *de facto* military government exercising an extra-constitutional, alien and foreign, *de facto*
22  **jurisdiction** of the United States (this "**United States**" being "the territory over which the
23  sovereignty of the United States extends," *Hooven & Allison Co. v. Evatt*, supra, 671).

24

25  Further, by legally replacing constitutional *de jure* **Private American Citizenship** with *de*
26  *facto* **Public "U.S. citizenship,"** thereby enabling the constitutional *de jure* **jurisdiction** of the

27

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **2** of **16**

EXHIBIT A

1  "United States" to be legally replaced with a statutory *de facto* **jurisdiction** of the "United
2  States," **the Jesuit Order** would fulfill its design of overthrowing the liberties of the United
3  States as plotted during the Congress of Vienna (1814-1815) and the subsequent Secret Treaty
4  of Verona (1822) because of which President James Monroe issued his blessed "Monroe
5  Doctrine" (1823)—and for which he was given "the poison cup" on July 4, 1831.  American
6  inventor Samuel F. B. Morse warned of this diabolical Jesuit Conspiracy against America in his
7  epic work, *Foreign Conspiracy Against the Liberties of the United States*, published in 1835.

9  Further, this overthrow of both *de jure* **Private American Citizenship** at Common Law and its
10 counterpart, the *de jure* **jurisdiction** of the "United States" at Common Law, would enable the
11 Jesuits from Georgetown University to use the *de facto* Emergency War Powers American
12 Congress—now possessing the unlimited legislative powers of an English Parliament—to wield
13 absolute legislative power over the *de jure* fifty sovereign states turned into *de facto* "conquered
14 territories" ruled by the statutorily-created, *de facto* national Emergency War Powers **military
15 government**.  This unlimited, congressional power would enable the Jesuits, ruling their *de facto*
16 military government of their *de facto* American Empire, **to control by statute** every facet of
17 American life "from the cradle to the grave."  This control would include the imposition of
18 socialist-communism for the building of cartel capitalism and the destruction of the historic
19 White Protestant and Baptist Middle Class Americans (as well as all others); the building of a
20 huge military industrial complex while using their *de facto* **Public "U.S. citizens"** to work in the
21 Jesuit Order's anti-laisser-faire, cartel-capitalist corporations; and to finance and fight the wars
22 of the pope's American Empire.  These international crusades, directed by the **Society of Jesus**
23 within the geographical United States via its Council on Foreign Relations, would be fought for
24 the benefit of the Roman papacy in restoring the Temporal/Political Power of the pope over the
25 governments of all nations while subsequently militarizing those conquered nations.

26
27

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **3** of **16**

EXHIBIT A

Further, with the change of the *de jure* constitutional **jurisdiction** of the "United States" (with its Common Law **civilian due process** and procedure secured by the Fifth Amendment, the Seventh Amendment and section 1 of the Fourteenth Amendment) to a *de facto*, extra-constitutional, **Roman Civil Law jurisdiction** of the "United States" (established by an amended World War I statute (1933), a Presidential Proclamation (1933) and the subsequent abolition of Common Law rights and Common Law **civilian due process** by the Supreme Court (1938)), an alien and foreign **martial due process** would be adopted by the federal and state courts fitted for the new *de facto* **Public "U.S. citizens"** living in the states deemed *de facto* "conquered territories." Since these *de facto* Public "U.S. citizens" are in substance Roman citizens, and since these *de facto* "conquered territories" are in substance Roman provinces under military rule, it is only fitting that the **Roman/Public "U.S. citizens"** should be criminally and civilly subjected to a martial process imposed by their constitutionally-created civilian courts. This *de facto* martial process, if unchallenged by prima facie evidence proving the accused to be an American Private National Citizen of the United States of America and not a Roman Public "U.S. citizen," would confer, in substance, martial *in personam* jurisdiction. With this absolutist judicial jurisdiction limited only by decisions of the Supreme Court, the federal courts would be in substance **territorial courts** of the Conqueror. These Emergency War Powers Courts would enforce the sovereign will of the *de facto* Emergency War Powers Congress, while sitting in a special, **"executive equity"** in substance, a **martial equity**, operating upon a **legal fiction**. The legal fiction would be the presumption of fact that each individual Private American National Citizen of the United States of America was in contract with and enfranchised by the state of his natural birth, thereby altering his constitutional, *de jure* Private American National Citizenship conferred at birth into a statutory, *de facto* Public Federal "U.S. citizenship" upon the public filing of a unilateral contract, which change in status would enable and obligate the Emergency War Powers courts to dispose of his matter, federal or state, criminal or civil.

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **4** of **16**

EXHIBIT A

1   Further, that unilateral contract was the public filing of a **"Certificate of Live Birth"** deliberately
2   patterned after the Roman Catholic **"Certificate of Baptism"** creating Vatican City-state
3   citizenship.  The American "Certificate of Live Birth"—**by operation of law**—would be the
4   contract to alter *de jure* Private American National Citizenship to *de facto* Public "U.S.
5   citizenship."  With this **presumption of fact** of an existing contract held by every individual
6   Public "U.S. citizen" (holding its Private American National Citizen of the United States as
7   Property and Surety), every court legally sits in a martial, executive **Equity** (in which the forms
8   of Law and Equity have been merged) enforcing the statutes of an Emergency War Powers
9   Congress.  This *de facto* status enables and obligates all federal and state courts to sit in executive
10  **Equity** thereby fulfilling the grand design of the **Society of Jesus** in subverting the Common
11  Law jurisdiction of the United States (as per Section 1, 13th Amendment, and Section 1, 14th
12  Amendment) by rendering ineffective the constitutional status of *de jure* Private American
13  National Citizens of the United States of America (Section 1, 14th Amendment).

14

15  Further, this evil design of the **Society of Jesus** against the Constitutional, Common Law
16  liberties of the Private American National Citizens of the United States of America was set forth
17  by one of the Order's Masonic Temporal Coadjutors.  That man was **Sir Henry Sumner Maine**,
18  Regis Professor of the Civil Law in the University of Cambridge, England.  In his *Ancient Law:*
19  *Its Connection with the Early History of Society, and its Relation to Modern Ideas* (1864), Maine
20  sets forth his three-part plan that, after its imposition, overthrew limited American government
21  born out of the Protestant Reformation (1517-1648) and the First American Great Awakening
22  (1735-1750).  That diabolical, "unholy trinity" was first the creation of a **Legal Fiction**, after
23  which the imposition of judicial **Equity** after the overthrow of American Common Law, then
24  opening the door to congressional/parliamentary, unlimited **Legislation**. (The philosophic
25  parallel to this formula is **"Substance, Mode** and **Circumstance."**) The legal foundation and
26  substance for this *de facto* overthrow of the limited, constitutional, *de jure* "jurisdiction of the
27  United States" is the **Legal Fiction**.  That **Legal Fiction**, evil though legally imposed by silent

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **5** of **16**

EXHIBIT  A

consent of each Private American National Citizen, was the public filing of a Certificate of Live Birth, the Baptismal Certificate of every federally-owned, Public "U.S. citizen." Hence, every Private American National Citizen became subordinate **Surety** for and the held **Property** of his alter ego and Gemini Twin, the Public "U.S. citizen." As of March 6, 1933, all Public "U.S. citizens" —with their **Surety/Property**, Private American National Citizens—were seized as **booty of war** by President Franklin Roosevelt's martial, emergency war powers Proclamation 2039 which practically overthrew the Sovereignty of the People of the United States of America, reducing them to being mere **property** of Rome's *de facto* military government sitting in Washington, D.C., to be treated as "rebels and belligerents" living in the fifty states deemed by the Conqueror/Commander in chief to be merely "occupied territories," the seized state governors ruling their *de facto* military governments in subordination to Washington, D.C.

Therefore, finding this situation of **statutorily-altered**, Private American National citizenship status intolerable being in contradiction with the maxims of **Holy Scripture** (Proverbs 11:15), and at variance and in conflict with the originally established courts of Common Law as well as the courts or exclusive/inherent Equity/Chancery governed solely by the Maxims of Equity, I, **Ronda Boone**, do solemnly declare and affirm:

1. WHEREAS, the FRANCHISE, CORPORATE SOLE, and or BIRTH CERTIFICATE, being in fact a unilateral contract under seal, was created and offered **legally though deceitfully**, its open-but-false purpose being to aid in the Census as a means of identification in the documentation of a natural birth, as well as for health reasons and purposes; its secret-but-true purpose being to rob **"We the People,"** which includes every individual Private American National Citizen, first of our sovereignty as a People, then of our constitutionally-created status, and ultimately our lives, fortunes and sacred honor;

2. WHEREAS, the true purpose of the BIRTH CERTIFICATE, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable, adhesion contract/quasi-contract between the state of the baby's natural birth and the mother of the baby, the baby then deemed property of the Federal, *de facto* military government of the United States (the BIRTH CERTIFICATES being recorded by the Department of

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **6** of **16**

EXHIBIT A

Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment);

3.   WHEREAS, the true nature of the DATE OF FILING on the BIRTH CERTIFICATE, a unilateral contract under seal, is to commence the **legal birth** of the quasi-corporate, artificial person/**Public "U.S. citizen"** created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered for registration and filed with a public office of the baby's state of live birth);

4.   WHEREAS, the true nature of the DATE OF BIRTH of the baby named on the BIRTH CERTIFICATE is to commit the natural person/Private American National Citizen as **Surety** for, and **personal property** of, the state-created, artificial person/Public "U.S. citizen," both entities being legally wedded into one legal entity, the hybrid, federally-owned, **Public "U.S. citizen;"**

5.   WHEREAS, the BIRTH CERTIFICATE is a BUSINESS INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states treated as "conquered territories"), also sent to the Bureau of Census, a division of the Department of Commerce in Washington, D.C., placing the **NAME** of the Public "U.S. citizen" into interstate and foreign world commerce as a statutory, legal "person" (as are corporations, partnerships, trusts, corporate soles, etc.), distinct and separate from the "natural born citizen," i.e., the **Private American National Citizen**;

6.   WHEREAS, the Secretary of State (of the several states) charters corporations and issues franchises, therefore, any **natural born citizen/Private American National Citizen** with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State's Department of Revenue for income/excise/privilege taxes, as well as being liable to the Internal Revenue Service collecting the internal revenue for the **"Federal Corporation"** of the United States (28 USC 3002(15)(A) via excise/income/privilege taxes in payment of the interest on the national debt (proven by President Ronald Reagan's Grace Commission) which interest is owed to the Roman papacy's Federal Reserve Bank;

7.   WHEREAS, this BIRTH CERTIFICATE, functioning as a BUSINESS INSTRUMENT, has hoodwinked **Private American National Citizen Ronda Boone**, allegedly named on said certificate, into an unknown and covert implied contract by operation of law, placing Affiant and fellow Private American National Citizens under an alien, foreign and yet "temporary," *de facto* military jurisdiction of the United States created at first by the **"Emergency Banking Relief Act,"** its initial paragraphs containing a congressionally-amended WWI statute known as the **"Trading With the Enemy Act"**

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **7** of **16**

EXHIBIT A

and codified as 12 USC 95a, and secondly by President Franklin D. Roosevelt's Emergency War Powers Proclamation 2040 decreed on March 9, 1933;

8. WHEREAS, the above *de facto* jurisdiction of the United States includes the jurisdiction of the constitutionally-created, federal and state civilian courts (**IN FORM**) sitting in a martial concurrent equity/at law (**IN SUBSTANCE**), they no longer proceeding against the accused Private American National Citizen with the Mode of a Common Law **civilian due process**, but rather with the Mode of a Roman Civil Law **martial due process** that, if unchallenged by producing state-filed public records and other prima facie evidence, will confer a martial jurisdiction over the accused then forced to plead in a court imposing **martial due process and procedure** derived from a congressionally-amended, World War I statute as of March 9, 1933, the judges, federal and state, acting on behalf of the *de facto* military dictator/Commander in chief sitting in Washington, D.C.;

9. WHEREAS, upon the public filing of the BIRTH CERTIFICATE with its attached Private American Citizen serving as **Surety** and **personal property**, another "**source**" was created that would generate "**income**" which could then be income/excise/privileged taxed, the natural person/baby/Private American National Citizen now wedded to his new artificial person / "U.S. citizen" as its **Property** and subordinate **Surety**, the new "**source**" (deemed a "rebel" and "belligerent" residing according to state statute in a state deemed an "occupied territory") being in commerce and subject to the **absolute legislative powers** of the "temporary" Emergency War Powers Congress (1933-present) to regulate without limit interstate and foreign commerce pursuant to Article I, Section 8, Clause 3, of the "United States Constitution" during this time of a "temporary" declared state of National Emergency now (2014) in its eighty-first year;

10. WHEREAS Affiant, a Private American National Citizen, has ceased to be **Surety** for and the **personal property** of, Public "U.S. citizen" "RONDA BOONE" by means of a duly filed "**Release Without Consideration—*Nunc Pro Tunc Ab Initio*,**" and "**Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*,**" thereby returning to the former status of being a Private American National Citizen held for less than seventeen (17) days after Affiant's natural birth;

11. WHEREAS Affiant *in esse*, has irrevocably separated herself from the state-created FRANCHISE, CORPORATE SOLE, "UNITED STATES CITIZEN," created by means of a publicly filed BIRTH CERTIFICATE attached hereto, and hereby revokes all powers, including, but not limited to, Powers of Attorney and/or Agency that Affiant may have granted to any third party, public and/or private. Therefore, Affiant is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040 confirmed and

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **8** of **16**

EXHIBIT A

approved by Congress in its passage of the **"Emergency Banking Relief Act"** thereby amending the **"Trading With the Enemy Act."** Therefore, Affiant is not in commerce (as are corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizenship" status (as do corporations being also Public "U.S. citizens"), having discharged all *de facto* Emergency War Powers Military Governments, federal and state, from any duty or obligation having arisen from Affiant being the **Property** of, **Surety** for and/or wedded to the state-created hybrid, the federally-owned, Public "U.S. citizen" in the service of Washington, D.C., for commerce and war;

12. WHEREAS, I, **Ronda Boone**, have returned to my former status of being an American Freewoman and American National in Equity, i.e., a *de jure* Private National Citizen of the United States under section 1 of the Fourteenth Amendment and therefore stand **"in personam,"** **"in esse"** and **"sui juris,"** possessing all God-given unalienable rights including those protected by the first eight amendments of the Bill of Rights, all Constitutional rights (federal and state) and all Common Law rights of a *de jure* Private Citizen of the United States / American National, no longer under the legal disability of being the **Property** of, **Surety** for and/or wedded to a *de facto,* state-created, Public "U.S. citizen" owned by the Federal *de facto* Military Government of the United States;

13. WHEREAS, I, **Ronda Boone** am no longer the **Property** of, **Surety** for and/or wedded to a *de facto* Public "U.S. citizen" (which is **"alieni juris"**), therefore no longer under the *de facto* jurisdictional power of statutorily-created, *de facto* Emergency War Powers Governments (federal and state) as those absolute legislative, absolute executive and absolute judicial powers are exercised towards a *de facto* Public "U.S. citizen" deemed a "rebel and belligerent" statutorily "residing" in a state deemed an "occupied territory," and therefore no longer under the paternal guardianship of *de facto* Emergency War Powers Governments (federal and state) as those absolute, paternal powers are exercised towards its **"infants, children and wards,"** *de facto* Public "U.S. citizens;"

THEREFORE, <u>based upon the foregoing</u>, I, **Ronda Boone** *in esse* and *sui juris*, do solemnly declare and affirm the following **positive averments**:

1. I am one of the **Posterity** of **"We the People"** by whom and for whom the Constitution was ordained and established according to its Preamble, holding *de jure* Private American National Citizenship conferred upon my natural birth by section 1 of the Fourteenth Amendment to the Constitution of the United States.

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **9** of **16**

EXHIBIT A

2. My Christian name at Common Law is **"Ronda,"** my current surname/family name is **"Boone."** I am known by no other name, publicly or privately. (Exhibit 3)

3. My Christian name **"Ronda Boone"** is spelled in both upper and lower case letters, without capitonyms (without using an all capital-lettered name), in accordance with proper rules of English grammar. (Exhibit 3)

4. I was naturally born **Ronda Elmidge** on November 27, 1962. My natural and legal parents are **Delores Hunter** and **Ronald Elmidge.** (Exhibit 1)

5. I was naturally born in the city of Salinas in the county of Monterey on the land of the State of California within the geographical jurisdiction of the United States. (Exhibit 1)

6. On the day of my natural birth I became a *de jure* **Private National Citizen** of the geographic United States of America (composing the fifty states) pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

7. On the day of my natural birth I became a *de jure* **Private National Citizen/Private Resident** of the geographical United States of America pursuant to section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

8. On the day the "Certificate of Live Birth" was filed with the California Department of State, by operation of law I became the **Property** of, **Surety** for and wedded to "RONDA ELMIDGE," "RONDA BOONE" being a derivative thereof, California state-created corporate sole and statutory **Public "U.S. citizen"** of the *de facto* Emergency War Powers Military Government of the "United States," it governing the states as "conquered territories" and its state-created "U.S. citizens" as a conquered people.

9. Said **Property** has been returned to the natural owner, said **Suretyship** has been terminated, the marriage has ended and my former status of **Private National Citizen** of the United States of America has been restored, pursuant to the maxims of the Law of Contract, the American Common Law, Equity Maxims, Equity Jurisprudence and the Uniform Commercial Code, by means of a duly filed and publicly recorded **"Release Without Consideration—*Nunc Pro Tunc Ab Initio.*"** (Exhibit 1)

10. My *de jure* **Private National Citizenship** of the Republic of the United States of America is "paramount and dominant," and my *de jure* **Private Citizenship** of the Republic of California now held is "subordinate and derivative" of said Private National Citizenship of the United States. *Selective Draft Law Cases,* 245 U.S. 366, 389 (1918.) **Private Citizens** of the United States were called **"American freemen"** by pre-14[th]

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **10** of **16**

EXHIBIT A

Amendment presidents George Washington, Andrew Jackson, Zachary Taylor and Abraham Lincoln, as well as by post-14th Amendment Supreme Court Justice John Marshall Harlan evidenced by his dissents in *Maxwell v. Dow*, 176 U.S. 581, 607, 617 (1900) and *Downes v. Bidwell*, 182 U.S. 244, 381 (1901).

11. I now **Specially** and **Privately Reside** at my home at 2525 Marshfield Road in the city of Vallejo, on the land of the County of Solano, within the territorial jurisdiction of the geographic State of California. Therefore, I am a **Special** and **Private Resident** holding **Private Citizenship** of the State of California pursuant to Section 1 of the Fourteenth Amendment.

12. **My flags** are **the civilian flag** of the Republic of the United States of America (4 USC 1) and **the civilian flag** of the State of California (CAL. GOV. CODE § 420). Neither **civilian flag**, representing its nation under a republican form of government, displays gold fringe and/or gold cords with gold tassels as do military colors displayed by the Commanders-in-chief of the *de facto* Military Governments of both the United States of America and the State of California.

13. **My law** is my family *AV1611 King James Bible* born out of **the risen Son of God's** Grand and Glorious Protestant Reformation having birthed the Modern Era.

14. **My seal** is the Great Seal of the geographic State of California (CAL. GOV. CODE §399) which seal is also displayed for all to see in downtown Sacramento at the entrance of the California State Capitol Building/Museum.

15. Being a non-statutory, constitutionally-protected **Private National Citizen** of the Republic of the United States of America and a non-statutory, constitutionally-protected **Private Citizen/Special** and **Private Resident** of the State of California and therefore no longer the **Property** of, **Surety** for and/or wedded to California corporate sole / Public "U.S. citizen" "RONALD ELMIDGE" "RONDA BOONE," or any other derivative of said nome de guerre/name of war, I am not in commerce as a matter of personal status, as are statutory, state-created, **Surety-backed**, **Public "U.S. citizens"** of the United States, and therefore artificial person "RONDA BOONE" without a **Surety** and **personal property**, is a **"Non-Taxpayer"** described in *Economy Plumbing & Heating vs. United States*, 470 F. 2d, 585 at 589 (1972).

16. I have rescinded every **Signature of Suretyship**—*Nunc Pro Tunc Ab Initio*—ever executed on behalf of corporate sole/"U.S. citizen" "RONDA BOONE" (including any

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **11** of **16**

EXHIBIT A

derivative of the NAME thereof) be it **public and/or private**, by means of a duly filed **"Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*."** (Exhibit 2)

17. The Legal Title holder(s) and the Sole Beneficial title holder of all legal property of Private Business Trust "RONDA BOONE" are private in nature as evidenced by a **"Notice of Private Trust Arrangement"** filed in this public record. (Exhibit 5)

18. I am the **Agent** for Private Business Trust "RONDA BOONE" in the acquisition of its legal property by nature evidenced by a **"Notice of Private Trust Agreement"** filed in this public record. (Exhibit 5)

19. Private Business Trust "RONDA BOONE" is in domestic and world commerce, all income being equitable property by nature of a special and private Sole Beneficiary holding the status of a Private Citizen of the United States secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America. Therefore Private Business Trust "RONDA BOONE" has no "income," and therefore the trust is a Non-taxpayer. (Exhibit 6)

Further, I, **Ronda Boone** *in esse* and *sui juris*, do solemnly declare and affirm the following **negative averments**:

1. I am not **alieni juris**, holding the status of being the **Property** of, **Surety** for and/or wedded to an artificial, *de facto*, hybrid Public "U.S. citizen" created by state statute in the state of my natural birth for the benefit of the *de facto* Emergency War Powers Military Government created on March 9, 1933; hence, I am neither an infant and a child nor a rebel and a belligerent under the power of a paternal and martial Emergency War Powers Military Government, federal or state.

2. My Christian name is not "RONDA BOONE," "RONDA ELMIDGE," or any other form of this nom de guerre/name of war carried by all "U.S. citizens," which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 4)

3. My Christian name is not spelled in solely upper case letters or with abbreviations, which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 4)

4. I am not "RONDA BOONE," or "RONDA ELMIDGE" which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 4)

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **12** of **16**

EXHIBIT A

5. I am neither the **Property** of, nor **Surety** for, nor wedded to artificial entity "RONDA BOONE" "RONDA ELMIDGE" or any other derivative of this *nom de guerre*/name of war carried by all "U.S. citizens," said NAME being the legal property by characteristic of the *de facto* Military Government of the United States of America.

6. I am neither a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States nor am I **Surety** for and/or personal property of and/or wedded to a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States as a matter of **Status** and/or a matter of **public and/or private contract**. Therefore, I am not a state-created, federally-owned, statutory **Public "United States citizen"** (artificial person / "U.S. citizen") of the sovereign, *de facto* Military Government of the United States for income/excise/privilege tax purposes.

7. My flags, national and state, are **not military colors** bordered with gold fringe and/or draped with gold cords with gold tassels.

8. I am not a **rebel, belligerent** or **enemy** publicly residing within a **conquered territory** of the "United States" ("the territory over which the sovereignty of the United States exists," *Hooven*, supra, p. 671), its sovereign, *de facto*, Military Government having been created by Franklin D. Roosevelt's presidential proclamation 2040 **approved and confirmed** by Congress' "Emergency Banking and Relief Act" (12 USC 95b), which act also the amended (via 12 USC 95a) the "Trading with the Enemy Act" (50 USC App. 5(b)), on March 9, 1933.

9. I do not **publicly** reside according to state statute within a **conquered territory** or within a **federal military district** of the geographic Republic of the United States of America (composed of the fifty states). My special, private and confidential location of Residence in Equity on the land of the County of Solano is:

> **Ronda Boone American Freewoman**
> Private Citizen of the United States: American National
> Private Citizen of the State of California
> 2525 Marshfield Road
> Vallejo, California [*94591*]
> Postal Code Excepted

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **13** of **16**

EXHIBIT A

10. I do not **publically** reside according to statute within any of the **ten regions** of the geographic United States of America designated by **ZIP codes** of the **Federal Zone Improvement Project** begun in 1963 and take exception to whenever and wherever possible in the use of either a ZIP code or a Postal code, both being synonymous.

Further and finally:

I, **Ronda Boone**, am a constitutionally-acknowledged and protected, *de jure*, **Pre-1933 Private American National Citizen** of the United States of America, and therefore, I am a constitutionally-acknowledged and protected, *de jure* **Private Citizen** of the State of California, **Specially** and **Privately Residing in Equity** on the land of Solano County. Therefore, I, **Ronda Boone**, holding the constitutionally-protected private right to **a civilian due process of law** on both a federal and state level, as well as being unaffected by the wicked "Emergency Banking Relief Act" having imposed a **martial due process of law** (by way of the amended "Trading with the Enemy Act") on any substantively, artificial "**person within the United States**" deemed federal "booty of war," am **as foreign**, by nature and by characteristic, to the extra-constitutional, alien, *de facto* Emergency War Powers **Military Government** of the United States, and therefore I am **as foreign**, by nature and characteristic, to the extra-constitutional, alien, *de facto* Emergency War Powers **Military Government** of the State of California as well as the extra-constitutional, alien, *de facto* Emergency War Powers **Military Governments** of the other forty nine (49) states, said extra-constitutional, alien, *de facto* Emergency War Powers **Military Governments** having been "temporarily" created by Congress (12 USC 95a) and by President Franklin D. Roosevelt (Presidential Proclamation 2040) on **March 9, 1933**, that most notable Jesuitical **coup d'état**, that great day of infamy and high treason against the **Sovereign American People of the United States of America,** they having ordained and established the grand and glorious Protestant Constitution of the United States of America, with its Baptist Calvinist-inspired Bill of Rights, for themselves and for their **Posterity**—of which I am a beneficially interested member.

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **14** of **16**

EXHIBIT A

This "**Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Private Citizen of the United States: American National,**" supersedes any previous filing with any public office of said Declaration of Status.

Further Affiant Sayeth Not.

**Ronda Boone,** American Freewoman/American National

Pre-1933 Private Citizen of the United States

Private Citizen of the State of California

Private Resident of the County of Solano

Agent for "RONDA BOONE"

All Rights Reserved Without Prejudice

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **15** of **16**

EXHIBIT A

**Acknowledgement**

| | |
|---|---|
| **United States of America** | ) |
| **State of California** | ) s.a. |
| **County of Solano** | ) |

Before Me, on this day **Ronda Boone**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this _____ day of _____, 2015.

SEE ATTACHED

Declaration of Status of Ronda Boone: American Freewoman;
Pre-1933 Citizen of the United States: American National
Page **16** of **16**

EXHIBIT A

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                         }

County of alameda                    }

On 12/7/2015 _____ before me, M. Mangrum, Notary Public
                                          (Here insert name and title of the officer)

personally appeared ___Ronda Boone_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_M. Mangrum_____

Notary Public Signature                         (Notary Public Seal)

(Seal: M. MANGRUM, COMM# 2099427 MFR, HREI, NOTARY PUBLIC - CALIFORNIA, ALAMEDA COUNTY, MY COMM. EXPIRES FEBRUARY 8, 2019)

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual (s)
- ☐ Corporate Officer

   _____
   (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

## INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

1  Ronda Boone, American Freeman
   Private Citizen of the United States
2  Private Resident of the State of California
   Private Resident of the County of Solano
3  Agent for "RONDA BOONE"
4  2525 Marshfield Road
   Vallejo, California [94591]
5  Postal Code Excepted

6              SUPERIOR COURT OF CALIFORNIA

7               FOR THE COUNTY OF SOLANO

8                   FAIRFIELD BRANCH

9

10  DEUTSCHE BANK NATIONAL TRUST        Case No.:  FCM148075
    COMPANY, AS TRUSTEE FOR
11  HARBORVIEW MORTGAGE LOAN
12  TRUST 2006-8, MORTGAGE LOAN PASS     **Declaration of Status of Ronda Boone:**
    THROUGH CERTIFICATES, SERIES 2006-8, **American Freewoman; Pre-1933**
13                                       **Private Citizen of the United States:**
14                                       **American National**

                    Plaintiff,
15                                       **Exhibit 1**
16              vs.                      **Notice of Deed of Acknowledgment and**
                                         **Acceptance Without Consideration -**
17                                       ***Nunc Pro Tunc Ab Initio;***
    MARTY M BOONE, RONDA BOONE, and     **Release Without Consideration -**
18  DOES 1 THROUGH 5, inclusive,        ***Nunc Pro Tunc Ab Initio***

19                  Defendants,
20
21
22
23
24  **Notice of Deed of Acknowledgement and Acceptance Without Consideration**
25                  ***Nunc Pro Tunc Ab Initio***
26
27

1  TO:        STATE OF CALIFORNIA, grantor/issuer/transferor/assignor

2             UNITED STATES OF AMERICA, grantor/issuer/transferor/assignor

3

4  IN RE:     RONDA BOONE, CALIFRONIA STATE CERTIFICATE OF LIVE BIRTH

5             FILE NUMBER 2700-4568

6

7  FROM:      Ronda Boone transferee/assignee/grantee, "Grantee"

8

9  BE IT KNOWN to all persons and men worldwide, and to the Grantors:

10 I, the undersigned, Ronda Boone grantee/assignee/transferee herein, with intent and purpose, by

11 my freewill act and deed execute this deed of my acknowledgement and acceptance *nunc pro*

12 *tunc ab initio* without consideration of the above-referenced CERTIFICATE OF LIVE BIRTH

13 (see Exhibit A attached herewith) under the terms of the deed.  Grantee orders that the record on

14 file in this court of record be updated to show my acknowledgement and acceptance without

15 consideration of said deed.  This record replaces the previously filed said acknowledgements on

16 record with any public record custodian.

17

18 Done under my hand and seal with intent, special purpose, freewill act and deed.

19

20

21             Ronda Boone
              2525 Marshfield Road
22             Vallejo, California [*94591]*
23             Postal Code Excepted

24

25

26

27

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 1; Page **2** of **7**

EXHIBIT  A

**Acknowledgement**

**United States of America**  )

**State of California**  )  **s.a.**

**County of Solano**  )


Before Me, on this day Ronda Boone known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the penalties of perjury under the Law of God and the Maxims of Equity that every statement given above is the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this 7th day of December , 2015.

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of the United States: American National
Exhibit 1; Page **3** of **7**

EXHIBIT A

1

2

## Release Without Consideration—*Nunc Pro Tunc Ab Initio*

3

4  TO:      STATE OF CALIFORNIA, Releasee/Obligor

5          UNITED STATES OF AMERICA, Releasee/Obligor

6

7  IN RE:   Public U.S. Citizen "RONDA BOONE," "RONDA ELMIDGE"

8

9  FROM:    Ronda Boone *in personam,* and *in esse,* Releasor/Obligee

10

11  Resolved that *I*, Ronda Boone, *in esse*, and *in personam*, of the age of majority, competent and

12  able to release, and now coming with express intent and purpose, being duly affirmed, hereby

13  depose, certify and declare:

14

15     a.  That *I,* Ronda Boone expressly intend no longer to be **Surety** for the State-created, **Public

16        U.S. Citizen** "RONDA BOONE," "RONDA ELMIDGE," or any derivative of said
commercial NAME and *nom de guerre* thereof;

17

18     b.  That *I*, Ronda Boone, expressly intend to irrevocably terminate the guardian/ward legal
relation but reserve all personal property rights, legal and equitable by nature or by

19        characteristic, granted or secured by The Constitution of the United States of America,
The Constitution of the State of California, the historic fundamental rights of American

20        Equity Jurisprudence under the principles and Maxims of Equity and trust law where *I*
am without any adequate remedy at Law and "where there is a conflict under the rules of

21        equity and the rules of common law over the same matter, the rules of Equity shall

22        prevail" (Judicature Act of 1873);

23     c.  That *I*, Ronda Boone, presently a surety "U.S. citizen" and therefore a statutory resident
of the State of California, expressly intend, upon the filing of this Release, to return to

24        my former **natural born Citizen** status conferred at my **natural birth** on November 27,

25        1962, that status being a **private individual** National Citizen of the United States of
America conferred by Section 1 of the Fourteenth Amendment to the Constitution of the

26        United States of America and further defined in *Hale v. Henkel*, 201 US 43, 74 (1906)

27        and *Selective Draft Law Cases*, 245 U.S. 366, 389 (1918);

**EXHIBIT A**

d. KNOW ALL MEN BY THESE PRESENTS, That *I*, Ronda Boone, do absolutely and irrevocably release and disclaim *Nunc Pro Tunc Ab Initio* all personal property interests, legal and equitable, in the **Public U.S. Citizen** "RONDA ELMIDGE" created by THE STATE OF CALIFORNIA within THE UNITED STATES (severally and jointly hereinafter referred to as RELEASEES) on or about November 27, 1962, upon the public filing of a "Certificate of Live Birth" (Exhibit A);

e. That *I*, Ronda Boone, absolutely release and disclaim said property interests so as to limit the RELEASEES in whose favor said property interests would otherwise be exercisable, hereby discharging said RELEASEES of all duties and obligations relating to said interests effective immediately;

f. That *I*, Ronda Boone, upon returning to my former status defined above, intend to be identified as a beneficial member of the **Posterity** for whom The Constitution of the United States of America was ordained and established as intended and declared in its Preamble by its sovereign creator, "We the People of the United States of America;"

g. That *I*, Ronda Boone, reserve all personal and property rights, legal and equitable by nature, granted or secured by The Constitution of the United States of America, The Constitution of the State of California, and the historic American Equity Jurisprudence and intend to be legally bound by this Release executed and delivered in accordance with the spirit and intent of CAL. PROBATE CODE §15640, the Maxims of the Law of Contract and the Maxims of Equity;

h. That *I*, Ronda Boone, in returning to my former status defined above upon the filing of this Release with a third party public office and no longer deemed a "rebel, belligerent or enemy" of the UNITED STATES OF AMERICA during its permanent state of "temporary" national emergency and war, expressly intend to claim a purely beneficial interest by nature to all property, including "money," for the use and enjoyment of the **Protective/Spendthrift trust** established by Congress with the consent of President Woodrow Wilson on October 6, 1917, for an "**enemy**" of the United States, (the elements of which trust are articulated in **the Act** "Trading With the Enemy Act" amended by the "Emergency Banking Relief Act" on March 9, 1933, **the Act** subsequently applying to "any person within the United States" . . . "subject to the jurisdiction thereof"), said **Protective/Spendthrift trust** being under the care of the President as Commander in chief, with the powers of the former Alien Property Custodian presently vested in and exercised by the Secretary of the Treasury.

*Maxim: "Equity regards as done that which ought to have been done."*

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 1; Page **5** of **7**

EXHIBIT A

The public filing of this Release renders null and void any previous Release filed with any state-created public office serving as a third party custodian record keeper.

IN WITNESS whereof *I* have hereunto set my Hand and Seal, the _____ 7ᵗʰ _____ Day of

_____ December _____ in the year of our Lord Two Thousand Fifteen.

Ronda Boone, Releasor

2525 Marshfield Road
Vallejo, California [*94591*]
Postal Code Excepted

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 1; Page **6** of **7**

EXHIBIT A

1
2
3                        **Acknowledgement**
4
5   **United States of America**                    )
6   **State of California**                          ) s.a.
7   **County of Solano**                             )
8
9
10  Before Me, on this day **Ronda Boone**, known to me to be the natural person described herein,
11  personally made a restricted visitation and solemnly affirmed under the Law of God and the
12  Maxims of Equity every statement given above was the whole truth to the best of her knowledge.
13
14  Subscribed and Affirmed before me on this _____ day of _____, 2015.
15
16
17
18
19
20
21
22                        *See ATTACHED*
23
24
25
26
27

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 1; Page **7** of **7**

EXHIBIT A

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of Alameda _____ }

On 12/7/2015 _____ before me, M. Mangrum, Notary Public _____
(Here insert name and title of the officer)

personally appeared Ronda Boone _____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature          (Notary Public Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual (s)
- ☐ Corporate Officer

_____
(Title)

- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

# EXHIBIT A

EXHIBIT   A



# DEPARTMENT OF STATE

## *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of California, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*



In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixteenth day of October, 2014.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f): RULE 44 Federal Rules of Civil Procedure.*

By _____

Secretary of State

Assistant Authentication Officer,
Department of State



## SECRETARY OF STATE

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That, Stephen L. Vagnini whose name appears on the annexed certificate, was on November 18, 2009, the duly qualified and acting County Clerk-Recorder of the County of Monterey, in said State.

That the seal affixed thereto is the seal of said County; that the signature thereon appears to be the signature of Stephen L. Vagnini and that the annexed certificate is in due form and by proper officer.

In Witness Whereof, I execute this certificate and affix the Great Seal of the State of California this 9th day of September 2014.





Secretary of State

**EXHIBIT  A**

VOID VOID VOID VOID

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF MONTEREY
## SALINAS, CALIFORNIA

### CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH

| | | |
|---|---|---|
| STATE FILE NUMBER | | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER **2700 4568** |

| 1A. NAME OF CHILD—FIRST NAME | 1B. MIDDLE NAME | 1C. LAST NAME |
|---|---|---|
| RONDA | | ELMIDGE |

| 2. SEX | 3A. THIS BIRTH SINGLE, TWIN OR TRIPLET | 3B. IF TWIN OR TRIPLET THIS CHILD BORN 1ST, 2ND, 3RD? | 4A. DATE OF BIRTH—MONTH, DAY, YEAR | 4B. HOUR |
|---|---|---|---|---|
| FEMALE | SINGLE | | NOVEMBER 27, 1962 | 3:25 P. |

| 5A. PLACE OF BIRTH—NAME OF HOSPITAL | 5B. STREET ADDRESS | |
|---|---|---|
| MONTEREY COUNTY HOSPITAL | NATIVIDAD ROAD | X |

| 5C. CITY OR TOWN | 5D. COUNTY |
|---|---|
| SALINAS | MONTEREY |

| 6A. MAIDEN NAME OF MOTHER—FIRST NAME | 6B. MIDDLE NAME | 6C. LAST NAME | 7. COLOR OR RACE OF MOTHER |
|---|---|---|---|
| DELORES | | HUNTER | NEGRO |

| 8. AGE OF MOTHER (AT TIME OF THIS BIRTH) | 9. BIRTHPLACE (STATE OR FOREIGN COUNTRY) | 10. MAILING ADDRESS OF MOTHER |
|---|---|---|
| 18 YEARS | TEXAS | |

| 11A. USUAL RESIDENCE OF MOTHER—STREET ADDRESS | 11B. IF INSIDE CORPORATE LIMITS | IF OUTSIDE CITY CORPORATE LIMITS |
|---|---|---|
| 1500 WARING | | |

| 11C. CITY OR TOWN | 11D. COUNTY | 11E. STATE |
|---|---|---|
| SEASIDE | MONTEREY | CALIFORNIA |

| 12A. NAME OF FATHER—FIRST NAME | 12B. MIDDLE NAME | 12C. LAST NAME | 13. COLOR OR RACE OF FATHER |
|---|---|---|---|
| RONALD | | ELMIDGE | NEGRO |

| 14. AGE OF FATHER (AT TIME OF THIS BIRTH) | 15. BIRTHPLACE (STATE OR FOREIGN COUNTRY) | 16A. PRESENT OR LAST OCCUPATION | 16B. KIND OF INDUSTRY OR BUSINESS |
|---|---|---|---|
| 22 YEARS | ILLINOIS | CONSTRUCTION | |

| 17. I HAVE REVIEWED THE ABOVE STATED INFORMATION AND HEREBY CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 17A. PARENT OR OTHER INFORMANT—SIGNATURE | 17B. DATE SIGNED BY INFORMANT |
|---|---|---|
| | | 11-28-62 |

| 18. I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED ABOVE. | 18A. PHYSICIAN—SIGNATURE | 18B. ADDRESS |
|---|---|---|
| | IDA WONG, M.D. | MONTEREY CO. HOSPITAL |

| 19. DATE ON WHICH NAME ADDED BY SUPPLEMENTAL NAME REPORT | 20. LOCAL REGISTRAR—SIGNATURE | 21. DATE RECEIVED BY LOCAL REGISTRAR |
|---|---|---|
| | | DEC 17 1962 |

EXHIBIT A

VOID VOID VOID VOID VOID VOID VOID VOID

## CERTIFIED COPY OF VITAL RECORDS

*000464845*

STATE OF CALIFORNIA } SS
COUNTY OF MONTEREY }

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Monterey County Clerk-Recorder.



STEPHEN L. VAGNINI
County Clerk-Recorder

DATE ISSUED **NOV 1 8 2009**       ATTEST 



This copy not valid unless prepared

1  Ronda Boone, American Freewoman
   Private Citizen of the United States
2  Private Resident of the State of California
   Private Resident of the County of Solano
3  Agent for "RONDA BOONE"
   2525 Marshfield Road
4  Vallejo, California [94591]
5  Postal Code Excepted

6               SUPERIOR COURT OF CALIFORNIA

7                FOR THE COUNTY OF SOLANO

8                    FAIRFIELD BRANCH

9

10  DEUTSCHE BANK NATIONAL TRUST          Case No.:  FCM 148075
11  COMPANY, AS TRUSTEE FOR
    HARBORVIEW MORTGAGE LOAN
12  TRUST 2006-8, MORTGAGE LOAN PASS      **Declaration of Status of Ronda;**
    THROUGH CERTIFICATES, SERIES 2006-8,  **American Freewoman; Pre-1933**
13                                         **Private Citizen of the United States:**
14                                         **American National**
                  Plaintiff,
15                                         **Exhibit 2**
16                  vs.                    **Rescission of Signatures of Suretyship-**
                                           ***Nunc Pro Tunc Ab Initio***
17  MARTY M BOONE, RONDA BOONE, and
    DOES 1 THROUGH 5, inclusive,
18
19                  Defendants,

20

21

22      **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio***

23

24

25

26

27

                                              **EXHIBIT A**

1  Accordingly, I, **Ronda Boone**, *in esse* and *sui juris*, being duly sworn, depose and declare
2  that:

4  I, , **Ronda Boone**, hereby rescind and revoke ***Nunc Pro Tunc Ab Initio*** every signature
5  of suretyship, **public and private**, ever provided by Affiant on behalf of  United States
6  corporate sole/artificial person/statutory Public U.S. citizen "RONDA ELMIDGE,"
7  created on November 27, 1962;

9  This **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** extends to
10 every **public** government contract be it federal, state, county and/or city.  This rescission
11 and revocation of **public** signature of suretyship includes, but is not limited to, the initial
12 application for a social security number/taxpayer identification number; every individual
13 and/or corporate tax return ever filed, be it federal, state, county and/or city; every
14 application for a marriage license as well as every marriage license; every court document
15 ever signed in any legal action, civil and/or criminal; the initial application for selective
16 service in the Armed Forces of the United States; every application for an individual
17 driver's license, federal and/or state, as well as every driver's license, federal and/or state;
18 every application for a United States passport as well as every issued United States
19 passport; every application for voter registration as well as every voter registration card;
20 and every other **public** government contract, known and unknown, evidencing a
21 **signature of suretyship**, every signature now being a **signature of agency** *Nunc Pro*
22 ***Tunc Ab Initio***;

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 2; Page **2** of **4**

EXHIBIT A

1  This **Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio* extends to

2  every **private** business contract.  This rescission and revocation of **private** signatures of

3  suretyship includes, but is not limited to, every application for a bank account, individual

4  and business; every application for any form of insurance, including life insurance, motor

5  vehicle insurance, business insurance, and home insurance; and every other application

6  involved in any **private** business endeavor and/or **private** investment evidencing a

7  **signature of suretyship**, every signature now being a **signature of agency** *Nunc Pro*

8  *Tunc Ab Initio*;

9

10  This **Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio* is retroactive

11  to the date of November 27, 1962, the date of the public filing and registration of

12  affiant's Certificate of Live Birth of County of Monterey , State of California.

13

14          *Maxim: "Equity regards as done that which ought to have been done."*

15

16  Further Affiant Sayeth Not.

17

18

19

20  _____

21  **Ronda Boone**,

22  American Freewoman/American National

23  Pre-1933 Private Citizen of the United States

24  Private Citizen of the State of California

25  Special and Private Resident of the County of Solano

26  All Rights Reserved Without Prejudice

27

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 2; Page **3** of **4**

EXHIBIT A

**Acknowledgement**

| | |
|---|---|
| **United States of America** | ) |
| **State of California** | ) s.a. |
| **County of Solano** | ) |

Before Me, on this day **Ronda Boone**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this _____day of _____, 2015.

*see attached*

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 2; Page **4** of **4**

**EXHIBIT A**

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Underlined: California                    }

County of Alameda                    }

On 12/7/2015 before me, M. Mangrum, Notary Public
(Here insert name and title of the officer)

personally appeared Ronda Boone
,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

M. Mang

Notary Public Signature                    (Notary Public Seal)

*Seal: M. MANGRUM, COMM. #2099427 MFF, NOTARY PUBLIC, CALIFORNIA, MY COMM. EXP. ... 2016*

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____

(Title or description of attached document)

_____

(Title or description of attached document continued)

Number of Pages _____ Document Date_____

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual (s)
- ☐ Corporate Officer

    _____
    (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

1 | Ronda Boone, American Freewoman
Private Citizen of the United States
2 | Private Resident of the State of California
Private Resident of the County of Solano
3 | Agent for "RONDA BOONE"
4 | 2525 Marshfield Road
Vallejo, California [94591]
5 | Postal Code Excepted

6 | SUPERIOR COURT OF CALIFORNIA

7 | FOR THE COUNTY OF SOLANO

8 | FAIRFIELD BRANCH

9

10 | DEUTSCHE BANK NATIONAL TRUST            Case No.:  FCM148075
11 | COMPANY, AS TRUSTEE FOR
     HARBORVIEW MORTGAGE LOAN
12 | TRUST 2006-8, MORTGAGE LOAN PASS        **Declaration of Status of Ronda Boone:**
     THROUGH CERTIFICATES, SERIES 2006-8,    **American Freewoman; Pre-1933**
13 |                                          **Private Citizen of the United States:**
                                             **American National**
14 |
15 |                  Plaintiff,             **Exhibit 3**
16 |                                          **Affidavit of Truth:**
                     vs.                     **Christian Name of Ronda Boone**
17 | MARTY M BOONE, RONDA BOONE, and
     DOES 1 THROUGH 5, inclusive,
18 |
19 |                  Defendants,

20

21

22 |                        **<u>Affidavit of Truth</u>**

23 |                     **Christian Name of Ronda Boone**

24

25

26

27

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 3; Page **1** of 3

EXHIBIT A

1   I, **Ronda Boone**, *in esse* and *sui juris*, solemnly affirm, depose and declare that my

2   Christian name given to me by my parents upon my natural birth is **"Ronda Boone"**

3   evidenced by the attached High School Diploma issued by the Trustees Yuerba Buena

4   High School in June of 1980, it being an exact, true and correct copy of the original

5   issued diploma. (Exhibit A)

7   *Maxim: "Equity regards as done that which ought to have been done."*

9   Further Affiant Sayeth Not.

**Ronda Boone**,

American Freewoman/American National

Pre-1933 Private Citizen of the United States

Private Citizen of the State of California

Special and Private Resident of the County of Solano

All Rights Reserved Without Prejudice

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 3; Page **2** of **3**

EXHIBIT  A

**Acknowledgement**

| | | |
|---|---|---|
| **United States of America** | ) | |
| **State of California** | ) | **s.a.** |
| **County of Solano** | ) | |

Before Me, on this day **Ronda Boone**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this _____ day of _____, 2015.

*See ATTACHED*

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of the United States: American National
Exhibit 3; Page **3** of 3

**EXHIBIT A**

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of _Alameda_____ }

On _12/7/2015_____ before me, _M. Mangrum, Notary Public_
(Here insert name and title of the officer)

personally appeared _Ronda Boone_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual (s)
- ☐ Corporate Officer

_____
(Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

**EXHIBIT A**

# EXHIBIT A

EXHIBIT A



# Yerba Buena High School

San Jose, California

### This Certifies That

## Ronda Elmidge

has completed a Course of Studies for graduation in accordance with the requirements of the State Board of Education and the Trustees of the East Side Union High School District and is therefore awarded this

# Diploma

Given this twelfth day of June, nineteen hundred eighty

President, Board of Trustees

Principal

Clerk, Board of Trustees

Superintendent

EXHIBIT A

1  Ronda Boone, American Freewoman
   Private Citizen of the United States
2  Private Resident of the State of California
   Private Resident of the County of Solano
3  Agent for "RONDA BOONE"
   2525 Marshfield Road
4  Vallejo, California [94591]
   Postal Code Excepted
5

6  SUPERIOR COURT OF CALIFORNIA

7  FOR THE COUNTY OF SOLANO

8  FAIRFIELD BRANCH

9

10 DEUTSCHE BANK NATIONAL TRUST          Case No.:  FCM 148075
   COMPANY, AS TRUSTEE FOR
11 HARBORVIEW MORTGAGE LOAN
12 TRUST 2006-8, MORTGAGE LOAN PASS      **Declaration of Status of Ronda Boone:**
   THROUGH CERTIFICATES, SERIES 2006-8,  **American Freewoman; Pre-1933**
13                                        **Private Citizen of the United States:**
                                          **American National**
14                Plaintiff,
15                                        **Exhibit 4**
      vs.                                 **Affidavit of Truth:**
16                                        **Court Reporter's Transcript**
17 MARTY M BOONE, RONDA BOONE, and        **of Proceedings**
   DOES 1 THROUGH 5, inclusive,
18
19                Defendants,

20

21

22                **Affidavit of Truth**

23        **Court Reporter's Transcript of Proceedings**

24

25

26

27

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
                 the United States: American National
                      Exhibit 4; Page **1** of 3

EXHIBIT  A

1  I, **Ronda Boone**, *in esse* and *sui juris*, solemnly affirm, depose and declare that:

2

3  The attached eight (**8**) page **"Reporter's Transcript of Proceedings"** as recorded by

4  Official Court Reporter Beverly A. Casares for the United States District Court for the

5  Central District of California, the Honorable John G. Davies presiding, March 21, 1994,

6  Los Angeles, California, is a full, complete, true and correct copy of a certified copy of

7  the original court transcript.

8

9        *Maxim: "Equity regards as done that which ought to have been done."*

10

11  Further Affiant Sayeth Not.

12

13  _____

14  **Ronda Boone**,

15  American Freewoman/American National

16  Pre-1933 Private Citizen of the United States

17  Private Citizen of the State of California

18  Special and Private Resident of the County of Solano

19       All Rights Reserved Without Prejudice

20

21

22

23

24

25

26

27

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 4; Page **2** of **3**

EXHIBIT A

**Acknowledgement**

**United States of America**                    )

**State of California**                    ) s.a.

**County of Solano**                    )

Before Me, on this day **Ronda Boone**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this _____ day of _____, 2015.

*See Attached*

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of the United States: American National
Exhibit 4; Page **3** of **3**

EXHIBIT A

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of Alameda _____ }

On 12/7/2015 _____ before me, M. Mangrum, Notary Public
(Here insert name and title of the officer)

personally appeared Ronda Bane ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

**CAPACITY CLAIMED BY THE SIGNER**
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

# EXHIBIT A

EXHIBIT   A

NORA M. MANELLA
United States Attorney
MASON C. LEWIS
Assistant United States Attorney
Chief, Tax Division
GREGORY A. ROTH
Assistant United States Attorney
 Room 2115, Federal Building
 300 North Los Angeles Street
 Los Angeles, CA  90012
 Telephone:  (213) 894-2576
 Facsimile:  (213) 894-0115

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CV 94 |
| | ) | |
| Petitioner, | ) | [PROPOSED] |
| | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| | ) | |
| RANDY L. C███████R, | ) | |
| | ) | |
| Respondent. | ) | |

Upon the Petition and supporting Memorandum of Points and

Authorities and Declaration to the Petition, the Court finds that

Petitioner has established its *prima facie* case for judicial

enforcement of the subject summonses.  *See* United States v.

Powell, 379 U.S. 48, 58, 85 S.Ct. 248, 13 L.Ed. 2d 112 (1964).

*See also* United States v. Samuels, Kramer and Co., 712 F.2d 1342,

1344-45 (9th Cir. 1983) (the Government's *prima facie* case is

typically made through the sworn declarations of the I.R.S. agent

who issued the summons).

///

///

EXHIBIT A

FILED

FEB 1 5 1994

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Therefore, IT IS ORDERED that Respondent appear before this

District Court of the United States for the Central District of

California, in Courtroom No. 990 .

☐ United States Court House
312 North Spring Street, Los Angeles, California, 90012

☑ Roybal Federal Building
255 E. Temple Street, Los Angeles, California, 90012

on March 21 , 1994, at 1:30 P.M., and show cause

why testimony and production of books, records, papers and other

data demanded in the subject Internal Revenue Service summonses

should not be compelled.

IT IS FURTHER ORDERED that copies of this Order, the

Petition, Memorandum of Points and Authorities, and accompanying

Declaration be served promptly upon Respondent by any employee of

the Internal Revenue Service by personal delivery or by certified

mail.

IT IS FURTHER ORDERED that within ten (10) days after

service upon the Respondent of the herein described documents,

Respondent shall file and serve a written response, (giving facts) supported by

appropriate sworn statements, as well as any desired motions.

If, prior to the return date of this Order, Respondent files a

response with the Court stating that Respondent does not desire

to oppose the relief sought in the Petition, nor wish to make an

appearance, then the appearance of Respondent at any hearing

pursuant to this Order to Show Cause is excused, and Respondent

shall be deemed to have complied with the requirements of this

Order.

///

///

2

EXHIBIT A

23

IT IS FURTHER ORDERED that all motions and issues raised by
the pleadings will be considered on the return date of this
Order.  Only those issues raised by motion or brought into
controversy by the responsive pleadings and supported by sworn
statements filed within ten (10) days after service of the herein
described documents will be considered by the Court.  All
allegations in the Petition not contested by such responsive
pleadings or by sworn statements will be deemed admitted.

DATED:  This __15th__ day of __FEBRUARY__, 1994.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

NORA M. MANELLA
United States Attorney
MASON C. LEWIS
Assistant United States Attorney
Chief, Tax Division

_____
GREGORY A. ROTH
Assistant United States Attorney

Attorneys for Petitioner,
United States of America

3

EXHIBIT A    24

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

HONORABLE JOHN G. DAVIES, JUDGE PRESIDING

- - -

UNITED STATES OF AMERICA        )
                                )
            Plaintiff(s)         )
                                )
        vs.                      )   NO. CV-94████-JGD
                                )
RANDY L. O██████R               )
            Defendant(s)         )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Los Angeles, California

Monday, March 21, 1994

BEVERLY A. CASARES  CSR# 8630
Official Court Reporter
312 North Spring Street
Room 440
Los Angeles, California 90012
(213) 617-2305

EXHIBIT A

25

SEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

```
 1 | APPEARANCES:
 2 |
 3 | FOR PLAINTIFF(S)          GREGORY A. ROTH
   |                          312 N. Spring Street
 4 |                          Los Angeles, California 90012
   |                          (213) 894-2410
 5 |
 6 | FOR DEFENDANT(S)          RANDY L. O████████R
 7 |
 8 |
 9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |                                         EXHIBIT  A
```

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

26

1    LOS ANGELES, CALIFORNIA; MONDAY, MARCH 21, 1994

2                        1:30 P.M.

3         THE CLERK:  Item number 6, case number CV-94████,

4    United States of America versus Randy L. O██████r.

5         MR. ROTH:  Good afternoon, your Honor, Assistant

6    U.S. Attorney Gregory Roth appearing on behalf of the

7    United States, and its agency the Internal Revenue

8    Service.

9         THE COURT:  Is there any opposition?

10        MR. O██████R:  For the record.

11        THE COURT:  Yes.

12        MR. O██████R:  My Christian name is Randy Lee and

13   my family name is O██████r.

14        THE COURT:  All right.

15        MR. O██████R:  That is spelled capital R, lower

16   case, a-n-d-y, capital L, lower case e-e, capital O, lower

17   case ████████████-r.

18        I have responded to this petition, because it was

19   found on the door of the place where I take up

20   housekeeping, and attempts to create a colorable persona

21   under colorable law by the name of capital R-A-N-D-Y L

22   period, O-████████████-R.  The artifice being used

23   here to deceive this Honorable Court must be abated as a

24   Public Nuisance.

25        For the record Randy Lee and Jesus the Christ

     BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

                                                    27

                         EXHIBIT  A

1  Advocate and Wonderful Counselor are using the Right of

2  Visitation to exercise the Ministerial Powers to be heard

3  on this matter.

4       I, Randy Lee am a native Californian and a Man on

5  the Land in Los Angeles County, not a resident in the

6  Federal Judicial District in the Central District of

7  California.

8       My Colors and Authority is the California Bear Flag

9  with the Gold Star.  My Law is My Family Bible.  And my

10 Status is shown by the Seal of the People.

11      I am who I say I am, not who the U.S. Attorney says

12 I am. Further I sayeth not and I stand mute.

13      THE COURT:  All right. Please take your things off

14 of the podium and sit down at your table. Mr. Roth, do

15 you have any response to this alleged case of mistaken

16 identity.

17      MR. ROTH:  Well, your Honor, Mr. O███████ seems

18 to think tha' if you spell your name in upper and lower

19 case, it relieves him of compliance.

20      THE COURT:  Thank you, Mr. Roth. Please call the

21 next case Clerk.

22           (Proceedings concluded.)

23

24

25                                    EXHIBIT  A

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

28

1                    C E R T I F I C A T E

2

3

4              I hereby certify that the foregoing

5    matter entitled UNITED STATES OF AMERICA versus RANDY L.

6    O_____R No. CV-94___-JGD is transcribed from the

7    stenographic notes taken by me and is a true and accurate

8    transcription of the same.

9

10

11

12

13    _____          3/25/94
      BEVERLY A. CASARES CSR# 8630      DATED:
14    Official Court Reporter

15

16

17

18

19

20

21

22

23

24
                                        EXHIBIT A
25                                      29

        BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORT

1  Ronda Boone, American Freewoman
   Private Citizen of the United States
2  Private Resident of the State of California
   Private Resident of the County of Solano
3  Agent for "RONDA BOONE"
   2525 Marshfield Road
4  Vallejo, California [94591]
5  Postal Code Excepted

6                    SUPERIOR COURT OF CALIFORNIA

7                    FOR THE COUNTY OF SOLANO

8                        FAIRFIELD BRANCH

9

10 | DEUTSCHE BANK NATIONAL TRUST          | Case No.:
11 | COMPANY, AS TRUSTEE FOR               |
   | HARBORVIEW MORTGAGE LOAN              |
12 | TRUST 2006-8, MORTGAGE LOAN PASS      | **Declaration of Status of Ronda Boone:**
   | THROUGH CERTIFICATES, SERIES 2006-8,  | **American Freewoman; Pre-1933**
13 |                                       | **Private Citizen of the United States:**
14 |                                       | **American National**
   |              Plaintiff,               |
15 |                                       | **Exhibit 5**
   |           vs.                         | **Notice of Private Trust Arrangement**
16 |                                       |
17 | MARTY M BOONE, RONDA BOONE, and       |
   | DOES 1 THROUGH 5, inclusive,          |
18 |                                       |
19 |              Defendants,              |

20

21

22               **<u>Notice of Private Trust Arrangement</u>**

23

24

25

26

27

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 5; Page **1** of 3

EXHIBIT  A

This is Actual and Constructive Notice

of a Special and Private Trust Arrangement

Established by Pre-1933 Private Citizen of the United States,

**Ronda Boone**, Grantor/Settlor,

The Indenture, if any, governing the Special use of Private Business Trust

**"RONDA BOONE"**

This arrangement is to be governed by the Maxims of Equity uniquely cognizable exclusively in a Federal District Court of Exclusive Equity in Special Term.

*Maxim: "Equity regards as done that which ought to have been done."*

**Ronda Boone**, *in esse* and *sui juris*
Grantor/Settlor
Agent for "RONDA BOONE,"
Private Business Trust
Constitutional Private American National
Pre-1933 Private Citizen of the United States
All Rights Expressly Reserved

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 5; Page **2** of **3**

EXHIBIT A

**Acknowledgement**

| | |
|---|---|
| **United States of America** | ) |
| **State of California** | ) s.a. |
| **County of Solano** | ) |

Before Me, on this day **Ronda Boone**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this _____ day of _Decunber_____, 2015.

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of the United States: American National
Exhibit 5; Page **3** of **3**

EXHIBIT A

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of Alameda _____ }

On 12/7/2015 _____ before me, M. Mangrum Notary Public _____
(Here insert name and title of the officer)

personally appeared Ronda Boone _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

M. MANGRUM
COMM. #2090427 MFR HRE1
NOTARY PUBLIC
CALIFORNIA
ALAMEDA COUNTY
MY COMM. EXPIRES JULY 6, 2018

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

### CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer

_____
(Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other_____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A

1  Ronda Boone, American Freewoman
   Private Citizen of the United States
2  Private Resident of the State of California
   Private Resident of the County of Solano
3  Agent for "RONDA BOONE"
   2525 Marshfield Road
4  Vallejo, California [94591]
5  Postal Code Excepted

6              SUPERIOR COURT OF CALIFORNIA

7              FOR THE COUNTY OF SOLANO

8                  FAIRFIELD BRANCH

9

10  DEUTSCHE BANK NATIONAL TRUST          Case No.:   FCM148075
11  COMPANY, AS TRUSTEE FOR
    HARBORVIEW MORTGAGE LOAN
12  TRUST 2006-8, MORTGAGE LOAN PASS      **Declaration of Status of Ronda Boone:**
    THROUGH CERTIFICATES, SERIES 2006-8,  **American Freewoman; Pre-1933**
13                                         **Private Citizen of the United States:**
14                                         **American National**
               Plaintiff,
15                                         **Exhibit 6**
                                           **Affidavit of Exemption From Witholding**
16             vs.                         **Concerning Non-Taxpayer RONDA**
                                           **BOONE"** – *Nunc Pro Tunc Ab Initio*
17  MARTY M BOONE, RONDA BOONE, and
    DOES 1 THROUGH 5, inclusive,
18
19             Defendants,

20       **Affidavit of Exemption From Withholding**

21   **Concerning Non-Taxpayer "RONDA BOONE"—*Nunc Pro Tunc Ab Initio***

22

23  Accordingly, I, **Ronda Boone**, *in esse* and *sui juris*, being duly sworn, depose and declare that

24  the following facts are true, correct and complete to the best of my first-hand knowledge and

25  belief.

26

27

**EXHIBIT  A**

1. Affiant was naturally born in the geographic United States of America, in the State of California, on a location within the city of Salinas, on the Twenty- Seventh day of November, in the year of our Lord Nineteen hundred sixty-two (November 27, 1962);

2. Affiant, a natural person, became a *de jure,* natural born **Private Citizen of the United States of America** on the day of her natural birth pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States; and therefore,

3. Affiant, a natural person, became a *de jure,* natural born **Private Citizen of the State of California** on the day of her natural birth pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, said State citizenship having been conferred by her bona fide, **Private Residency** in the County of Los Angeles

4. Affiant, by operation of law, was pledged as **Property** for, wedded to and made **Surety** for, a *de facto,* artificial person, state-created, quasi-business trust, statutory **Public United States citizen** by means of a "Certificate of Live Birth" filed with the County of Monterey, in the State of California, on November 27, 1962;

5. Affiant, by operation of law, was restored to her former status of being a **Private Citizen of the United States of America: American National** upon the public filing of a "**Release Without Consideration—***Nunc Pro Tunc Ab Initio*" with the Clerk of Court, Superior Court of California, County of Solano;

6. Affiant has eliminated any presumption of fact that Affiant is **Property** of, **Surety** for, and/or wedded to said statutory Public United States citizen by Affiant's public filing a "**Rescission of Signatures of Suretyship—***Nunc Pro Tunc Ab Initio*" with the Clerk of Court, Superior Court of California, County of Solano. Affiant makes her home in Solano County, State of California, in which county Affiant privately resides on the land under special equitable interests by nature and does not publicly reside in said county according to statute, federal or state;

7. Affiant, by virtue of her constitutionally protected status of being a **Private National Citizen of the United States of America**, is **as foreign** to the present *de facto,* Emergency War Powers, Roman Civil Law-based, **martial due process** of the courts of the United States and the courts of the several states, the former *de jure,* Constitutional, Common Law-based, **civilian due process** of the United States (guaranteed to all Private American National Citizens by the Fifth Amendment) and the Common Law-based, **civilian due process** of the several states (guaranteed to all Private American National Citizens by Section 1 of the 14th Amendment) having been altered and/or modified into

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of the United States: American National
Exhibit 6; Page **2** of **6**

EXHIBIT A

the present *de facto,* Emergency War Powers, Civil Law-based, **martial due process** of the United States and the **martial due process** of the several states by a congressionally-amended, World War I statute ("Trading With the Enemy Act") called "**The Emergency Banking Relief Act**" (12 USC 95a) and a subsequent presidential proclamation (2040), both events transpiring on March 9, 1933;

THEREFORE:

8.  Affiant is not a statutory public "United States citizen;"

9.  Affiant is not a statutory public "resident" of the United States;

10. Affiant is not a statutory public "United States person;"

11. Affiant is not a statutory public "non-citizen national;"

12. Affiant is not a statutory public "citizen" of the State of California;

13. Affiant is not a statutory public "resident" of the State of California;

14. Affiant is not a statutory public "resident alien;"

15. Affiant is not a statutory public "non-resident alien;"

16. Affiant is not a statutory public "taxpayer;"

17. Affiant is not a statutory public "non-taxpayer;"

18. Affiant does not have a statutory public "tax home within or without the United States" presently under military occupation via the "Trading with the Enemy Act" (1917) amended by the "Emergency Banking Relief Act" (1933);

19. Affiant, in holding **the citizenship status** of a Pre-1933 Private National Citizen of the United States of America secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, specially and privately residing in equity in the State of California, is not subject to the Internal Revenue Code as it applies only to a "person" defined under the "Emergency Banking and Relief Act" of March 9, 1933;

20. Affiant, as a matter of public record, is the Non-Surety Agent for unincorporated, non-statutory **Private Business Trust** and *de facto* Private Citizen "**RONDA BOONE**" created by Grantor/Settlor Ronda Boone. Private Business Trust "**RONDA BOONE**," as a matter of public record, is presently under a special and private trust arrangement

EXHIBIT A

governed by the Maxims of Equity, where, by the Judicature Act of 1873 in operation today, "when the rules of common law and the rules of equity conflict over the same subject matter the rules of equity shall prevail" (Pomeroy, Eq. Jur. §124, §219, §279, §354, §357);

21. Affiant declares that Private Business Trust **"RONDA BOONE"** is a vessel in domestic and world commerce for the benefit of a special and private Sole Beneficiary holding the status of Pre-1933 Private Citizen of the United States secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States, all "income" received by Private Business Trust **"RONDA BOONE"** being the special and private equitable property by nature of Sole Beneficiary;

22. Affiant, based upon the above, declares Private Business Trust **"RONDA BOONE"** is a Non-taxpayer, having no "income," all "income" being the special and private equitable property by nature of Sole Beneficiary;

23. Affiant declares that Non-Taxpayer Private Business Trust **"RONDA BOONE"** has never received, nor shall ever receive, any beneficial income, including profit and/or gain from any "source;" income derived from wages, tips, salaries, etc., whatsoever; has never had a past or present tax liability, and is therefore exempt from any form of backup withholding by any business, public or private, and exempt from withholding by any employer, public or private; affiant further declaring that all income taxes previously paid to the *de facto* military government of the United States to be a gift;

24. Affiant declares this **Affidavit of Exemption from Withholding Concerning Non-Taxpayer "ROND BOONE"**—*Nunc Pro Tunc Ab Initio* renders null and void any previous **Affidavit of Exemption from Withholding** filed with any public office.

*Maxim: "Equity regards as done that which ought to have been done."*

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 6; Page **4** of **6**

EXHIBIT A

1 | Further Affiant Sayeth Not.

**Ronda Boone,**

American Freewoman/American National

Pre-1933 Private Citizen of the United States

Private Citizen of the State of California

Special and Private Resident of the County of Los Angeles

All Rights Reserved Without Prejudice

**Acknowledgement**

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 6; Page **5** of **6**

EXHIBIT A

1   **United States of America**          )

2   **State of California**                 ) s.a.

3   **County of Solano**                )

4

5   Before Me, on this day **Ronda Boone**, known to me to be the natural person described herein,

6   personally made a restricted visitation and solemnly affirmed under the Law of God and the

7   Maxims of Equity that every statement given above was the whole truth to the best of her

8   knowledge.

9   Subscribed and Affirmed before me on this _____ day of _____, 2015.

10

11

12

13

14

15

16

17

18

19

20           *See ATTACHED*

21

22

23

24

25

26

27

Declaration of Status of Ronda Boone: American Freewoman; Pre-1933 Citizen of
the United States: American National
Exhibit 6; Page **6** of **6**

EXHIBIT A

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of Alameda _____ }

On 12/7/2015 _____ before me, M. Mangrum, Notary Public
<span style="font-size:small">(Here insert name and title of the officer)</span>

personally appeared Ronda Boone _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature          (Notary Public Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_____

(Title or description of attached document)

_____

(Title or description of attached document continued)

Number of Pages _____ Document Date_____

---

CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer

_____
(Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

## INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

EXHIBIT A